**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lynne Freeman<br><br>Plaintiff,<br><br>v.<br><br>Tracy Deebs-Elkenaney, et al.,<br><br>Defendants. | Civil Action No.: 1:22-cv-02435-CM-SN<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:

Notice is hereby given that Plaintiff Lynne Freeman hereby appeals to the United States Court of Appeals for the Second Circuit from a Summary Judgment Decision and Order [Dkt. 548], and Judgment [Dkt. No. 549] thereon. The Summary Judgment Decision and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Cross-Motion for Summary Judgment was entered on March 16, 2026, and docketed at No. 548. The Judgment was entered on March 31, 2026, and docketed at No. 549. Plaintiff's appeal shall include, in addition to the  Summary Judgment Decision and Order and Judgment thereon, an appeal of all interlocutory orders and rulings that merge into that Decision and Order and Judgment thereon, including but not limited to the November 21, 2024 Order of Judge Stanton regarding Magistrate Judge Netburn's Report and Recommendation for Summary Judgment [ECF 361] docketed at No. 398, the August 1, 2024 Opinion and Order docketed at No. 362 and the minute order dated January 12, 2026.

PLAINTIFF'S NOTICE OF APPEAL

Dated: April 15, 2026                    Respectfully submitted,

                              By:    */s/ Stephen M. Doniger*
                                     Stephen M. Doniger, Esq.
                                     David M.S. Jenkins, Esq.
                                     DONIGER / BURROUGHS
                                     247 Water Street, First Floor
                                     New York, New York 10038
                                     (310) 590 – 1820
                                     stephen@donigerlawfirm.com
                                     djenkins@donigerlawfirm.com

                                     **Reeder McCreary, LLP**
                                     Mark D. Passin
                                     11766 Wilshire Boulevard
                                     Suite 1470
                                     Los Angeles, CA 90025
                                     310-861-2475
                                     mark@reedermccreary.com

PLAINTIFF'S NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I served a true and correct copy of the foregoing

PLAINTIFF'S NOTICE OF APPEAL on Defendants' counsel of record via email, as follows:

Amy L. Nashon
anashon@troygould.com

John C. Ulin
Julin@troygould.com

Dwayne K. Goetzel
dgoetzel@intprop.com

Jennifer L. Pariser
JPariser@oandzlaw.com

Lacy Herman Koonce, III
lance.koonce@klarislaw.com

*Attorneys for Defendants*

Dated: April 15, 2026

By:     */s/ Stephen M. Doniger*
        Stephen M. Doniger, Esq.
        *Attorney for Plaintiff*

3

PLAINTIFF'S NOTICE OF APPEAL

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22–cv–02435–CM–SN

Freeman v. Deebs–Elkenaney et al
Assigned to: Judge Colleen McMahon
Referred to: Magistrate Judge Sarah Netburn
Related Cases: 2:23–cv–04145–CM
               1:23–cv–07051–CM
               1:25–cv–09345–CM
               1:23–cv–04796–CM
Cause: 17:101 Copyright Infringement

Date Filed: 03/25/2022
Date Terminated: 03/31/2026
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Lynne Freeman**
*an individual*

represented by **Mark D. Passin**
Reeder McCreary
11766 Wilshire Blvd.
Suite 1470
Los Angeles, CA 90025
310–861–2475
Fax: 310–861–2476
Email: mark@reedermccreary.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul V. LiCalsi**
Reitler Kailas & Rosenblatt LLC
885 Third Avenue
Ste 20th Floor
New York, NY 10022
212–209–3090
Email: plicalsi@reitlerlaw.com
*TERMINATED: 05/22/2023*
*LEAD ATTORNEY*

**Brett Van Benthysen**
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
Ste 20th Floor
New York, NY 10022
212–209–3045
Email: bvanbenthysen@reitlerlaw.com
*TERMINATED: 05/22/2023*

**David Jenkins**
Doniger / Burroughs
247 Water Street, First Floor
10038
New York, NY 10038
847–999–8585
Email: djenkins@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

**Laura Zaharia Marion**
Doniger/Burroughs
247 Water Street
Ste First Floor
New York, NY 10038
310–590–1820
Email: laura.marion@jcrew.com
*ATTORNEY TO BE NOTICED*

**Scott Burroughs**
Doniger / Burroughs
247 Water Street
Ste First Floor
New York, NY 10038
310–590–1820
Email: scott@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen M. Doniger**
Doniger Burroughs Apc
603 Rose Avenue
Venice, CA 90291
310–590–1820
Email: stephen@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tracy Deebs–Elkenaney**
*an individual*
*personally known as*
Tracy Wolff

represented by **Benjamin Samuel Halperin**
Cowen, DeBaets, Abrahams & Sheppard
LLP
60 Broad Street
Floor 30
New York, NY 10004
212–974–7474
Fax: 212–974–8474
Email: bhalperin@cdas.com
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Nancy Evelyn Wolff**
Cowan, DeBaets, Abrahams & Sheppard
LLP
60 Broad Street
30th Floor
New York, NY 10004
212–974–7474
Fax: 212–974–8474
Email: nwolff@cdas.com
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Scott Jonathan Sholder**
Cowan DeBaets Abrahams & Sheppard
LLP
60 Broad St
30th Floor
New York, NY 10004
212–974–7474
Fax: 212–974–8474
Email: ssholder@cdas.com
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Amy Lee Nashon**
TroyGould
Litigation Department
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
310–789–1245

Email: anashon@troygould.com
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
Cowan, DeBaets, Abrahams & Sheppard
LLP
60 Broad Street
30th Floor
New York
New York, NY 10004
212–974–7474
Email: ccole@cdas.com
*TERMINATED: 04/01/2025*

**Dwayne K. Goetzel**
Kowert, Hood, Munyon, Rankin &
Goetzel, P.C.
1120 S. Capital of TX Hwy.
Bldg. 2, Ste. 300
Austin, TX 78746
512–853–8800
Fax: 512–853–8801
Email: dgoetzel@intprop.com
*ATTORNEY TO BE NOTICED*

**Jennifer L. Pariser**
Oppenheim & Zebrak, LLP
461 5th Avenue
Ste 19th Floor
New York, NY 10017
212–951–1156
Email: jpariser@oandzlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emily Sylvan Kim**                    represented by    **Lacy Herman Koonce , III**
*an individual*                                          Klaris Law, PLLC
                                                         Klaris Law, PLLC
                                                         161 Water Street
                                                         Suite 904
                                                         NY, NY 10038
                                                         917–612–5861
                                                         Email: lance.koonce@klarislaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Amy Lee Nashon**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer L. Pariser**
                                                         (See above for address)

                                                         **Zachary M. Press**
                                                         Vance Center for International Justice
                                                         Lawyers for Reporters
                                                         42 West 44th Street
                                                         New York, NY 10036
                                                         718–974–8717
                                                         Email: zpress@nycbar.org
                                                         *TERMINATED: 06/09/2025*

**Defendant**

                                        represented by

**Prospect Agency, LLC**
*a New Jersey limited liability company*

**Lacy Herman Koonce , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lee Nashon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary M. Press**
(See above for address)
*TERMINATED: 06/09/2025*

**Defendant**

**Entangled Publishing, LLC**
*a Delaware limited liability company*

represented by **Benjamin Samuel Halperin**
(See above for address)
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Nancy Evelyn Wolff**
(See above for address)
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Scott Jonathan Sholder**
(See above for address)
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Amy Lee Nashon**
TroyGould
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
310–789–1245
Email: anashon@troygould.com
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*TERMINATED: 04/01/2025*

**Jennifer L. Pariser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal City Studios, LLC**
*a Delaware limited liability company*

represented by **Amy Lee Nashon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Samuel Halperin**
(See above for address)
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**Nancy Evelyn Wolff**
(See above for address)
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**Scott Jonathan Sholder**
(See above for address)

*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**CeCe Cole**
(See above for address)
*TERMINATED: 03/27/2025*

**Defendant**

**Macmillan Publishers, LLC**
*TERMINATED: 05/23/2022*

represented by **Nancy Evelyn Wolff**
(See above for address)
*TERMINATED: 04/01/2025*
*LEAD ATTORNEY*

**Amy Lee Nashon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Pariser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crazy Maple Studio, Inc.**
*a California Corporation*
*TERMINATED: 09/07/2022*

represented by **Jack Shaw**
Cherry Johnson Siegmund James PC
8140 Walnut Hill Lane
Suite 105
Dallas, TX 75231
254–732–2242
Fax: 866–627–3509
Email: jshaw@cjsjlaw.com
*TERMINATED: 05/15/2025*
*LEAD ATTORNEY*

**Eric Plourde**
Procopio, Cory, Hargreaves & Savitch
LLP
525 B Street
Ste 2200
San Diego, CA 92101
619–238–1900
Email: eaplourde@gmail.com
*TERMINATED: 05/15/2025*

**Defendant**

**Holtzbrinck Publishers, LLC**
*a New York limited liability company*
*doing business as*
Macmillan

represented by **Benjamin Samuel Halperin**
(See above for address)
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**Nancy Evelyn Wolff**
(See above for address)
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**Scott Jonathan Sholder**
(See above for address)
*TERMINATED: 03/27/2025*
*LEAD ATTORNEY*

**Amy Lee Nashon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CeCe Cole**
(See above for address)
*TERMINATED: 03/27/2025*

**Jennifer L. Pariser**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2022 | 1 | COMPLAINT against Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Filing Fee $ 402.00, Receipt Number BNYSDC–25915074)Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 03/25/2022) |
| 03/25/2022 | 2 | **FILING ERROR – DEFICIENT PLEADING – PDF ERROR – CIVIL COVER SHEET filed..(LiCalsi, Paul) Modified on 3/28/2022 (pc).** (Entered: 03/25/2022) |
| 03/28/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Paul V. LiCalsi. The party information for the following party/parties has been modified: Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC, Lynne Freeman. The information for the party/parties has been modified for the following reason/reasons: party text was omitted; alias party name was omitted;. (pc)** (Entered: 03/28/2022) |
| 03/28/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Paul V. LiCalsi re: Document No. 1 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF;. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (pc)** (Entered: 03/28/2022) |
| 03/28/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Paul V. LiCalsi to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): civil cover sheet was not signed. (pc)** (Entered: 03/28/2022) |
| 03/28/2022 | | **\*\*\*NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Paul V. LiCalsi to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (pc)** (Entered: 03/28/2022) |
| 03/28/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 03/28/2022) |
| 03/28/2022 | | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 03/28/2022) |
| 03/28/2022 | | Case Designated ECF. (pc) (Entered: 03/28/2022) |
| 03/28/2022 | 3 | CIVIL COVER SHEET filed..(LiCalsi, Paul) (Entered: 03/28/2022) |
| 03/28/2022 | 4 | **FILING ERROR – DEFICIENT AO 121 FORM COPYRIGHT – PDF ERROR** AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(LiCalsi, Paul) Modified on 3/29/2022 (sj). (Entered: 03/28/2022) |

| 03/28/2022 | 5 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Mark D. Passin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25923915. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lynne Freeman. (Attachments: # 1 Affidavit Affidavit of attorney requesting admission pro hac vice, # 2 Text of Proposed Order Draft order).(LiCalsi, Paul) Modified on 3/29/2022 (vba). (Entered: 03/28/2022) |
| --- | --- | --- |
| 03/28/2022 | | ADD PARTY FOR PLEADING. Defendants/Respondents Macmillan Publishers, LLC added. Party added pursuant to 1 Complaint.Document filed by Lynne Freeman. Related document: 1 Complaint..(LiCalsi, Paul) (Entered: 03/28/2022) |
| 03/29/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT COPYRIGHT FORM. Notice to Attorney Paul V. LiCalsi to RE–FILE re: Document No. 4 AO 121 Form Copyright – Notice of Submission by Attorney. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the AO 121 Copyright form is not correct; all Defendants not listed on PDF. Re–file the document using the event type AO 121 Form Copyright – Notice of Submission by Attorney found under the event list Other Documents and attach the correct AO 121 Copyright PDF form. (sj)** Modified on 4/1/2022 (sj). (Entered: 03/29/2022) |
| 03/29/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 5 MOTION for Mark D. Passin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25923915. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of CA;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (vba)** (Entered: 03/29/2022) |
| 03/29/2022 | 6 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Mark D. Passin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lynne Freeman. (Attachments: # 1 Affidavit Affidavit of attorney seeking admission, # 2 Text of Proposed Order Proposed order, # 3 Certificate of Good Standing from Supreme Court of California).(LiCalsi, Paul) Modified on 3/30/2022 (vba). (Entered: 03/29/2022) |
| 03/30/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 6 MOTION for Mark D. Passin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of CA;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (vba)** (Entered: 03/30/2022) |
| 04/01/2022 | 7 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(LiCalsi, Paul) (Entered: 04/01/2022) |
| 04/04/2022 | 8 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights. (vf) (Entered: 04/04/2022) |
| 04/19/2022 | 9 | ORDER: To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity. SO ORDERED. (Signed by Judge Analisa Torres on 4/19/2022) (kv) |

| | | (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 10 | INITIAL PRETRIAL SCHEDULING ORDER: Counsel for all parties are directed to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by May 24, 2022, in accordance with Rule 16 of the Federal Rules of Civil Procedure and the instructions set forth below. (Signed by Judge Analisa Torres on 4/19/2022) (kv) (Entered: 04/19/2022) |
| 04/19/2022 | 11 | ORDER: To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. (as further set forth herein). SO ORDERED. (Signed by Judge Analisa Torres on 4/19/2022) (kv) (Entered: 04/19/2022) |
| 04/26/2022 | 12 | MOTION for Mark D. Passin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lynne Freeman. (Attachments: # 1 Text of Proposed Order Draft order, # 2 Affidavit Affidavit of Attorney Seeking Admission, # 3 Certificate of Good Standing from Supreme Court of California).(LiCalsi, Paul) (Entered: 04/26/2022) |
| 04/27/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Mark D. Passin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 04/27/2022) |
| 04/28/2022 | 13 | ORDER granting 12 Motion for Mark D. Passin to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order) (JB) (Entered: 04/28/2022) |
| 05/10/2022 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. Macmillan Publishers, LLC waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/10/2022) |
| 05/10/2022 | 15 | WAIVER OF SERVICE RETURNED EXECUTED. Tracy Deebs−Elkenaney waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/10/2022) |
| 05/10/2022 | 16 | WAIVER OF SERVICE RETURNED EXECUTED. Universal City Studios, LLC waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/10/2022) |
| 05/10/2022 | 17 | WAIVER OF SERVICE RETURNED EXECUTED. Emily Sylvan Kim waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/10/2022) |
| 05/10/2022 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Prospect Agency, LLC waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/10/2022) |
| 05/10/2022 | 19 | NOTICE OF APPEARANCE by Mark D. Passin on behalf of Lynne Freeman..(Passin, Mark) (Entered: 05/10/2022) |
| 05/11/2022 | 20 | WAIVER OF SERVICE RETURNED EXECUTED. Entangled Publishing, LLC waiver sent on 3/28/2022, answer due 5/27/2022. Document filed by Lynne Freeman..(LiCalsi, Paul) (Entered: 05/11/2022) |
| 05/11/2022 | 21 | JOINT MOTION for Extension of Time to File Answer re: 1 Complaint . Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 05/11/2022) |
| 05/13/2022 | 22 | JOINT STIPULATION EXTENDING TIME TO ANSWER, THEREFORE, it is hereby stipulated, by the parties hereto through their respective counsel, as follows: That Defendants' time to respond to the Complaint is extended to and including June 27, 2022. SO ORDERED. Motions terminated: 21 JOINT MOTION for Extension of Time to File Answer re: 1 Complaint . filed by Universal City Studios, LLC, Macmillan Publishers, LLC, Entangled Publishing, LLC, Tracy Deebs−Elkenaney. (Signed by Judge Analisa Torres on 5/13/2022) (kv) (Entered: 05/13/2022) |

| | | |
|---|---|---|
| 05/13/2022 | | Set/Reset Deadlines: Tracy Deebs–Elkenaney answer due 6/27/2022; Entangled Publishing, LLC answer due 6/27/2022; Emily Sylvan Kim answer due 6/27/2022; Macmillan Publishers, LLC answer due 6/27/2022; Prospect Agency, LLC answer due 6/27/2022; Universal City Studios, LLC answer due 6/27/2022. (kv) (Entered: 05/13/2022) |
| 05/23/2022 | 23 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** – FIRST AMENDED COMPLAINT amending 1 Complaint against Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC, Crazy Maple Studio, Inc. with JURY DEMAND.Document filed by Lynne Freeman. Related document: 1 Complaint. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3).(Passin, Mark) Modified on 5/23/2022 (vf). (Entered: 05/23/2022) |
| 05/23/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mark D. Passin to RE–FILE re: Document No. 23 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; wrong party/parties whom the pleading is against were selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (vf)** (Entered: 05/23/2022) |
| 05/23/2022 | 24 | FIRST AMENDED COMPLAINT amending 1 Complaint against Crazy Maple Studio, Inc., Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan with JURY DEMAND.Document filed by Lynne Freeman. Related document: 1 Complaint. (Attachments: # 1 Exhibit Ex 1, # 2 Exhibit Ex 2, # 3 Exhibit Ex 3).(Passin, Mark) (Entered: 05/23/2022) |
| 05/23/2022 | 25 | LETTER addressed to Judge Analisa Torres from Mark D. Passin dated May 23. 2022 re: Subject Matter Jurisdiction. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 05/23/2022) |
| 05/23/2022 | 26 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Passin, Mark) (Entered: 05/23/2022) |
| 05/24/2022 | 27 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(pc) (Entered: 05/24/2022) |
| 05/24/2022 | 28 | LETTER addressed to Judge Analisa Torres from Mark D. Passin, Paul V. LiCalsi, Nancy E. Wolff, Lacy H. Koonce, III dated May 24, 2022 re: Civil Case Management Plan and Scheduling Order. Document filed by Lynne Freeman. (Attachments: # 1 Text of Proposed Order Civil Case Management Plan and Proposed Order).(Passin, Mark) (Entered: 05/24/2022) |
| 06/01/2022 | 29 | ORDER: The Court has reviewed the parties' joint letter and proposed case management plan. ECF No. 28. The Court shall permit 120 days for fact discovery and 45 days for expert discovery. By June 8, 2022, the parties shall submit a revised proposed case management plan. SO ORDERED. (Signed by Judge Analisa Torres on 6/1/2022) (jca) (Entered: 06/01/2022) |
| 06/02/2022 | 30 | WAIVER OF SERVICE RETURNED EXECUTED. Crazy Maple Studio, Inc. waiver sent on 6/2/2022, answer due 8/1/2022. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 06/02/2022) |
| 06/02/2022 | 31 | NOTICE OF APPEARANCE by Jack Shaw on behalf of Crazy Maple Studio, Inc...(Shaw, Jack) (Entered: 06/02/2022) |
| 06/03/2022 | 32 | NOTICE OF APPEARANCE by Eric Plourde on behalf of Crazy Maple Studio, Inc...(Plourde, Eric) (Entered: 06/03/2022) |

| 06/08/2022 | 33 | JOINT LETTER addressed to Judge Analisa Torres from Nancy E. Wolff dated June 8, 2022 re: Civil Case Management Plan and Scheduling Order. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Text of Proposed Order Proposed Civil Case Management Plan).(Wolff, Nancy) (Entered: 06/08/2022) |
|---|---|---|
| 06/08/2022 | 34 | NOTICE OF APPEARANCE by CeCe Cole on behalf of Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Cole, CeCe) (Entered: 06/08/2022) |
| 06/08/2022 | 35 | NOTICE OF APPEARANCE by Lacy Herman Koonce, III on behalf of Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 06/08/2022) |
| 06/08/2022 | 36 | NOTICE OF APPEARANCE by Zachary M. Press on behalf of Emily Sylvan Kim, Prospect Agency, LLC..(Press, Zachary) (Entered: 06/08/2022) |
| 06/10/2022 | 37 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a magistrate judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Deposition due by 10/25/2022. Fact Discovery due by 10/25/2022. Expert Discovery due by 12/9/2022. Case Management Conference set for 11/15/2022 at 10:00 AM before Judge Analisa Torres. Counsel for the parties have conferred and their present best estimate of the length of trial is: 7 days. SO ORDERED. (Signed by Judge Analisa Torres on 6/10/2022) (ks) (Entered: 06/10/2022) |
| 06/27/2022 | 38 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Entangled Publishing, LLC..(Wolff, Nancy) (Entered: 06/27/2022) |
| 06/27/2022 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Macmillan Holdings, LLC for Holtzbrinck Publishers, LLC. Document filed by Holtzbrinck Publishers, LLC..(Wolff, Nancy) (Entered: 06/27/2022) |
| 06/27/2022 | 40 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Comcast Corporation for Universal City Studios, LLC. Document filed by Universal City Studios, LLC..(Wolff, Nancy) (Entered: 06/27/2022) |
| 06/27/2022 | 41 | ANSWER to 24 Amended Complaint, with JURY DEMAND. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 06/27/2022) |
| 06/27/2022 | 42 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Prospect Agency, LLC..(Koonce, Lacy) (Entered: 06/27/2022) |
| 06/27/2022 | 43 | ANSWER to 24 Amended Complaint,. Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 06/27/2022) |
| 07/08/2022 | 44 | JOINT LETTER MOTION for Conference *Re Stipulated Protective Order* addressed to Judge Analisa Torres from Mark D. Passin, Paul V. LiCalsi dated July 8, 2022. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Ex A – Protective Order (Redlined), # 2 Exhibit Ex B – Protective Order (Signed by Defs)).(Passin, Mark) (Entered: 07/08/2022) |
| 07/11/2022 | 45 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Sarah Netburn. SO ORDERED. Motions referred to Sarah Netburn. (Signed by Judge Analisa Torres on 7/11/2022) (jca) (Entered: 07/11/2022) |
| 07/12/2022 | 46 | JOINT LETTER MOTION for Conference *Re Stipulated Protective Order* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated July 12, 2022. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Ex A – Protective Order (Redlined), # 2 Exhibit Ex B –Protective Order (Signed by Defs)).(Passin, Mark) (Entered: 07/12/2022) |
| 07/13/2022 | 47 | ORDER granting 46 Letter Motion for Conference. A call is scheduled for Wednesday, July 20, 2022, at 4:00 p.m. to discuss the dispute regarding the parties' proposed protective orders. ECF No. 44. At that time the parties should dial into the |

| | | |
|---|---|---|
| | | Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805–0286. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 07/13/2022) |
| 07/13/2022 | | Set/Reset Hearings: Telephone Conference set for 7/20/2022 at 04:00 PM before Magistrate Judge Sarah Netburn. (ras) (Entered: 07/14/2022) |
| 07/20/2022 | 48 | ORDER: On Wednesday, July 20, 2022, a conference was held to discuss the dispute regarding the parties' proposed protective orders. ECF No. 47. Defendants' motion for an "Attorney's Eyes Only" provision is DENIED unless agreement is reached as discussed at the conference. The parties are ORDERED to meet and confer and propose a joint protective order for the Court's approval by Monday, July 25, 2022. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last–minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. (Signed by Magistrate Judge Sarah Netburn on 7/20/2022) (ras) (Entered: 07/20/2022) |
| 07/25/2022 | 49 | PROPOSED PROTECTIVE ORDER. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 07/25/2022) |
| 07/26/2022 | 50 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...(See document.) SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/26/2022) (ras) (Entered: 07/26/2022) |
| 07/28/2022 | 51 | PROPOSED STIPULATION AND ORDER. Document filed by Crazy Maple Studio, Inc...(Plourde, Eric) (Entered: 07/28/2022) |
| 07/29/2022 | 52 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lynne Freeman ("Plaintiff") and Defendant Crazy Maple Studio, Inc. ("Crazy Maple"), that Crazy Maple's time to answer or move with regard to Plaintiffs First Amended Complaint (ECF No. 24) is hereby extended to August 22, 2022. SO ORDERED. Crazy Maple Studio, Inc. answer due 8/22/2022. (Signed by Judge Analisa Torres on 7/29/2022) (kv) (Entered: 07/29/2022) |
| 08/11/2022 | 53 | LETTER MOTION for Extension of Time *to Respond to Certain Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated August 11, 2022. Document filed by Lynne Freeman. (Attachments: # 1 Supplement Enclosure).(Passin, Mark) (Entered: 08/11/2022) |
| 08/12/2022 | 54 | ORDER granting 53 Letter Motion for Extension of Time. Plaintiff shall respond to Defendants' Discovery Requests by August 22, 2022. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 08/12/2022) |
| 08/17/2022 | 55 | PROPOSED STIPULATION AND ORDER. Document filed by Crazy Maple Studio, Inc...(Plourde, Eric) (Entered: 08/17/2022) |
| 08/18/2022 | 56 | STIPULATION AND ORDER:NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Crazy Maple that Crazy Maple's time to answer or move with regard to Plaintiff's First Amended Complaint (ECF No. 24) is hereby extended to September 7, 2022. Crazy Maple Studio, Inc. answer due 9/7/2022. (Signed by Judge Analisa Torres on 8/18/2022) (tro) (Entered: 08/18/2022) |
| 09/06/2022 | 57 | PROPOSED STIPULATION AND ORDER. Document filed by Crazy Maple Studio, Inc...(Plourde, Eric) (Entered: 09/06/2022) |
| 09/07/2022 | 58 | STIPULATION OF DISMISSAL AND ORDER THEREON: NOW, THEREFORE, subject to the Court ordering this Stipulation, in consideration of the mutual promises set forth herein, the sufficiency of which are hereby acknowledged, the Parties hereby agree as follows: 1. Freeman hereby dismisses the claims in the Action alleged against Crazy Maple Studio, and Crazy Maple Studio only, without prejudice. SO ORDERED. |

