# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Freeman v. Deebs-Elkenaney, et. al _____ Docket No.: 26-1016 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lacy H. Koonce, III

Firm: Klaris Law PLLC

Address: 161 Water Street, Suite 904, New York, NY 10038

Telephone: 917-612-5861 Fax: ____________

E-mail: lance.koonce@klarislaw.com

**Appearance for:** Emily Sylvan Kim/Defendant and Prospect Agency, LLC/Defendant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________________)
(name/firm)

☑ Additional counsel (co-counsel with: Amy L. Nashon/Troy Gould PC)
(name/firm)

☐ Amicus (in support of: ______________________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ______________________________ OR

☐ I applied for admission on ______________________________.

Signature of Counsel: /s LHK

Type or Print Name: Lacy H. Koonce, III