# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Freeman v. Deebs-Elkenaney Docket No.: 26-1016

Lead Counsel of Record (name/firm) or Pro se Party (name): Amy L. Nashon

Appearance for (party/designation): Defendants / Appellees Tracy Deebs-Elkenaney p/k/a Tracy Wolff, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a Macmillan, University City Studios, LLC, Emily Kim, Prospect Agency, LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ____
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ____
Firm: ____
Address: ____
Telephone: ____ Fax: ____
Email: ____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ____ OR that ( ) I applied for admission on ____ or renewal on ____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Amy L. Nashon
Type or Print Name: Amy L. Nashon
OR
Signature of pro se litigant: ____
Type or Print Name: ____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.