| | | |
|---|---|---|
| | | The Clerk of Court is directed to terminate Crazy Maple Studio, Inc. as a Defendant in this action. (And as further set forth herein.) Crazy Maple Studio, Inc. (a California Corporation) terminated. (Signed by Judge Analisa Torres on 9/7/2022) (jca) (Entered: 09/07/2022) |
| 09/07/2022 | 59 | LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 7, 2022. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Ex A – 22.07.07 – Prospect–Klaris Law RFP Resp, # 2 Exhibit Ex B – Search Term List, # 3 Exhibit Ex C, # 4 Exhibit Ex D – Prospect Acy Domain Redacted, # 5 Exhibit Ex E –22.07.15 Prospect–Klaris Law ROG1 Resp).(Passin, Mark) (Entered: 09/07/2022) |
| 09/08/2022 | 60 | LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 8, 2022. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Ex A – Defs Wolff Entangled Universal Macmillans ROs to Plt 2nd Amd RFPs, # 2 Exhibit Ex B – Wolffs Resp to Plt ROGS, # 3 Exhibit Ex C – Entangleds Resp to Plt ROGS, # 4 Exhibit Ex D – Macmillans Resp to Plt ROGS).(Passin, Mark) (Entered: 09/08/2022) |
| 09/09/2022 | 61 | ORDER granting 59 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 7, 2022., 60 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 8, 2022; granting 60 Letter Motion for Conference re: 59 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 7, 2022, 60 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 8, 2022. On September 7 and September 8, 2022, Plaintiff filed letter motions for a discovery conference. ECF Nos. 59 & 60. Defendants shall respond to the issues raised in both letters no later than September 14, 2022. A conference is scheduled for Thursday, September 15, 2022, at 3:00 p.m. The conference will be held in person in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are required to comply with the Court's most recent COVID–19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid–19–coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805–0286. The Clerk of Court is respectfully directed to close the gavel at ECF Nos. 59 & 60. SO ORDERED. Status Conference set for 9/15/2022 at 03:00 PM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 9/9/2022) (mml) (Entered: 09/09/2022) |
| 09/09/2022 | | Set/Reset Deadlines: Responses due by 9/14/2022. (mml) (Entered: 09/09/2022) |
| 09/12/2022 | 62 | NOTICE OF APPEARANCE by Benjamin Samuel Halperin on behalf of Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 09/12/2022) |
| 09/13/2022 | 63 | ORDER: In light of Plaintiff's counsel's request to appear by telephone, the conference scheduled for Thursday, September 15, 2022 at 3:00 p.m. will be conducted telephonically rather than in person. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#) key. (Telephone Conference set for 9/15/2022 at 03:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/13/2022) (ras) (Entered: 09/13/2022) |
| 09/14/2022 | 64 | NOTICE OF APPEARANCE by Brett Van Benthysen on behalf of Lynne Freeman..(Van Benthysen, Brett) (Entered: 09/14/2022) |
| 09/14/2022 | 65 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Lacy H. Koonce, III dated 9/14/2022 re: 59 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 7, 2022. . Document filed by Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Koonce, Lacy) (Entered: 09/14/2022) |

| | | |
|---|---|---|
| 09/14/2022 | 66 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated September 14, 2022 re: 60 LETTER MOTION for Conference *Re Discovery* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 8, 2022. . Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 09/14/2022) |
| 09/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 9/15/2022. (ras) (Entered: 10/05/2022) |
| 09/16/2022 | 67 | ORDER: By September 30, 2022, Plaintiff's counsel shall advise Defendants how he is conducting the search for responsive documents. Defendants shall propose search terms to Plaintiff's counsel as soon as possible. The deadline for the substantial completion of document discovery is October 14, 2022. In addition, by October 14, 2022, Plaintiff must identify with specificity which manuscripts were infringed and provide metadata to Defendants. The parties shall file a joint letter on the status of discovery by no later than October 21, 2022. Fact discovery shall close on December 31, 2022. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, January 30, 2023. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Monday, February 20, 2023. All expert discovery shall be completed by Monday, March 20, 2023. Any party that wishes to file a motion for summary judgment shall file a pre−motion letter with the Hon. Analisa Torres by no later than April 3, 2023. (Signed by Magistrate Judge Sarah Netburn on 9/16/2022) (ras) (Entered: 09/16/2022) |
| 09/19/2022 | 68 | ORDER re: 67 Order. Accordingly, the case management conference scheduled for November 15, 2022, is ADJOURNED to January 31, 2023, at 11:40 a.m. Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. See ECF No. 37, paragraph 16. And, pre−motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. Id. SO ORDERED. ( Case Management Conference set for 1/31/2023 at 11:40 AM before Judge Analisa Torres.) (Signed by Judge Analisa Torres on 9/19/2022) (kv) (Entered: 09/19/2022) |
| 09/27/2022 | 69 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Dwayne K. Goetzel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26739918. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tracy Deebs−Elkenaney. (Attachments: # 1 Affidavit Dwayne K. Goetzel, # 2 Text of Proposed Order Proposed Order).(Goetzel, Dwayne) Modified on 9/28/2022 (sgz). (Entered: 09/27/2022) |
| 09/28/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 69 MOTION for Dwayne K. Goetzel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26739918. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (sgz)** (Entered: 09/28/2022) |
| 09/28/2022 | 70 | MOTION for Dwayne K. Goetzel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tracy Deebs−Elkenaney. (Attachments: # 1 Affidavit Dwayne K. Goetzel, # 2 Text of Proposed Order Proposed Order).(Goetzel, Dwayne) Modified on 9/29/2022 (aea). (Entered: 09/28/2022) |
| 09/29/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 70 MOTION for Dwayne K. Goetzel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 09/29/2022) |
| 09/29/2022 | 71 | ORDER granting 70 Motion for Dwayne K. Goetzel to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/29/2022) |

| 10/11/2022 | 72 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated October 11, 2022 re: Extension to Meet Deadline for Completion of Document Production. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 10/11/2022) |
| --- | --- | --- |
| 10/13/2022 | 73 | MEMO ENDORSEMENT on re: 72 Letter filed by Lynne Freeman. ENDORSEMENT: The deadline for the substantial completion of document discovery is October 21, 2022. The parties shall file a joint letter on the status of discovery by no later than October 28, 2022. (Signed by Magistrate Judge Sarah Netburn on 10/13/2022) (ras) (Entered: 10/13/2022) |
| 10/28/2022 | 74 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from All Parties dated October 28, 2022 re: Joint Status Report. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 10/28/2022) |
| 10/31/2022 | 75 | ORDER: On October 28, 2022, the parties filed a joint letter updating the Court on the status of discovery. ECF No. 74. In the letter, the parties indicated that there is ongoing disagreement about whether each party has satisfied the requirements of the October 13, 2022 order and that they plan to meet and confer in the near future. ECF No. 73. The parties are reminded that fact discovery ends December 31, 2022. Any disputes should be raised with the Court in time to meet that deadline. The parties are reminded that if they wish to schedule a settlement conference, they should contact Rachel Slusher at Rachel_slusher@nysd.uscourts.gov. In light of the Court's calendar, settlement conferences are typically scheduled six to eight weeks from when they are requested. (Signed by Magistrate Judge Sarah Netburn on 10/31/2022) (ras) (Entered: 10/31/2022) |
| 11/07/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Louis L. Stanton. Judge Analisa Torres is no longer assigned to the case. (aea) (Entered: 11/07/2022) |
| 11/18/2022 | 76 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/15/2022 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2022. Redacted Transcript Deadline set for 12/19/2022. Release of Transcript Restriction set for 2/16/2023..(js) (Entered: 11/18/2022) |
| 11/18/2022 | 77 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/15/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 11/18/2022) |
| 12/05/2022 | 78 | LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 1 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 5, 2022. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Wolff, Nancy) (Entered: 12/05/2022) |
| 12/05/2022 | 79 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/15/2022 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/27/2022. Redacted Transcript Deadline set for 1/5/2023. Release of Transcript Restriction set for 3/6/2023.(js) (Entered: 12/05/2022) |
| 12/05/2022 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/15/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely |

| | | |
|---|---|---|
| | | electronically available to the public without redaction after 90 calendar days....(js) (Entered: 12/05/2022) |
| 12/07/2022 | 81 | LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 7 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 7, 2022. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 12/07/2022) |
| 12/07/2022 | 82 | LETTER MOTION to Seal *ECF Nos. 78 and 78–3* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 7, 2022. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 12/07/2022) |
| 12/07/2022 | 83 | REDACTION to 78 LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 1 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 5, 2022. *Redacted version of ECF No. 78* by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC.(Halperin, Benjamin) (Entered: 12/07/2022) |
| 12/07/2022 | 84 | REDACTION to 78 LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 1 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 5, 2022. *Redacted version of ECF No. 78–3* by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC.(Halperin, Benjamin) (Entered: 12/07/2022) |
| 12/07/2022 | 85 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark Passin & Paul V. LiCalsi dated December 7, 2022 re: Lynne Freeman v. Tracy Deebs–Elkenaney et. al. 22 Civ 2435 (LLS). Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/07/2022) |
| 12/07/2022 | 86 | ORDER granting 82 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/07/2022) |
| 12/08/2022 | 87 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit Ex. 1 Wolff Texts, # 2 Exhibit Ex. 2 Kim Texts, # 3 Exhibit Ex. 3 Text List, # 4 Exhibit Ex. 4 Kim Texts)Motion or Order to File Under Seal: 86 .(Passin, Mark) (Entered: 12/08/2022) |
| 12/08/2022 | 88 | LETTER MOTION for Extension of Time to Complete Discovery *Exhibits 1–4 Redacted and Filed Under Seal Pursuant to Doc. 86* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022. Document filed by Lynne Freeman. (Attachments: # 1 Supplement Supplemental Letter Regarding Redactions).(Passin, Mark) (Entered: 12/08/2022) |
| 12/08/2022 | 89 | NOTICE of Errata re: 88 LETTER MOTION for Extension of Time to Complete Discovery *Exhibits 1–4 Redacted and Filed Under Seal Pursuant to Doc. 86* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022., 87 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/08/2022) |
| 12/08/2022 | 90 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/6/2022 re: 78 LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 1 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 5, 2022. . Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit Ex. 1 Doctor's Note, # 2 Exhibit Ex. 2 Excerpted Transcript)Motion or Order to File Under Seal: 86 .(Passin, Mark) (Entered: 12/08/2022) |

| | | |
|---|---|---|
| 12/08/2022 | 91 | REDACTION to 90 Response in Opposition to Motion,, *Exhibits 1–2 Redacted and Filed Under Seal Pursuant to Doc. 86* by Lynne Freeman.(Passin, Mark) (Entered: 12/08/2022) |
| 12/08/2022 | 92 | ORDER terminating 78 Letter Motion for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 1 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 5, 2022, 81 LETTER MOTION for Conference *re discovery dispute on behalf of all Defendants in response to Plaintiff's December 7 letter email to the Court* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 7, 2022, 87 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022, 88 LETTER MOTION for Extension of Time to Complete Discovery *Exhibits 1–4 Redacted and Filed Under Seal Pursuant to Doc. 86* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 12/1/2022.The parties have filed numerous letters related to discovery disputes and Plaintiff's request to extend the discovery deadline. Related to these disputes, the parties request a conference; Defendants request that the conference be held in person, whereas Plaintiff requests it be held telephonically. In light of Plaintiff's counsel's residence (California), the crush of work to be conducted in December, and the public health concerns, the Court will conduct its conference remotely. Accordingly, the parties are ORDERED to appear by telephone on Monday, December 12, 2022, at 3:00 p.m., E.S.T. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#) key. The Court further ORDERS that (1) it will grant a reasonable extension of the discovery deadline, to be discussed at the conference; (2) despite a presumption that Plaintiff should be deposed in the forum district, Plaintiff may be deposed by video technology or in person at an agreed upon location other than the forum (e.g., California or Texas); and (3) depositions of defendants or defendant witnesses shall be deposed remotely or in the state of their residence. All other issues will be addressed at the conference. The Clerk of Court is requested to terminate the motions at ECF Nos. 78, 81, 87 & 88. (Signed by Magistrate Judge Sarah Netburn on 12/8/2022) (ras) (Entered: 12/08/2022) |
| 12/08/2022 | | Set/Reset Hearings: Telephone Conference set for 12/12/2022 at 03:00 PM before Magistrate Judge Sarah Netburn. (ras) (Entered: 12/08/2022) |
| 12/12/2022 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 12/12/2022. (ras) (Entered: 12/27/2022) |
| 12/13/2022 | 93 | ORDER: It is ORDERED that: By Friday, December 16, 2022, the parties shall file a joint letter indicating whether there has been an agreement on the review of redacted text messages. If not, the Plaintiff is directed to identify ten redacted passages, which the Court will review in camera. By Friday, December 23, 2022, Plaintiff and the Defendants collectively shall each file a five–page letter brief describing, with as much particularity as possible, the alleged infringement and how the parties intend to prove it. By Friday, December 23, 2022, Plaintiff shall submit to Defendants a revised privileged log and produce any documents identified through an electronic search of Plaintiff's computer files. If Plaintiff intends to file a motion for leave to amend, she must first provide Defendants with a draft amended complaint. Thereafter, the parties shall meet and confer to discuss if the Defendants consent to the amended complaint. If Defendants do not consent, Plaintiff is directed to file a motion for leave to amend the complaint. The Court does not set a deadline for this action and discovery is not stayed. The deadline to complete discovery is extended until Wednesday, March 15, 2023. SO ORDERED. ( Discovery due by 3/15/2023.) (Signed by Magistrate Judge Sarah Netburn on 12/13/2022) (va) (Entered: 12/14/2022) |
| 12/14/2022 | 94 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated December 8, 2022 re: Continuance of Discovery Deadlines. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/14/2022) |
| 12/15/2022 | 95 | LETTER MOTION for Extension of Time to Complete Discovery *Response letter to ECF No. 94* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 15, 2022. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 12/15/2022) |

| 12/15/2022 | 96 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated December 15, 2022 re: Order. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/15/2022) |
|---|---|---|
| 12/16/2022 | 97 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 17, 2022 re: Redactions. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 12/16/2022) |
| 12/17/2022 | 98 | ORDER granting in part and denying in part 95 Letter Motion for Extension of Time to Complete Discovery. The Court modifies its December 13, 2022 Order as follows: the deadline for Plaintiff to produce responsive electronically stored documents, including from Plaintiff's computer, is extended to December 30, 2022; the deadline to file the "infringement letters" is extended to January 4, 2023; and the deadline for Plaintiff to serve a privilege log is extended to January 6, 2023. Plaintiff's request to modify the scope of the infringement letters is denied. With respect to the privilege log's disclosures of names of attorneys and "consultants" with whom Plaintiff communicated, absent a showing of exceptional circumstances, the Court will not require Plaintiff to disclose the identity of an informal consulting expert, so long as such individual qualifies as an expert, rather than a friend or trusted advisor. Absent a showing of exceptional circumstances, Plaintiff is required to disclose the identity of any attorney with whom she communicated. Any other requests for relief are denied. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/17/2022) |
| 12/27/2022 | 99 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/12/2022 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/17/2023. Redacted Transcript Deadline set for 1/27/2023. Release of Transcript Restriction set for 3/27/2023..(McGuirk, Kelly) (Entered: 12/27/2022) |
| 12/27/2022 | 100 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/12/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/27/2022) |
| 01/04/2023 | 101 | FIRST LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 01.04.23. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/04/2023) |
| 01/04/2023 | 102 | LETTER addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated January 4, 2023 re: Letter Brief From All Defendants Pursuant to the Court's December 13, 2022 Order (ECF No. 93). Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 01/04/2023) |
| 01/04/2023 | 103 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated January 4, 2023 re: Infringement and Proof. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2).(Passin, Mark) (Entered: 01/04/2023) |
| 01/05/2023 | 104 | ORDER granting 101 Letter Motion for Extension of Time. Plaintiff's request for a one−week extension to serve a revised privilege log on Defendants is GRANTED. Plaintiff must serve this log no later than January 13, 2023. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/05/2023) |
| 01/11/2023 | 105 | ORDER: Plaintiff is ORDERED to identify two manuscripts to serve as the primary works that establish her copyright claim. Plaintiff must do so by January 20, 2023. (Signed by Magistrate Judge Sarah Netburn on 1/11/2023) (ras) (Entered: 01/11/2023) |

| | | |
|---|---|---|
| 01/18/2023 | 106 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/20/2022 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/8/2023. Redacted Transcript Deadline set for 2/21/2023. Release of Transcript Restriction set for 4/18/2023. (js) (Entered: 01/18/2023) |
| 01/18/2023 | 107 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 7/20/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 01/18/2023) |
| 01/18/2023 | 108 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark Passin & Paul V. LiCalsi dated 01.18.23 re: Lynne Freeman v. Tracy Deebs–Elkenaney et. al., 22 Civ 2435 (LLS)(NS). Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/18/2023) |
| 01/18/2023 | 109 | LETTER MOTION to Stay re: 105 Order addressed to Magistrate Judge Sarah Netburn from Mark Passin & Paul V. LiCalsi dated 01.18.23. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/18/2023) |
| 01/20/2023 | 110 | ORDER denying 109 LETTER MOTION to Stay re: 105 Order addressed to Magistrate Judge Sarah Netburn from Mark Passin & Paul V. LiCalsi. Plaintiff's motion for a stay of the January 11, 2023 order pending resolution of his forthcoming objection is DENIED. Plaintiff will not be prejudiced by identifying two primary manuscripts while also seeking leave to identify more. To the extent Plaintiff's objections are sustained, Plaintiff will be able to rely on additional transcripts in the future. (Signed by Magistrate Judge Sarah Netburn on 1/20/2023) (ras) (Entered: 01/20/2023) |
| 01/20/2023 | 111 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated January 20, 2023 re: January 11, 2023 Order. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/20/2023) |
| 01/25/2023 | 112 | BRIEF re: 105 Order *Objection Pursuant to FRCP 72*. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/25/2023) |
| 01/25/2023 | 113 | DECLARATION of Mark D. Passin re: 112 Brief . Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – January 11, 2023 Order, # 2 Exhibit 2 – Complaint, # 3 Exhibit 3 – July 11, 2022 Order, # 4 Exhibit 4 – December 5, 2022 redacted letter, # 5 Exhibit 5 – December 6, 2022 redacted letter, # 6 Exhibit 6 – Filed Under Seal, # 7 Exhibit 7 – Plaintiff's January 4, 2023 letter, # 8 Exhibit 8 – Defendants' January 4, 2023 letter).(Passin, Mark) (Entered: 01/25/2023) |
| 01/25/2023 | 114 | ***SELECTED PARTIES***NOTICE of Exhibit 6 filed under seal re: 113 Declaration,. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: 100 .(Passin, Mark) (Entered: 01/25/2023) |
| 01/27/2023 | 115 | JOINT LETTER MOTION for Extension of Time *to Disclose Expert Evidence as Required by Rule 26(a)(2)(A), (B), or (C), including the identities and reports of experts, if any* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated January 27, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 01/27/2023) |
| 01/30/2023 | 116 | ORDER granting 115 Letter Motion for Extension of Time. The parties' request to extend the disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C) until April 14, 2023, is GRANTED. The parties shall file a status letter by March 31, 2023, with a proposed schedule for the completion of expert discovery or, if none is contemplated, for motions for summary judgment. The parties are further ORDERED to meet and confer to discuss whether a settlement conference would be productive. If so, the parties shall contact Courtroom Deputy Rachel Slusher at |

| | | |
|---|---|---|
| | | rachel_slusher@nysd.uscourts.gov to schedule one. The Court typically schedules settlement conferences for six to eight weeks from the time they are sought, and litigation deadlines will not be adjourned to accommodate late requests. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/30/2023) |
| 01/30/2023 | 117 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated January 30, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/30/2023) |
| 01/31/2023 | 118 | ORDER denying without prejudice 117 Letter Motion for Extension of Time to Complete Discovery. The current deadline to complete fact discovery is March 15, 2023, which is 45 days away. Plaintiff has not established that she cannot complete discovery under that schedule given the current circumstances. The parties should schedule depositions for March and, if necessary, may seek limited additional time on a more developed record. Any motion to compel discovery should be filed no later than February 17, 2023. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/31/2023) |
| 02/08/2023 | 119 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated February 8, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 02/08/2023) |
| 02/08/2023 | 120 | OPPOSITION BRIEF *DEFENDANTS RESPONSE TO PLAINTIFFS OBJECTIONS TO MAGISTRATE JUDGE NETBURNS JANUARY 11, 2023 ORDER*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 02/08/2023) |
| 02/08/2023 | 121 | DECLARATION of BENJAMIN S. HALPERIN re: 120 Opposition Brief, . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A – Book excerpt, # 2 Exhibit B – Filed Under Seal, # 3 Exhibit C – Filed Under Seal, # 4 Exhibit D – Filed Under Seal).(Halperin, Benjamin) (Entered: 02/08/2023) |
| 02/08/2023 | 122 | ***SELECTED PARTIES***NOTICE of Exhibits B to D filed under seal re: 121 Declaration,. Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit B – Book excerpt, # 2 Exhibit C – Email, # 3 Exhibit D – Registration)Motion or Order to File Under Seal: 119 .(Halperin, Benjamin) (Entered: 02/08/2023) |
| 02/13/2023 | 123 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated February 13, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/13/2023) |
| 02/13/2023 | 124 | LETTER MOTION for Extension of Time to File *a Discovery Motion* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated February 13, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/13/2023) |
| 02/13/2023 | 125 | ORDER granting 119 Letter Motion to Seal. Plaintiff may, on or before 5pm EST on Monday February 27, 2023, apply for sealing of some or all of Exhibits B, C, and D of Benjamin S. Halperin's Declaration (Dkt. No. 122). All parties are cautioned that designating items as "confidential" in agreed protective orders during discovery does not support their sealing when submitted to a court to affect a judicial result. In order to be sealed (and thus withheld from public view) the items must comply with the standards of Lugosch v. Pyramid Co. of Onondaga, 435 F. 3d 110 (2d Cir. 2006) and its progeny. (Signed by Judge Louis L. Stanton on 2/13/2023) (rro) (Entered: 02/14/2023 |
| 02/14/2023 | 126 | ORDER granting 123 Letter Motion for Extension of Time to Complete Discovery. Plaintiff's request to extend the discovery deadline from March 15, 2023, until March 31, 2023, is GRANTED. The Court understands that this extension is for the purpose of completing the parties' depositions. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/14/2023) |

| 02/14/2023 | 127 | ORDER granting 124 Letter Motion for Extension of Time to File. Plaintiff's request to allow the parties to file discovery motions until March 15, 2023, is GRANTED. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/14/2023) |
|---|---|---|
| 02/15/2023 | 128 | MOTION for Protective Order *re Plaintiff's 4th Set of Requests for Production.* Document filed by Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A).(Koonce, Lacy) (Entered: 02/15/2023) |
| 02/21/2023 | 129 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Paul V. LiCalsi dated February 21, 2023 re: 128 MOTION for Protective Order *re Plaintiff's 4th Set of Requests for Production.* . Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/21/2023) |
| 02/22/2023 | 130 | LETTER MOTION to Seal *Letter Motion to Compel* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/22/2023) |
| 02/22/2023 | 131 | ***SELECTED PARTIES*** LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. Document filed by Lynne Freeman, Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC.Motion or Order to File Under Seal: 130 .(Passin, Mark) (Entered: 02/22/2023) |
| 02/22/2023 | 132 | LETTER MOTION to Compel Defendants to produce *documents and hard drives, Redacted Letter,* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/22/2023) |
| 02/23/2023 | 133 | ORDER granting 130 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/23/2023) |
| 02/24/2023 | 134 | LETTER MOTION for Extension of Time to File Response/Reply as to 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated February 24, 2023. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 02/24/2023) |
| 02/24/2023 | 135 | ORDER granting 134 Letter Motion for Extension of Time. Defendants' request for an extension to respond to Plaintiff's motion to compel is GRANTED. Defendants shall file a letter no later than Friday, March 3, 2023. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/24/2023) |
| 02/24/2023 | 136 | ORDER granting 128 Motion for Protective Order. Please visit the Court's Website at www.nysd.uscourts.gov for Sealed Records Filing Instructions. Plaintiff has not presented facts that would clearly entitle Plaintiff to punitive damages at trial. Accordingly, the Court balances the need to protect the Prospect Defendants' privacy from invasive disclosures in their favor. Prospect's motion for a protective order is granted at this time. Plaintiff may file a motion to compel at a later stage of the litigation but not before a decision is issued on any summary judgment motion. See Copantitla, 2010 WL 1327921, at *16 (deferring any discovery on punitive damages until after summary judgment). The Clerk of Court is respectfully requested to grant the motion at ECF No. 128. SO ORDERED.. (Signed by Magistrate Judge Sarah Netburn on 2/24/2023) (kv) (Entered: 02/24/2023) |
| 02/27/2023 | 137 | LETTER MOTION to Seal *Items in ECF 122* addressed to Judge Louis L. Stanton from Mark D. Passin, Paul V. LiCalsi dated February 27, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/27/2023) |
| 02/27/2023 | 138 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/27/2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 02/27/2023) |
| 02/27/2023 | 139 | ***SELECTED PARTIES*** LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/27/2023. Document filed by Lynne Freeman, Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck |

| | | |
|---|---|---|
| | | Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit Wolff Text Messages, # 2 Exhibit Kim Text Messages)Motion or Order to File Under Seal: 138 .(Passin, Mark) (Entered: 02/27/2023) |
| 02/27/2023 | 140 | LETTER MOTION for Discovery *REDACTED* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/27/2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Redacted Text Messages, # 2 Exhibit Redacted Text Messages).(Passin, Mark) (Entered: 02/27/2023) |
| 02/27/2023 | 141 | ORDER: Accordingly, Magistrate Judge Netbum directed plaintiffs production of two of her works which would allow comparisons and determination of whether those listed common items contain some special use or effect, or reveal whether the parties' works contain similarities of plot, theme, dialogue, mood, setting, pace and sequence. Relying on a primary version of the manuscripts allows the fact finder to be able to effectively make those necessary determinations. See Dean v. Cameron, 53 F. Supp. 3d 641, 647 (S.D.N.Y. 2014) ("[A] court must not 'aggregate' a plaintiffs work, but must consider each allegedly infringed work independently."). Magistrate Judge Netburn did not make trial rulings. She did not admit or exclude evidence. Because of the importance of the work in which they appear ("manuscript") as related to the claimed infringing work, she required plaintiff to "identify two manuscripts to serve as the primary works that establish her copyright claim." (Order, p. 4). The Order is commonsense and pragmatic, and neither erroneous nor contrary to law. The selection of the two test examples is not a ruling on the remainder of plaintiff's evidence. Plaintiffs objections are overruled. (Signed by Judge Louis L. Stanton on 2/27/2023) (rro) (Entered: 02/27/2023) |
| 02/28/2023 | 142 | ORDER granting 138 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/28/2023) |
| 03/02/2023 | 143 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 2, 2023. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit B − Text with redacted portions).(Halperin, Benjamin) (Entered: 03/02/2023) |
| 03/02/2023 | 144 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 2, 2023 re: 139 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/27/2023. . Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/02/2023) |
| 03/02/2023 | 145 | DECLARATION of BENJAMIN S. HALPERIN in Opposition re: 139 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/27/2023.. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A − email chain re text messages, # 2 Exhibit B − email chain re deposition scheduling).(Halperin, Benjamin) (Entered: 03/02/2023) |
| 03/03/2023 | 146 | ORDER granting 143 Letter Motion to Seal. Defendants' motion to file under seal is GRANTED. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 03/03/2023) |
| 03/03/2023 | 147 | NOTICE OF APPEARANCE by Scott Alan Burroughs on behalf of Lynne Freeman..(Burroughs, Scott) (Entered: 03/03/2023) |
| 03/03/2023 | 148 | NOTICE OF APPEARANCE by Laura Maria Zaharia on behalf of Lynne Freeman..(Zaharia, Laura) (Entered: 03/03/2023) |
| 03/03/2023 | 149 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 3, 2023 re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. . Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, |

| | | |
|---|---|---|
| | | Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/03/2023 | 150 | DECLARATION of Tracy Deebs–Elkenaney p/k/a Tracy Wolff in Opposition re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/03/2023 | 151 | DECLARATION of Benjamin Rose in Opposition re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/03/2023 | 152 | DECLARATION of CeCe M. Cole in Opposition re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G (Filed Under Seal), # 8 Exhibit H (Filed Under Seal)).(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/03/2023 | 153 | LETTER MOTION to Seal *Exhibits to the Declaration of CeCe M. Cole* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 3, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/03/2023 | 154 | ***SELECTED PARTIES***DECLARATION of CeCe M. Cole in Opposition re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023., 153 LETTER MOTION to Seal *Exhibits to the Declaration of CeCe M. Cole* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 3, 2023.. Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 153 .(Halperin, Benjamin) (Entered: 03/03/2023) |
| 03/06/2023 | 155 | ORDER granting 153 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/06/2023) |
| 03/06/2023 | 156 | LETTER MOTION for Leave to File Reply with Declarations addressed to Magistrate Judge Sarah Netburn from Laura M. Zaharia dated March 6, 2023. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/06/2023) |
| 03/06/2023 | 157 | ORDER granting 156 Letter Motion for Leave to File Document. Plaintiff may file any reply submissions by March 10, 2023. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/06/2023) |
| 03/06/2023 | 158 | ORDER granting in part and denying in part 137 Letter Motion to Seal. The clerk's office is directed to unseal Exhibits C and D to the Halperin declaration, Dkt. No. 122. SO ORDERED.. (Signed by Judge Louis L. Stanton on 3/6/2023) (kv) (Entered: 03/07/2023) |
| 03/07/2023 | 159 | MOTION for Reconsideration *of ECF Nos. 141 and 105*. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/07/2023) |
| 03/07/2023 | 160 | MEMORANDUM OF LAW in Support re: 159 MOTION for Reconsideration *of ECF Nos. 141 and 105*. . Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/07/2023) |
| 03/07/2023 | 161 | LETTER MOTION to Compel Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Tracy |

| | | |
|---|---|---|
| | | Deebs–Elkenancy p/k/a Tracy Wolff to produce *certain documents* addressed to Magistrate Judge Sarah Netburn from Laura M. Zaharia dated March 7, 2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Defendants' Discovery Responses, # 2 Exhibit Prospect Responses to Interrogatories, # 3 Exhibit Prospect Responses to Requests for Production, # 4 Exhibit Defendants' Discovery Responses).(Zaharia, Laura) (Entered: 03/07/2023) |
| 03/07/2023 | 162 | LETTER MOTION to Compel Entangled Publishing LLC and Tracy Deebs–Elkenancy p/k/a Tracy Wolff to respond to additional interrogatory addressed to Magistrate Judge Sarah Netburn from Laura M. Zaharia dated March 7, 2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Wolff and Entangled Responses to Plaintiff's Interrogatories, # 2 Exhibit Plaintiff's Interrogatories to Wolff and Entangled).(Zaharia, Laura) (Entered: 03/07/2023) |
| 03/08/2023 | 163 | ORDER terminating 139 Letter Motion for Discovery; terminating 140 Letter Motion for Discovery. The scheduled depositions shall go forward as agreed to and Plaintiff's request for another extension of fact discovery is DENIED. The Defendants are ORDERED to make the AEO platform available through March 31 and shall review their redactions consistent with this order. Only communications that reveal sensitive personal information or concern other works should be redacted. Plaintiff's request to allow Plaintiff and her spouse to review the AEO materials is DENIED. The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 139 and 140. (Signed by Magistrate Judge Sarah Netburn on 3/8/2023) (ras) (Entered: 03/08/2023) |
| 03/09/2023 | 164 | NOTICE OF APPEARANCE by Scott Jonathan Sholder on behalf of Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Sholder, Scott) (Entered: 03/09/2023) |
| 03/10/2023 | 165 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Stephen M. Doniger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27455408. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lynne Freeman. (Attachments: # 1 Affidavit of Stephen M. Doniger, # 2 Exhibit Cert of Good Standing, # 3 Text of Proposed Order Proposed Order).(Doniger, Stephen) Modified on 3/13/2023 (aea). (Entered: 03/10/2023) |
| 03/10/2023 | 166 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Lacy H. Koonce, III dated 3/10/2023 re: 162 LETTER MOTION to Compel Entangled Publishing LLC and Tracy Deebs–Elkenancy p/k/a Tracy Wolff to respond to additional interrogatory addressed to Magistrate Judge Sarah Netburn from Laura M. Zaharia dated March 7, 2023., 161 LETTER MOTION to Compel Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, and Tracy Deebs–Elkenancy p/k/a Tracy Wolff to produce *certain documents* addressed to Magistrate Judge *Netburn*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Koonce, Lacy) (Entered: 03/10/2023) |
| 03/10/2023 | 167 | REPLY MEMORANDUM OF LAW in Support re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023. . Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/10/2023) |
| 03/10/2023 | 168 | DECLARATION of Lynne Freeman in Support re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/10/2023) |
| 03/10/2023 | 169 | DECLARATION of Kevin Cohen in Support re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/10/2023) |
| 03/12/2023 | 170 | DECLARATION of Lynne Freeman in Support re: 131 LETTER MOTION to Compel Defendants to produce *documents and hard drives* addressed to Magistrate Judge Sarah Netburn from Mark Passin dated 2/22/2023.. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/12/2023) |

| | | |
|---|---|---|
| 03/13/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 165 MOTION for Stephen M. Doniger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27455408. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): Affidavit is not notarized;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (aea)** (Entered: 03/13/2023) |
| 03/13/2023 | 171 | MOTION for Stephen M. Doniger to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lynne Freeman. (Attachments: # 1 Affidavit of Stephen M. Doniger, # 2 Exhibit Cert of Good Standing, # 3 Text of Proposed Order Proposed Order).(Doniger, Stephen) (Entered: 03/13/2023) |
| 03/14/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 171 MOTION for Stephen M. Doniger to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/14/2023) |
| 03/14/2023 | 172 | ORDER granting 171 Motion for Stephen M. Doniger to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/14/2023) |
| 03/14/2023 | 173 | LETTER MOTION to Compel Emily Sylvan Kim and Prospect Agency, LLC to produce addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated March 14, 2023. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/14/2023) |
| 03/15/2023 | 174 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/15/2023) |
| 03/15/2023 | 175 | LETTER MOTION to Compel LYNNE FREEMAN to PRODUCE CERTAIN COMMUNICATIONS IMPROPERLY WITHHELD AS PRIVILEGED addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 03/15/2023) |
| 03/15/2023 | 176 | ***SELECTED PARTIES***DECLARATION of BENJAMIN S. HALPERIN in Support re: 175 LETTER MOTION to Compel LYNNE FREEMAN to PRODUCE CERTAIN COMMUNICATIONS IMPROPERLY WITHHELD AS PRIVILEGED addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023.. Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A – Corrected Privilege log, # 2 Exhibit B – Letter, # 3 Exhibit C – Email, # 4 Exhibit D – Plaintiff's Supplemental Privilege Log, # 5 Exhibit E – Plaintiff's Redaction Log, # 6 Exhibit F – Letter, # 7 Exhibit G – Email)Motion or Order to File Under Seal: 174 .(Halperin, Benjamin) (Entered: 03/15/2023) |
| 03/15/2023 | 177 | DECLARATION of BENJAMIN S. HALPERIN in Support re: 175 LETTER MOTION to Compel LYNNE FREEMAN to PRODUCE CERTAIN COMMUNICATIONS IMPROPERLY WITHHELD AS PRIVILEGED addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A – Filed Under Seal, # 2 Exhibit B – Letter, # 3 Exhibit C – Email, # 4 Exhibit D – Filed Under Seal, # 5 Exhibit E – Filed Under Seal, # 6 Exhibit F – Letter, # 7 Exhibit G – Filed Under Seal).(Halperin, Benjamin) (Entered: 03/15/2023) |
| 03/15/2023 | 178 | ORDER denying 161 Letter Motion to Compel; denying 162 Letter Motion to Compel. Plaintiff's motions are DENIED. The Clerk of Court is requested to terminate the motions at ECF Nos. 161 & 162. (Signed by Magistrate Judge Sarah Netburn on |

| | | 3/15/2023) (ras) (Entered: 03/15/2023) |
|---|---|---|
| 03/16/2023 | 179 | ORDER granting 174 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/16/2023) |
| 03/16/2023 | 180 | ORDER denying 131 Letter Motion to Compel; denying 132 Letter Motion to Compel. Plaintiff's motion is DENIED, and the Court of Clerk is respectfully directed to terminate the motions at ECF Nos. 131 and 132. (Signed by Magistrate Judge Sarah Netburn on 3/16/2023) (ras) (Entered: 03/16/2023) |
| 03/17/2023 | 181 | CLARIFYING MEMO ENDORSEMENT on re: 159 MOTION for Reconsideration *of ECF Nos. 141 and 105*. filed by Lynne Freeman. ENDORSEMENT: Whatever particular process of comparing defendants' books with plaintiff's "combination of creative works" (her motion for clarification, p. 3) is used, its purpose is to reveal and define substantial similarities between the two bodies of work. The process must start somehow. Since the ultimate judgment of "substantial similarity" refers only to protectable matter, a fair place to start the comparison process is defendants' allegedly infringing books against two of the final manuscripts embodying plaintiff's drafts, to allow the parties a preliminary view of the works' similarities of "total concept and feel, theme, character, plot, sequence, pace and setting of the works," without sifting through thirty iterations. Allen v. Scholastic Inc., 739 F. Supp. 2d 642, 655 (S.D. N.Y. 2011). Keep in mind that when comparing the books to the two test manuscripts the goal is only to determine in a preliminary degree "whether a lay observer would consider the works as a whole substantially similar to one another." Williams v. Crichton, 84 F.3d 581, 590 (2d Cir. 1996). All discovery and claims remain available with regard to the other iterations of plaintiff's work. The job is to produce, in an orderly and pragmatic way, a manageable understanding of the relationship between the two bodies of work. Examining their most salient characteristics through two sample iterations of the plaintiff's work is a practical way to start. It supplies a method of organizing some of the evidence. It does not imply or suggest exclusionary rulings. It is not designed to bring the case to a precipitate end; it is designed to increase the understanding of the subject matter. (Signed by Judge Louis L. Stanton on 3/17/2023) (rro) (Entered: 03/17/2023) |
| 03/20/2023 | 182 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Laura M. Zaharia dated March 20, 2023 re: 175 LETTER MOTION to Compel LYNNE FREEMAN to PRODUCE CERTAIN COMMUNICATIONS IMPROPERLY WITHHELD AS PRIVILEGED addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023. . Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/20/2023) |
| 03/20/2023 | 183 | DECLARATION of Lynne Freeman in Opposition re: 175 LETTER MOTION to Compel LYNNE FREEMAN to PRODUCE CERTAIN COMMUNICATIONS IMPROPERLY WITHHELD AS PRIVILEGED addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated March 15, 2023.. Document filed by Lynne Freeman..(Zaharia, Laura) (Entered: 03/20/2023) |
| 03/20/2023 | 184 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Lacy H. Koonce, III dated 3/20/2023 re: 173 LETTER MOTION to Compel Emily Sylvan Kim and Prospect Agency, LLC to produce addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated March 14, 2023. *and Request for Leave To File Late Response*. Document filed by Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A – Email from M. Passin dated 1/23/23, # 2 Exhibit B – Email from Z. Press dated 2/23/23).(Koonce, Lacy) (Entered: 03/20/2023) |
| 03/22/2023 | 185 | ORDER denying 173 Letter Motion to Compel. The Court DENIES Plaintiff's motion to compel native formats of Word and Word Perfect documents. Plaintiff may renew her application if she can demonstrate that the metadata load files that she requested and that were produced excluded material evidence. The Clerk of Court is requested to terminate the motion at ECF No. 173. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/22/23) (yv) (Entered: 03/22/2023) |
| 03/23/2023 | 186 | ORDER: Defendants move to compel Plaintiff to produce communications they allege have been improperly withheld as privileged. ECF No. 175. Plaintiff opposes this relief. ECF No. 182. Accordingly, a discovery conference to discuss this motion is scheduled for Friday, March 24, 2023, at 11:30 a.m. At that time, the parties should |

| | | |
|---|---|---|
| | | dial into the Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#)key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/23/2023) ( Telephone Conference set for 3/24/2023 at 11:30 AM before Magistrate Judge Sarah Netburn.) (ks) (Entered: 03/23/2023) |
| 03/24/2023 | 187 | ORDER denying without prejudice 175 Letter Motion to Compel. As discussed on the record today, Defendants' motion is DENIED without prejudice to renewal following Plaintiff's deposition and further review of Plaintiff's privilege log. To the extent Defendants believe judicial intervention is required, they may refile their application challenging those entries that appear material to the claims and defenses in this case. To the extent discovery is targeted only for a possible fee application following a judgment entered in favor of Defendants, the Defendants may seek leave for post–judgment discovery at that time. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/24/2023) |
| 03/24/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 3/24/2023. (ras) (Entered: 04/06/2023) |
| 03/31/2023 | 188 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated March 31, 2023 re: Orders dated January 30 (ECF No. 116); January 31 (ECF No. 118); February 14 (ECF No. 126); and March 15 (ECF No. 178). Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 03/31/2023) |
| 04/04/2023 | 189 | MEMO ENDORSEMENT on re: 188 Letter, filed by Universal City Studios, LLC, Entangled Publishing, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/4/2023) (ras) (Entered: 04/04/2023) |
| 04/07/2023 | 190 | NOTICE of Change of Firm Name. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 04/07/2023) |
| 04/26/2023 | 191 | JOINT LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated April 26, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 04/26/2023) |
| 04/27/2023 | 192 | ORDER granting 191 Letter Motion for Extension of Time. The parties' request to extend expert discovery deadlines is GRANTED. Expert disclosures and opening reports must be made by May 5, 2023. Disclosure of any expert rebuttal experts must be made by May 19, 2023. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 04/27/2023) |
| 05/01/2023 | 193 | LETTER MOTION to Stay / *Letter Motion to Enjoin Duplicative Lawsuit* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 1, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 05/01/2023) |
| 05/01/2023 | 194 | DECLARATION of Benjamin S. Halperin in Support re: 193 LETTER MOTION to Stay / *Letter Motion to Enjoin Duplicative Lawsuit* addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 1, 2023.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Halperin, Benjamin) (Entered: 05/01/2023) |
| 05/02/2023 | 195 | LETTER MOTION for Leave to File Reply Brief addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated May 2, 2023. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/02/2023) |
| 05/02/2023 | 196 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated May 2, 2023 re: Response to Defendants Letter Motion to Stay. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/02/2023) |
| 05/03/2023 | 197 | LETTER MOTION for Leave to File Reply Letter In Further Support of Defendants' Letter Motion at ECF No. 193 addressed to Magistrate Judge Sarah Netburn from |

| | | |
|---|---|---|
| | | Benjamin S. Halperin dated May 3, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 05/03/2023) |
| 05/03/2023 | 198 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated May 3, 2023 re: Extension of Opening & Rebuttal Expert Disclosures. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/03/2023) |
| 05/04/2023 | 199 | ORDER granting 197 Letter Motion for Leave to File Document. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/04/2023) |
| 05/05/2023 | 200 | MEMO ENDORSEMENT on re: 198 Letter filed by Lynne Freeman. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/5/2023) (ras) (Entered: 05/05/2023) |
| 05/08/2023 | 201 | REPLY MEMORANDUM OF LAW in Support re: 193 LETTER MOTION to Stay / Letter Motion to Enjoin Duplicative Lawsuit addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 1, 2023. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 05/08/2023) |
| 05/12/2023 | 202 | ORDER terminating 193 Letter Motion to Stay; terminating 195 Letter Motion for Leave to File Document. By May 16, 2023, Plaintiff is directed to file a motion to stay the California Action. Plaintiff is further directed to meet and confer with the Retail Defendants to seek their consent. The Clerk of Court is requested to terminate the motions at ECF Nos. 193 & 195. (Signed by Magistrate Judge Sarah Netburn on 5/12/2023) (ras) (Entered: 05/12/2023) |
| 05/19/2023 | 203 | PROPOSED STIPULATION AND ORDER. Document filed by Lynne Freeman..(Van Benthysen, Brett) (Entered: 05/19/2023) |
| 05/22/2023 | 204 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 22, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 05/22/2023) |
| 05/22/2023 | 205 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 22, 2023. Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 204 .(Halperin, Benjamin) (Entered: 05/22/2023) |
| 05/22/2023 | 206 | LETTER MOTION for Conference re: 205 LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 22, 2023. addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 22, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Halperin, Benjamin) (Entered: 05/22/2023) |
| 05/22/2023 | 207 | STIPULATION AND ORDER TO WITHDRAW AS COUNSEL TO PLAINTIFF: Upon the stipulation of undersigned counsel for Plaintiff Lynne Freeman ("Plaintiff"), Plaintiff, and the above–named Defendants, the law firm of Reitler Kailas & Rosenblatt LLP ("RKR") shall no longer represent Plaintiff and shall have no further responsibility for Plaintiff in this action. The law firms of Reeder McCreary and Doniger/Burroughs will continue to represent Plaintiff in this action. No further pleadings, correspondence or other documents are required to be filed or served in this action on RKR. (Attorney Paul V. LiCalsi and Brett Van Benthysen terminated.) (Signed by Magistrate Judge Sarah Netburn on 5/22/2023) (ras) (Entered: 05/22/2023) |
| 05/23/2023 | 208 | ORDER granting 204 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/23/2023) |

| 05/23/2023 | 209 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated May 23, 2023 re: Objection to Defendants Request for Conference. Document filed by Lynne Freeman..(Burroughs, Scott) (Entered: 05/23/2023) |
|---|---|---|
| 05/25/2023 | 210 | ORDER granting 205 Letter Motion for Conference. Having reviewed the parties' letters, the Court believes that a conference to discuss these issues would be productive. Accordingly, the parties are ORDERED to appear on Friday, June 2, 2023, at 11:30 a.m., in Courtroom 219, Thurgood Marshall Courthouse, New York, New York. At this conference, the Court intends to discuss whether the goals of a "just, speedy, and inexpensive determination" of this case would be advanced by staying all expert discovery other than as related to the issue of substantial similarity, and then to schedule summary judgment briefing on the copyright claim. All deadlines are stayed pending further order of the Court. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/25/2023) |
| 05/25/2023 | 211 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated May 25, 2023 re: Telephonic Appearance, Dkt 210. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 05/25/2023) |
| 05/25/2023 |  | Set/Reset Hearings: Status Conference set for 6/2/2023 at 11:30 AM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn. (ras) (Entered: 05/30/2023) |
| 05/26/2023 | 212 | LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 26, 2023 re: Telephonic Appearance, Dkt 210; Plaintiff's Letter, Dkt 211. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 05/26/2023) |
| 05/26/2023 | 213 | MEMO ENDORSEMENT on re: 211 Letter filed by Lynne Freeman. ENDORSEMENT: Plaintiff's request to appear at the June 2, 2023 conference by telephone is GRANTED. The Court will provide dial–in information in advance of the conference. All other parties shall appear in person. The Court notes that a New York attorney has appeared in this case on behalf of Plaintiff. If feasible, the Court believes it would be productive for an attorney to appear in person at this conference on Plaintiff's behalf. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/26/2023) (mml) (Entered: 05/26/2023) |
| 05/26/2023 | 214 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated May 26, 2023 re: Reconsideration of Dkt 210. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 05/26/2023) |
| 05/30/2023 | 215 | LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated May 30, 2023 re: Request to bring Personal Electronic Devices. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A – Personal Electronic Devices).(Halperin, Benjamin) (Entered: 05/30/2023) |
| 06/02/2023 |  | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 6/2/2023. (ras) (Entered: 07/07/2023) |
| 06/07/2023 | 216 | LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated June 7, 2023 re: Post Conference Update Letter. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 06/07/2023) |
| 06/08/2023 | 217 | LETTER MOTION for Leave to File Response Letter addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated June 7, 2023. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/08/2023) |
| 06/14/2023 | 218 | **Vacated as per Judge's Order dated 7/19/2023, Doc. #253** ORDER: In light of defendants' request to streamline this litigation (Dkt. No. 205), the Court orders, pursuant to Federal Rule of Civil Procedure Rule 42(b), a separate jury trial on whetherthe Crave series and plaintiffs manuscripts are substantially similar. The parties may have a reasonable time to complete their discovery with respect to that single issue, and I solicit their views, before June 28, 2023, on how long that should take. On all other procedures, counsel isdirected to Section 4 of my individual practices. (Signed by Judge Louis L. Stanton on 6/14/2023) (rro) Modified on |

| | | |
|---|---|---|
| | | 7/19/2023 (rro). (Entered: 06/14/2023) |
| 06/16/2023 | 219 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 16, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 06/16/2023) |
| 06/16/2023 | 220 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: 219 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 16, 2023., 218 Order,, *Premotion Conference Letter in Response to ECF No. 218* addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 16, 2023. Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A–1, # 2 Exhibit A–2, # 3 Exhibit A–2, # 4 Exhibit A–4, # 5 Exhibit A–5, # 6 Exhibit B–1, # 7 Exhibit B–2, # 8 Exhibit B–3, # 9 Exhibit B–4)Motion or Order to File Under Seal: 219 .(Halperin, Benjamin) (Entered: 06/16/2023) |
| 06/16/2023 | 221 | LETTER MOTION for Conference re: 219 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 16, 2023., 218 Order,, *Premotion Conference Letter in Response to ECF No. 218* addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 16, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B–1, # 3 Exhibit B–2, # 4 Exhibit B–3, # 5 Exhibit B–4).(Halperin, Benjamin) (Entered: 06/16/2023) |
| 06/20/2023 | 222 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/2/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/11/2023. Redacted Transcript Deadline set for 7/21/2023. Release of Transcript Restriction set for 9/18/2023..(McGuirk, Kelly) (Entered: 06/20/2023) |
| 06/20/2023 | 223 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/2/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/20/2023) |
| 06/20/2023 | 224 | MOTION for Reconsideration re; 218 Order,, . Document filed by Lynne Freeman. (Attachments: # 1 Text of Proposed Order Proposed Order).(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 225 | MEMORANDUM OF LAW in Support re: 224 MOTION for Reconsideration re; 218 Order,, . . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 226 | DECLARATION of Lynne Freeman in Support re: 224 MOTION for Reconsideration re; 218 Order,, .. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 227 | DECLARATION of Stephen M. Doniger in Support re: 224 MOTION for Reconsideration re; 218 Order,, .. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – Reiss Report, # 2 Exhibit 2 – Juola Report, # 3 Exhibit 3 – Chaski Report (Redacted)).(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 228 | LETTER MOTION to Seal *(Exhibit 3 to Doniger DL)* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 3 – Chaski Report (Redacted)).(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 229 | ***SELECTED PARTIES*** LETTER addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023 re: Motion to Seal. Document filed by |

| | | |
|---|---|---|
| | | Universal City Studios, LLC, Emily Sylvan Kim, Tracy Deebs−Elkenaney, Holtzbrinck Publishers, LLC, Prospect Agency, LLC, Entangled Publishing, LLC, Lynne Freeman. (Attachments: # 1 Exhibit 3 − Chaski Report (Unredacted))Motion or Order to File Under Seal: 228 .(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 230 | LETTER MOTION for Conference *re Plaintiff's Contemplated Motion for Summary Judgment* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 231 | LETTER MOTION for Conference *re Plaintiff's Contemplated Motion for Summary Judgment (Corrected with Exhibits 2−3)* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 2 − Juola Report, # 2 Exhibit 3 − Chaski Report (redacted)).(Doniger, Stephen) (Entered: 06/20/2023) |
| 06/20/2023 | 232 | LETTER MOTION to Seal *Letter to Judge Stanton* addressed to Judge Louis L. Stanton from Mark D. Passin, Stephen Doniger dated June 20, 2023. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Ex 1 − Redacted Letter to Judge Stanton).(Passin, Mark) (Entered: 06/20/2023) |
| 06/20/2023 | 233 | ***SELECTED PARTIES*** LETTER addressed to Judge Louis L. Stanton from Mark D. Passin, Stephen Doniger dated June 20, 2023 re: Objection to Defendants' request to MSJ before Expert Discovery is Completed. Document filed by Lynne Freeman.Motion or Order to File Under Seal: 232 .(Passin, Mark) (Entered: 06/20/2023) |
| 06/22/2023 | 234 | LETTER addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 22, 2023 re: In Support of Defendants' Letter Motion to Seal 219 . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/22/2023) |
| 06/23/2023 | 235 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 23, 2023. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 06/23/2023) |
| 06/23/2023 | 236 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 23, 2023 re: 231 LETTER MOTION for Conference *re Plaintiff's Contemplated Motion for Summary Judgment (Corrected with Exhibits 2−3)* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023. *and 233 LETTER addressed to Judge Louis L. Stanton from Mark D. Passin, Stephen Doniger dated June 20, 2023 re: Objection to Defendants' request to MSJ before Expert Discovery is Completed.* Document filed by Universal City Studios, LLC, Tracy Deebs−Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit B)Motion or Order to File Under Seal: 235 .(Halperin, Benjamin) (Entered: 06/23/2023) |
| 06/23/2023 | 237 | LETTER RESPONSE to Motion addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 23, 2023 re: 231 LETTER MOTION for Conference *re Plaintiff's Contemplated Motion for Summary Judgment (Corrected with Exhibits 2−3)* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 20, 2023. *and 233 LETTER addressed to Judge Louis L. Stanton from Mark D. Passin, Stephen Doniger dated June 20, 2023 re: Objection to Defendants' request to MSJ before Expert Discovery is Completed.* Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B).(Halperin, Benjamin) (Entered: 06/23/2023) |
| 06/26/2023 | 238 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated June 26, 2023 re: Recusal. Document filed by Lynne Freeman. (Attachments: # 1 Supplement Declaration of Lynne Freeman, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2).(Passin, Mark) (Entered: 06/26/2023) |
| 06/27/2023 | 239 | LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated June 27, 2023 re: 238 Plaintiff's June 26, 2023, Recusal letter. Document filed |

| | | by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 06/27/2023) |
|---|---|---|
| 06/27/2023 | 240 | LETTER addressed to Judge Louis L. Stanton from Stephen M. Doniger dated June 27, 2023 re: Opposition to Defendants' Letter Requesting the Unsealing of Plaintiff's Unpublished Manuscripts. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 06/27/2023) |
| 06/28/2023 | 241 | LETTER addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated June 28, 2023 re: 240 Plaintiffs July 27, 2023 letter regarding sealing. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 06/28/2023) |
| 06/29/2023 | 242 | OPINION & ORDER: Thus, I have not recused myself and will not. Judge Stanton's referral for general pretrial matters remains. See ECF No. 45. Because this referral does not include dispositive motions or trial, Judge Stanton issued his June 14, 2023 Order in response to Defendants' request to expedite a ruling on whether Plaintiff's works establish a substantial similarity with the Crave book series. Accordingly, all pretrial matters remain under my mandate. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/29/2023) (mml) (Entered: 06/29/2023) |
| 07/05/2023 | 243 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Benjamin S. Halperin dated July 5, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 07/05/2023) |
| 07/05/2023 | 244 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 224 MOTION for Reconsideration re; 218 Order,, . . Document filed by Universal City Studios, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A – Freeman Deposition Excerpts, # 2 Exhibit B – Baer Deposition Excerpts)Motion or Order to File Under Seal: 243 .(Halperin, Benjamin) (Entered: 07/05/2023) |
| 07/05/2023 | 245 | MEMORANDUM OF LAW in Opposition re: 224 MOTION for Reconsideration re; 218 Order,, . . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A – Freeman Deposition Excerpts, # 2 Exhibit B – Baer Deposition Excerpts).(Halperin, Benjamin) (Entered: 07/05/2023) |
| 07/06/2023 | 246 | LETTER MOTION for Extension of Time to File Response/Reply as to 244 Memorandum of Law in Opposition to Motion, addressed to Judge Louis L. Stanton from Mark D. Passin dated July 6, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 07/06/2023) |
| 07/07/2023 | 247 | LETTER addressed to Judge Louis L. Stanton from Mark D. Passin, Stephen Doniger dated July 7, 2023 re: Defendants' filing, ECF 243. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 07/07/2023) |
| 07/07/2023 | 248 | ORDER granting 246 Letter Motion for Extension of Time to File Response/Reply re 246 LETTER MOTION for Extension of Time to File Response/Reply as to 244 Memorandum of Law in Opposition to Motion, addressed to Judge Louis L. Stanton from Mark D. Passin dated July 6, 2023. Granted. Replies due by 7/18/2023. (Signed by Judge Louis L. Stanton on 7/7/2023) (rro) (Entered: 07/07/2023) |
| 07/10/2023 | 249 | ORDER granting 219 Letter Motion to Seal; denying 228 Letter Motion to Seal; denying 232 Letter Motion to Seal; granting 235 Letter Motion to Seal; granting in part and denying in part 243 Letter Motion to Seal. The parties have made several motions to seal in connection with their letter motions for a pre–motion conference for a motion for summary judgment on the issue of substantial similarity. The motions to seal are resolved as follow: Defendants' Motion to Seal plaintiff's 2011 manuscripts is granted. Dkt. No. 219. The manuscripts are submitted contemporaneously with defendants' request to seek leave to file a motion for summary judgment, but they are not relevant to whether defendants are procedurally entitled to seek summary judgment, as further set forth. Plaintiff's Motion to Seal Dr. Chaski's expert report is denied. Dkt. No. 228. The report was submitted in support of plaintiff's Motion for Reconsideration of the Court's June 14, 2023 Order, as further set forth. Plaintiff's |

|  |  |  |
|---|---|---|
|  |  | Motion to Redact a portion of her letter opposing the close of discovery is denied. Dkt. No. 232. The existence of a protective order does not trump the right to public access. Defendants' Motion to Seal plaintiff's 2013 manuscripts is granted. Dkt. No. 235. For the reasons stated above, they are to remain under seal until the filing of the summary judgment motions, at which time the presumption of public access to them will be reassessed. Defendants' Motion to file redacted versions of its Opposition to plaintiff's Motion for Reconsideration and supporting exhibits is granted, in part, and denied, in part. Dkt. No. 243. The documents are judicial documents to which the weight of public access attaches because they were filed to influence the Court's determination of the Motion for Reconsideration, as further set forth. Dkt. Nos. 220 and 236 can remain sealed pending the filing of the parties' Motions for Summary Judgment. The Clerk of Court is directed to unseal Dkt. Nos. 229 and 232. Defendants are directed to unseal references to plaintiff's attorneys ' compensation in Dkt. No. 244 and file an updated version on the docket. So Ordered. (Signed by Judge Louis L. Stanton on 7/7/2023) (mml) (Entered: 07/10/2023) |
| 07/10/2023 | 250 | MEMORANDUM OF LAW in Opposition re: 224 MOTION for Reconsideration re; 218 Order,, . *Refile per Judge Stanton Order 249 dated July 10, 2023*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A – Freeman Deposition Excerpts, # 2 Exhibit B – Baer Deposition Excerpts).(Halperin, Benjamin) (Entered: 07/10/2023) |
| 07/18/2023 | 251 | REPLY MEMORANDUM OF LAW in Support re: 224 MOTION for Reconsideration re; 218 Order,, . . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 07/18/2023) |
| 07/18/2023 | 252 | DECLARATION of Lynne Freeman in Support re: 224 MOTION for Reconsideration re; 218 Order,, .. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Doniger, Stephen) (Entered: 07/18/2023) |
| 07/19/2023 | 253 | ORDER: The Order dated June 14, 2023 is vacated and withdrawn. (Signed by Judge Louis L. Stanton on 7/19/2023) (rro) (Entered: 07/19/2023) |
| 07/19/2023 | 254 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) All such motions: as they arise. Referred to Magistrate Judge Sarah Netburn. (Signed by Judge Louis L. Stanton on 7/19/2023) (rro) (Entered: 07/19/2023) |
| 07/20/2023 | 255 | ORDER: A conference is scheduled for Monday, July 24, 2023, at 11:00 a.m. to set remaining pretrial deadlines. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are ORDERED to meet and confer in advance of the conference with a goal of jointly proposing a schedule. If the parties are able to propose a reasonable schedule, the Court may adjourn the conference. (Signed by Magistrate Judge Sarah Netburn on 7/30/2023) (ras) (Entered: 07/20/2023) |
| 07/20/2023 |  | Set/Reset Hearings: Scheduling Conference set for 7/24/2023 at 11:00 AM before Magistrate Judge Sarah Netburn. (ras) (Entered: 07/20/2023) |
| 07/20/2023 | 256 | MEMO ENDORSEMENT granting 224 Motion for Reconsideration re 224 MOTION for Reconsideration re; 218 Order . filed by Lynne Freeman. ENDORSEMENT: Granted. (Signed by Judge Louis L. Stanton on 7/20/2023) (rro) (Entered: 07/20/2023) |
| 07/23/2023 | 257 | ORDER: Due to a conflict in the Court's calendar, the scheduling conference currently scheduled for Monday, July 24, 2023, is RESCHEDULED to Tuesday, July 25, 2023, at 2:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402–9757 and enter Access Code 7938632, followed by the pound (#) key. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) Modified on 7/23/2023 (ras). (Entered: 07/23/2023) |
| 07/23/2023 |  | Set/Reset Hearings: Scheduling Conference set for 7/25/2023 at 02:30 PM before Magistrate Judge Sarah Netburn. (ras) (Entered: 07/23/2023) |

| 07/25/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Scheduling Conference held on 7/25/2023. (ras) (Entered: 08/06/2023) |
|---|---|---|
| 07/26/2023 | 258 | SCHEDULING ORDER: All expert discovery shall be completed by Friday, September 29, 2023. The Court stays compliance of Rule 4(a) of Judge Louis L. Stanton's Individual Rules until further order of the Court. The parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive. (Expert Discovery due by 9/29/2023.) (Signed by Magistrate Judge Sarah Netburn on 7/26/2023) (ras) (Entered: 07/27/2023) |
| 08/16/2023 | 259 | JOINT MOTION FOR CLARIFICATION/MODIFICATION re: 258 Scheduling Order,, . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Proposed Order Redline, # 2 Proposed Order Clean).(Halperin, Benjamin) (Entered: 08/16/2023) |
| 08/21/2023 | 260 | AMENDED SCHEDULING ORDER granting 259 Motion re: 259 JOINT MOTION FOR CLARIFICATION/MODIFICATION re: 258 Scheduling Order. Discovery. The disclosure of Defendants' expert evidence intended to contradict or rebut expert evidence on the same subject matter (other than damages), shall be made by Thursday, August 31, 2023. All expert discovery other than as to damages shall be completed by Friday, September 29, 2023. All further expert discovery on the issue of damages shall be deferred sine die until after the Court has ruled on the parties' motions for summary judgment and Defendants have responded to Plaintiff's outstanding discovery on damages. Accordingly, By Friday, October 20, 2023, Plaintiff shall file one motion for summary judgment against all Defendants. The brief in support of the motion shall not exceed 30 pages. By Wednesday, November 22, 2023, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their opposition to Plaintiff's motion and their affirmative motion for summary judgment. Each such brief shall not exceed 50 pages. By Friday, December 22, 2023, Plaintiff shall file one brief constituting her reply brief in further support of her motion against the Publishing Defendants and in opposition to these defendants' motion. Plaintiff shall file a second brief constituting her reply brief in further support of her motion against the Prospect Defendants and in opposition to these defendants' motion. Each brief shall not exceed 40 pages. By Friday, January 12, 2024, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their reply in further support of their motion. Each such brief shall not exceed 15 pages. Accordingly, By Friday, October 20, 2023, Plaintiff shall file her Daubert motion. Her brief in support shall not exceed 20 pages. By Wednesday, November 22, 2023, all Defendants shall file their Daubert motion. Their brief in support of their motion and in opposition to Plaintiff's motion shall not exceed 40 pages. By Friday, December 22, 2023, Plaintiff shall her brief in opposition to Defendants' Daubert motion. Her brief shall not exceed 20 pages. No reply briefs will be accepted with respect to the Daubert motions. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive. SO ORDERED.. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/21/2023) (mml) (Entered: 08/21/2023) |
| 08/21/2023 | | Set/Reset Deadlines: Expert Discovery due by 9/29/2023. Motions due by 11/22/2023. Responses due by 12/22/2023 Replies due by 1/12/2024. (mml) (Entered: 08/21/2023) |
| 10/02/2023 | 261 | LETTER MOTION for Extension of Time to File *motion for summary judgment and Daubert motions* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated October 2, 2023. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 10/02/2023) |
| 10/03/2023 | 262 | ORDER granting 261 Letter Motion for Extension of Time to File. Plaintiff's request to extend the summary judgment and Daubert motion briefing deadlines by 30 days is GRANTED. By October 7, 2023, Plaintiff is directed to file a proposed revised briefing schedule setting forth the new dates. The parties are ordered to meet and confer and agree upon dates to the extent the 30–day extension might conflict with upcoming holidays. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/03/2023) |

| 10/06/2023 | 263 | LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated October 6, 2023 re: Schedule for Summary Judgement and Daubert Briefing. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Halperin, Benjamin) (Entered: 10/06/2023) |
|---|---|---|
| 10/06/2023 | 264 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated October 6, 2023 re: Briefing Schedule. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 10/06/2023) |
| 10/09/2023 | 265 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated October 9, 2023 re: Objection to Defendants Kim and Wolff's Letters. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/09/2023) |
| 10/09/2023 | 266 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated October 9, 2023 re: Objection to Defendants Kim and Wolff's Letters. Document filed by Universal City Studios, LLC, Emily Sylvan Kim, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Lynne Freeman, Prospect Agency, LLC, Entangled Publishing, LLC.Motion or Order to File Under Seal: 264 .(Doniger, Stephen) (Entered: 10/09/2023) |
| 10/09/2023 | 267 | LETTER MOTION to Seal re ***SELECTED PARTIES*** LETTER 266 addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated October 9, 2023. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/09/2023) |
| 10/11/2023 | 268 | ORDER granting 267 Letter Motion to Seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/11/2023) |
| 10/11/2023 | 269 | SECOND AMENDED SCHEDULING ORDER: Accordingly, with respect to the motions for summary judgment:By Monday, November 20, 2023, Plaintiff shall file two motions for summary judgment against the Publishing Defendants and the Prospect Defendants. Each brief in support of the motion shall not exceed 25 pages. By Friday, December 22, 2023, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their opposition to Plaintiff's motion and their affirmative motion for summary judgment. Each such brief shall not exceed 50 pages. By Wednesday, January 31, 2024, Plaintiff shall file one brief constituting her reply brief in further support of her motion against the Publishing Defendants and in opposition to these defendants' motion. Plaintiff shall file a second brief constituting her reply brief in further support of her motion against the Prospect Defendants and in opposition to these defendants' motion. Each brief shall not exceed 40 pages. By Wednesday, February 21, 2024, the Publishing Defendants and the Prospect Defendants shall each file a brief constituting their reply in further support of their motion. Each such brief shall not exceed 15 pages.With respect to the Daubert motions: By Friday, December 22, 2023, Plaintiff shall file her Daubert motion. Her brief in support shall not exceed 20 pages. By Wednesday, January 31, 2024, all Defendants shall file their Daubert motion. Their brief in support of their motion and in opposition to Plaintiff's motion shall not exceed 40 pages. By Wednesday, February 21, 2024, Plaintiff shall her brief in opposition to Defendants' Daubert motion. Her brief shall not exceed 20 pages. No reply briefs will be accepted with respect to the Daubert motions.No further extensions will be granted. Separately, Plaintiff's motion to strike the letters attached to ECF No. 263 is DENIED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/11/2023) (dsh) (Entered: 10/11/2023) |
| 10/18/2023 | 270 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, Stephen Doniger dated October 18, 2023 re: Second Amended Scheduling Order. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 10/18/2023) |
| 10/19/2023 | 271 | MEMO ENDORSEMENT on re: 270 Letter filed by Lynne Freeman. ENDORSEMENT: Plaintiff's request to modify the language in the Second Amended Scheduling Order is GRANTED. Each motion for summary judgment shall not exceed 30 pages. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/19/2023) (dsh) (Entered: 10/19/2023) |
| 11/15/2023 | 272 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated November 15, 2023 re: Request to extend summary judgment filing date by two days. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/15/2023) |

| 11/16/2023 | 273 | MEMO ENDORSEMENT on re: 272 Letter filed by Lynne Freeman. ENDORSEMENT: Plaintiff's request to extend the deadline to file her motion for summary judgment to November 22, 2023, is GRANTED. The Court wishes Plaintiff a speedy recovery. SO ORDERED (Signed by Magistrate Judge Sarah Netburn on 11/16/2023) (dsh) Modified on 11/16/2023 (dsh). (Entered: 11/16/2023) |
|---|---|---|
| 11/22/2023 | 274 | MOTION for Summary Judgment . Document filed by Lynne Freeman. (Attachments: # 1 Proposed Order Proposed Order).(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | 275 | LETTER MOTION to Seal *Certain Documents in Connection with Plaintiff's Motion for Summary Judgment* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated November 22, 2023. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | 276 | DECLARATION of Lynne Freeman in Support re: 274 MOTION for Summary Judgment .. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – Filed Under Seal, # 2 Exhibit 2 – Filed Under Seal, # 3 Exhibit 3 – Filed Under Seal, # 4 Exhibit 4 – Filed Under Seal, # 5 Exhibit 5 – Filed Under Seal, # 6 Exhibit 6 – Filed Under Seal, # 7 Exhibit 7 – Filed Under Seal, # 8 Exhibit 8 – Filed Under Seal, # 9 Exhibit 9 – Filed Under Seal, # 10 Exhibit 10 – Filed Under Seal, # 11 Exhibit 11 – Filed Under Seal, # 12 Exhibit 12 – Filed Under Seal, # 13 Exhibit 13 – Filed Under Seal, # 14 Exhibit 14 – Filed Under Seal, # 15 Exhibit 15 – Filed Under Seal, # 16 Exhibit 16 – Filed Under Seal, # 17 Exhibit 17 – Filed Under Seal, # 18 Exhibit 18 – Filed Under Seal, # 19 Exhibit 19 – Filed Under Seal, # 20 Exhibit 20 – Filed Under Seal, # 21 Exhibit 21 – Filed Under Seal, # 22 Exhibit 22 – Filed Under Seal, # 23 Exhibit 23 – Filed Under Seal, # 24 Exhibit 24 – Filed Under Seal, # 25 Exhibit 25 – Filed Under Seal, # 26 Exhibit 26 – Filed Under Seal, # 27 Exhibit 27 – Filed Under Seal, # 28 Exhibit 28 – Filed Under Seal, # 29 Exhibit 29 – Filed Under Seal, # 30 Exhibit 30 – Filed Under Seal, # 31 Exhibit 31 – Crave Book (Part 1 of 3), # 32 Exhibit 31 – Crave Book (Part 2 of 3), # 33 Exhibit 31 – Crave Book (Part 3 of 3), # 34 Exhibit 32– Summary Index, # 35 Exhibit 33 – Crush Book (Part 1 of 3), # 36 Exhibit 33 – Crush Book (Part 2 of 3), # 37 Exhibit 33 – Crush Book (Part 3 of 3), # 38 Exhibit 34– Covet Book (Part 1 of 3), # 39 Exhibit 34– Covet Book (Part 2 of 3), # 40 Exhibit 34– Covet Book (Part 3 of 3), # 41 Exhibit 35– Court Book (Part 1 of 3), # 42 Exhibit 35– Court Book (Part 2 of 3), # 43 Exhibit 35– Court Book (Part 3 of 3), # 44 Exhibit 36– First Voice Index, # 45 Exhibit 37– Second Voice Index, # 46 Exhibit 38– Heroine Index, # 47 Exhibit 39– Heroine's Female Nemesis Index, # 48 Exhibit 40– Romantic Lead Index, # 49 Exhibit 42– Heroine's Male Friend Index, # 50 Exhibit 43– The Villain Index, # 51 Exhibit 44– Aunt Uncle Index, # 52 Exhibit 45– Grandma Index, # 53 Exhibit 46– Crave Language Index, # 54 Exhibit 47– Crush Language Index, # 55 Exhibit 48– Covet Language Index, # 56 Exhibit 49– Court Langauge Index, # 57 Exhibit 50– Copyright Registrations).(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | 277 | ***SELECTED PARTIES***NOTICE of Sealed Exhibits 1–30 re: 276 DECLARATION of Lynne Freeman. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20 (Part 1 of 2), # 20 Exhibit 20 (Part 2 of 2), # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)Motion or Order to File Under Seal: 275 .(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | 278 | DECLARATION of Stephen M. Doniger in Support re: 274 MOTION for Summary Judgment .. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 |

| | | |
|---|---|---|
| | | Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62, # <u>63</u> Exhibit 63, # <u>64</u> Exhibit 64, # <u>65</u> Exhibit 65, # <u>66</u> Exhibit 66, # <u>67</u> Exhibit 67, # <u>68</u> Exhibit 68).(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>279</u> | ***SELECTED PARTIES***NOTICE of Sealed Exhibits 1, 3–22, 25–28, 30, 32–33, 39, 61–68 re: <u>278</u> DECLARATION of Stephen M. Doniger. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # <u>1</u> Exhibit 3, # <u>2</u> Exhibit 4, # <u>3</u> Exhibit 5, # <u>4</u> Exhibit 6, # <u>5</u> Exhibit 7, # <u>6</u> Exhibit 8, # <u>7</u> Exhibit 9, # <u>8</u> Exhibit 10, # <u>9</u> Exhibit 11, # <u>10</u> Exhibit 12, # <u>11</u> Exhibit 13, # <u>12</u> Exhibit 14, # <u>13</u> Exhibit 15, # <u>14</u> Exhibit 16, # <u>15</u> Exhibit 17, # <u>16</u> Exhibit 18, # <u>17</u> Exhibit 19, # <u>18</u> Exhibit 20, # <u>19</u> Exhibit 21, # <u>20</u> Exhibit 22, # <u>21</u> Exhibit 25, # <u>22</u> Exhibit 26, # <u>23</u> Exhibit 27, # <u>24</u> Exhibit 28, # <u>25</u> Exhibit 30, # <u>26</u> Exhibit 32, # <u>27</u> Exhibit 33, # <u>28</u> Exhibit 39, # <u>29</u> Exhibit 61, # <u>30</u> Exhibit 62, # <u>31</u> Exhibit 63, # <u>32</u> Exhibit 64, # <u>33</u> Exhibit 65, # <u>34</u> Exhibit 66, # <u>35</u> Exhibit 67, # <u>36</u> Exhibit 68)Motion or Order to File Under Seal: <u>275</u> .(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>280</u> | RULE 56.1 STATEMENT. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>281</u> | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: <u>275</u> .(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>282</u> | NOTICE of REQUEST FOR JUDICIAL NOTICE IN SUPPORT re: <u>274</u> MOTION for Summary Judgment .. Document filed by Lynne Freeman. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Proposed Order Proposed Order).(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>283</u> | MEMORANDUM OF LAW in Support re: <u>274</u> MOTION for Summary Judgment . . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>284</u> | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: <u>274</u> MOTION for Summary Judgment . . Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: <u>275</u> .(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/22/2023 | <u>285</u> | PROPOSED STIPULATION AND ORDER. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/22/2023) |
| 11/27/2023 | 286 | ORDER granting <u>275</u> Letter Motion to Seal. The Court grants the sealing relief on an interim basis and will reconsider the application when it addresses the motions for summary judgment. Defendants are ORDERED to file a separate letter setting forth its legal and factual grounds for sealing those documents for which it is the requesting party. This letter shall be filed by December 22, 2023. Plaintiff is advised that some or all portions of her manuscript may not be properly sealed under the governing legal standards given the compelling common law and First Amendment concerns, and that the Court may require unsealing. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 11/27/2023) |
| 11/28/2023 | <u>287</u> | NOTICE of ERRATA re: <u>280</u> Rule 56.1 Statement, <u>281</u> Rule 56.1 Statement, <u>274</u> MOTION for Summary Judgment .. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/28/2023) |
| 11/28/2023 | <u>288</u> | MOTION for Summary Judgment *(Corrected)*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/28/2023) |
| 11/28/2023 | <u>289</u> | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, |

| | | |
|---|---|---|
| | | LLC. Motion or Order to File Under Seal: <u>275</u> .(Doniger, Stephen) (Entered: 11/28/2023) |
| 11/28/2023 | <u>290</u> | RULE 56.1 STATEMENT. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/28/2023) |
| 12/08/2023 | <u>291</u> | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Benjamin S. Halperin dated December 8, 2023 re: Joint request to modify page limits and allocations for the remainder of summary judgment briefing. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Halperin, Benjamin) (Entered: 12/08/2023) |
| 12/11/2023 | <u>292</u> | MEMO ENDORSEMENT on re: <u>291</u> Letter, filed by Universal City Studios, LLC, Entangled Publishing, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC. ENDORSEMENT: The parties' joint request to modify page limits is DENIED. The parties shall abide by the page limits specified in the Second Amended Scheduling Order. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/11/2023) (mml) (Entered: 12/11/2023) |
| 12/12/2023 | <u>293</u> | JOINT LETTER MOTION for Leave to File Excess Pages *(to reduce total summary judgment briefing page count)* addressed to Magistrate Judge Sarah Netburn from Lacy H Koonce III dated 12/12/2023. Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 12/12/2023) |
| 12/14/2023 | 294 | ORDER granting <u>293</u> Letter Motion for Leave to File Excess Pages. In light of the parties' clarifications, the joint request to modify the Second Amended Scheduling Order is GRANTED. The Defendants shall file one consolidated brief on the copyright issues no longer than 60 pages, and the Prospect Defendants shall file a separate brief on the state law issues no longer than 20 pages. The Plaintiff's opposition brief on the copyright issues shall not exceed 50 pages, and her opposition brief on the state law issues shall not exceed 20 pages. The Defendants' consolidated reply brief on the copyright issues shall not exceed 20 pages. The Prospect Defendants' reply brief on the state law issues shall not exceed 10 pages. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 12/14/2023) |
| 12/18/2023 | <u>295</u> | NOTICE of Withdrawal of Appearance of Laura M. Zaharia. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/18/2023) |
| 12/22/2023 | <u>296</u> | MOTION for Summary Judgment */ Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | <u>297</u> | LETTER MOTION to Seal *Certain Documents in Connection with Defendants' Motion for Summary Judgment and in Response to Plaintiff's Letter Motion to Seal at ECF No. 275* addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated December 22, 2023. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | <u>298</u> | MEMORANDUM OF LAW in Support re: <u>296</u> MOTION for Summary Judgment */ Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment*. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | <u>299</u> | RULE 56.1 STATEMENT. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | <u>300</u> | DECLARATION of CeCe M. Cole in Support re: <u>296</u> MOTION for Summary Judgment */ Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment*.. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> |

| | | |
|---|---|---|
| | | Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC−1, # 30 Exhibit CC−2, # 31 Exhibit CC−3, # 32 Exhibit CC−4, # 33 Exhibit DD, # 34 Exhibit EE, # 35 Exhibit FF).(Cole, CeCe) (Entered: 12/22/2023) |
| 12/22/2023 | 301 | ***SELECTED PARTIES***NOTICE of of Sealed Exhibits re: 300 Declaration in Support of Motion,,,,. Document filed by Universal City Studios, LLC, Tracy Deebs−Elkenaney, Holtzbrinck Publishers, LLC, Entangled Publishing, LLC, Lynne Freeman, Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit K, # 7 Exhibit CC−1, # 8 Exhibit CC−2, # 9 Exhibit CC−3, # 10 Exhibit CC−4)Motion or Order to File Under Seal: 297 .(Cole, CeCe) (Entered: 12/22/2023) |
| 12/22/2023 | 302 | DECLARATION of Tracy Deebs−Elkenaney p/k/a Tracy Wolff in Support re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | 303 | DECLARATION of Elizabeth Pelletier in Support re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | 304 | DECLARATION of Lacy H. Koonce III in Support re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit PP, # 42 Exhibit QQ).(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 305 | ***SELECTED PARTIES***NOTICE of Sealed Exhibits re: 304 Declaration in Support of Motion,,,,. Document filed by Emily Sylvan Kim, Prospect Agency, LLC, Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Lynne Freeman, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit JJ, # 4 Exhibit KK, # 5 Exhibit LL, # 6 Exhibit MM)Motion or Order to File Under Seal: 297 .(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 306 | DECLARATION of Emily Sylvan Kim in Support re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 307 | ***SELECTED PARTIES***NOTICE of Sealed Declaration re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Emily Sylvan Kim, Prospect Agency, LLC, Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Lynne Freeman, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: 297 .(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 308 | NOTICE of Request for Judicial Notice re: 298 Memorandum of Law in Support of Motion, 299 Rule 56.1 Statement, 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition |

| | | |
|---|---|---|
| | | *to Plaintiff's Motion for Summary Judgment..* Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | 309 | MOTION to Strike Document No. [284, 280, 289] */ Defendants' Objections to and Motion to Strike Evidence Submitted with Plaintiff's Summary Judgment Motion and Related Local Rule 56.1 Statements.* Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | 310 | COUNTER STATEMENT TO 289 Rule 56.1 Statement, 280 Rule 56.1 Statement, 281 Rule 56.1 Statement, 290 Rule 56.1 Statement. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 12/22/2023) |
| 12/22/2023 | 311 | MOTION for Summary Judgment *Prospect Defendants' Notice of Motion for Summary Judgment on Plaintiff's State Law Claims.* Document filed by Emily Sylvan Kim, Prospect Agency, LLC. (Attachments: # 1 Proposed Order Proposed Order).(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 312 | MEMORANDUM OF LAW in Support re: 311 MOTION for Summary Judgment *Prospect Defendants' Notice of Motion for Summary Judgment on Plaintiff's State Law Claims.* . Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 12/22/2023) |
| 12/22/2023 | 313 | NOTICE of PLAINTIFFS DAUBERT MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/22/2023) |
| 12/22/2023 | 314 | MOTION in Limine *PLAINTIFFS DAUBERT MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY.* Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/22/2023) |
| 12/22/2023 | 315 | DECLARATION of Stephen Doniger in Support re: 314 MOTION in Limine *PLAINTIFFS DAUBERT MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY..* Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5).(Passin, Mark) (Entered: 12/22/2023) |
| 12/22/2023 | 316 | DECLARATION of CAROLE CHASKI in Support re: 314 MOTION in Limine *PLAINTIFFS DAUBERT MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY..* Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Exhibit 1).(Passin, Mark) (Entered: 12/22/2023) |
| 12/22/2023 | 317 | NOTICE of PLAINTIFFS NOTICE OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY re: 314 MOTION in Limine *PLAINTIFFS DAUBERT MOTION TO EXCLUDE A PORTION OF THE TESTIMONY OF MALCOLM COULTHARD AND THE TESTIMONY OF ROSE HILLIARD IN ITS ENTIRETY..* Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Exhibit 1).(Passin, Mark) (Entered: 12/22/2023) |
| 01/22/2024 | 318 | LETTER MOTION to Continue *Deadline to Submit Summary Judgment Briefs* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated January 22, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 01/22/2024) |
| 01/23/2024 | 319 | ORDER granting 318 Letter Motion to Continue. Each side is granted a one–week extension of the existing deadlines. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/23/2024) |
| 02/07/2024 | 320 | NOTICE of of Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, |

| | | LLC..(Wolff, Nancy) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 321 | MOTION in Limine / *Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 02/07/2024) |
| 02/07/2024 | 322 | DECLARATION of Benjamin S. Halperin in Support re: 321 MOTION in Limine / *Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion.*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A–1, # 2 Exhibit A–2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D–1, # 6 Exhibit D–2, # 7 Exhibit D–3, # 8 Exhibit D–4, # 9 Exhibit D–5, # 10 Exhibit D–6, # 11 Exhibit D–7, # 12 Exhibit D–8, # 13 Exhibit D–9, # 14 Exhibit D–10, # 15 Exhibit E, # 16 Exhibit F–1, # 17 Exhibit F–2, # 18 Exhibit G, # 19 Exhibit H, # 20 Exhibit I).(Halperin, Benjamin) (Entered: 02/07/2024) |
| 02/07/2024 | 323 | DECLARATION of Emily Sylvan Kim in Support re: 321 MOTION in Limine / *Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion.*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 02/07/2024) |
| 02/07/2024 | 324 | PROPOSED ORDER. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. Related Document Number: [320, 321]..(Wolff, Nancy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/07/2024) |
| 02/07/2024 | 325 | LETTER MOTION to Seal *Documents Associated with Plaintiffs Opposition to Defendants Motions for Summary Judgment* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated February 7, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/07/2024) |
| 02/07/2024 | 326 | MEMORANDUM OF LAW in Opposition re: 311 MOTION for Summary Judgment *Prospect Defendants' Notice of Motion for Summary Judgment on Plaintiff's State Law Claims*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/07/2024) |
| 02/07/2024 | 327 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 311 MOTION for Summary Judgment *Prospect Defendants' Notice of Motion for Summary Judgment on Plaintiff's State Law Claims*. . Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: 325 .(Doniger, Stephen) (Entered: 02/07/2024) |
| 02/07/2024 | 328 | MEMORANDUM OF LAW in Opposition re: 309 MOTION to Strike Document No. [284, 280, 289] / *Defendants' Objections to and Motion to Strike Evidence Submitted with Plaintiff's Summary Judgment Motion and Related Local Rule 56.1 Statements*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/07/2024) |
| 02/07/2024 | 329 | DECLARATION of Lynne Freeman in Opposition re: 296 MOTION for Summary Judgment / *Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.*. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 to Freeman DL, # 2 Exhibit 2 to Freeman DL).(Doniger, Stephen) (Entered: 02/07/2024) |
| 02/07/2024 | 330 | COUNTER STATEMENT TO 299 Rule 56.1 Statement. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 331 | DECLARATION of Mark D. Passin in Opposition re: 296 MOTION for Summary Judgment / *Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.*. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 to Declaration of Mark Passin, # 2 Exhibit 2 to Declaration of Mark Passin, # 3 Exhibit 3 to Declaration of Mark Passin, # 4 Exhibit 4 to Declaration of Mark Passin, # 5 Exhibit 5 to Declaration of Mark Passin, # 6 Exhibit 6 to Declaration of Mark Passin, # 7 Exhibit 7 to Declaration of |

| | | |
|---|---|---|
| | | Mark Passin, # 8 Exhibit 8 to Declaration of Mark Passin, # 9 Exhibit 9 to Declaration of Mark Passin, # 10 Exhibit 10 to Declaration of Mark Passin, # 11 Exhibit 11 to Declaration of Mark Passin, # 12 Exhibit 12 to Declaration of Mark Passin, # 13 Exhibit 13 to Declaration of Mark Passin, # 14 Exhibit 14 to Declaration of Mark Passin, # 15 Exhibit 15 to Declaration of Mark Passin, # 16 Exhibit 16 to Declaration of Mark Passin, # 17 Exhibit 17 to Declaration of Mark Passin, # 18 Exhibit 18 to Declaration of Mark Passin, # 19 Exhibit 19 to Declaration of Mark Passin).(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 332 | ***SELECTED PARTIES***COUNTER STATEMENT TO 299 Rule 56.1 Statement. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. Motion or Order to File Under Seal: 325 .(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 333 | DECLARATION of Ron Kaplan in Opposition re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 334 | DECLARATION of Kathryn Reiss in Opposition re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 335 | MEMORANDUM OF LAW in Opposition re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 336 | DECLARATION of Carole Chaski in Opposition re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment.. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 to Declaration of Carole Chaski, # 2 Exhibit 2 to Declaration of Carole Chaski, # 3 Exhibit 3 to Declaration of Carole Chaski, # 4 Exhibit 4 to Declaration of Carole Chaski, # 5 Exhibit 5 to Declaration of Carole Chaski, # 6 Exhibit 6 to Declaration of Carole Chaski, # 7 Exhibit 7 to Declaration of Carole Chaski).(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 337 | ***SELECTED PARTIES*** BRIEF re: 331 Declaration in Opposition to Motion,,,, –– (Sealed) Exhibit 4 to the Declaration of Mark D. Passin. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC.Motion or Order to File Under Seal: 325 .(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 324 Proposed Order, was reviewed and approved as to form. (tp) (Entered: 02/08/2024) |
| 02/08/2024 | 338 | ORDER granting 325 Letter Motion to Seal. Plaintiff's motion to seal is GRANTED on an interim basis. The Court may reconsider the application when it addresses the motions for summary judgment. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/08/2024) |
| 02/08/2024 | 339 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated February 8, 2024 re: Request to extend summary judgment filing date by two days. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |
| 02/08/2024 | 340 | AMENDED MEMORANDUM OF LAW in Opposition re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment. –– AND REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/08/2024) |

| 02/09/2024 | 341 | MEMO ENDORSEMENT on re: 339 Letter filed by Lynne Freeman. ENDORSEMENT: Plaintiff will not be prejudiced by the untimely summary judgment filings. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/9/2024) (dsh) (Entered: 02/09/2024) |
|---|---|---|
| 02/28/2024 | 342 | REPLY MEMORANDUM OF LAW in Support re: 296 MOTION for Summary Judgment / Defendants' Notice of Motion for Summary Judgment on the Copyright Claims and in Opposition to Plaintiff's Motion for Summary Judgment. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 02/28/2024) |
| 02/28/2024 | 343 | DECLARATION of CeCe M. Cole in Support re: 342 Reply Memorandum of Law in Support of Motion,. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit GG, # 2 Exhibit HH, # 3 Exhibit II).(Cole, CeCe) (Entered: 02/28/2024) |
| 02/28/2024 | 344 | MEMORANDUM OF LAW / Defendants Supplemental Motion Regarding Evidentiary Issues. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 02/28/2024) |
| 02/28/2024 | 345 | RESPONSE / Defendants Response to Plaintiffs Additional Statement of Facts. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 02/28/2024) |
| 02/28/2024 | 346 | MEMORANDUM OF LAW in Opposition re: 321 MOTION in Limine / Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 347 | DECLARATION of Stephen M. Doniger in Opposition re: 321 MOTION in Limine / Defendants' Daubert Motion to Exclude Plaintiff's Liability Experts and Opposition to Plaintiff's Daubert Motion.. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – JuolaCV, # 2 Exhibit 2 – Juola Transcript Excerpt, # 3 Exhibit 3 – Chaski Transcript Excerpt).(Doniger, Stephen) (Entered: 02/28/2024) |
| 02/28/2024 | 348 | REPLY MEMORANDUM OF LAW in Support re: 311 MOTION for Summary Judgment Prospect Defendants' Notice of Motion for Summary Judgment on Plaintiff's State Law Claims. . Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 02/28/2024) |
| 03/04/2024 | 349 | LETTER MOTION for Leave to File motion to strike Defendants Supplemental Motion Regarding Evidentiary Issues addressed to Magistrate Judge Sarah Netburn from Mark Passin dated march 4, 2024. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/04/2024) |
| 03/05/2024 | 350 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Nancy E. Wolff dated 3/05/2024 re: 349 LETTER MOTION for Leave to File motion to strike Defendants Supplemental Motion Regarding Evidentiary Issues addressed to Magistrate Judge Sarah Netburn from Mark Passin dated march 4, 2024. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 03/05/2024) |
| 03/05/2024 | 351 | ORDER denying 349 Letter Motion for Leave to File Document. Plaintiff's request for the Court to strike Defendants' supplemental motion regarding discovery issues is DENIED. By March 12, 2024, Plaintiff may file a response to Defendants' motion. Plaintiff's response shall not exceed 10 pages. Separately, by March 15, 2024, the parties are ORDERED to meet and confer to discuss whether a settlement conference would be productive. If the parties agree that a settlement conference would be productive, they should immediately email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule the conference. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/05/2024) |
| 03/12/2024 | 352 | MEMORANDUM OF LAW in Opposition re: 309 MOTION to Strike Document No. [284, 280, 289] / Defendants' Objections to and Motion to Strike Evidence Submitted with Plaintiff's Summary Judgment Motion and Related Local Rule 56.1 Statements. . |

| | | |
|---|---|---|
| | | Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/12/2024) |
| 03/12/2024 | 353 | DECLARATION of Mark D. Passin in Opposition re: 309 MOTION to Strike Document No. [284, 280, 289] / *Defendants' Objections to and Motion to Strike Evidence Submitted with Plaintiff's Summary Judgment Motion and Related Local Rule 56.1 Statements*.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/12/2024) |
| 03/12/2024 | 354 | NOTICE of ERRATA and WITHDRAWAL of DKT Nos. 352 and 353 re: 352 Memorandum of Law in Opposition to Motion, 353 Declaration in Opposition to Motion,. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/12/2024) |
| 03/12/2024 | 355 | OPPOSITION BRIEF re: 344 Memorandum of Law *Plaintiff's Opposition to Defendants' Supplemental Motion Regarding Evidentiary Issues*. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/12/2024) |
| 03/12/2024 | 356 | DECLARATION of Mark D. Passin in Opposition re: 344 Memorandum of Law. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 03/12/2024) |
| 03/25/2024 | 357 | NOTICE of Supplemental Authority re: 298 Memorandum of Law in Support of Motion,. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit A).(Wolff, Nancy) (Entered: 03/25/2024) |
| 06/18/2024 | 358 | NOTICE OF CHANGE OF ADDRESS by Nancy Evelyn Wolff on behalf of Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC. New Address: Cowan, DeBaets, Abrahams & Sheppard LLP, 60 Broad Street, 30th Floor, New York, New York, 10004,..(Wolff, Nancy) (Entered: 06/18/2024) |
| 07/29/2024 | 359 | LETTER addressed to Magistrate Judge Sarah Netburn from Lacy H. Koonce, III dated July 29, 2024 re: Plaintiff's Motion to Seal (ECF No. 275). Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 07/29/2024) |
| 07/31/2024 | 360 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated July 31, 2024 re: Lynne Freeman v. Tracy Deebs−Elkenaney et. al., Case No. 22 Civ 2435 (LLS) (SN). Document filed by Lynne Freeman..(Passin, Mark) (Entered: 07/31/2024) |
| 08/01/2024 | 361 | REPORT AND RECOMMENDATION re: 311 MOTION for Summary Judgment 274 MOTION for Summary Judgment 288 MOTION for Summary Judgment 296 MOTION for Summary Judgment. I recommend that the Court DENY the parties' cross−motions for summary judgment on Freeman's direct copyright infringement claim. I further recommend that the Court GRANT the Defendants' motion for summary judgment on Freeman's state law claims. Objections to R&R due by 8/15/2024. (Signed by Magistrate Judge Sarah Netburn on 8/1/2024). (dsh) (Entered: 08/01/2024) |
| 08/01/2024 | 362 | OPINION & ORDER re: 309 MOTION to Strike 314 MOTION in Limine 297 LETTER MOTION to Seal 321 MOTION in Limine. The Court STRIKES the affirmative expert testimony of Dr. Patrick Juola, Dr. Carole E. Chaski, Professor Kathryn Reiss, and the rebuttal testimony of Dr. Malcolm Coulthard, Emily Easton, and Ron Kaplan. The Court reserves decision with respect to the parties' requests to exclude the testimony of Christine Witthohn, Eric Ruben, Marlene Stringer, and Rose Hilliard, pending the Court's decision on whether to adopt my recommendations regarding Freeman's state law claims. Additionally, the Court GRANTS the Defendants' motion to strike Freeman's similarity indexes and additional statement of facts, DENIES Freeman's motion to seal her manuscripts, notes, text messages, and Wolff's deposition transcript, and otherwise GRANTS the parties' motions to seal. By August 9, 2024, the parties shall file unredacted versions of Freeman's manuscripts and notes, Wolff's deposition transcript, and the relevant text messages (currently under seal at: ECF No. 277, Freeman Exhibits 3−11 and 14−19; ECF No. 301, Cole Exhibits E, F, and CC; and ECF No. 279, Doniger Exhibits 4−6, 11, 15, 18, and 20). The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 297, 309, 314, and 321. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/1/2024) (dsh) (Entered: 08/01/2024) |

| 08/01/2024 | 363 | ORDER: In light of the decisions issued today, the parties are ORDERED to meet and confer regarding whether a settlement conference would be productive at this time. By August 9, 2024, the parties shall file a letter indicating whether they would like to schedule a settlement conference. If yes, the parties should indicate whether they request to stay litigation deadlines pending the settlement conference. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/1/2024) (dsh) (Entered: 08/01/2024) |
|---|---|---|
| 08/07/2024 | 364 | JOINT LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from Stephen M. Doniger dated August 7, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 08/07/2024) |
| 08/08/2024 | 365 | ORDER granting 364 Letter Motion for Extension of Time. The Clerk of the Court is respectfully requested to stay this matter pending the resolution of this matter relating to the unsealing of Plaintiff's manuscripts. SO ORDERED. (Signed by Judge Louis L. Stanton on 8/8/2024) (ks) (Entered: 08/08/2024) |
| 08/08/2024 | | Case Stayed (ks) (Entered: 08/08/2024) |
| 08/09/2024 | 366 | LETTER addressed to Magistrate Judge Sarah Netburn from CeCe M. Cole dated August 9, 2024 re: Update on Meet & Confer re Settlement per the Court's 8/1/24 Order (ECF 363). Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Cole, CeCe) (Entered: 08/09/2024) |
| 08/15/2024 | 367 | BRIEF re: 362 Memorandum & Opinion,,,,, *PLAINTIFFS OBJECTIONS TO THE MAGISTRATE JUDGES AUGUST 1, 2024 OPINION AND ORDER*. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 08/15/2024) |
| 08/15/2024 | 368 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from CeCe M. Cole dated August 15, 2024. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Cole, CeCe) (Entered: 08/15/2024) |
| 08/15/2024 | 369 | LETTER MOTION to Seal *Certain Texts in Doniger Exhibits 6 & 15* addressed to Judge Louis L. Stanton from CeCe M. Cole dated August 15, 2024. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Cole, CeCe) (Entered: 08/15/2024) |
| 08/15/2024 | 370 | ***SELECTED PARTIES*** LETTER addressed to Judge Louis L. Stanton from CeCe M. Cole dated August 15, 2024 re: Sealed Version of Letter Motion to Seal Certain Texts in Doniger Exhibits 6 & 15 [ECF 369]. Document filed by Universal City Studios, LLC, Emily Sylvan Kim, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Lynne Freeman, Prospect Agency, LLC, Entangled Publishing, LLC.Motion or Order to File Under Seal: 368 .(Cole, CeCe) (Entered: 08/15/2024) |
| 08/20/2024 | 371 | ORDER granting 369 Letter Motion to Seal. These exhibits may be redacted. So Ordered. (Signed by Judge Louis L. Stanton on 8/20/2024) (sgz) (Entered: 08/20/2024) |
| 08/29/2024 | 372 | OPPOSITION BRIEF re: 367 Brief */ Defendants' Response to Plaintiffs Objections to Judge Netburns August 1, 2024 Opinion & Order Unsealing Plaintiffs Manuscripts & Notes*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 08/29/2024) |
| 08/29/2024 | 373 | LETTER MOTION to Seal *Plaintiff's August 29, 2024 Letter* addressed to Judge Louis L. Stanton from Mark D. Passin dated August 29, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 08/29/2024) |
| 08/29/2024 | 374 | ***SELECTED PARTIES*** LETTER addressed to Judge Louis L. Stanton from Mark D. Passin dated August 29, 2024 re: Response to Ms. Cole's Letter dated August 15, 2024 (ECF 363). Document filed by Universal City Studios, LLC, Emily Sylvan Kim, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Lynne Freeman, Prospect Agency, LLC, Entangled Publishing, LLC.Motion or Order to File Under Seal: 373 .(Doniger, Stephen) (Entered: 08/29/2024) |
| 08/29/2024 | 375 | LETTER addressed to Judge Louis L. Stanton from Mark D. Passin dated August 29, 2024 re: Response to Ms. Cole's Letter dated August 15, 2024 (ECF 363). Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 08/29/2024) |

| 08/30/2024 | 376 | JOINT LETTER MOTION for Extension of Time *to file Objections* addressed to Judge Louis L. Stanton from Lacy H. Koonce, III dated August 30, 2024. Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 08/30/2024) |
|---|---|---|
| 08/30/2024 | 377 | ORDER granting 376 Letter Motion for Extension of Time. Granted. Objections to R&R due by 9/5/2024. (Signed by Judge Louis L. Stanton on 8/30/2024) (tro) (Entered: 08/30/2024) |
| 09/05/2024 | 378 | MEMO ENDORSEMENT on re: 375 Letter filed by Lynne Freeman ENDORSEMENT I have already ruled on this matter, on August 20, 2024. See Document 371. (Signed by Judge Louis L. Stanton on 9/5/2024) (jca) (Entered: 09/05/2024) |
| 09/10/2024 | 379 | LETTER MOTION for Extension of Time *to File Objections* addressed to Judge Louis L. Stanton from Mark D. Passin dated September 10, 2024. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 09/10/2024) |
| 09/10/2024 | 380 | ORDER granting 379 Letter Motion for Extension of Time. SO ORDERED. Objections to R&R due by 9/20/2024. (Signed by Judge Louis L. Stanton on 9/10/2024) (jca) (Entered: 09/10/2024) |
| 09/20/2024 | 381 | LETTER addressed to Judge Louis L. Stanton from Nancy E. Wolff dated September 20, 2024 re: Requesting Oral Argument Regarding Defendants' Objection to Judge Netburn's Report and Recommendation on the Parties' Summary Judgment Motions. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 09/20/2024) |
| 09/20/2024 | 382 | BRIEF re: 361 Report and Recommendations,, */ Defendants' Objection to August 1, 2024 Summary Judgment Report and Recommendation*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 09/20/2024) |
| 09/20/2024 | 383 | BRIEF re: 362 Memorandum & Opinion,,,,, */ Defendants' Objection to August 1, 2024 Opinion & Order*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 09/20/2024) |
| 09/20/2024 | 384 | BRIEF re: 361 Report and Recommendations,, */ Plaintiff's Objection to August 1, 2024 Summary Judgment Report and Recommendation*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 09/20/2024) |
| 09/20/2024 | 385 | BRIEF re: 362 Memorandum & Opinion,,,,, */ Plaintiff's Objection to August 1, 2024 Opinion & Order.*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 09/20/2024) |
| 10/15/2024 | 386 | LETTER MOTION for Extension of Time *to file Responses to Objections* addressed to Judge Louis L. Stanton from Mark D. Passin dated October 15, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/15/2024) |
| 10/15/2024 | 387 | RESPONSE re: 386 LETTER MOTION for Extension of Time *to file Responses to Objections* addressed to Judge Louis L. Stanton from Mark D. Passin dated October 15, 2024. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 10/15/2024) |
| 10/16/2024 | 388 | ORDER granting 386 Letter Motion for Extension of Time. Granted. (Signed by Judge Louis L. Stanton on 10/15/2024) (sgz) (Entered: 10/16/2024) |
| 10/24/2024 | 389 | ORDER: Plaintiff had the advantages of using the Unpublished Material in regard to the summary judgment applications, and cannot now be heard to argue that it should be withdrawn from public inspection. Those exhibits may be as yet unpublished, but they became open to public inspection when they were submitted as evidence in a contested matter in a federal court, and they cannot now be withdrawn and re–sealed to diminish a perceived risk of copying, or misuse against her in a "social media campaign." As further set forth in this Order. The time by which the unredacted material must be filed is extended to November 15, 2024. So Ordered. (Signed by Judge Louis L. Stanton on 10/24/2024) (sgz) (Entered: 10/24/2024) |

| 10/29/2024 | 390 | BRIEF re: 384 Brief *Defendants' Response to Plaintiff's Objection to the August 1, 2024 Summary Judgment Report and Recommendation.* Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 10/29/2024) |
|---|---|---|
| 10/29/2024 | 391 | BRIEF re: 385 Brief *Defendants' Response to Plaintiff's Objection to the August 1, 2024 Opinion and Order.* Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Universal City Studios, LLC..(Wolff, Nancy) (Entered: 10/29/2024) |
| 10/29/2024 | 392 | BRIEF re: 383 Brief, *Plaintiff's Response to Defendants' Objection to the August 1, 2024 Opinion and Order.* Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/29/2024) |
| 10/29/2024 | 393 | BRIEF re: 382 Brief, *Plaintiff's Response to Defendants' Objection to the August 1, 2024 Summary Judgment Report and Recommendation.* Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/29/2024) |
| 10/29/2024 | 394 | NOTICE of ERRATA re: 385 Brief. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – Corrected Brief re Objections to the Magistrates Opinion & Order).(Doniger, Stephen) (Entered: 10/29/2024) |
| 11/01/2024 | 395 | NOTICE of ERRATA re: 384 Brief. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – Corrected Brief re Objections to the Magistrate's Report and Recommendation).(Doniger, Stephen) (Entered: 11/01/2024) |
| 11/15/2024 | 396 | NOTICE of Plaintiff's Unsealed Manuscripts re: 389 Order,, 301 Notice (Other),,. Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit Cole Decl. Ex. E (BMR), # 2 Exhibit Cole Decl. Ex. F (Masqued), # 3 Exhibit Cole Decl. Ex. CC–1 (side–by–side comparison), # 4 Exhibit Cole Decl. Ex. CC–2 (side–by–side comparison), # 5 Exhibit Cole Decl. Ex. CC–3 (side–by–side comparison), # 6 Exhibit Cole Decl. Ex. CC–4 (side–by–side comparison)).(Cole, CeCe) (Entered: 11/15/2024) |
| 11/15/2024 | 397 | NOTICE of Plaintiffs Unsealed Exhibits 3–11 and 14–19 and Doniger Exhibits 4–6, 11, 15, 18, and 20 re: 389 Order,, 279 Notice (Other),,,, 277 Notice (Other),,,. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 3 to Freeman Decl., # 2 Exhibit 4 to Freeman Decl., # 3 Exhibit 5 to Freeman Decl., # 4 Exhibit 6 to Freeman Decl., # 5 Exhibit 7 to Freeman Decl., # 6 Exhibit 8 to Freeman Decl., # 7 Exhibit 9 to Freeman Decl., # 8 Exhibit 10 to Freeman Decl., # 9 Exhibit 11 to Freeman Decl., # 10 Exhibit 14 to Freeman Decl., # 11 Exhibit 15 to Freeman Decl., # 12 Exhibit 16 to Freeman Decl., # 13 Exhibit 17 to Freeman Decl., # 14 Exhibit 18 to Freeman Decl., # 15 Exhibit 19 to Freeman Decl., # 16 Exhibit 4 to Doniger Decl., # 17 Exhibit 5 to Doniger Decl., # 18 Exhibit 6 to Doniger Decl., # 19 Exhibit 11 to Doniger Decl., # 20 Exhibit 15 to Doniger Decl., # 21 Exhibit 18 to Doniger Decl., # 22 Exhibit 20 to Doniger Decl.).(Doniger, Stephen) (Entered: 11/15/2024) |
| 11/21/2024 | 398 | ORDER adopting 361 Report and Recommendations for 311 Motion for Summary Judgment, filed by Prospect Agency, LLC, Emily Sylvan Kim, 274 Motion for Summary Judgment filed by Lynne Freeman, 288 Motion for Summary Judgment filed by Lynne Freeman, 296 Motion for Summary Judgment, filed by Universal City Studios, LLC, Entangled Publishing, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC. After a review of the R&R and the parties' objections, the Court adopts both of Magistrate Judge Netburn's conclusions, but narrows the scope of her direct copyright infringement rulings. The cross–motions for summary judgment on direct copyright infringement are denied, and all related questions are preserved for trial. dismissed. The Court adopts Magistrate Judge Netburn's decision to exclude Mr. Kaplan's affidavit on metadata but not Ms. Cole's. It also affirms all of Magistrate Judge Netburn's rulings on the motions to strike. The Court has already addressed sealing in a separate order (Dkt. No. 389). (Signed by Judge Louis L. Stanton on 11/21/2024) (sgz) (Entered: 11/21/2024) |
| 11/22/2024 | 399 | ORDER: On November 21, 2024, Judge Stanton adopted the Report and Recommendation denying the parties' cross–motions for summary judgment on Plaintiff's direct copyright infringement and granting Defendants' motion for summary judgment on Plaintiff's state law claims. In light of these decisions, if the parties believe that a settlement conference would be productive, they are directed to contact |

| | | |
|---|---|---|
| | | Courtroom Deputy Diljah Shaw with both parties on the e−mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/22/2024) (dsh) (Entered: 11/22/2024) |
| 12/04/2024 | 400 | NOTICE OF APPEARANCE by Jennifer L. Pariser on behalf of Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/04/2024) |
| 12/04/2024 | 401 | NOTICE of Substitution of Attorney. Old Attorney: Nancy Wolff, Benjamin Halperin, Scott Sholder, and CeCe Cole, New Attorney: Jennifer L. Pariser, Address: Oppenheim + Zebrak, LLP, 461 Fifth Avenue, 19th Floor, New York, New York, United States 20017, (212) 951−1156..(Pariser, Jennifer) (Entered: 12/04/2024) |
| 12/04/2024 | 402 | LETTER MOTION for Extension of Time *to file Motion for Reconsideration* addressed to Judge Louis L. Stanton from Jennifer L. Pariser dated December 4, 2024. Document filed by Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/04/2024) |
| 12/04/2024 | 403 | LETTER addressed to Judge Louis L. Stanton from Stephen M. Doniger dated December 4, 2024 re: Response to Defendant's Letter 402 and Joinder to Request to Extend Reconsideration Deadline. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 − Email Chain).(Doniger, Stephen) (Entered: 12/04/2024) |
| 12/05/2024 | 404 | ORDER granting 402 Letter Motion for Extension of Time. For all parties. Motions due by 12/2/2024. (Signed by Judge Louis L. Stanton on 12/5/2024) (rro) (Entered: 12/05/2024) |
| 12/11/2024 | 405 | LETTER MOTION for Conference *re: Contemplated Motion for Leave to Disclose Rebuttal Expert Witness* addressed to Judge Louis L. Stanton from Stephen M. Doniger dated December 11, 2024. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/11/2024) |
| 12/12/2024 | 406 | NOTICE OF APPEARANCE by Jennifer L. Pariser on behalf of Macmillan Publishers, LLC..(Pariser, Jennifer) (Entered: 12/12/2024) |
| 12/12/2024 | 407 | MOTION for Reconsideration re; 398 Order Adopting Report and Recommendations,,,, . Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/12/2024) |
| 12/12/2024 | 408 | MEMORANDUM OF LAW in Support re: 407 MOTION for Reconsideration re; 398 Order Adopting Report and Recommendations,,,, . . Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/12/2024) |
| 12/13/2024 | 409 | LETTER addressed to Magistrate Judge Sarah Netburn from Amy L. Nashon dated December 13, 2024 re: Settlement Position. Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/13/2024) |
| 12/16/2024 | 410 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated December 16, 2024 re: Response to Amy L. Nashon's Letter Doc #409. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/16/2024) |
| 12/16/2024 | 411 | LETTER addressed to Judge Louis L. Stanton from Amy L. Nashon dated December 16, 2024 re: Response to Plaintiff's letter to re−designate Rebuttal Expert Witness. Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/16/2024) |
| 12/19/2024 | 412 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Amy L. Nashon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30360267. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Holtzbrinck Publishers, LLC, Macmillan Publishers, LLC, Entangled Publishing, LLC. (Attachments: # 1 Affidavit of Amy L. Nashon, # 2 Exhibit A − Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Nashon, Amy) Modified on 12/19/2024 (rju). (Entered: 12/19/2024) |

| 12/19/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 412 MOTION for Amy L. Nashon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30360267. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 12/19/2024) |
| 12/19/2024 | 413 | MEMORANDUM OF LAW in Opposition re: 407 MOTION for Reconsideration re; 398 Order Adopting Report and Recommendations,,,, . . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/19/2024) |
| 12/26/2024 | 414 | REPLY to Response to Motion re: 407 MOTION for Reconsideration re; 398 Order Adopting Report and Recommendations,,,, . . Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs–Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 12/26/2024) |
| 01/08/2025 | 415 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Amy L. Nashon to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Holtzbrinck Publishers, LLC, Macmillan Publishers, LLC, Entangled Publishing, LLC. (Attachments: # 1 Affidavit of Amy L. Nashon, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Nashon, Amy) Modified on 1/8/2025 (rju). (Entered: 01/08/2025) |
| 01/08/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 415 MOTION for Amy L. Nashon to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong date on Proposed Order;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 01/08/2025) |
| 01/08/2025 | 416 | MOTION for Amy L. Nashon to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Holtzbrinck Publishers, LLC, Macmillan Publishers, LLC, Entangled Publishing, LLC. (Attachments: # 1 Affidavit of Amy L. Nashon, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Nashon, Amy) (Entered: 01/08/2025) |
| 01/08/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 416 MOTION for Amy L. Nashon to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/08/2025) |
| 01/10/2025 | 417 | ORDER granting 416 Motion for Amy L. Nashon to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 01/10/2025) |
| 01/14/2025 | 418 | ORDER for 361 Report and Recommendations. Contrary to the apparent conceptions of the parties, questions of non–infringement havetraditionally been reserved for the trier of fact. See Warner Bros. Inc. v. Arn. Broad. Companies,Inc., 720 F.2d 231, 239 (2d Cir. 1983) (the issue of substantial similarity "is frequently a factissue for jury resolution"); Hoehling v. Universal City Studios, Inc., 618 F.2d 972, 977 (2d Cir.1980) ("[S]ummary judgment has traditionally been frowned upon in copyright litigation."). Notwithstanding the fevered expectations and arguments of counsel, I find no error or omission inMagistrate Judge Netbum's August 1, 2024 Report and Recommendation, which is careful,competent and thorough. In this case, one of the counsel for defendants recently colorfully proclaimed that her client would not join any settlement. Presumably it will only accept unconditional surrender. Trial by jury, following the steps set forth in section four of my individual rules of practice, is a time–tested, neutral, fact–based process for resolving disputes. At bottom, that is the choice of the parties. The Court approves it, as the proper choice for this case. (Signed by Judge Louis L. Stanton on 1/14/2025) (rro) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/14/2025) |

| | | |
|---|---|---|
| 01/14/2025 | 419 | LETTER MOTION to Compel Defendants Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, and Tracy Deebs−Elkenaney to produce supplemental financial information discovery *; and for Sanctions* addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated January 14, 2025. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Doniger, Stephen) (Entered: 01/14/2025) |
| 01/16/2025 | 420 | LETTER addressed to Magistrate Judge Sarah Netburn from Jennifer L. Pariser dated January 16, 2025 re: Request for Extension to Respond to Letter Motion. Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Emily Sylvan Kim, Entangled Publishing, LLC..(Pariser, Jennifer) (Entered: 01/16/2025) |
| 01/17/2025 | 421 | MEMO ENDORSEMENT on re: 420 Letter. ENDORSEMENT: Defendants' request for an extension is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/17/2025) (dsh) (Entered: 01/17/2025) |
| 01/17/2025 | 422 | MEMO ENDORSEMENT on re: 411 Letter: This matter is respectfully referred to Magistrate Judge Netburn. (Signed by Judge Louis L. Stanton on 1/17/25) (ml) (Entered: 01/17/2025) |
| 01/23/2025 | 423 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Amy Nashon dated 01/23/2025 re: 419 LETTER MOTION to Compel Defendants Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, and Tracy Deebs−Elkenaney to produce supplemental financial information discovery *; and for Sanctions* addres . Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 01/23/2025) |
| 01/27/2025 | 424 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark Passin dated January 26, 2025 re: in response to Amy Nashons letter ECF 423. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 01/27/2025) |
| 01/30/2025 | 425 | ORDER denying 405 . This case has been pending for nearly three years. Further delay under these circumstances is unwarranted and unreasonable. Plaintiff's request for leave to offer Ms. Reiss as an expert witness to rebut the testimony of Ms. Easton is DENIED. The Clerk of Court is requested to terminate the motion at ECF No. 405. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/30/2025) (dsh) (Entered: 01/30/2025) |
| 02/06/2025 | 426 | ORDER denying 419 Letter Motion to Compel. Plaintiff's motion to compel is denied without prejudice. Plaintiff's motion for fees and costs is denied as unwarranted. Defendants' January 23 letter indicates that they intend to comply with the Court's prior order. The parties are ORDERED to meet and confer and file a letter by February 14, 2025, confirming that the parties have agreed on the scope and deadline for production or setting forth the parties' open disputes. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/06/2025) |
| 02/12/2025 | 427 | Objection re: 425 Order on Motion for Conference, . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/12/2025) |
| 02/12/2025 | 428 | DECLARATION of Mark D. Passin in Support re: 427 Objection (non−motion). Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1).(Doniger, Stephen) (Entered: 02/12/2025) |
| 02/14/2025 | 429 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger and Amy Nashon dated February 13, 2025 re: Update regarding scope and deadline for production of supplemental discovery responses. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/14/2025) |
| 02/26/2025 | 430 | OPPOSITION BRIEF re: 428 Declaration in Support, 427 Objection (non−motion) . Document filed by Holtzbrinck Publishers, LLC, Tracy Deebs−Elkenaney, Macmillan Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Entangled Publishing, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 02/26/2025) |
| 03/06/2025 | 431 | PROPOSED STIPULATION AND ORDER. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 03/06/2025) |

| 03/10/2025 | 432 | AMENDMENT TO STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CRAZY MAPLE STUDIO, INC. AND ORDER THEREON. NOW, THEREFORE, in consideration of the mutual promises set forth herein, the sufficiency of which are hereby acknowledged, the Parties hereby agree as follows: 1. The Tolling Period (as defined in the Stipulation of Dismissal) is hereby extended to, and including, February 18, 2028. 2. Except as expressly provided in this Amendment, all of the terms and conditions of the Amendment shall remain unchanged and in full force and effect. SO ORDERED. (Signed by Judge Louis L. Stanton on 3/10/25) (yv) (Entered: 03/10/2025) |
|---|---|---|
| 03/26/2025 | 433 | NOTICE of Substitution of Attorney. Old Attorney: Nancy Wolff, Benjamin Halperin, Scott Sholder, and CeCe Cole, New Attorney: Jennifer L. Pariser, Address: Oppenheim + Zebrak, LLP, 461 5th Ave, 19th Floor, New York, NY, United States 10017, (212) 951–1156. Document filed by Universal City Studios, LLC..(Pariser, Jennifer) (Entered: 03/26/2025) |
| 03/26/2025 | 434 | NOTICE of Substitution of Attorney. Old Attorney: Nancy Wolff, Benjamin Halperin, Scott Sholder, and CeCe Cole, New Attorney: Jennifer L. Pariser, Address: Oppenheim + Zebrak, LLP, 461 5th Ave, 19th Floor, New York, NY, United States 10017, (212) 951–1156. Document filed by Holtzbrinck Publishers, LLC..(Pariser, Jennifer) (Entered: 03/26/2025) |
| 03/27/2025 | 435 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY re: 433 Notice of Substitution of Attorney, filed by Universal City Studios, LLC, Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated.The substitution of attorney is hereby approved and so ORDERED. (Signed by Judge Louis L. Stanton on 3/27/2025) (ar) (Entered: 03/27/2025) |
| 03/27/2025 | 436 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY re: 434 Notice of Substitution of Attorney, filed by Holtzbrinck Publishers, LLC, Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated. The substitution of attorney is hereby approved and so ORDERED. (Signed by Judge Louis L. Stanton on 3/27/2025) (ar) (Entered: 03/27/2025) |
| 03/31/2025 | 437 | MOTION for Nancy Evelyn Wolff to Withdraw as Attorney . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC..(Wolff, Nancy) (Entered: 03/31/2025) |
| 03/31/2025 | 438 | MOTION for Scott Jonathan Sholder to Withdraw as Attorney . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC..(Sholder, Scott) (Entered: 03/31/2025) |
| 03/31/2025 | 439 | MOTION for CeCe Cole to Withdraw as Attorney . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC..(Cole, CeCe) (Entered: 03/31/2025) |
| 03/31/2025 | 440 | MOTION for Benjamin Samuel Halperin to Withdraw as Attorney . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC..(Halperin, Benjamin) (Entered: 03/31/2025) |
| 04/01/2025 | 441 | ORDER granting 437 Motion to Withdraw as Attorney. Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated; granting 438 Motion to Withdraw as Attorney. Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated; granting 439 Motion to Withdraw as Attorney. Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated; granting 440 Motion to Withdraw as Attorney. Attorney Scott Jonathan Sholder; Nancy Evelyn Wolff; CeCe Cole and Benjamin Samuel Halperin terminated (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 04/01/2025) |
| 05/08/2025 | 442 | LETTER addressed to Judge Louis L. Stanton from Stephen M. Doniger dated May 8, 2025 re: Request to Lift Stay on Pretrial Rules. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/08/2025) |
| 05/14/2025 | 443 | LETTER MOTION for Conference re: 442 Letter addressed to Judge Louis L. Stanton from Amy Nashon on Behalf of All Defendants dated 05/14/2025. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC..(Nashon, Amy) (Entered: 05/14/2025) |

| 05/14/2025 | 444 | MEMO ENDORSEMENT on re: 442 Letter filed by Lynne Freeman. ENDORSEMENT: Respectfully referred to Magistrate Judge Netburn. (Signed by Judge Louis L. Stanton on 5/14/2025) (rro) (Entered: 05/14/2025) |
| --- | --- | --- |
| 05/14/2025 | 445 | ORDER with respect to 443 Letter Motion for Conference. Respectfully referred to Magistrate Judge Netburn. (Signed by Judge Louis L. Stanton on 5/14/2025) (rro) (Entered: 05/14/2025) |
| 05/14/2025 | 446 | MOTION for Eric A. Plourde to Withdraw as Attorney . Document filed by Crazy Maple Studio, Inc.. (Attachments: # 1 Affidavit Certificate of Service).(Plourde, Eric) (Entered: 05/14/2025) |
| 05/15/2025 | 447 | ORDER granting 446 Motion to Withdraw as Attorney. Attorney Eric Plourde and Jack Shaw terminated. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 05/15/2025) |
| 05/16/2025 | 448 | LETTER addressed to Magistrate Judge Sarah Netburn from Stephen M. Doniger dated May 16, 2025 re: Response to Defendants' Letter. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/16/2025) |
| 05/21/2025 | 449 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated May 21, 2025 re: Request for Informal Discovery Conference. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 – Entangled Interrogatory Answers, # 2 Exhibit 2 – Macmillan Interrogatory Answers, # 3 Exhibit 3 – Prospect Interrogatory Answers, # 4 Exhibit 4 – Wolff Interrogatory Answers).(Doniger, Stephen) (Entered: 05/21/2025) |
| 05/21/2025 | 450 | LETTER MOTION to Seal *Certain Documents* addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated May 21, 2025. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 05/21/2025) |
| 05/21/2025 | 451 | ***SELECTED PARTIES***NOTICE of Sealed Exhibits 1–4 re: 449 Letter,. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit 2 – Macmillan Interrogatory Answer (Unredacted), # 2 Exhibit 3 – Prospect Interrogatory Answers (Unredacted), # 3 Exhibit 4 – Wolff Interrogatory Answers (Unredacted))Motion or Order to File Under Seal: 450 .(Doniger, Stephen) (Entered: 05/21/2025) |
| 05/22/2025 | 452 | ORDER granting 450 Letter Motion to Seal on an interim basis. The Court may reconsider this ruling upon resolution of the underlying motion. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/22/2025) |
| 05/22/2025 | 453 | ORDER: In this case, no mistake has been made, and Magistrate Judge Netburn's Order is in full compliance with the law. In her August 1, 2024 Opinion and Order (Dkt. No. 3 62), Reiss' s proposed testimony was found to be inadmissible because it considered only the similarities between the parties' works, and not their differences, and thus failed to address "highly relevant" evidence. Id. at 15–16. That ground has since been revisited, with the finding that "Reiss enumerates many similarities that are plainly genre conventions and tropes but fails to identify them as such... significantly reducing the reliability of her report." Id. at 17. Plaintiff urges that Reiss's testimony would be acceptable and useful, within limitations. On the contrary, its exclusion is prudent and is supported by a thorough knowledge of Reiss's offerings. Plaintiffs objections are overruled and Magistrate Judge Netburn's January 30, 2025 Order (Dkt. No. 425) is affirmed. (Signed by Judge Louis L. Stanton on 5/22/2025) (rro) (Entered: 05/22/2025) |
| 05/22/2025 | 454 | ORDER: A telephone conference is scheduled for Friday, May 30, 2025, at 12:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244–8681 and enter Access Code 23142707008. The purpose of the conference is to discuss (1) Defendants' May 14, 2025 letter request for a copyrightability hearing, and (2) Plaintiff's May 21, 2025 request for a discovery conference. Defendants shall file a response to Plaintiffs May 21 letter no later than Wednesday, May 28, 2025. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/22/2025) (Telephone Conference set for 5/30/2025 at 12:30 PM before Magistrate Judge Sarah Netburn.) (ar) (Entered: 05/22/2025) |

| 05/22/2025 | 455 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, esq. dated May 22, 2025 re: Lynne Freeman v. Tracy Deebs–Elkenaney et. al., Case No. 22 Civ 2435 (LLS) (SN). Document filed by Lynne Freeman..(Passin, Mark) (Entered: 05/22/2025) |
|---|---|---|
| 05/23/2025 | 456 | MEMO ENDORSEMENT on re: 455 Letter filed by Lynne Freeman. ENDORSEMENT: The telephone conference scheduled for Friday, May 30, 2025, is ADJOURNED to Thursday, June 5, 2025, at 10:00 a.m. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244–8681 and enter Access Code 23142707008. SO ORDERED. (Telephone Conference set for 6/5/2025 at 10:00 AM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 5/23/2025) (mml) (Entered: 05/23/2025) |
| 05/28/2025 | 457 | LETTER addressed to Magistrate Judge Sarah Netburn from Amy Nashon Esq. dated 05/28/2025 re: Order at Docket 454. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 05/28/2025) |
| 06/04/2025 | 458 | ***SELECTED PARTIES***NOTICE of Sealed Exhibits 1–4 re: 449 Letter,. Document filed by Lynne Freeman, Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Exhibit 2 – Macmillan Interrogatory Answer (Unredacted), # 2 Exhibit 3 – Prospect Interrogatory Answers (Unredacted), # 3 Exhibit 4 – Wolff Interrogatory Answers (Unredacted))Motion or Order to File Under Seal: 452 .(Doniger, Stephen) (Entered: 06/04/2025) |
| 06/05/2025 |  | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 6/5/2025. (dsh) (Entered: 06/06/2025) |
| 06/05/2025 | 459 | ORDER denying 443 Letter Motion for Conference. On June 5, 2025, the parties appeared for a telephone conference to discuss (1) Defendants' May 14, 2025 letter request for a copyrightability hearing, and (2) Plaintiff's May 21, 2025 request for a discovery conference. Defendants' request for a copyrightability hearing is DENIED. The Defendants are further ORDERED to provide updated verified responses to their interrogatories within 14 days. Plaintiff shall file a letter regarding the status of MacMillian Publisher's document production by June 13, 2025. The stay on Rule 4(a) of Judge Stanton's Individual Rules is lifted, and Plaintiff shall comply with Rule 4(a) within 45 days of this Order. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 443. SO ORDERED.(Signed by Magistrate Judge Sarah Netburn on 6/5/2025) (dsh) (Entered: 06/06/2025) |
| 06/06/2025 | 460 | MOTION for Zachary Press to Withdraw as Attorney . Document filed by Emily Sylvan Kim, Prospect Agency, LLC..(Koonce, Lacy) (Entered: 06/06/2025) |
| 06/09/2025 | 461 | ORDER granting 460 Motion to Withdraw as Attorney. Attorney Zachary M. Press terminated. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 06/09/2025) |
| 06/13/2025 | 462 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, esq. dated June 13, 2025 re: regarding the status of Macmillan publishers document production (See ECF 459) and the rest of Defendants production of supplemental damages documents.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 06/13/2025) |
| 06/16/2025 | 463 | MEMO ENDORSEMENT on re: 462 Letter, filed by Lynne Freeman. ENDORSEMENT: Plaintiff shall file a letter with the Court no later than July 1, 2025 providing an update on: (1) the expert's review of the Macmillan document production, and (2) Defendants' damages document production. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/16/2025) (dsh) (Entered: 06/16/2025) |
| 07/01/2025 | 464 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, esq. dated July 1, 2025 re: June 13, 2025 Order to update the Court no later than July 1, 2025, regarding (a) the experts review of the Macmillan document production, and (b) Defendants damages document production (ECF 463) and (2) to update the Court regarding Defendants supplemental interrogatory responses regarding damages that Defendants were ordered to provide to Plaintiff no later than June 19, 2025 (ECF 459).. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 07/01/2025) |

| 07/02/2025 | 465 | MEMO ENDORSEMENT on re: 464 Letter, filed by Lynne Freeman. ENDORSEMENT: Defendants are directed to respond to Plaintiff's June 27, 2025, meet and confer request no later than July 10, 2025. Plaintiff shall file a status letter no later than July 29, 2025, providing the Court with an update regarding the meet and confer process and any outstanding issues relatedto the Macmillan document production, and Defendants' updated damages document production and interrogatory responses. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/2/2025) (dsh) (Entered: 07/02/2025) |
|---|---|---|
| 07/29/2025 | 466 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated July 29, 2025 re: (1) pursuant to Your Honors July 2, 2025 Order (ECF 465) to provide Your Honor with a status report updating the Court (a) on the meet and confer process; and (b) any outstanding issues related to the Macmillan document production and Defendants updated damages document production and interrogatory responses; and (2) to request that a pretrial conference date be set.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 07/29/2025) |
| 07/30/2025 | 467 | MEMO ENDORSEMENT on re: 466 Letter. ENDORSEMENT: Plaintiff shall file a letter regarding the status of the supplemental damages discovery no later than August 13, 2025. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/30/2025) (dsh) (Entered: 07/30/2025) |
| 07/31/2025 | | Set/Reset Hearings: Final Pretrial Conference set for 11/20/2025 at 02:30 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 07/31/2025) |
| 08/13/2025 | 468 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin, ESQ. dated August 13, 2025 re: pursuant to the Courts July 30, 2025 Order (ECF 467) to provide Your Honor with a letter regarding the status of the supplemental damages discovery.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 08/13/2025) |
| 09/16/2025 | 469 | LETTER addressed to Magistrate Judge Sarah Netburn from Mark D. Passin dated September 16, 2025 re: Follow–up to Letter 468 . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 09/16/2025) |
| 09/17/2025 | 470 | PROPOSED STIPULATION AND ORDER. Document filed by Lynne Freeman. (Attachments: # 1 Proposed Order).(Doniger, Stephen) (Entered: 09/17/2025) |
| 09/17/2025 | 471 | PROPOSED ORDER. Document filed by Lynne Freeman. Related Document Number: 470 ..(Doniger, Stephen) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/17/2025) |
| 09/17/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 471 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 09/17/2025) |
| 09/17/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge Louis L. Stanton is no longer assigned to the case. (vba) (Entered: 09/17/2025) |
| 09/18/2025 | 472 | ORDER GRANTING JOINT STIPULATION RE SCHEDULE FOR EXPERT DISCOVERY: Having considered the parties' Joint Stipulation re Schedule for Expert Discovery, and for good cause shown, it is hereby ORDERED that: (i) Plaintiff will serve an updated damages expert report on Defendants by October 6, 2025; (ii) Defendants shall have until November 5, 2025 to serve a rebuttal damages expert report; (iii) The parties will complete expert depositions by no later than November 20, 2025. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/18/2025) (dsh) (Entered: 09/18/2025) |
| 09/30/2025 | 473 | LETTER addressed to Judge Colleen McMahon from Stephen M. Doniger dated September 30, 2025 re: Status Letter. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 09/30/2025) |
| 10/01/2025 | 474 | MEMO ENDORSEMENT on re: 473 Status Letter filed by Lynne Freeman. ENDORSEMENT: I think perhaps it would be better if we met sooner rather than later. Can the parties come up with a good date and time next week and communicate same to my Deputy Mariela De Jesus. (Signed by Judge Colleen McMahon on 10/1/25) (yv) (Entered: 10/01/2025) |

| 10/01/2025 | 475 | LETTER addressed to Judge Colleen McMahon from Amy Nashon dated 10/01/2025 re: Status of Transferred Case. Document filed by Crazy Maple Studio, Inc., Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 10/01/2025) |
|---|---|---|
| 10/02/2025 | 476 | MEMO ENDORSEMENT on re: 475 Letter, filed by Crazy Maple Studio, Inc., Emily Sylvan Kim, Entangled Publishing, LLC, Tracy Deebs–Elkenaney, Holtzbrinck Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC, Macmillan Publishers, LLC. ENDORSEMENT: Can we make a date next week – Wednesday preferred, Tuesday next best. (Signed by Judge Colleen McMahon on 10/2/2025) (jjc) (Entered: 10/02/2025) |
| 10/02/2025 | 477 | LETTER addressed to Judge Colleen McMahon from Amy L. Nashon dated October 2, 2025 re: Defendants' Response to Request for Initial Meeting. Document filed by Entangled Publishing, LLC..(Nashon, Amy) (Entered: 10/02/2025) |
| 10/02/2025 | 478 | MEMO ENDORSEMENT on re: 477 Letter filed by Entangled Publishing, LLC. ENDORSEMENT: Conference scheduled for Tuesday, October 7th, 2025 at 2:00 PM EST. ( Status Conference set for 10/7/2025 at 02:00 PM before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/2/2025) (jjc) (Entered: 10/02/2025) |
| 10/02/2025 | 479 | LETTER addressed to Judge Colleen McMahon from Stephen M. Doniger and Mark Passin dated October 2, 2025 re: Request for Telephonic Appearance at Status Conference. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 10/02/2025) |
| 10/06/2025 | | MEMO ENDORSEMENT on re: 479 Letter, filed by Lynne Freeman. ENDORSEMENT: The Court will allow Plaintiffs counsel to appear telephonically for the status conference scheduled tomorrow, October 7, 2025. This accommodation is a one–time exception. Counsel are advised that, going forward, the Court will require in–person appearances at all proceedings unless otherwise ordered. (HEREBY ORDERED by Judge Colleen McMahon) (Zahn, Arnold) (Entered: 10/06/2025) |
| 10/07/2025 | 480 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/5/2025 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Marissa Lewandowski, (631) 813–9335. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2025. Redacted Transcript Deadline set for 11/7/2025. Release of Transcript Restriction set for 1/5/2026. (js) (Entered: 10/07/2025) |
| 10/07/2025 | 481 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/5/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 10/07/2025) |
| 10/07/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Initial Pretrial Conference held on 10/07/2025. Decision: Initial conference held. Submitted by Arnold Zahn. (Court Reporter Amy Walker). (Entered: 10/07/2025) (Entered: 10/07/2025) |
| 10/20/2025 | 482 | NOTICE TO COUNSEL : I was wondering how your consultations with your respective clients were doing with respect to the possibility of trying this case to the court rather than to a jury. Just to clarify my position (and because it might help if your clients were able to read what I told you at our recent conference): If you try the case to the court, we will start the trial no later than the second week of March 2026. I promise I will read everything that either side wants to submit to a trier of fact ––all the books, all the notes and all the drafts. A bench trial would obviate the need for you to make selections about what material you will present to the trier of fact, because I will consider literally everything. It would also obviate the need for you to make lots of in limine motions, because I generally don't worry about such things in connection with bench trials –I just listen to whatever the parties want me to hear, evaluate your |

arguments, and filter out anything that is unpersuasive or incompetent. Finally, I will give you a final decision on all issues no later than summer 2026 –which, given the age of this matter, is obviously important to all of you. It does seem to me that a bench trial is far and away the easiest way to deal with the complexities of this very unwieldy matter and get to a comprehensive final decision as soon as possible. The fact that I have no experience with this case and have had no opportunity to form any opinions about any of the merits issues affords you a tremendous advantage –as I said to counsel at the conference, I am a "virgin" where the merits of this case are concerned. If, however, we are going jury rather than non–jury, we will need to decide on a format and set parameters and a pre–trial proceedings schedule for an opening (bellwether) jury trial by November 14. So I need a final decision from each side on the bench/ jury issue by the beginning of next week (October 27). (Signed by Judge Colleen McMahon on 10/20/25) BY ECF TO ALL COUNSEL (yv) (Entered: 10/20/2025)

| | | |
|---|---|---|
| 10/20/2025 | 483 | LETTER addressed to Judge Colleen McMahon from Amy Nashon on Behalf of All Defendants dated October 20, 2025 re: Bench Trial. Document filed by Crazy Maple Studio, Inc., Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 10/20/2025) |
| 10/27/2025 | 484 | LETTER addressed to Judge Colleen McMahon from Mark D. Passin dated October 27, 2025 re: to advise the Court that Ms. Freeman elects to exercise her right to a jury trial. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 10/27/2025) |
| 11/03/2025 | 485 | ORDER : The Parties are hereby ordered to deliver to the Court, in hard copy, two true and correct copies of each of the following within forty–eight hours of this Order: (1) Tracy Wolff's Crave, Crush, Covel, and Court; (2) Blue Moon Rising (2011) ("BMR 2011"); (3) Masqued (2013) ("BMR 2013"); and (4) the nine sets of notes previously produced under Bates Nos. LF 089448, LF 261014, LF 089440, LF 175058, LF 089442, LF 140567, LF 089412, LF 089445, and LF 174135. The Parties shall further include any additional texts at issue that are relevant to the alleged copyright violations. (Signed by Judge Colleen McMahon on 11/3/25) BY ECF TO ALL COUNSEL. (yv) (Entered: 11/03/2025) |
| 11/04/2025 | 486 | SECOND NOTICE TO COUNSEL : I will be sending out notices like this one to you periodically. I prefer this to frequent in person conferences, especially when counsel for one side is a continent and three time zones away. I have received the plaintiff's letter of October 27, 2025, and I see that we are having a jury trial. So I need to figure out a way to make this case manageable for a jury. But first, I need to dispel the notion that anything Judge Stanton said about how he would try the case remains pertinent. I am now the trial judge. And while I am second to none in my admiration for Judge Stanton, nothing he said about how he would try the case is in any way binding on me as the new trial judge. We are going to do this trial my way; you folks will simply have to accept that. The fact that Judge Stanton decided that he would not bifurcate the trial is not binding on me, and from the perspective of keeping things as simple as possible for the jury, I don't think it is the best way to try the case. So I will not be doing it that way. I will be segmenting the trial of this action in the manner I first indicated I would: you will be presenting your evidence on the issues of probative similarity and access, after which I will charge the jury on those issues. If the jury finds for the plaintiff on both probative similarity and access, you will put in any additional evidence you might have on substantial similarity and make a second closing argument, after which I will deliver the charge on that standard. And if the plaintiff prevails on substantial similarity, we will hear evidence on damages and I will charge the jury on damages. That decision has been made and will not be changed. Where the defendant wants/needs to try the affirmative defense of independent creation remains to be discussed. Judge Stanton was of the opinion that competent trial counsel should be able to argue from that evidence in the manner set out in, say, pages 7 through 21 of the plaintiff's brief at Docket No. 393. I don't disagree with his basic premise, which is that we can (and must) find a manageable way to try this case. But Judge Stanton did not address what to me is the critically important issue: whether summaries of underlying evidence (and that is what pages 7 through 21 of the brief at Dkt. No. 393 are) can be (1) shown to the jury at all; and (2) given to the jury to assist jurors during deliberations. I am looking for guidance about how other courts have handled this issue – if indeed any other courts have confronted a jury trial in a copyright case that |

involves over 10,000 pages of allegedly infringed and infringing material. To that end, each side must provide me, by close of business next Friday, November 14, 2025, with a brief pointing me to copyright cases that, like this one, have gone to trial and involve voluminous amounts of allegedly infringed and infringing material. I am interested in what procedures court have adopted in previous copyright cases to expose the jury to voluminous allegedly infringed and infringing materials that must be compared in their original, not summary, form. If you cannot find copyright cases that deal with this problem but can locate analogous cases, I would be interested in seeing them as well. And if you have suggestions about how we might deal with this problem – and I do consider it to be a problem, rather more of one than Judge Stanton apparently did – I would like to hear them. I need to set the rules soon, so that your trial preparation does not go off in the wrong direction. Each side must also provide me, by close of business on November 25, 2025, with the following information as further set forth in this Order. Be warned that I will admit no more than 100 such exhibits from each side, so don't go overboard. I will deal with objections later, but prior to jury selection, at the final pretrial conference. I want to figure out how I am going to try this case before Christmas, so we can get started in March, as I told you I hoped to do. So please do not ask for an extension of time for any of these submissions. As far as I am concerned, you are already on trial, and I need to move this case along. (Signed by Judge Colleen McMahon on 11/4/25) BY ECF TO ALL COUNSEL (yv) (Entered: 11/04/2025)

| Date | No. | Description |
|---|---|---|
| 11/07/2025 | 487 | LETTER addressed to Judge Colleen McMahon from Stephen M. Doniger dated November 7, 2025 re: Clarification on 486 Order. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/07/2025) |
| 11/10/2025 | 488 | MEMO ENDORSEMENT on re: 487 Letter Clarification on 486 Order filed by Lynne Freeman. ENDORSEMENT : No – all three phases. (Signed by Judge Colleen McMahon on 11/10/25) (yv) (Entered: 11/10/2025) |
| 11/12/2025 | 489 | LETTER addressed to Judge Colleen McMahon from Dwayne K. Goetzel dated 11/12/2025 re: clarification of exhibits. Document filed by Tracy Deebs–Elkenaney..(Goetzel, Dwayne) (Entered: 11/12/2025) |
| 11/13/2025 | 490 | MEMO ENDORSEMENT on re: 489 Letter clarification of exhibits filed by Tracy Deebs–Elkenaney. ENDORSEMENT: I am sure all defendants have some exhibits in common. They should be listed as "Joint Defense Exhibits" and are limited to 100. Each defendant should give me an estimate of the number. (Signed by Judge Colleen McMahon on 11/13/25) (yv) (Entered: 11/13/2025) |
| 11/14/2025 | 491 | BRIEF re: 486 Order,,,,,,,,,,,,,,,, *Plaintiff's Response Brief re Voluminous Trial Materials*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 11/14/2025) |
| 11/14/2025 | 492 | BRIEF re: 486 Order,,,,,,,,,,,,,,,,, *Filed by Defendants*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 11/14/2025) |
| 11/17/2025 | 493 | Objection re: 492 Brief, . Document filed by Lynne Freeman..(Jenkins, David) (Entered: 11/17/2025) |
| 11/18/2025 | 494 | LETTER addressed to Judge Colleen McMahon from Mark D. Passin, ESQ. dated November 18, 2025 re: brief extension of the November 25, 2025 deadline to submit the requested list of exhibits other than the alleged infringed and infringing material.. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 11/18/2025) |
| 11/19/2025 | 495 | MEMO ENDORSEMENT on re: 494 Letter brief extension of the November 25, 2025 deadline to submit the requested list of exhibits other than the alleged infringed and infringing material, filed by Lynne Freeman. ENDORSEMENT : Extension granted. (Signed by Judge Colleen McMahon on 11/19/25) (yv) (Entered: 11/19/2025) |
| 11/25/2025 | 496 | WITNESS LIST. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 11/25/2025) |
| 11/25/2025 | 497 | Exhibit List *PLAINTIFF'S LIST OF MATERIALS AT ISSUE*. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 11/25/2025) |

| 11/25/2025 | 498 | WITNESS LIST. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 11/25/2025) |
|---|---|---|
| 11/25/2025 | 499 | PRETRIAL MEMORANDUM. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 11/25/2025) |
| 11/25/2025 | 500 | WITNESS LIST. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 11/25/2025) |
| 11/25/2025 | 501 | WITNESS LIST. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 11/25/2025) |
| 12/02/2025 | 502 | Objection re: 499 Pretrial Memorandum . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/02/2025) |
| 12/05/2025 | 503 | REQUEST FOR SUBMISSIONS : I thank the parties for their carefully thought out ideas for how to proceed in this case. I, too, have been thinking a lot about this – and while I have been thinking, I have been reading. And reading. And reading. I have completed all four volumes of the Crave series, 1 and I have read Masqued and am well into the BMR manuscripts. As a result of all this reading – which will continue until I have consumed the entirety of plaintiff's unpublished oeuvre – I am in a far better position to understand the issues in this case and the prior decisions, and to address how I would like to proceed. My experience with copyright cases is not extensive, and with cases where there is this volume of material, it is non–existent. But I do not understand that there is any rule precluding consideration of a potentially dispositive issue just because someone's idea of "best practices" counsels dealing with Issue 2 only after disposing of Issue 1. That seems particularly true here. There is no need for a trial on the disputed issue of access if summary judgment is granted on the issue of substantial similarity. Access is not an element of substantial similarity – for that matter, neither is probative similarity – so summary judgment can be granted on substantial similarity even if there is a genuine issue of fact as to those issues. Put otherwise, it is possible that a case can be dismissed for want of substantial similarity even if there is some dispute about any aspect of actual copying. My conviction that failing to address the parties' arguments on substantial similarity was unwise, from a purely case management standpoint, has grown as I have immersed myself in the allegedly infringed and infringing material. I cannot possibly say today how I would rule on that ultimate issue. But at a minimum, it seems to me that the court should have used the summary judgment motions to parse out what aspects of the works at issue are copyrightable and what aspects are not. That is a job for the court, not for the trier of fact. See Bollfrass v. Warner Music Grp. Corp., 2013 WL 1300986, at *1 (S.D.N.Y. Apr. 2, 2013). In a case that will present the trier of fact with voluminous material – in which the court will have to charge the jury that it must compare the copyrightable elements of the parties' works in order to find substantial similarity, see Knitwaves, Inc. v. Lollytogs Ltd. (Inc.), 71 F.3d 996, 1002 (2d Cir. 1995) – sound case management suggests that at least that issue should be explored and disposed of well in advance of trial. So I respond favorably to defendants' suggestion that we hold a hearing on the issue of copyrightability as soon as may be practicable – likely early January. Defendants also suggest that I revisit their motion for summary judgment on the issue of copyrightability– the issue that Judge Netbum declined to reach. That, too, makes sense to me. Even if the case could not be disposed of altogether, the issues for decision by a trier of fact might be narrowed and sharpened by a decision on such a motion. Having read over 3000 pages of material already, I am more convinced than ever that the court must make every effort to see whether the case can be made more manageable for the jury and less expensive for the parties – which means giving serious consideration to the parties' complex and competing arguments about substantial similarity. Prior to reviewing your submissions, I had raised this possibility with my law clerks, and we did some research to see whether there was any bar to my considering a renewed motion for summary judgment on the issue of substantial similarity. Our research established that there was no such bar. It is well settled that interlocutory orders and rulings made pre–trial by a district judge are subject to modification by the district judge at any time prior to judgment. Moreover, the Second Circuit has held that such orders and rulings may be modified to the same extent if the |

case is reassigned to another judge, as this one has been. See In re US., 733 F.2d 10, 13 (2d Cir. 1984); Fed. R. Civ. P. 54(b). The only question that occurred to me was whether anything in the "law of the case" doctrine counseled that such a course of action was either disallowed or unwise. Our research suggests that the answer to that question is no. In this particular case, I am not proposing to reopen anything that has actually been decided on the merits. Indeed, it is my belief that there is no "law of the case" on the issue of substantial similarity, because that issue has never been addressed and decided on the merits. I acknowledge that decisions on summary judgment are often considered to be the law of the case. See, e.g., Great Lakes Reinsurance (UK) SEv. Herzig, 764 F. Supp. 3d 164, 184 (S.D.N.Y. 2025). But the law of the case doctrine "presumes a hearing on the merits," and thus applies only to "issues that have actually been decided by the Court." Ocasio v. City of Canandaigua, 2024 WL 3218254, at *2 (W.D.N.Y. June 28, 2024). Where, as here, there has been no reasoned analysis of an issue raised on a motion for summary judgment, there can be no finding that the issue was "actually decided by the court." For the reason I have explained – the refusal to engage with the issue of copyrightability – there not only was not, but there could not have been, any decision on the merits of substantial similarity. Therefore, it seems to me that there is no law of the case as to that issue at all. But even if the prior summary judgment decision did implicate law of the case, I have "cogent and compelling" reasons, see In re Peters, 642 F.3d at 386, for accepting defendants' invitation that I revisit the issue of substantial similarity. However, it is not clear to me whether the parties are satisfied with the state of the record as to copyrightability. And I would like to better understand how Judge Netburn's Daubert rulings might impact the record on that issue – so that I can decide whether or not to revisit those rulings. It is entirely possible that I would admit expert testimony in connection with deciding copyrightability, even though I have read enough to appreciate that lay jurors will not require expert testimony to decide whether there is either probative or substantial similarity in this case. I would appreciate some guidance from the parties before I make any final decision as to that. I should also hear from the plaintiff before making a final decision on whether to accept defendants' request that I readdress the summary judgment motion on substantial similarity. But I thought it only fair to let her and her counsel know what my thinking presently is on that issue, which is why I have outlined it fulsomely here. There is, however, absolutely no question that I must decide what aspects of the works are copyrightable before the parties finish their trial preparation, and I am quite content to hold a hearing on that issue. The hearing could probably be limited to oral argument, since you have submitted the relevant expert testimony in written form and if it be proper to consider it, I can read it closely over the holidays. Meanwhile, I will continue plowing through Ms. Freeman's works. I would like to complete that task before addressing copyrightability on the merits. If the parties could get back to me with (1) dates when they would be available during January for a hearing on copyrightability (and possibly argument on renewed summary judgment motions); (2) a schedule for additional briefing if you want to submit additional briefs on either or both of those issues; and (3) whether the court should consider expert testimony on the issue of what is copyrightable – even though I can well understand that a jury does not need to hear from experts in order to decide similarity. The end of next week would be fine for these submissions and as further set forth in this Order. (Signed by Judge Colleen McMahon on 12/5/25) BY ECF TO ALL COUNSEL (yv) (Entered: 12/05/2025)

| 12/08/2025 | 504 | LETTER addressed to Judge Colleen McMahon from Mark D. Passin, ESQ. dated December 8, 2025 re: Request for Extension of Time. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/08/2025) |
| 12/09/2025 | 505 | MEMO ENDORSEMENT on re: 504 Letter Request for Extension of Time filed by Lynne Freeman. ENDORSEMENT: There is no need for any briefing. I asked for (1) date availability (which requires no adjournment); (2) a briefing schedule if the parties can agree on one (which requires no adjournment); and (3) your views on one limited issue – whether I should revisit the Daubert ruling for purposes of ascertaining copyright ability. You should not be submitting briefs on these points. This issue too does not require much in the way of briefing, if any. No adjournments. (Signed by Judge Colleen McMahon on 12/9/25) (yv) (Entered: 12/09/2025) |
| 12/09/2025 | 506 | Exhibit List *re: Other Material*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/09/2025) |

| | | |
|---|---|---|
| 12/09/2025 | 507 | Exhibit List . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 12/09/2025) |
| 12/12/2025 | 508 | LETTER addressed to Judge Colleen McMahon from Amy Nashon on Behalf of All Defendants dated December 12, 2025 re: Estimated Time for Cross–Examination. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 12/12/2025) |
| 12/12/2025 | 509 | LETTER addressed to Judge Colleen McMahon from Amy Nashon on Behalf of All Defendants dated 12/12/2025 re: Request for Submission re: Briefing on Copyrightability and Substantial Similarity. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 12/12/2025) |
| 12/12/2025 | 510 | BRIEF – – *Plaintiff's Best Estimate of Time Required for Cross Examination*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/12/2025) |
| 12/12/2025 | 511 | BRIEF re: 503 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *Plaintiff's Submission Re: Scheduling and Consideration of Expert Testimony Re: What Is Copyrightability*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 12/12/2025) |
| 12/22/2025 | 512 | MEMO TO COUNSEL AND NOTICE OF PRE–TRIAL CONFERENCE : I apologize for the amount of time it has taken to get back to you following your recent submissions. Several matters that required my immediate attention diverted me from this case. But I am back. I have finished reading all four Crave novels and both BMR (2011) and Masqued (2013), plus whatever Freeman notes Judge Netburn had in her files. Jordyn Manly has sent you an email asking you to email back to us certain materials that we cannot seem to find anywhere in the courthouse – either on file or in Judge Netburn's chambers. The sooner we get that material, the better. As I promised you, I am reading every word. But before I dive into anything else, we need to set aside time for a trial. Rather than abide intervening events, I suggest that you reserve the period beginning on April 27 and May 22 – four weeks, ending with Memorial Day weekend. I think that should be more than enough time. But since I am determined not to confuse the jury, we will be trying this case in tranches, and that will undoubtedly cause the trial to go longer than it otherwise might. Of course, we will only go as far as we need to go in order to dispose of the case – for example, if the jury concludes at the end of Phase 1 that there was no access, the trial will be over. That is another reason why trying the case in tranches makes sense. Please also reserve Wednesday, April 29, for a final pre–trial conference here in New York. So having done that: I want to schedule a conference here in New York – attendance mandatory, the California lawyers will have to fly in here – for the week of January 12. Any day, Monday through Thursday, is fine with me; consult among yourselves and pick a day that is mutually convenient to you. I will be sure my deputy clerk (Mariela de Jesus) reserves a full half day, because we will doubtless have a great deal to discuss. She is away until after the first of the year., during the week of January 5, I would like to receive from each side your proposed jury instructions. I don't mean general instructions – the ones given during every trial – I will use the ones I use at every civil trial, so there is little point in your submitting "proposals" to me. Nor do I mean instructions about damages. I mean your instructions relating to the copyright claims. Finding pattern jury instructions that might be helpful in this case has proved challenging, so I may as well get your input on this critical issue now. And your proposed instructions should be tailored to the phases of the trial– one phase dealing with actual copying (probative similarity and access), one phase dealing with substantial similarity. One thing I need to emphasize, because there seems to be some disconnect between Second and Ninth Circuit copyright law: I sit in the Second Circuit, not the Ninth. And the plaintiff chose to sue in the Second Circuit, not the Ninth. So to the extent that there are special or unique Ninth Circuit tests or instructions that have not been adopted by the Second Circuit, I will not be charging them, so you should not bother submitting them. Please focus on Second Circuit law in formulating your jury instructions. The principal task confronting me is to figure out what I need to decide in advance of trial in order to make this as easy as possible for the jurors. The topics include the following as further set forth in this Order. (Signed by Judge Colleen McMahon on 12/22/25) BY ECF TO ALL COUNSEL. (yv) |

| | | (Entered: 12/22/2025) |
|---|---|---|
| 12/29/2025 | 513 | LETTER addressed to Judge Colleen McMahon from Mark D. Passin, ESQ. dated December 29, 2025 re: Request that the Court Order Defendants to Provide Requested Documents. Document filed by Lynne Freeman..(Passin, Mark) (Entered: 12/29/2025) |
| 01/05/2026 | 514 | LETTER addressed to Judge Colleen McMahon from Amy Nashon on Behalf of All Defendants dated 01/05/2026 re: No Entitlement to Jury Trial for Equitable Remedies. Document filed by Crazy Maple Studio, Inc., Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 01/05/2026) |
| 01/06/2026 | 515 | LETTER addressed to Judge Colleen McMahon from Stephen M. Doniger dated January 6, 2026 re: Response to Defendants Letter re Jury Trial. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 01/06/2026) |
| 01/09/2026 | 516 | PROPOSED JURY INSTRUCTIONS. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 01/09/2026) |
| 01/09/2026 | 517 | PROPOSED JURY INSTRUCTIONS. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 01/09/2026) |
| 01/12/2026 | 518 | LETTER addressed to Judge Colleen McMahon from Plaintiff dated January 12, 2026 re: Electronic Device Request. Document filed by Lynne Freeman. (Attachments: # 1 Proposed Order Electronic Device Request Form).(Jenkins, David) (Entered: 01/12/2026) |
| 01/12/2026 | 519 | LETTER addressed to Judge Colleen McMahon from Plaintiff dated January 12, 2026 re: Electronic Device Request. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Electronic Device Request Form).(Jenkins, David) (Entered: 01/12/2026) |
| 01/12/2026 | 520 | LETTER addressed to Judge Colleen McMahon from Dwayne K. Goetzel dated 01/12/2026 re: Electronic Devices. Document filed by Tracy Deebs–Elkenaney. (Attachments: # 1 Proposed Order Electronic Device Form).(Goetzel, Dwayne) (Entered: 01/12/2026) |
| 01/12/2026 | | Minute Entry for proceedings held before Judge Colleen McMahon: Pretrial Conference held on 1/12/2026. Decision: Conference held. Any party wishing to move for summary judgment on substantial similarity must do so by January 26, 2026. Briefs are not to exceed 60 pages. Opposition briefs are due February 9, 2026, and reply briefs on February 17, 2026. The court is in possession of the following manuscripts: BMR (2011), Masqued (2016), Masqued (2014), Masqued (2013), Masqued (2012), and BMR (2010). The parties may cite these documents as exhibits; please do not refile or send copies of these documents to chambers in support of any motion. If Plaintiff intends to rely on any manuscripts not mentioned above in support of her motion for summary judgment, any such manuscripts should be mailed to chambers as soon as possible. Defendants may move for summary judgment on actual damages and to strike Plaintiffs jury demand no later than January 30, 2026. Plaintiffs opposition brief is due February 13, 2026, and Defendants reply brief on February 20, 2026. Plaintiff is to file her proposed rebuttal expert report as soon as possible. Any motions in limine are to be filed by March 31, 2026 and must follow the rules set out in this courts Individual Practices and Procedures. Submitted by: Jordyn Manly. (Court Reporter Martha Martin). (mde) (Entered: 01/12/2026) |
| 01/20/2026 | 521 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/12/2026 before Judge Colleen McMahon. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/10/2026. Redacted Transcript Deadline set for 2/20/2026. Release of Transcript Restriction set for 4/20/2026..(Moya, Goretti) (Entered: 01/20/2026) |
| 01/20/2026 | 522 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/12/2026 has been filed by |

| | | the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 01/20/2026) |
|---|---|---|
| 01/22/2026 | 523 | LETTER MOTION for Leave to File Excess Pages *re Summary Judgment* addressed to Judge Colleen McMahon from Plaintiff dated January 22, 2026. Document filed by Lynne Freeman..(Jenkins, David) (Entered: 01/22/2026) |
| 01/23/2026 | 524 | ORDER granting 523 Letter Motion for Leave to File Excess Pages. Granted. Defendants are also permitted to file a 100 page brief. SO ORDERED. (Signed by Judge Colleen McMahon on 1/23/2026) (ar) (Entered: 01/23/2026) |
| 01/26/2026 | 525 | MOTION for Summary Judgment *on Substantial Similarity*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 01/26/2026) |
| 01/26/2026 | 526 | MEMORANDUM OF LAW in Support re: 525 MOTION for Summary Judgment *on Substantial Similarity*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 01/26/2026) |
| 01/26/2026 | 527 | MOTION for Summary Judgment *on Substantial Similarity*. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC. Responses due by 2/9/2026.(Nashon, Amy) (Entered: 01/26/2026) |
| 01/27/2026 | 528 | NOTICE of Errata in Docket 527 re: 527 MOTION for Summary Judgment *on Substantial Similarity*.. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC. (Attachments: # 1 Errata Corrected Motion).(Nashon, Amy) (Entered: 01/27/2026) |
| 01/30/2026 | 529 | MOTION for Summary Judgment *Re: Damages and to Strike Jury Demand*. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC. Responses due by 2/13/2026 (Attachments: # 1 Exhibit Rule 56.1 Statement, # 2 Affidavit Declaration of Amy Nashon).(Nashon, Amy) (Entered: 01/30/2026) |
| 01/30/2026 | 530 | NOTICE of PROPOSED REBUTTAL EXPERT REPORT OF KATHRYN REISS. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit Proposed Reiss Rebuttal Report).(Doniger, Stephen) (Entered: 01/30/2026) |
| 02/09/2026 | 531 | MEMORANDUM OF LAW in Opposition re: 527 MOTION for Summary Judgment *on Substantial Similarity*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/09/2026) |
| 02/09/2026 | 532 | DECLARATION of Stephen M. Doniger in Opposition re: 527 MOTION for Summary Judgment *on Substantial Similarity*.. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1).(Doniger, Stephen) (Entered: 02/09/2026) |
| 02/09/2026 | 533 | RESPONSE in Opposition to Motion re: 525 MOTION for Summary Judgment *on Substantial Similarity*. . Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC..(Nashon, Amy) (Entered: 02/09/2026) |
| 02/10/2026 | 534 | NOTICE of Errata in Docket 533 re: 533 Response in Opposition to Motion,. Document filed by Tracy Deebs−Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC. (Attachments: # 1 Errata Corrected Opposition at Docket 533).(Nashon, Amy) (Entered: 02/10/2026) |
| 02/13/2026 | 535 | MEMORANDUM OF LAW in Opposition re: 529 MOTION for Summary Judgment *Re: Damages and to Strike Jury Demand*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/13/2026) |
| 02/13/2026 | 536 | DECLARATION of Mark D. Passin in Opposition re: 529 MOTION for Summary Judgment *Re: Damages and to Strike Jury Demand*.. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit 1 to Passin Decl.).(Doniger, Stephen) (Entered: |

| | | |
|---|---|---|
| | | 02/13/2026) |
| 02/17/2026 | 537 | REPLY MEMORANDUM OF LAW in Support re: 525 MOTION for Summary Judgment *on Substantial Similarity*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/17/2026) |
| 02/17/2026 | 538 | REPLY MEMORANDUM OF LAW in Support re: 527 MOTION for Summary Judgment *on Substantial Similarity*. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC..(Nashon, Amy) (Entered: 02/17/2026) |
| 02/20/2026 | 539 | MOTION to Strike Document No. 538 –– *MOTION To Strike Portions of Dfendants Reply Memorandum of Law*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/20/2026) |
| 02/20/2026 | 540 | MEMORANDUM OF LAW in Support re: 539 MOTION to Strike Document No. 538 –– *MOTION To Strike Portions of Dfendants Reply Memorandum of Law*. . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/20/2026) |
| 02/20/2026 | 541 | REPLY MEMORANDUM OF LAW in Support re: 529 MOTION for Summary Judgment *Re: Damages and to Strike Jury Demand*. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 02/20/2026) |
| 02/24/2026 | 542 | RESPONSE in Opposition to Motion re: 539 MOTION to Strike Document No. 538 –– *MOTION To Strike Portions of Dfendants Reply Memorandum of Law*. . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Macmillan Publishers, LLC, Universal City Studios, LLC..(Goetzel, Dwayne) (Entered: 02/24/2026) |
| 02/24/2026 | 543 | NOTICE of Errata re: 531 Memorandum of Law in Opposition to Motion, 526 Memorandum of Law in Support of Motion. Document filed by Lynne Freeman. (Attachments: # 1 Exhibit A – Corrected MSJ Brief (Redlined)).(Doniger, Stephen) (Entered: 02/25/2026) |
| 02/25/2026 | 544 | MEMORANDUM OF LAW in Support re: 525 MOTION for Summary Judgment *on Substantial Similarity*. –– *CORRECTED Memorandum of Law in Support*. Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/25/2026) |
| 02/25/2026 | 545 | MEMO ENDORSED ORDER denying 539 Motion to Strike docket entry and document from the record.. ENDORSEMENT: Motion Denied. (Signed by Judge Colleen McMahon on 2/25/26) (yv) (Entered: 02/25/2026) |
| 02/26/2026 | 546 | OPPOSITION BRIEF re: 544 Memorandum of Law in Support of Motion . Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Goetzel, Dwayne) (Entered: 02/26/2026) |
| 02/26/2026 | 547 | RESPONSE re: 546 Opposition Brief, . Document filed by Lynne Freeman..(Doniger, Stephen) (Entered: 02/26/2026) |
| 03/16/2026 | 548 | DECISION AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S CROSS–MOTION FOR SUMMARY JUDGMENT, AND DENYING AS MOOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR ACTUAL DAMAGES AND MOTION TO STRIKE JURY DEMAND denying 525 Motion for Summary Judgment; granting 527 Motion for Summary Judgment; denying as moot 529 Motion for Summary Judgment. This is a case that is easily disposed of once one reads the allegedly infringed and infringing works against each other and in light of the well–developed law in this Circuit on substantial similarity within literary works. Freeman's novel and Wolff's Crave novels are indeed similar, but only in the ways that all young adult romantasy fiction novels are similar to each other. At the granular level, looking at their unique creative expression, they are substantially different not substantially similar. Therefore, Defendants' motion for summary judgment on Plaintiff's copyright claims is GRANTED. Plaintiff's motion for summary judgment is DENIED. Defendants' motion for summary judgment on Freeman's actual damages |

| | | |
|---|---|---|
| | | claim and motion to strike jury demand are DENIED AS MOOT. The Clerk of Court is respectfully requested to remove the three motions at Dkt. Nos. 525, 527, and 529 from the Court's list of open motions. Sadly, this ruling does not end the Crave/Freeman saga. The decision to dismiss Freeman's case effectively disposes of the cases that Freeman has brought against Barnes & Noble Booksellers, Inc., Apple Inc., Amazon.com Inc., Target Brands Inc., and Walmart Inc., charging them with contributory infringement as a result of sales of the four Crave novels. See Freeman v. Barnes & Noble Booksellers, Inc. et al., Case No. 2:23–cv–4145; Freeman v. Apple, Inc., Case No. 23–cv–7051; Freeman v. Amazon.com Inc. et al., Case No. 23–cv–4796. However, I see no reason to lift the stay in those cases at the present time. If Freeman takes an appeal from this decision, we can abide the decision from the Second Circuit before entering final orders that will dispose of those cases in one way or another depending on whether this decision is affirmed or reversed. If there is no appeal we can lift the stay at that time. The newest case, Freeman v. Deebs–Elkenaney et al., Case No. 25–cv–9345, involves allegations that the fifth and sixth novels in the Crave series infringe Freeman's copyrights, for substantially the same reasons that the first four Crave novels infringed. The defendants in that case have 30 days to file a motion for dismissal/summary judgment, limited to the issue of substantial similarity. The record on the motion will consist of the Freeman works that were discussed in this opinion and the novels Charm and Cherish nothing more. There is no need for any other evidence to be introduced; the motions will be considered in the manner that many such motions are considered in this Circuit. See supra n.10. Plaintiff will have 30 days thereafter to file responsive papers opposing any motion that the defendants in the new case choose to file. The moving defendants will have ten business days to file a reply. I will not extend this schedule. This constitutes the decision and order of the Court. It is a written decision. (Signed by Judge Colleen McMahon on 3/16/26) BY ECF TO ALL COUNSEL (yv) (Entered: 03/16/2026) |
| 03/16/2026 | | Transmission to Orders and Judgments Clerk. Transmitted re: 548 Order on Motion for Summary Judgment, to the Orders and Judgments Clerk.(yv) (Entered: 03/30/2026) |
| 03/31/2026 | 549 | CLERK'S JUDGMENT re: 548 Order on Motion for Summary Judgment in favor of Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC, Emily Sylvan Kim, Tracy Deebs–Elkenaney against Lynne Freeman. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated March 16, 2026, this is a case that is easily disposed of once one reads the allegedly infringed and infringing works against each other and in light of the well–developed law in this Circuit on substantial similarity within literary works. Freeman's novel and Wolff's Crave novels are indeed similar, but only in the ways that all young adult romantasy fiction novels are similar to each other. At the granular level, looking at their unique creative expression, they are substantially different not substantially similar. Therefore, Defendants' motion for summary judgment on Plaintiff's copyright claims is GRANTED. Plaintiff's motion for summary judgment is DENIED. Defendants' motion for summary judgment on Freeman's actual damages claim and motion to strike jury demand are DENIED AS MOOT. Sadly, this ruling does not end the Crave/Freeman saga. The decision to dismiss Freeman's case effectively disposes of the cases that Freeman has brought against Barnes & Noble Booksellers, Inc., Apple Inc., Amazon.com Inc., Target Brands Inc., and Walmart Inc., charging them with contributory infringement as a result of sales of the four Crave novels. See Freeman v. Barnes & Noble Booksellers, Inc. et al., Case No. 2:23–cv–4145; Freeman v. Apple, Inc., Case No. 23–cv–7051; Freeman v. Amazon.com Inc. et al., Case No. 23–cv–4796. However, the Court sees no reason to lift the stay in those cases at the present time. If Freeman takes an appeal from the decision, we can abide the decision from the Second Circuit before entering final orders that will dispose of those cases in one way or another depending on whether this decision is affirmed or reversed. If there is no appeal we can lift the stay at that time. The newest case, Freeman v. Deebs– Elkenaney et al., Case No. 25–cv–9345, involves allegations that the fifth and sixth novels in the Crave series infringe Freeman's copyrights, for substantially the same reasons that the first four Crave novels infringed. (Signed by Clerk of Court Tammi M Hellwig on 3/31/2026) (Attachments: # 1 Appeal Package) (km) (Entered: 04/01/2026) |
| 04/01/2026 | | Terminate Transcript Deadlines (km) (Entered: 04/01/2026) |

| 04/01/2026 | 550 | AO 121 FORM COPYRIGHT – CASE TERMINATED– SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 3/31/2026 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights.(km) (Entered: 04/01/2026) |
|---|---|---|
| 04/14/2026 | 551 | MOTION for Attorney Fees *and Costs Pursuant to FRCP 54 and 17 USCA 505*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC. (Attachments: # 1 Affidavit Declaration of Tracy Wolff, # 2 Affidavit Declaration of Emily Kim, # 3 Affidavit Declaration of Elizabeth Pelletier, # 4 Affidavit Declaration of Wendy Szymanski, # 5 Affidavit Declaration of Amy Nashon).(Nashon, Amy) (Entered: 04/14/2026) |
| 04/14/2026 | 552 | NOTICE of Corrected Declaration of Elizabeth Pelletier In Support of Defendants' Motion for Attorneys' Fees and Costs re: 551 MOTION for Attorney Fees *and Costs Pursuant to FRCP 54 and 17 USCA 505.*. Document filed by Tracy Deebs–Elkenaney, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC, Emily Sylvan Kim, Macmillan Publishers, LLC, Prospect Agency, LLC, Universal City Studios, LLC..(Nashon, Amy) (Entered: 04/14/2026) |
| 04/15/2026 | 553 | NOTICE OF APPEAL from 548 Order on Motion for Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 549 Clerk's Judgment,,,,,,,,,, 362 Memorandum & Opinion,,,,, 398 Order Adopting Report and Recommendations,,,,. Document filed by Lynne Freeman. Filing fee $ 605.00, receipt number ANYSDC–32707448. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Doniger, Stephen) Modified on 4/16/2026 (km). (Entered: 04/15/2026) |
| 04/16/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 553 Notice of Appeal.(km) (Entered: 04/16/2026) |
| 04/16/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 553 Notice of Appeal, filed by Lynne Freeman were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/16/2026) |