# 26-1016

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

LYNNE FREEMAN,

*Plaintiff-Appellant*,

v.

TRACY DEEBS-ELKENANEY, et al.

*Defendant-Appellees,*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 2:22-CV-02435-CM-SN, HONORABLE COLLEEN MCMAHON

### APPELLANT'S APPENDIX – VOLUME 1

| | |
|---|---|
| DONIGER / BURROUGHS | REEDER LLP |
| Stephen M. Doniger, Esq. | Mark D. Passin, Esq. |
| stephen@donigerlawfirm.com | mark@reederllp.com |
| David M.S. Jenkins, Esq. | 11766 Wilshire Blvd, |
| 247 Water Street, First Floor | Los Angeles, CA 90025 |
| New York, New York 10038 | 310-861-2475 |
| Telephone: (310) 590-1820 | |

*Counsel for Plaintiff-Appellant*

i

# TABLE OF CONTENTS

| Document | File Date | USDC Dkt. No. | Page |
|---|---|---|---|
| Declaration to Stephen M. Doniger in Support of Opposition to Defendants' Motion for Summary Judgment on Substantial Similarity | 02/09/26 | 532 | A-1 |
| Exhibit 1 to the Declaration of Stephen M. Doniger | 02/09/26 | 532-1 | A-2 |
| Plaintiff's Notice of Proposed Rebuttal Expert Report of Kathryn Reiss | 01/30/26 | 530 | A-7 |
| Expert Report and Disclosure of Kathryn Reiss in Rebuttal to Emily Easton Report | 01/30/26 | 530-1 | A-8 |
| Memo to Counsel and Notice of Pre-trial Conference | 12/22/25 | 512 | A-32 |
| Second Notice to Counsel | 11/04/25 | 486 | A-38 |
| Notice to Counsel | 10/20/25 | 482 | A-44 |
| Plaintiff's Unsealed Exhibits 3-11 and 14-19 and Doniger Exhibits 4-6, 11, 15, 18, and 20 | 11/15/24 | 397 | A-47 |
| Exhibit 3 - Declaration of Lynne Freeman | 11/15/24 | 397-1 | A-48 |
| Exhibit 4 - Declaration of Lynne Freeman | 11/15/24 | 397-2 | A-52 |
| Exhibit 5 - Declaration of Lynne Freeman | 11/15/24 | 397-3 | A-55 |
| Exhibit 6 - Declaration of Lynne Freeman | 11/15/24 | 397-4 | A-59 |
| Exhibit 7 - Declaration of Lynne Freeman | 11/15/24 | 397-5 | A-63 |

| Exhibit 8 - Declaration of Lynne Freeman | 11/15/24 | 397-6 | A-70 |
|---|---|---|---|
| Exhibit 9 - Declaration of Lynne Freeman | 11/15/24 | 397-7 | A-80 |
| Exhibit 10 - Declaration of Lynne Freeman | 11/15/24 | 397-8 | A-106 |
| Exhibit 11 - Declaration of Lynne Freeman | 11/15/24 | 397-9 | A-108 |
| Exhibit 14 -Declaration of Lynne Freeman (Part 1) | 11/15/24 | 397-10 | A-113 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN,

Plaintiff,

v.

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, et al.,

Defendants.

Case No. 1:22-cv-02435 (CM)(SN)

**DECLARATION OF STEPHEN M. DONIGER IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SUBSTANTIAL SIMILARITY**

## DECLARATION OF STEPHEN M. DONIGER

I, Stephen M. Doniger, hereby declare as follows:

1. I am above eighteen (18) years of age, am counsel of record in this case for Plaintiff Lynne Freeman and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge except where otherwise indicated. If called as a witness, I could and would competently testify as set forth below.

2. A true and correct copy of an email produced in discovery at Bates No. KIM00150886 is attached hereto as **Exhibit 1**.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2026 in Los Angeles, California.

By: */s/ Stephen M. Doniger*
Stephen M. Doniger
Declarant

- 1 -

DECLARATION OF STEPHEN DONIGER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**A-1**

A-2

# EXHIBIT 1

A-2

Confidential

**From:** "Arnold, Laura A" <laura.arnold@us.penguingroup.com>
**To:** Emily Sylvan Kim <esk@prospectagency.com>
**Subject:** RE: BLUE MOON RISING
**Date:** Fri, 03 Feb 2012 15:21:43 -0500

---

Hi Emily,
I've been sitting on this email trying to figure out where my thoughts lie....and as I sit here typing up a rejection for another worthy manuscript simply because it's paranormal and doesn't feel fresh, I think that has clarified my thoughts. In terms of positioning books in-house, paranormal isn't feeling like something to really swing the bat for. I think that's where I am.

-----Original Message-----
From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
Sent: Tuesday, January 17, 2012 2:34 PM
To: Arnold, Laura A
Subject: Re: BLUE MOON RISING

Hi Laura,

Well, if it's not going to be an acquisition, this is just about the nicest kind of letter to get! Thanks. The author and I were brainstorming about this book. We do realize it's a tough sell in today's market, but were wondering if you and your team might find it more marketable if the vampires weren't vampires and the werewolves weren't werewolves. Both of these creatures were based on various elements of Celtic and Egyptian mythology and with some easy changes, could easily be more elemental in form and less typical of what we think of when we think paranormal these days. If you think these types of changes might be exciting, let me know and perhaps we can talk further. But if you think this book is just too paranormal to work now, not to worry, Lynne is working on a really fun contemporary right now and we'll definitely send it your way. I only ask because we love this book and hate to give up on it because of (understandably) strong market pressure.

Emily

On 1/13/12 3:45 PM, "Arnold, Laura A" <laura.arnold@us.penguingroup.com> wrote:

> Hi Emily,
> Thank you so much for sending me BLUE MOON RISING. I though the
> writing, the storytelling, in this manuscript was simply wonderful and

> I'm so glad to have had the chance to consider this project. I'm so
> sorry to say that even though I do feel the author takes on werewolves

> and vampires in a fresh way, that was still our biggest concern in

A-3
KIM00150886
KIM00150886

Confidential

> imagining how to position this. We are finding books in those
> categories to be somewhat overpublished, and so are looking for things

> that fall into a newer territory. I'm sorry again to have
> disappointing news, but I thought this writer was marvelous, and I'd
> be more than happy to see future projects by her!
>
> With best wishes,
> Laura
>
> -----Original Message-----
> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
> Sent: Saturday, December 10, 2011 5:24 PM
> To: Arnold, Laura A
> Subject: Re: BLUE MOON RISING
>
> Hi Laura,
>
> I just wanted to check in and see how you're liking BLUE MOON RISING.

> I hope you're enjoying it as much as I did!
>
> All best,
>
> Emily
>
>
> On 10/26/11 3:55 PM, "Arnold, Laura A"
> <laura.arnold@us.penguingroup.com>
> wrote:
>
>> Thanks so much, Emily--can't wait!
>>
>> -----Original Message-----
>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>> Sent: Wednesday, October 26, 2011 2:13 PM
>> To: Arnold, Laura A
>> Subject: Re: BLUE MOON RISING
>>
>> Great - it would be fun to work together! I hope you enjoy the read!
>>
>> Emily
>>
>>
>> On 10/26/11 11:26 AM, "Arnold, Laura A"
>> <laura.arnold@us.penguingroup.com>
>> wrote:
>>
>>> Thanks, Emily--I'd love to see it!
>>>
>>> -----Original Message-----
>>> From: Emily Sylvan Kim [mailto:esk@prospectagency.com]
>>> Sent: Wednesday, October 26, 2011 10:29 AM
>>> To: Arnold, Laura A

A-4


KIM00150887

>>> Subject: BLUE MOON RISING
>>>
>>> Dear Laura:
>>>
>>> I hope this book finds you well and enjoying these lovely fall days!
>>> I
>>
>>> am excited to tell you about a new book I am currently sending out
>>> on
>>> submission: BLUE MOON RISING by Lynne Freeman.
>>>
>>> I think we can all agree that there is a glut of paranormal teen
>>> novels in the market right now - but BLUE MOON RISING is different.
>>> It's not a vampire story, though there are vampire characters, nor
>>> is
>
>>> it a werewolf story, though the protagonist falls hard for one.
>>> Influenced by novels that have come before, BLUE MOON RISING takes
>>> the
>>
>>> genre to the next level. Set in Alaska, this is the story of a girl

>>> who is slowly finding out that she is the child of an ancient
>>> prophecy, one so powerful that both evil and good forces are looking

>>> to annihilate her. And the guys she's falling in love with, one of
>>> the good guys, he'll destroy her too if he figures out what she has
>> the potential to be.
>>>
>>> Lynne Freeman is a native Alaskan and an attorney. She currently
>>> divides her time between Anchorage and Santa Barbara but her laptop
>>> comes with her everywhere! This is her first novel.
>>>
>>> The novel has already garnered some early film interest and early
>>> readers concur that BLUE MOON RISING is definitely different and
>>> definitely sizzling hot, despite the chilly setting. Please let me
>>> know if you'd like to take a look!
>>>
>>> All best,
>>> Emily
>>> -----------------------------------------------
>>> Emily Sylvan Kim
>>> esk@prospectagency.com
>>>
>>> Prospect Agency
>>> 551 Valley Road, PMB 377
>>> Upper Montclair, NJ 07043
>>> 718-788-3217 (w)
>>> 718-360-9582 (f)
>>> http://www.prospectagency.com
>>> -----------------------------------------------
>>>
>>>
>>>

**A-5**
**KIM00150888**

KIM00150888

Confidential

```
>>
>> ----------------------------------------------
>> Emily Sylvan Kim
>> esk@prospectagency.com
>>
>> Prospect Agency
>> 551 Valley Road, PMB 377
>> Upper Montclair, NJ 07043
>> 718-788-3217 (w)
>> 718-360-9582 (f)
>> http://www.prospectagency.com
>> ----------------------------------------------
>>
>>
>
> ----------------------------------------------
> Emily Sylvan Kim
> esk@prospectagency.com
>
> Prospect Agency
> 551 Valley Road, PMB 377
> Upper Montclair, NJ 07043
> 718-788-3217 (w)
> 718-360-9582 (f)
> http://www.prospectagency.com
> ----------------------------------------------
>
>
>
>


----------------------------------------------
Emily Sylvan Kim
esk@prospectagency.com

Prospect Agency
551 Valley Road, PMB 377
Upper Montclair, NJ 07043
718-788-3217 (w)
718-360-9582 (f)
http://www.prospectagency.com
----------------------------------------------
```

**A-6**
**KIM00150889**

KIM00150889

**A-7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNE PLAINTIFF,

      Plaintiff,

      -against-

TRACY DEEBS-ELKENANEY, et al.

      Defendants.

Case No. 22-cv-02435 (CM)(SN)

**PLAINTIFF'S NOTICE OF PROPOSED REBUTTAL EXPERT REPORT OF KATHRYN REISS**

PLEASE TAKE NOTICE that, pursuant to the discussions between the Court and counsel on January 12, 2026, Plaintiff Lynne Freeman ("Plaintiff") hereby submits the attached proposed Fed. R. Civ. P. 26(a)(2)(B) expert report of Professor Kathryn Reiss in rebuttal to the expert report of Emily Easton. Plaintiff thanks the Court for allowing this submission, respectfully requests that the Court confirm that Plaintiff may use Professor Reiss as a rebuttal expert, and confirms that she will make Professor Reiss available for deposition on reasonable notice should Defendants wish to depose her.

Dated: January 30, 2026
      Venice, CA

Respectfully submitted,

By:   */s/ Stephen M. Doniger*
     Stephen Doniger, Esq.
     **DONIGER / BURROUGHS PC**
     603 Rose Avenue
     Venice, California 90291
     (31) 590-1820
     stephen@donigerlawfirm.com

     **Reeder McCreary, LLP**
     Mark D. Passin
     11766 Wilshire Boulevard,
     Suite 1470
     Los Angeles, CA 90025
     310-861-2475
     *Attorneys for Plaintiff*

1

**A-7**

A-8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

LYNNE FREEMAN, an individual,

*Plaintiff*

v.

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF,

an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey

limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability

company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company,

UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company

*Defendants*

---

**EXPERT REPORT AND DISCLOSURE OF**
**KATHRYN REISS IN REBUTTAL TO EMILY EASTON REPORT**

1

A-8

**A-9**

## I. PROFESSIONAL BACKGROUND AND EXPERIENCE

1. I, Kathryn Reiss, am an award-winning author of twenty novels for children and young adults. I am also a Full Professor of English and Creative Writing and have taught for thirty-six years at Mills College (now Mills College at Northeastern University) in Oakland California, and before that at the University of Michigan, Ann Arbor, and at Trenton State College in Trenton, New Jersey. Attached as Exhibit 1 is a copy of my curriculum vitae.

2. My novels have been published by mainstream publishers: Harcourt, Scholastic, American Girl, Rosen Windmill. Five of my books are in translation with Mizan Publishing in Jakarta. Five are also audiobooks with Tantor Media and Recorded Books. Three have been optioned for film. A list of my publications can be found on my curriculum vitae.

3. As a writer, I understand how stories are imagined, created, and written by having gone through this process myself—successfully—many times over a career of nearly forty years. And, as a professor of writing, I have taught my students the process of developing ideas, creating characters, and weaving strong plots over my long career in academia. An increasing number of my students have gone on to become published authors—even best-selling novelists on the NY Times bestseller list—adding their own novels to the body of Young Adult Literature.

4. At the start of each new college semester, I always make it a point to kick off my creative writing courses with a lecture called "What Can We Write? What Can't We Write? And Who Says?" In this hour-long discussion I delve into where we writers get our ideas and how we develop them into full-fledged plots, and the difference between fairly using the elements of a story that are required by the genre and improperly using someone else's work. Accordingly, I am very familiar with tropes, including those in the genre of young adult fantasy.

## II. SCOPE OF ASSIGNMENT AND METHODOLOGY.

5. I have been retained in this case to provide a rebuttal report to the portions of the Report of Emily Easton ("Easton Report") submitted to the Court on May 10, 2023 by Defendants Tracy Deebs-Elkenaney p/k/a Tracy Wolf, Entangled Publishing, LLC, Holtzbrinck Publishers, LLC d/b/a MacMillan, and Universal City Studios LLC that explain the concepts as "what is a trope" and what kinds of tropes appear routinely in YA romance novels about paranormal beings who are coming of age and into their powers.

6. Ms. Easton's report provides a summary of Plaintiff's 2011 and 2013 manuscripts (the only two she says she read) and the main characters set forth therein, and opines as to why the alleged similarities between Plaintiff and Defendant Wolff's respective works are unprotectable tropes. Lynne Freeman's counsel has made me aware that this Court December 22, 2025 Memo to Counsel states that while expert testimony may be "admissible to explain to the jury the concept of 'what is a trope',"' the Court "would not allow an expert to opine that any specific aspect of either the *Crave* novels or *BMR/Masqued* qualifies as a trope, because that, as I understand it, is something the trier of fact must decide." ECF 512 at 5-6. Thus, it is my understanding that Easton cannot testify about those issues in her report. In case my understanding is incorrect, I will address Easton's analysis of the specific alleged tropes shared between BMR and the Crave series in the paragraphs at the end of this report, but if the Court strikes the paragraphs from Ms. Easton's report, I will not plan to offer those opinions.

7. Otherwise, Easton's report presents a lists of broad abstract tropes, a description of the publishing process, various mini book reports about popular paranormal fantasy novels, a brief history of the young adult fiction genre, an analysis of common tropes in the young adult paranormal romance genre. I have been asked to respond to those and do so below.

8. In addition to reading the Easton Report, I have read the six drafts of Lynne Freeman's manuscripts that I understand she has put forward for comparison (2010, 2011, 2012, 2013, 2014, 2016), her notes to her agent that I understand she has also put forward for comparison, and the four published novels in Tracy Wolff's CRAVE series: *Crave, Crush, Covet* and *Court*.

9. I have not previously been retained as an expert witness in any other case. My hourly rate for my assignment in this case is $200 per hour for time spent reviewing materials and preparing this report, and $350 per hour for writing the report, and for deposition or trial testimony.

A-10

A-11

### III. BASIC PRINCIPLES OF WRITING AND GENRE NOVEL CONVENTIONS

10.  I teach both creative writing and essay writing.  I want my students to use their imaginations and know how to conduct research.  Their ideas must be conveyed clearly, written expressively, and the work must always be their own.

11. That said, fairy tales, myths, and legends show up in new guises in books and films. Centuries-old stories get told and retold.  For instance, the Roman poet Ovid's poem about the Greek god *Pygmalion* (a sculptor who creates a beautiful statue and then falls in love with it) was transformed into George Bernard Shaw's 1913 play by the same name.  Shaw's play tells the story of a Cockney flower-seller who is transformed into a grand lady by Professor Henry Higgins, and then that tale became the beloved musical *My Fair Lady*, which in turn has been reimagined in modern films (*Pretty Woman, She's All That*).

12.  We are all familiar with Shakespeare's *Romeo and Juliet*, the play about the star-crossed lovers whose warring families forbid their love, and whose lives end tragically.  We see echoes of this same story again and again in both literature and film—from the musical *West Side Story* to a novel set in modern China about rival gangs (*These Violent Delights*, by Chloe Gong, published in 2020).

13.  While I am not a lawyer and am not rendering an opinion on what the law is or should be, my understanding and what I teach my students is that writers are free to retell or build on the work of other authors only where the original texts are in the public domain.  They are also free to use elements of story that have become tropes used in other works, but they cannot use the *details* of those tropes that were used by other authors.

14.  Books in the same genre will often have certain conventions—called tropes-- that will be present across books in the genre, but stories that fit into a genre must still stand as their own individual works with their own specific

4

A-12

details. Tropes are recurring themes, character types, plot devices or settings that are commonly associated with a particular genre. These elements help establish a story's identity and guide readers toward familiar narrative structures. For example, a western will typically have cowboys and Indians and a scene involving a gunfight.

15. Two works in the same genre will have many broad tropes or genre conventions in common. For example, in the popular detective/ murder mystery genre (e.g., Agatha Christie novels and shows like *Columbo, Vera, Midsomer Murders, Death in Paradise, Shetland*) there is going to be a dead body. There is going to be a detective trying to solve the murder. There will be a cast of suspects to be interviewed. There will be lies and evasions and red herrings… and quite likely danger for the detective, and often a chase scene— car, boat, plane, person on foot veering off the path in a dense, dark woods— before the end. We know that the intrepid detective will eventually put together all the clues and solve the case. A successful mystery writer is one who pays attention to these conventions of genre while still creating an original and satisfying tale. Indeed, reader and viewer satisfaction to a great extent *depends* on writers following genre conventions. When we watch Hercule Poirot on TV, we gain great satisfaction from knowing, whatever the puzzle, Poirot WILL crack it.

**16.** Although an author writing a book in the detective/murder mystery genre can include in her book all the broad tropes described above that have appeared in thousands of past famous detective/murder mysterious, she cannot copy the details relating to those tropes from someone else's work. For example, **Agatha Christie created Hercule Poirot, who features in many of her novels. Any author can write a detective novel in which a clever detective interviews the passengers on a train or in a grand country home, and determines that one of them is a murderer—because a murderer on the loose is a genre convention of nearly every detective novel, and trains and manor**

A-13

**houses are popular settings that have become tropes . . . But these are the broad strokes. Plagiarism takes place in the copying of specifics of how those broad genre conventions are expressed: it would be plagiarism to have a sleuth be an aging Belgium detective with an egg-shaped head and a didactic manner who makes frequent reference to using his 'little grey cells' to solve baffling cases. Those specific details are Christie's own creation and are protectable.**

17. In my course at Mills College, "Writing the Genre Novel," we start by discussing the conventions of various genre novels—that is to say, novels that fit into a certain category of reader expectation, underpinned by identifiable forms. I invite my students to use this metaphor to understand genre: *Think of novels as houses*.

18. Every novel has a recognizable structure of Beginning, Middle, and End just as all houses have a recognizable structure of foundation, walls, roof, windows and doors. But genre novels are even more specific; they have not only the basic structure in common, but they also have special conventions in common. They are like houses with more specific elements in common: A *Victorian* house needs a front porch, decorative moldings, and maybe a tower room; a *Ranch* house needs an attached garage, rooms on one level, and a living room with a picture window.

19. In this same way, novels in a specific genre will have some things in common. But they will NOT have the same plot points, characters, details of setting, and so on. The Victorian houses will have architectural elements in common, but they will NOT have the same furniture, the same wallpaper, the same clothes hanging in the closets, or the same food in the fridge.

20. In the Romance genre, the heroine meets the hero and is drawn to him, but there is a problem—either from outside (family, society, they are different castes or races, their worlds are determined to keep them apart) or from the couple themselves (he is dangerous, unpredictable, possibly

A-14

untrustworthy, or he is married). Scenes of increasing tension move the story forward as the couple grows closer even as the troubles that separate them seem insurmountable (think *Pride and Prejudice*, think *When Harry Met Sally*), until they finally realize they are meant to be together, and all obstacles fall away… or they resolve to triumph over all their problems. The reader has certain expectations, and if these aren't met, there is going to be a lack of reader satisfaction. (Harry and Sally are not going to get killed by a truck when they cross the street.)

21. In another example of genre conventions, we can look at the fantasy/hero quest novel. This is one that takes the main characters into a new and unfamiliar world where they will learn their true calling. They will learn they have powers they never knew about and will need these powers to win the battle between Good and Evil. We see such a tale unfold in the iconic Star Wars story, where young Luke Skywalker comes to learn who he really is, and what he is meant to do—defeat Darth Vader and the forces of darkness and save the universe. We see the same themes unfold in the world-famous tale of Harry Potter, the young orphan who comes to learn he is really a wizard and must claim his powers and defeat Lord Voldemort and the forces of darkness and save the world.

22. Now let's look at these two series in more detail. Not only do the two series follow broad genre conventions, but they also have further similarities: There is a friendly rogue for a sidekick (Ron Weasley in Harry Potter and Han Solo in Star Wars). There is a wise mentor (Dumbledore in Harry Potter and Obi-wan Kenobi in Star Wars). There are even parallel characters who provide support and friendship for the hero, as well as occasional comic moments (Dobby the House Elf in Harry Potter and R2D2 in Star Wars).

23. Yet no one immersed in the Harry Potter series and the Star Wars series will ever mistake one for the other because the characters inhabit different, highly detailed, expertly realized worlds. The backstories, the visuals,

A-15

the large casts of characters, and the settings are distinct. The magnificently detailed world of Hogwarts cannot be mistaken for the starships of Star Wars. The inner minds of the characters do not match; they have different personalities and different histories. The details unfolding page after page and on the screen take readers and viewers on uniquely satisfying—and very singular—adventures. It might be only literature professors attempting to draw parallels who can see that in fact, at the core, these tales fit into a broad genre. In the specifics, in their particularities, each story is unique. Secondary characters play similar roles in the plot but are placed in wholly different contexts. Unlike Han Solo, Ron Weasley is a member of a closely-knit family, he has many siblings, a penchant for mischief—and he cannot pilot a starship. Ron is not Han Solo—a rebel, scoundrel, and smuggler. While Ron and Han both stand in as best friends to the heroes Harry Potter and Luke Skywalker, one cannot be mistaken for the other. They are different types of characters inhabiting very different worlds.

24. Returning to our House metaphor, we could say both the Star Wars and Harry Potter series are in the Victorian House genre, but with different floorplans, as well as different wallpaper, rugs, and furnishings inside. Different families live in each house. One series will never be mistaken for the other.

## IV. EASTON WRONGLY SUGGESTS THAT ANYTHING FOUND IN A PRIOR WORK IS A TROPE AND THAT AN AUTHOR CAN USE THE PLOT POINTS, CHARACTERS, DETAILS OF SETTING AND SO ON FROM SOMEONE ELSE'S WORK AS LONG AS THEY BROADLY RELATE TO A TROPE OR UNDERLYING IDEA.

25. Easton's expert report gives mini book blurbs on a list of published novels in the fantasy genre, and outlines how the publishing industry works. But the fact that a similar element or storyline has appeared in another work in the genre before does *not* make it a trope or genre convention. To fall into that category the element needs to be expected, if not necessary, as part of what

A-16

puts the work into that genre.

26. And, critically, just because there may be an underlying character archetype, scene idea, or plotline that is common to the genre does not mean that the SPECIFIC DETAILS of the work –details that personalize the TROPES— are generic or unprotectable.

27. Easton lists examples of broad tropes and fantasy novels that use them. I agree with much of her list of broad tropes, but some of what she lists as tropes are not. For example, while there are works in which the "hero/heroine loves books" there are many others in which that is not the case. Harry Potter is a great example of the latter. And regardless of how common or uncommon it is (Easton identifies 6 works of the hundreds she says she as reviewed in which the hero/heroine loves books) this is not a factor that one would necessarily expect in a YA paranormal romance novel. The same can be said of others like "death of parents," "living with surrogate parents," "powers are bound for safety," and "meeting the romantic lead right away."

**28.** On the other hand, I agree that the hero/heroine being a teenager is a given in young adult fiction, and many works in the young adult fantasy genre have a heroine as the Chosen One, a heroine that is kidnapped, a hero that is instantly attracted to the heroine and a romantic lead that has model-like good looks. But as discussed below, you have to look at the *details* of each of those tropes.

## V. MANY OF THE "TROPES" IDENTIFIED BY EASTON ARE NOT TROPES OR GENRE CONVENTIONS AS EXPRESSED.

29. Easton spends 24 pages of her report opining that 28 distinct characteristics that are common between *BMR* and *Crave* are common tropes. If that testimony is allowed, I offer the following additional critique.

30. When writers use tropes in genre fiction, they usually put their own personal spin on the tropes, and the detail relating to that spin is what makes

9

A-17

them unique. Set forth below are some examples of some of the broad tropes listed by Easton.

31. Easton lists remote locations as one of her broad genre conventions. But given the vast multitude of remote locations to choose from, setting a story in a particular state, especially when the heroine in each story moved to that state from the same city, is not a trope.

32. Easton also lists the main character being the Chosen One as a broad trope, but it is the facts and circumstances that makes that character the Chosen One that is unique. For example, Katniss is the Chosen One in the Hunger Games. We certainly cannot say that someone can write a book about a character that is similar to Katniss just because it is a story about a Chosen One.

33. Easton lists a Love Triangle as a trope, and indeed countless romance novels use this trope. But someone cannot copy the *details* of a story's love triangle: For instance, in *Bridget Jones's Diary*, a novel by Helen Fielding that became a popular film, we have a love triangle. But the specifics of character and situation are protected elements that belong to Helen Fielding: the heroine is a single 30-something London woman navigating struggles at work and attempting to separate herself from the attentions of her well-meaning parents. This character worries over her weight, is determined to quit smoking and drinking so much, and is all the while crushing on both her charming but manipulative and unfaithful boss and a morally upright, awkward and honest friend. She deals with this love triangle with emotional support from her trio of friends and by recording unfolding events in her diary.

34. On pages 25-28 of her report, Easton addresses the fact that both Crave and BMR "are set in remote Alaska and in use (sic) of a high school or castle as a primary setting" "and "features supernatural characters such as vampires, werewolves, and witches, who inhabit the schools the protagonist attend." Easton then indicates that these are common things that cannot be protected. Easton is correct in that YA Paranormal Romance books are typically

10

A-18

about high school-aged characters and thus typically include school settings. But none of the 6 books referenced by Easton are set in Alaska, and while the idea of supernatural characters inhabiting a school is not novel or unique, *specific parallel characters and character interactions* certainly are.

35. Easton also addresses the "similar use of a gothic castle setting in *BMR* and *Crave*" and notes that "castles and gothic architecture are also very common in YA Paranormal and fantasy books," citing to 8 other books that include Gothic architecture and/or castles. Setting aside that 25% of those examples do not seem to mention Gothic architecture (*Harry Potter*'s castle and the *Shadow and Bone* Grand Palace), none of those castles appear to have jewels on the walls or share much of the other similarities of the castle settings in *BMR* and *Crave*. Thus, the specific castle settings are not tropes regardless of whether castles in general are common.

36. On pages 28-37 Easton addresses "Main Character Tropes." For some of these, she is correct in part. For example, it is not uncommon for the protagonists to have lost their parents, have surrogate parents move to a new location to live, suffer anxiety, and/or believe they are ordinary/human. But even Easton's examples show that it is not common for a work to have all these things. For example, Harry Potter's parents were killed and he went to live with relatives who were very unkind to him (different from in *BMR* and *Crave*) and the new location he moved to in the story was not to go live with those relatives but to leave them when he was invited to the wizarding school.

37. Easton also opines that "the protagonists in *BMR* and *Crave* are both portrayed as particularly special or the "Chosen One" who can "restore balance"" but that this is a very common theme. In the abstract, I agree. But then Easton goes too far by noting:

> "One book published before *BMR* even includes a character called
> "Nyx" who is powerfully connected with the heroine, showing that the

11

plaintiff's seemingly specific idea of her own main character being "the Nyx" (e.g. FAC p. 14) is not even unique."

Nyx was the primordial Greek goddess of the night, a powerful, ancient deity feared even by Zeus, who emerged from Chaos and mothered many dark forces like Hypnos (Sleep) and Thanatos (Death). Reference to this character, along with all the other shared specifics of the protagonist characters, is certainly not a trope, as demonstrated from the fact that Easton could only find a single book published before *BMR* that includes a character called "Nyx."

38.  Easton also opines that the heroine being kidnapped is an example of a supernatural trope (p. 46).  But again, the specific details are not: Freeman's Heroine is **kidnapped by the vampire prince who wants to make her into a vampire, believing she will be the reincarnation of his dead mate**.  And Wolff's Heroine is **kidnapped by the vampire prince's mate who wants to use her for a spell to resurrect her dead mate.**  This is not a trope.  It is original storytelling.

39.  Easton also opines that it is common for protagonists to be attacked by supernatural creatures (Report, p.36) to address "scenes where the protagonists in BMR and Crave are attacked by other supernatural characters." But she entirely fails to discuss or address those scenes, or even specify what particular scenes she is referencing. And in any event, there is absolutely no common YA Paranormal Romance trope of the protagonist being attacked by two creatures reminiscent of '80s rockers not dressed for snow in the freezing winter (let alone how that scene unfolds) or being attacked by the ultimate villain vampire prince / vampire king. None of Easton's 6 cited works suggests otherwise. Specifically, Easton entirely fails to address the following from the corresponding "attack" scenes:

a.  **Freeman's Heroine is attacked by two vampires in the snow**.  The attackers aren't dressed for the winter weather but are not cold. They remind the

12

A-19

heroine of eighties rockers. She fights them off—and is rescued by the romantic lead.

**b.** Wolff's heroine is also attacked by werewolves not dressed for winter weather. They remind Wolff's heroine of eighties rock concert goers. She starts to fight back and the romantic lead saves her.

**c.** These two scenes are not tropes. The setting is singular. The description of characters is very close. The fight scene is similarly choreographed, as is the rescue by the romantic lead (who is also very similar in appearance and personality). Even the DIALOGUE is similar, using the same language, by the same characters, in the same way:

    (1) Two guys approach the heroine. They are wearing jeans and shirts, no coats—definitely not dressed for the winter weather. (BMR): "Despite the biting wind, the two men were dressed in jeans and shirts, no coats, no gloves." 2011 P. 519 (Crave): "...both doors fly open. And in walk two guys wearing nothing but old-school concert T shirts, jeans and lace-up boots. No jackets, no sweaters, no hoodies even." P. 53

    (2) They aren't dressed for the weather and should have been cold: (BMR): "...they were completely unaffected by the cold. They should have been shivering, stamping their feet, and rubbing their hands together." 2011 P. 519 (Crave): "I'm beginning to think they were high or something, because there's no other explanation as to why they would have been outside in only jeans and t-shirts. I mean, how did they avoid getting hypothermia?" P. 68

    (3) They look like Eighties rockers wearing dog collar, earring/ nose ring // Billy Idol / eighties rock concert: (BMR): "...a dog collar and an earring...He looks like a retro throw- back to the eighties. In fact, he looks a lot like Billy Idol." 2013 P. 58 "He looks like a punk rocker throwback in a bad eighties movie." 2014 P. 48 (Crave): "And in walk two guys wearing nothing but old-school concert T-shirts...Ones who died at an eighties rock concert...black nose ring right through his septum." P. 53 4.

    (4) They speak in the the same menacing way, using the same words: "Well, well, well. Looks like…" (BMR): One of the guys says: "Well, well, well. Looks like I've hit the jackpot." 2013 P. 58; 2014 P. 48 (Crave:): One of the guys says: "Well, well, well. Looks like we made it back just in time." P. 53 5.

    (5) The Heroine is attacked and fights back—same choreography--"My back to his front" : (BMR):"The Hulk twists my wrists behind my back, pinning me to him, my back to his front." 2014 P. 49 (Crave): "He yanks me hard against him--my back to his front…" P. 56 6.

    (6) She stomps on his toes / thinks about stomping on his feet: (BMR): "I raise my knees and slam my feet down, heels first onto the Hulk's toes." 2013 P. 60;

A-20

2014 P. 49 (Crave): "I think about stomping on his feet, but my Converse aren't going to do much damage…" P. 56 7.

(7) Heroine struggles, bucks, head butts / head back to break his nose: ( BMR): "I struggle against him, lashing out blindly with my feet…I buck backwards for all I'm worth, head butting him. Crack! I've hit his nose." 2014 P. 50; (Crave): "I start to struggle in earnest…" P. 56 "…I shout, bucking and kicking against him as hard as I can…I slam my head back with as much force as I can, aiming to break his nose." P. 57 8.

(8) There's the taste of blood in heroine's mouth : (BMR): "And that's when my head is yanked backward so hard I bite my tongue. The coppery tang of blood fills my mouth." 2014 P. 50; (Crave): "He yelps and jerks, and his forearm slams against my mouth. It hurts, has the metallic taste of blood pooling in my mouth." P. 56-57 9.

(9) The heroine gets angry in this scene; fury / infuriate:  (BMR): "Fury pulses through me." 2013 P. 60; 2014 P. 50; (Crave): "Which infuriates me as much as it terrifies me." P. 56 "Which only pisses me off more." P. 57 10.

(10)    Freeman's heroine puts her fists up to fight (BMR): "I clench my jaw and crouch forward on the balls of my feet, fists up, ready to take the Hulk on." 2014 P. 50; 2013 P. 60; (Crave): "I turn to flee, fists up in attempt to ward off Quinn if he tries to stop me…" P. 57

(11)    The romantic lead comes to the heroine's rescue and scares the two guys-- but the heroine doesn't realize it at first. ( BMR): "A roaring growl splits the air around us—a grizzly bear?—and we're both hauled backward out of the van. I roll out of the Hulk's grasp. Roman (Ash) is on top of him in a flash, using the Hulk's face as a punching bag, his fists are flying so fast. How did Roman (Ash) get to the van?" 2014 P. 50; (Crave): "…just in time to see Marc go flying across the entryway as he slams into the farthest wall." P. 57 "It's as he's pulling me toward him that I get my first good look at his face and realize that it's Jaxon." P. 58 Page 27 of 87 28 12.

(12)    The Hero looks her over:  (BMR): "He looks me over, cupping my face in his hands." 2014 P. 51; (Crave): For long seconds, he doesn't say anything, just looks me over from head to toe…" P. 60 13.

(13)    And, finally, a *secret* is mentioned in this scene:  (BMR): "The secret's safe with me, but I think you should tell her anyway." 2014 P. 57; (Crave): "I hold his gaze, telling him with a look that I'll keep his secret." P. 59 14.

CONCLUSION:

Easton's report is full of broad general lists of tropes, a description of the publishing process, and some mini book reports about popular paranormal fantasy novels.  These books are described with the broadest strokes—no details.  But it is the details that make

A-21

a trope or archetype into an original (and protectable) character, scene, or story.

Respectfully submitted,

Kathryn Reiss
January 30, 2026

# EXHIBIT 1
# (Curriculum Vitae)

# KATHRYN REISS
**Professor of English, Mills College at Northeastern University**

**857 Jefferson St.**
**Benicia, CA 94510**
**kathrynreissauthor@gmail.com**
**707-208-4580**
**Author Website: www.kathrynreiss.com**

## Education

1986-1988   **M.F.A.** in English and Creative Writing, **University of Michigan**, Ann Arbor, MI.

1980-1981   Fulbright Scholar, **Friedrichs-Wilhelms-Universität**, Bonn, Germany.

1977-1980   **B.A.** in English, **Duke University**, Durham, NC.
            **B.A.** in German, **Duke University**, Durham, NC.

1976   Graduated from Brecksville-Broadview Heights High School, Broadview Hts., OH

## Employment

2022-present   Full Professor of English, Mills College at Northeastern University, Oakland, CA

2023-present   Professor of English, Low Residency M.F.A.Program in Writing for Children and Young Adults, University of Nevada, Reno

2014-2022   Full Professor of English, Mills College, Oakland, CA

2017-2020   Named the Mills College Aurelia Henry Reinhardt Endowed Chair, 2017-2020 *for Contributions to American Literature*

2007-2014   Associate Professor of English, Mills College, Oakland, CA
2004-2007   Assistant Professor of English, Mills College, Oakland, CA
1989-1995,
1997-2004   Lecturer, Department of English, Mills College, Oakland, CA.

1986-1988   Instructor, Department of English, University of Michigan, Ann Arbor, MI.
1984-1986   Instructor, Department of English, Trenton State College, Trenton, NJ.
1983-1985   E.S.L. Instructor, Princeton Language Group and Princeton Y.W.C.A,
            Bookstore Manager, "Europa at Princeton,"
            Assistant to Children's Librarian, Princeton Public Library, Princeton, NJ.
19981-1982   Director of Foreign Exchange, Stuart Country Day School, Princeton, NJ.

1

A-24

**Publications:   20 NOVELS of Suspense:**

A-25

*Time Windows*, Harcourt, 1991.

*The Glass House People*, Harcourt, 1992.

*Pale Phoenix*, Harcourt, 1993.

*Dreadful Sorry,* Harcourt, 1994.

**The Ghost in the Dollhouse** (trilogy), Scholastic, 1997:
1. *Dollhouse of the Dead*
2. *The Headless Bride*
3. *Rest in Peace*

*PaperQuake***,** Harcourt, 1998.

*Riddle of the Prairie Bride*, The Pleasant Company, 2001.

*The Strange Case of Baby H*, The Pleasant Company, 2002.

*Paint By Magic***,** Harcourt, 2002.

*Sweet Miss Honeywell's Revenge: A Ghost Story,* Harcourt, 2004.

*Blackthorn Winter: A Murder Mystery***,** Harcourt, 2006; reissued by Time Portal Press 2016

*The Tangled Web: A Julie Mystery,* American Girl, 2009

*Puzzle of the Paper Daughter: A Julie Mystery*, American Girl, 2010

*The Silver Guitar: A Julie Mystery*, American Girl, 2011

*A Bundle of Trouble: A Rebecca Mystery*, American Girl, 2011

*Intruders at Rivermead Manor: A Kit Mystery*, American Girl, 2014

*Heatherstone Hall: A Murder Mystery*, Time Portal Press, 2016

*Message in a Bottle: A Julie Mystery*, American Girl, 2017

**5 Novels in Translation**:  Bahasa Indonesian, Mizan Pub., Jakarta Indonesia 2006, 2007

*Time Windows*
*Pale Phoenix*
*PaperQuake*
*Dreadful Sorry*
*Paint by Magic*

2

## Film Options:

***Dreadful Sorry***:  rights for the film option to Milena Ferreira at 625 Productions, July 2016 (625productions.com), June 2025.

***Time Windows***, optioned for film by LeVision Entertainment, May 2017, optioned for film by Flashback Pictures, 2023.

***Sweet Miss Honeywell's Revenge***, optioned for film by LeVision Entertainment, May 2017.

## Audiobooks:

Produced by Tantor Media, 2021.  (*narrated by Raquel Beattie)*
  ***Time Windows***
  ***Pale Phoenix***
  ***Dreadful Sorry***

Produced by Recorded Books, 2008. (narrated by Suzanne Toren*)*
  ***The Strange Case of Baby H***

Produced by Recorded Books, 2005. (narrated by Ruth Ann Phimister*)*
  ***Riddle of the Prairie Bride***

## Short Stories:

"Mountains," *The Archive*, Duke University Literary Journal, 1978.
"After Dark," *The Archive*, 1980.
"The Miranda Color," *The Archive*, 1980.

## Magazine Articles:

"So, You're Trying for the Girl? (and Other Theories to Explain a Third Child)," *HipMama*,     Summer 1994.

"Where Do Mystery Readers Come From?"  *Mystery Week Magazine*, May 1994.

"Three Times Lucky," *Baby Magazine* (Britain), April/May, 1996.

"If Only I'd Known" (column), *Parents* (Britain), June 1996.

6-part series on adopting older children:  *Parenting The Child Who Waited*, **Adoptive Families Magazine.** (with Thomas Strychacz): 2005-2006:

3

A-26

Part 1 -- "In the Beginning"       Part 4 -- "School Daze"
Part 2 -- "A New Dynamic"          Part 5 -- "Balancing Act"
Part 3 -- "Settling In"            Part 6 -- "Finally—Finalization!"

**"Out of the Blue,"** *JUKE MAGAZINE*, **March 2023   https://www.juke.press/p/out-of-the-blue**

## Conferences and Readings (partial listing)

Popular Culture Association conference, speaker and panelist: "Sealed with a Kiss: The Evolution of the Teen Pregnancy Novel."   New Orleans, April 17, 2025

Panelist and Moderator at LitQuake: The Young Adult Writers of Mills College. San Francisco, CA  October 2018

Benicia Literary Arts, Author Talk, On Writing Suspense Fiction; Bookshop Benicia, Benicia CA October 2018

Society of Children's Book Writers and Illustrators, Middle Grade Fiction Master Class—featured author.  Corte Madera, CA  June 2018.

Gallery of Achievement Inductee, Brecksville-Broadview Heights High School, Brecksville, OH Oct 2017.

Author in the Schools, Benicia Middle School, April 2016.

Author in the Schools, Benicia Middle School, May 2015.

Benicia Literary Arts: Children's Literature Symposium, Panelist, Benicia CA Oct 2013.

Benicia Literary Art: Featured Presenter, Workshop in Plotting the Young Adult Novel, Benicia, CA Nov 2013.

Young Writers Program/Online seminar:  National Novel Writing Month, Nov 2008

LitQuake, a literary crawl –featured speaker and panelist.  2006

Lafayette Public Library, panel discussion on Writing Children's Fiction, 2006, California Reading Association, Panel on Suspense writing, 2005.

Solano County Library Foundation, Featured Author at Fundraising Luncheon, November 2004.

Orinda Public Library, Featured Speaker on Writing Suspense Fiction, October 2004

Society of Children's Book Writers and Illustrators, Featured Speaker for 3-Hour Seminar on Writing Novels for Children, October 2004

National Council of Teachers of English ( San Francisco), featured author. November 2003.

International Reading Association, Session speaker: "Prickles at the Back of the Neck: Writing

4

A-27

Suspense Fiction for Children and Young Adults," November, 2002.

Los Angeles Times Book Fair, featured author, April 2001.

American Library Association, (San Diego), panelist: "Time Travel in Children's Books," May 1999.

Fresno County Author Symposium/Literacy Week: Author in the Schools and featured speaker, "Can Creative Writing Be Taught?" March 1998.

Northern California Library Association, session speaker: "Capturing the Elusive Young Adult Reader," Fall, 1993.

## Featured or Keynote Speaker:

Popular Culture Association

Society of Children's Book Writers and Illustrators

Gallery of Achievement, Brecksville-Broadview Heights Alumni Association

American Library Association

LitQuake

Fresno County Office of Education

Northern California Society of Children's Book Writers and Illustrators

Mystery Writers of America

Sisters in Crime

California League of University Women

Arts Benicia--Panel on Women in the Arts

Solano County Library Foundation

California Reading Association.

## Awards and Distinctions:

American Field Service Scholarship to Cusco, Peru, 1975.

Fulbright-Hayes Scholarship to study German Short Fiction in Bonn, Germany, 1980-1981.

New Jersey State Council on the Arts, Grant for Fiction Writing, 1982.

The Hopwood Award for Short Fiction, University of Michigan, Ann Arbor, MI, 1988.

American Library Association, "Best Book for Young Adults" Award for *Time Windows*, 1992.

State of Maryland's "Black Eyed Susan" Award for *Time Windows*, 1992.

The Junior Library Guild, featured selection: *Dreadful Sorry,* 1993.

5

*The School Library Journal*, starred review for **Dreadful Sorry**, 1993.

Nominee for Best YA Mystery, (The Edgar Ellan Poe Award, Mystery Writers of America), for **Pale Phoenix,** 1995

Nominee for Best YA Mystery, (The Edgar Ellan Poe Award, Mystery Writers of America), for **PaperQuake**, 1999.

South Carolina Public Libraries, 'Best Books List' for **PaperQuake,** 2002.

VOYA (Voice of Youth Advocates), "Top Shelf Fiction for Middle School Readers" for **Paint By Magic,** 2003.

International School Librarians' Association, Honor Book for **Paint By Magic**, 2003.

Recorded Books, featured audio recording: **The Strange Case of Baby H,** 2003.

YALSA, Best Paper Back Mystery List, for **PaperQuake,** 2004.

YALSA Teens' Top Ten list, for **Blackthorn Winter**, 2006

Featured in **Young Adult Literature in the 21st Century**, a textbook by Pam B. Cole, McGraw-Hill Higher Education, 2009, pp-298-300, 322, 324.

Featured in **The Atlantic**, 2013: *The 8 Habits of Highly Successful Young Adult Fiction Authors*

Named the Mills College Aurelia Henry Reinhardt Endowed Chair, 2017-2020 *for Contributions to American Literature*

## Courses Taught at Mills College (1989-present):

Critical Reading and Expository Writing (English Composition)

Remedial Composition

Intermediate Composition

English as a Second Language

Literature and Time

Creative Writing Workshops (Beginning and Intermediate Fiction)

Writing Fiction for Children and Young Adults (Beginning, Advanced and Graduate)

The Craft of the YA Novel (craft, literature and history)

Writing the Genre Novel (grad/undergrad workshop with special focus on genre novels)

Independent StudyDirecting M.F.A. Theses / Reading M.F.A. Theses

First Year Writing

Writing Popular Fiction (writing the genre novel)

6

A-29

**On Social Media:**
- **Facebook:** https://www.facebook.com/KathrynReissAuthor
- **Instagram**: https://www.instagram.com/kathrynreissauthor/
- **Author Website:** https://www.kathrynreiss.com

# Author Bio



KATHRYN REISS wrote her first novel, *Time Windows*, after college while she lived in Germany as a Fulbright Scholar and had nothing left to read in English.  Now she is the award-winning author of 20 novels of suspense for middle grade and young adult readers, published by Harcourt, Scholastic, American Girl, and Rosen Windmill.  Five of her books are audiobooks with Tantor Media and Recorded Books. Three have been optioned for film.  Her short articles and essays have appeared in both print and online magazines such as *Adoptive Families, Parents,* and *JUKE*.

*Time Windows* was selected by the American Library Association as a "Best Book for Young Adults," received YALSA's "Popular Paperback for Young Adults" award and the State of Maryland's "Blackeyed Susan Young Reader Medal." *Dreadful Sorry*, also a YALSA Popular Paperback for Young Adults, was a featured selection of the Junior Library Guild and was named "Pick of the Crop" in *The School Library Journal* starred review. *Pale Phoenix* and *PaperQuake* were nominated for the Mystery Writers of America's "Edgar Allan Poe" award, and *PaperQuake* additionally was named one of YALSA's 'Popular Paperbacks for Young Adults.' *Paint By Magic* won a place on VOYA's 'Top Shelf Fiction for Middle School Readers' and is an International School Librarians Association honor book.

Reiss has been a Writer in Residence for the Princeton Arts Council, a recipient of the New Jersey State Council on the Arts Grant for Writers, and has been a featured speaker with (among others) Sisters in Crime, Mystery Writers of America, The Society of Children's Book Writers and Illustrators, The Northern California Library Association, The International Reading Association, Fresno County Office of Education, California Reading Association, The American Library Association, and the National Council of Teachers of English. She was featured in *The Atlantic* as one of several 'highly successful young adult fiction authors and garnered a several-page spread in *Young Adult Literature in the 21st Century*, a college textbook by Pam B. Cole.

Reiss earned her undergraduate degrees in English and German at Duke University and her graduate degree at the University of Michigan, Ann Arbor.  She is a Full Professor of English at Mills College at Northeastern University, and teaches in the low residency M.F.A. program at the University of Nevada, Reno.  She lives in a rambling historic house in Northern California with two rescue dogs, her husband (and best friend) and the last of their seven children still in the nest.



**A-31**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

LYNNE FREEMAN,

        Plaintiff,

 -against-                                 22 civ. 2435 (CM)(SN)

TRACY DEEBS-ELKENANEY et al.,

        Defendants.

————————————————————————————x

**MEMO TO COUNSEL AND NOTICE OF PRE-TRIAL CONFERENCE**

McMahon, J.:

    I apologize for the amount of time it has taken to get back to you following your recent submissions. Several matters that required my immediate attention diverted me from this case. But I am back.

    I have finished reading all four *Crave* novels and both *BMR* (2011) and *Masqued* (2013), plus whatever Freeman notes Judge Netburn had in her files. Jordyn Manly has sent you an email asking you to email back to us certain materials that we cannot seem to find anywhere in the courthouse – either on file or in Judge Netburn's chambers. The sooner we get that material, the better. As I promised you, I am reading every word.

    But before I dive into anything else, we need to set aside time for a trial. Rather than abide intervening events, I suggest that you reserve the period beginning on April 27 and May 22 – four weeks, ending with Memorial Day weekend. I think that should be more than enough time. But since I am determined not to confuse the jury, we will be trying this case in tranches, and that will undoubtedly cause the trial to go longer than it otherwise might. Of course, we will only go as far

**A-32**

as we need to go in order to dispose of the case – for example, if the jury concludes at the end of Phase 1 that there was no access, the trial will be over. That is another reason why trying the case in tranches makes sense. Please also reserve Wednesday, April 29, for a final pre-trial conference here in New York.

So having done that: I want to schedule a conference here in New York – attendance mandatory, the California lawyers will have to fly in here – for the week of January 12. Any day, Monday through Thursday, is fine with me; consult among yourselves and pick a day that is mutually convenient to you. I will be sure my deputy clerk (Mariela de Jesus) reserves a full half day, because we will doubtless have a great deal to discuss. She is away until after the first of the year.

I was taught to try a case by starting at the end and working my way back to the opening statement. I like to prepare cases for trial in the same way. For a judge, the end is jury instruction. Therefore, during the week of January 5, I would like to receive from each side your proposed jury instructions. I don't mean general instructions – the ones given during every trial – I will use the ones I use at every civil trial, so there is little point in your submitting "proposals" to me. Nor do I mean instructions about damages. I mean your instructions relating to the copyright claims. Finding pattern jury instructions that might be helpful in this case has proved challenging, so I may as well get your input on this critical issue now. And your proposed instructions should be tailored to the phases of the trial – one phase dealing with actual copying (probative similarity and access), one phase dealing with substantial similarity.

One thing I need to emphasize, because there seems to be some disconnect between Second and Ninth Circuit copyright law: I sit in the Second Circuit, not the Ninth. And the plaintiff chose to sue in the Second Circuit, not the Ninth. So to the extent that there are special or unique Ninth

Circuit tests or instructions that have not been adopted by the Second Circuit, I will not be charging them, so you should not bother submitting them. Please focus on Second Circuit law in formulating your jury instructions.

The principal task confronting me is to figure out what I need to decide in advance of trial in order to make this as easy as possible for the jurors. The topics include the following:

1. **What exactly is the plaintiff's theory of why the defendant's works infringe?**

I was surprised to read in the recent submission that the plaintiff appeared to be relying on a "selection and arrangement" theory of liability – in essence conceding that the defendants' novels contain elements also found in plaintiff's work that are not in and of themselves protectable, but that are "selected and arranged" in such a manner as to infringe on *BMR/Masqued* and perhaps some associated notes (although so far I haven't found anything in the notes that is not also in one of those texts). I am not familiar with "selection and arrangement" as applied to original works of literature, as opposed to compendia of information like telephone books and catalogs. But I am prepared to try to understand why that theory would or could apply to novels. However, I need to get up to speed on that right now.

If, on the other hand, the plaintiff is contending that there are specific aspects of her work that are both protectable and infringed (such that there could be a finding of substantial similarity on that basis, rather than on, or in addition to, a "selection and arrangement" basis), then I need to know exactly what her argument is. Is it that the "total concept and feel" of the *Crave* novels – which, as we know, are far more extensive and detailed than *BMR/Masqued* – apes the "total concept and feel" of the much shorter and less detailed Freeman works? Is it that the plot of the *Crave* novels was copied from plaintiff's plot? Is it that there are protectable (i.e., non-tropic or *scene-a-faire*) themes or plot elements that *Crave* copies from Freeman's work – and if so, exactly

**A-34**

what are those non-tropic or *scene-a-faire* elements? Is it some combination of the above? I need to understand this in terms of what the argument is going to be on the issue of "substantial similarity."

Probative similarity is different. As I understand the law, the existence of a large number of non-protectable similarities between the *Crave* novels and *BMR/Masqued* can prove probative similarity; but that evidence cannot be relied on to prove substantial similarity, because substantial similarity is not the product of discrete elements, but rather asks whether there is more than a *de minimis* similarity between the allegedly infringed and infringing works, considering only those aspects of the infringed work that are protectable.

**2. How does Judge Netburn's *Daubert* ruling in connection with the summary judgment motion play into a trial, and is there any basis upon which either side thinks it should be reconsidered?**

Let me make one thing perfectly clear: no one is going to get on the witness stand during Phase 2 and opine that the allegedly infringed and infringing works are – or are not – substantially similar. Nor will any expert be allowed to opine, during Phase 1, that there are enough similarities between the works such that probative similarity exists. (What evidence can be received on that discrete issue in Phase 1 – and only for purposes of Phase 1 – will be the subject of discussion, but it will not be expert testimony). These books may be long, but they are pitched to a young and unsophisticated reader. We don't need experts weighing in on ultimate issues.

That said, I would think that expert testimony was admissible to explain to the jury such concepts as "what is a trope" or "what is a *scene a faire*" – ideas that are probably not within the ken of the average juror. I would also think that expert testimony was admissible on the subject of what kinds of tropes or *scenes a faire* appear routinely in YA romance novels about paranormal beings who are coming of age and into their powers. But any such testimony would be quite

limited; I would not allow an expert to opine that any specific aspect of either the *Crave* novels or *BMR/Masqued* qualifies as a trope or a *scene a faire*, because that, as I understand it, is something the trier of fact must decide. But once the jurors were given some generalized evidentiary context about those issues, the parties would be free to argue that particular things that are alleged to be protectable either are protectable (because they are not tropes/*scenes-a-faire*) or are not protectable (because they are tropes/*scenes-a-faire*). I would imagine that would be a substantial part of Phase 2 of the trial.

### 3. What special evidentiary rulings will need to be made in advance of trial?

It is my custom to rule on all objections to the introduction of evidence prior to trial. It is also my custom to limit the number of exhibits that can be introduced – something that strikes me as particularly important where, as here, we will have to introduce into evidence four novels, multiple drafts of *BMR/Masqued*, and perhaps some preliminary notes that I have not yet seen. I would like to deal with evidentiary issues no later than early March, so people know how to plan. But I would like to identify what those issues are going to be sooner rather than later.

### 4. Settlement

I don't know what discussions you have had or what efforts Judge Netburn made to settle this case, but it seems to me that someone ought to undertake that task. With a movie deal in the works – and I imagine progress on that movie deal held up as long as this case remains undecided, which may be through an appeal from a verdict and a decision on the inevitable post-trial motions – the stakes appear to me to warrant a serious effort to settle the case. When you arrive in New York I will introduce you to Jim O'Neill, my senior law clerk (for those of you familiar with New York State practice, think law secretary). Jim conducts all settlement discussions in my civil cases, leaving me free to focus on preparing a case for trial. Jim is an extremely experienced settler of

complicated civil actions, and his perspectives are often enlightening to parties. I think you will enjoy working with him.

$*\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *\ *$

I am sure that I will think of other things I want to discuss while working over the holidays. But I wanted to get this out now, before I left for Christmas, so you could get started. We have a lot to do in the next few months.[1] I look forward to working with you.

A very happy holiday season to all.

Dated: December 22, 2025

_(signature)_

U.S.D.J.

BY ECF TO ALL COUNSEL

---

[1] Just so you understand: because I have to close this case prior to Jordyn's departure in late September, any post-trial motions (and I am under no illusion that there won't be post-trial motions) will have to be filed within the 28 period following the entry of judgment on any verdict as provided in Rule 59, or within 28 days following delivery of the verdict if we postpone entry of judgment. This means motions will be due by sometime in mid-to-late June, and responses will be due 21 days thereafter. There will be no extensions of time, because I will have to get an opinion done during August. Make your summer plans accordingly. Once again, this would all be much simpler — and much less work — if we simply had a non-jury trial. I urge Ms. Freeman to think again about whether that would not be in her best interest, especially as I can guarantee her that I either have read or will read every word she wrote.

A-37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

LYNNE FREEMAN,

       Plaintiff,

    -against-                                 22-cv-2435 (CM)

TRACY DEEBS-ELKANANEY, et. al

       Defendants.

———————————————————————— x

## SECOND NOTICE TO COUNSEL

McMahon, J.:

    Counsel,

    I will be sending out notices like this one to you periodically. I prefer this to frequent in person conferences, especially when counsel for one side is a continent and three time zones away.

    I have received the plaintiff's letter of October 27, 2025, and I see that we are having a jury trial. So I need to figure out a way to make this case manageable for a jury.

    But first, I need to dispel the notion that anything Judge Stanton said about how he would try the case remains pertinent. I am now the trial judge. And while I am second to none in my admiration for Judge Stanton, nothing he said about how he would try the case is in any way binding on me as the new trial judge. We are going to do this trial my way; you folks will simply have to accept that.

    The fact that Judge Stanton decided that he would not bifurcate the trial is not binding on me, and from the perspective of keeping things as simple as possible for the jury, I don't think it is the best way to try the case. So I will not be doing it that way. I will be segmenting the trial of

A-38

this action in the manner I first indicated I would: you will be presenting your evidence on the issues of probative similarity and access, after which I will charge the jury on those issues. If the jury finds for the plaintiff on both probative similarity and access, you will put in any additional evidence you might have on substantial similarity and make a second closing argument, after which I will deliver the charge on that standard. And if the plaintiff prevails on substantial similarity, we will hear evidence on damages and I will charge the jury on damages. That decision has been made and will not be changed. Where the defendant wants/needs to try the affirmative defense of independent creation remains to be discussed.

Now, the open questions are what that evidence will be – and how long I will give you to put it on.

Judge Stanton was of the opinion that competent trial counsel should be able to argue from that evidence in the manner set out in, say, pages 7 through 21 of the plaintiff's brief at Docket No. 393. I don't disagree with his basic premise, which is that we can (and must) find a manageable way to try this case. But Judge Stanton did not address what to me is the critically important issue: whether summaries of underlying evidence (and that is what pages 7 through 21 of the brief at Dkt. No. 393 are) can be (1) shown to the jury at all; and (2) given to the jury to assist jurors during deliberations.

Summary charts certainly can be both shown to the jury and sent back to the jury room if they are admitted as evidence under the "summaries of voluminous material" rule, pursuant to Fed. R. Evid. 1006. *See. e.g., In re Bernard L. Madoff Inv. Sec., LLC*, 605 B.R. 570, 587–88 (S.D.N.Y. 2019), *aff'd sub nom.* 830 F. App'x 669 (2d Cir. 2020). But this is a copyright case. The issue of probative similarity can only be resolved by looking at "the entire work." *Fisher-Price, Inc. v. Well-Made Toy Mfg. Corp.*, 25 F. 3d 119, 123 (2d Cir. 1994). And while the ultimate issue of

substantial similarity (should we reach it) involves comparing only the "protectible elements" of the two works – which excludes such things as mere *scenes a faire, see, e.g., Williams v. Chrichton*, 84 F. 3d 581, 588 (2d Cir. 1996) – the trier of fact gets to decide what is protectible and what is not, and cannot reach any conclusions on the issue of substantial similarity without comparing the original versions of the allegedly infringing and infringed works. So this is not a case, as was *Madoff*, in which complicated matters can be simplified for the jury by admitting a summary document into evidence pursuant to Rule 1006. Rather, the underlying works must be admitted into evidence, and the jury must be told that they, not any summaries of their contents that might be used by counsel as illustration, *are* the evidence.

This does not mean that the parties cannot use illustrative aids that summarize the evidence during, for example, summation; that is allowed under Fed. R. Evid. 107, or perhaps Rule 611(a). Those summaries – which would not be evidence – would have to be prepared well in advance of trial and carefully vetted by the court. And ultimately, the court would have to decide whether such "aids" could be sent back to the jury during deliberations – a conclusion that I would be reluctant to reach if the aids were argumentative in any way that went beyond simply pointing out what the parties contend are the similarities (Plaintiff) and the differences (Defendants) between the allegedly infringed and the allegedly infringing works.[1]

I am looking for guidance about how other courts have handled this issue – if indeed any other courts have confronted a jury trial in a copyright case that involves over 10,000 pages of allegedly infringed and infringing material. To that end, each side must provide me, by close of business next Friday, November 14, 2025, with a brief pointing me to copyright cases that, like this one, have gone to trial and involve voluminous amounts of allegedly infringed and infringing

---

[1] The footnotes at pages 7-21 of the brief at Dkt. No. 393 would be an example of what I consider a non-argumentative summary of the evidence.

material. I am interested in what procedures court have adopted in previous copyright cases to expose the jury to voluminous allegedly infringed and infringing materials that must be compared in their original, not summary, form. If you cannot find copyright cases that deal with this problem but can locate analogous cases, I would be interested in seeing them as well. And if you have suggestions about how we might deal with this problem – and I do consider it to be a problem, rather more of one than Judge Stanton apparently did – I would like to hear them. I need to set the rules soon, so that your trial preparation does not go off in the wrong direction.

I am not placing a page limitation on these briefs because I really want you to give me everything you can find. But remember – Artificial Intelligence is not an acceptable substitute for human research. Anything you give me had better not contain AI-generated content or citations that turn out to be non-existent. If you rely on AI, you could find yourself precluded from being allowed to offer any evidence at all.

Each side must also provide me, by close of business on November 25, 2025, with the following information:

(1)     A list of what you consider the material at issue in this trial to be – infringed versus infringing. Please understand that we are going to trial in Docket Number 22 Civ. 2435 and in no other related case. After reading Judge Netburn's Report, and keeping in mind Judge Stanton's subsequent ruling (which, I remind you, does not preclude me from deciding, at the close of plaintiff's case, that a verdict should be directed on any issue or issues), it is my understanding that we are dealing with four Tracy Wolff books – *Crave, Crush, Covet and Court* – and *BMR/Masqued* versions 2010, 2011, 2013, 2013 and 2014 (possibly 2016, that remains to be decided), plus a subset of the plaintiff's notes (which I would limit to the ones referenced in pages 7–21 of Dkt. No. 393). If you disagree with

this, let me know. But do not expect me to include in the record anything that was written after the original lawsuit was filed. Because I will not do so. The original case is complicated enough.

(2)     A list of exhibits *other than* the material listed in the preceding paragraph that each side would like to introduce at trial. While probative and substantial similarity will be proved with the material listed in the preceding paragraph – this is, after all, a copyright case – I gather there are some emails and communications among the parties that are relevant to the very much disputed issue of direct and/or intermediary access. And of course there may be exhibits that go to the affirmative defense of independent creation, though I would expect that testimony, rather than exhibits, will be the primary method of proving that issue.

Be warned that I will admit no more than 100 such exhibits from each side, so don't go overboard. I will deal with objections later, but prior to jury selection, at the final pre-trial conference.

(3)     A list of the witnesses each side intends to call, together with your best estimate of how long your examination of each witness will take. After you see your opponent's list of witnesses, you will have until December 12, 2025 to give me your best estimate of how long your cross examination of each of your opponent's witnesses will take.

Once I see how long you think this trial will take, I will tell you how long you will actually be allowed to be on your feet. In case you are unfamiliar with being "on the clock" at a jury trial: I will allot each party a specific number of hours – which may not be the same for all parties, especially here, where there are several defendants who have different lawyers – for you to use in

**A-42**

presenting your case. My law clerks will be keeping time throughout the trial. Once you have used up the number of hours that I allot you for questioning witnesses, there can be no further questioning by your client. Now, you may think I am kidding; perhaps you have participated in a civil trial where the judge, having given you a certain number of hours to examine witnesses, did not stop you when you run out of time. I am not that judge. I have enforced this rule at complicated trials in the past; I will do so in your case as well.

I want to figure out how I am going to try this case before Christmas, so we can get started in March, as I told you I hoped to do. So please do not ask for an extension of time for any of these submissions. As far as I am concerned, you are already on trial, and I need to move this case along.

We entered an order yesterday asking for hard copies of the books, the *BMR* drafts, and the plaintiff's notes. I do not read evidentiary materials online; I need to be able to make notes, and I can only do that on hard copies. I have now read *Crave* and am generally familiar with the plots of the three subsequent books, though I have yet to read them. Before I dive into those, I will read some version of *BMR*, which should give me a solid overview of the case. I will digest the rest of the material over the next couple of months.

As always, thank you and I look forward to working out these difficult procedural matters with you.

Dated: New York, New York
       November 4, 2025

U.S.D.J.

BY ECF TO ALL COUNSEL

A-43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2025

———————————————————————— X

LYNNE FREEMAN,

        Plaintiff,

    -against -

                                  22 civ. 2435 (CM)(SN)

TRACEY DEEBS ELKENANEY et al.,

        Defendants.

———————————————————————— X

## NOTICE TO COUNSEL

McMahon, J.:

I was wondering how your consultations with your respective clients were going with respect to the possibility of trying this case to the court rather than to a jury.

Just to clarify my position (and because it might help if your clients were able to read what I told you at our recent conference): If you try the case to the court, we will start the trial no later than the second week of March 2026. I promise I will read everything that either side wants to submit to a trier of fact -- all the books, all the notes and all the drafts. A bench trial would obviate the need for you to make selections about what material you will present to the trier of fact, because I will consider literally everything. It would also obviate the need for you to make lots of *in limine* motions, because I generally don't worry about such things in connection with bench trials – I just listen to whatever the parties want me to hear, evaluate your arguments, and filter out anything that is unpersuasive or incompetent. Finally, I will give you a final decision on all issues no later than summer 2026 – which, given the age of this matter, is obviously important to all of you.

**A-44**

However, if we cannot reach agreement to proceed with a bench trial, I am becoming increasingly convinced that I will need to treat this like a multi-district litigation in order to create a manageable situation for a jury – or, rather, for the multiple juries that I believe will be required to try what are really multiple cases of alleged copyright infringement. I am still not sure exactly what that will look like, and of course you will have an opportunity to weigh in before I make any final decisions. But I can see where it might be necessary to hold multiple jury trials -- one per Wolff book that is alleged to infringe – especially if there are different access issues and exposure issues relating to each book, which it seems (from reading Judge Netburn's opinion) that they are. Because of my own calendar requirements, there would be some months between trials relating to each book; there is no way they could be back to back. If the alleged infringements are tried to juries, you will be given strict time limits on the amount of time you can spend questioning witnesses – and I will set those limits, not you. It is certainly the case that the plaintiff will be required to cut down drastically on the amount of allegedly infringed material that she can submit to the trier of fact; the entire universe of Ms. Freeman's drafts and notebooks is simply not manageable for lay jurors. Also, we will definitely be "trifurcating" any jury trial(s), in each instance with the jury first hearing evidence and argument about actual copying and reaching a verdict on those issues; followed by (if necessary) evidence and argument and a verdict on substantial similarity; followed by (if necessary) a trial on damages. And I would expect motion practice between trials, especially if there are issues that one side or the other contends are res judicata or collateral estoppel as a result of the preceding trial. That is another reason why the trials cannot be held back-to-back.

It does seem to me that a bench trial is far and away the easiest way to deal with the complexities of this very unwieldy matter and get to a comprehensive final decision as soon as

A-45

possible. The fact that I have no experience with this case and have had no opportunity to form any opinions about any of the merits issues affords you a tremendous advantage – as I said to counsel at the conference, I am a "virgin" where the merits of this case are concerned. If, however, we are going jury rather than non-jury, we will need to decide on a format and set parameters and a pre-trial proceedings schedule for an opening (bellwether) jury trial by November 14. So I need a final decision from each side on the bench/jury issue by the beginning of next week (October 27).

Dated: October 20, 2025

_____

U.S.D.J.

BY ECF TO ALL COUNSEL



Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Colorado, and Illinois

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

November 15, 2024

**DELIVERED VIA ECF**

The Honorable Louis L. Stanton
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Ctrm 21C
New York, NY 10007

| | |
|---|---|
| **Case Title:** | ***Freeman v. Deebs-Elkenaney et al,*** <br> **1:22-cv-02435-LLS-SN** |
| **Re:** | **Plaintiff's Unsealed Exhibits 3-11 and 14-19 and** <br> **Doniger Exhibits 4-6, 11, 15, 18, and 20** |

Dear Judge Stanton:

Pursuant to Your Honor's October 24, 2024 Order (ECF 389), Plaintiff Lynne Freeman hereby files the unsealed versions of Exhibits 3-11 and 14-19 to the Declaration of Lynne Freeman in Support of Plaintiff's Motion for Summary Judgment (ECF 277), and Exhibits 4-6, 11, 15, 18, and 20 to the Declaration of Stephen M. Doniger in support of Plaintiff's Motion for Summary Judgement (ECF 279); which consist of Plaintiff's manuscripts and notes, various pages of Wolff's deposition transcript, and relevant text messages.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

By:  */s/ Stephen M. Doniger*
Stephen Doniger, Esq.
**DONIGER/BURROUGHS PC**
603 Rose Avenue
Venice, California 90291
(310) 590-1820
stephen@donigerlawfirm.com

Mark D. Passin, Esq.
**Reeder McCreary, LLP**

*Attorneys for Plaintiff*

**A-47**

# EXHIBIT 3

A-48

**The World**

A unique world of supernatural beings enhance the very best elements in young adult romance: yearning for acceptance, first love, the seemingly unattainable object of affection, and all the angst that goes with this territory. The story is interwoven with action, mystery and intense emotion.

Anna is almost 17, a time when her kind come into their powers. She has no idea that she is a supernatural being, let alone that such beings exist. She is part Kindred, part Sentinel, and part something else…. She is unique.

Anna carries a strong sense of loss over the death of her father and grandparents in an accident. She has panic attacks – anxiety from the trauma. She can't remember what happened and suffers headaches when she tries. She feels the deaths of her family keenly and it is ever present in her thoughts.

**Kindred**–witch—protectors, guardians of the earth and her creatures, including humans. They protect against demons but also against humans who disturb the natural balance of nature. Kindred are magic and call on the elements directly to make a thing happen. They create spells but don't need them. They are tied to the Great Mother --Mother nature— earth.

**Sanguine** -vampires. They are a race and are born. Conversion is risky for the other races. Weak in the sunlight, hurts their eyes. Alaska is great for them except in the summer. Strong, can compel people to do things, hypnotize in a trance. Sentinels and Sanguines hate each other. Sentinels call them "vamps." Julian bit Anna's father, Dante, and imprisoned him. Dante is chained and trapped in his wolf form. Julian murdered Anna's grandparents who were Kindred witches.

**Sentinels** are a type of shape shifter. Wolf form. Ancient all the way back to Sumeria /Egypt. Dante, Ash, Lily, Baen, Caitlin, Collin. Watchers and protectors of humankind in the supernatural world. They make sure that the rules are followed and that the other races abide by them. Baen and Ash are also berserkers and can take the form of a wolf or a bear. Sentinels are connected to the Earth for their magic. It is the source of their strength. Their magic doesn't work unless they believe what they're doing is right. Sentinels are physically beautiful but dangerous and predatory in the way they move. They can charm and compel animals and humans alike. Very strong.

Anna is something unique, even among her own kind which is of critical significance in the story. Her mother is Kindred, her father Sentinel. But she is also something more, and that is a mystery. She is of mixed bloodlines so that she can restore the natural balance. The fighting among the supernaturals is causing problems in the world at large. Erratic weather, storms, wars among humans –demon driven. She must find the cursed objects which Ash and his family are in Alaska to do. Global warming makes those objects

**A-49**

LF 089412

stronger. Humans cause it with pollution and resource draining, technology. Supes cause it with their wars. World out of balance and in Alaska, animals and nature feel it keenly.

Anna must find the cursed objects and unite the races of supernaturals to restore the natural balance. She will need Ronan's help.

Ronan is said to be evil and responsible for the cursed objects. In truth, he did the lesser of two evils trying to save the people. He is not evil. He is necessary to help retrieve the objects. He has no idea that history has painted him as evil. Ronan is a Druid – supernatural cousin to the Kindred. Like the Kindred there are few Druids left in the world. Their magic is from nature and the land. He is a magus and able to shape shift forms. Wolf, raven. He is also a vampire /demon from his time in Celtic New Zealand when the demons attacked. He has been trapped in his wolf form with Dante at Julian's hands. It's important that he is of mixed blood like Anna so that they can unite the races. He's part of the prophecy like she is, but everyone has got it wrong.

Prophecy says a thrice born daughter will be the key to the destruction of one side or the other, maybe both. But everyone's got it wrong. The daughter of prophecy is the key to restore the natural balance. Because she has grown up in the human world with her powers bound, she has compassion for humanity yes—but she doesn't have antipathy toward the demon races. She believes that evil is a choice, and rightly so.

Ronan and Anna. Barely meet in book 1. He has been a guide to her and has spoken to her trying to help her in his wolf form from the Otherworld. She doesn't remember him or his voice. When he shifts to human form, and they meet she is intrigued and attracted to him at first--. He gives her a summoning stone to contact him, kisses her and bites her lip, taking her blood so he can always find her. Love triangle for book 2. Ash wants to protect her. Ronan wants to help her learn to use her powers to restore the balance. Scene of them meeting again at Sanctuary for book 2.

Races of supernatural beings are all the creatures of myth and legend. Fairytales are true. Selkies, Fae, trolls, sirens, ban sidhe. Dracon -dragon shifting people live in ice caves in Alaska and Russia, Succubi and incubi. Everything in stories.

Katmai is a place like Sanctuary but it's in Alaska (it's a real place only accessible by float plane which makes this fun for the reader). In book 2, it's magically accessed like Sanctuary. Sanctuary is a magical place where all supes meet on neutral ground. No fighting. And no one can do harm because there are wards. Katmai is one of the last refuges where nature is in balance with humans and the supernaturals. The supes go during the summer of the midnight sun when some of them are vulnerable (like trolls etc. and some of the demon races). Anna and friends will go once she knows what she is. Some humor with this because Ash is a berserker and Katmai is full of bears. Those bears are filmed fishing on National Geographic – aren't really bears at all. They're supes.

**A-50**

LF 089413

Case 1:22-cv-02396-LLS-SN Document 297-11 Filed 05/20/2026 Page 54 of 299

**A-51**

CONFIDENTIAL

LF 089414

Case 1:22-cv-00242-LLS-SN Document 737 Filed 07/28/2026 Page 1 of 3

A-52

# EXHIBIT 4

A-52

Now this was interesting.  Aunt Julie and Mom were in the middle of an argument about me and it sounded as if I were going to be on Aunt Julie's side.

My mother sighed in frustration.  "What she doesn't know can't possibly hurt her.  And that is my concern.  I will not lose my daughter."

"Have you ever considered that by not telling her you may very well do just that?"  My aunt sounded every bit as upset as my mother.

"Julie, we have gone round and round about this many times over the years.  I am her mother.  I know what is best for her."

"Just like you know what's best for yourself, right Kate?  Just because you have suppressed your powers and denied your heritage doesn't mean that it's good for you or that it's right."

"I think I'll be the judge of my own life, thank you."

Such cold sarcasm from my mother.  What was this?

"Kate, what if Anna is already using her powers?  She has had the Dreaming since she was little.  There may be very well be other abilities that have manifested or that may manifest this year as she approaches 17."

"Pffft."  My mother disclaimed.  "She hasn't had a Dream in years.  I hardly think we need worry about any of that."

"Maybe she's just not telling you.  When she used to share her Dreams with you, they weren't exactly well received."

That seemed to give my mother pause.

"Kate, I know you love her but you are always trying to change her.  I kow that you do it because you think it will keep her safe.  But what if she ends up in danger because you've never allowed her to become what she's meant to be?"

"I just want her to be normal – to have a normal life."  My mother said.

"Ask yourself this question then:  is she normal?  Is she like the other girls her age?  Does she like to do the things they do?"

"That's not fair Julie."

<span style="color:red">A-53</span>

LF 089440

"Just think about it Kate. You are my sister and I love you but I have a responsibility to Anna as her aunt. And there is so much that she is owed from us Kate. Her history for one."

"I'll think about Julie. That much I'll give you. But let's say I do tell her about our mother and our heritage. What am I going to tell

**A-54**

CONFIDENTIAL

LF 089441

Case 22-1018, Document 127-4, Filed 09/11/2024 Page 1 of 299

EXHIBIT 5

A-55

## Overview / Themes

A unique world of supernatural beings enhance the very best elements in young adult romance: yearning for acceptance, first love, the seemingly unattainable object of affection, and all of the angst that goes with this territory. The story is interwoven with action, mystery and intense emotion.

The Rules of the World are constructed to encourage personal growth, acts of heroism and sacrifice for love. Contrasts play strongly throughout the plot: good vs. evil; loyalty vs. betrayal; loss vs. union; life vs. death –

In planning this book, I started with a heroine who must come to terms with who and what she is in order to come in to her powers. She has issues of self-worth and identity and needs to be healed by the power of love.

Anna St. Claire is a 16 year old girl who has no idea that she is Kindred – a type of supernatural being -- let alone that such beings exist. She is not like the other girls she's in school with and she senses that. She yearns for something – feels that a piece of her life or self is missing and wonders if she'll ever really know who she is or where she belongs. She is unique even among her own kind. This will be of critical significance in the story.

Anna is beautiful but sees herself as a gawky, colt of a girl waiting for her life to begin. She is intelligent and knows her own mind but at turns she is painfully uncertain of her self. She believes that she just wants to fit in and hopes and prays not to be noticed. At odds is her desire to be admired for doing something great and achieving that something.

Anna was born to two parents deeply in love with one another but of an ill-fated match. The reader will discover that she has inherited supernatural powers making her one of several races which comprise the Kindred. The Kindred have existed at least since the dawn of civilization and their purpose is to protect humankind from the things that go bump in the night, namely Demons.

Anna carries a strong sense of loss over the death of her father who was supposedly killed in an elevator explosion when she was seven years old. She lives with her mother, Marcheline, and her Aunt Brie. Her mother is over protective and by her extreme worry and caution with her daughter she has caused Anna's powers to be bound completely in order to keep her safe by maintaining her ignorance of their world. All of this is about to change dramatically as Anna's seventeenth birthday approaches.

Kindred do not come into their immortality / powers until they reach the age of seventeen. At that time, they undergo a physical transformation in which they develop their race's characteristics literally overnight. While they are not truly immortal they are extremely long-lived and very few children are born to them.

Ash MacKay, the hero, is tall, dark and handsome and shrouded in mystery. He's

**A-56**

CONFIDENTIAL

definitely got a secret.  He is a vibrantly good-looking guy with a killer smile.  He appears like the quintessential "bad boy."  He is intense and charismatic.   He also just so happens to be a seventeen year old were-wolf, "berserker" who has recently learned to shift forms.

When Anna is cast off by all of her friends and abandoned to the battlefield that is highschool, Ash and a group of other human students befriend her.  Ash looks like a bit of a bad boy to Anna; at first she is intimidated and slightly offended by Ash's confidence and magnetism.  She is also hopelessly attracted to him in spite of herself.  As their relationship blossoms Anna  realizes that certain things just don't add up when it comes to Ash.  She realizes he has a secret and though it terrifies her she can't stay away from him.

It is through her relationship with Ash that she comes to see herself for who and what she really is.  This helps to free her of her burdens of self-doubt and insecurity and heals her emotional wounds, enabling her to take her place and her powers.  Things become a bit more complicated for all of the characters as Anna comes to terms with what she is and how that plays into the fabric of what is going on in her world.

Lately, Anna hasn't been sleeping very well.  Her dreams are becoming more and more disturbing – she's haunted by dark visions.  Oh, and she's hearing voices and seeing things that perhaps aren't really there.

As for Ash, he is a lone wolf, so to speak, and other than his pack (his family) he has not had the opportunity to form meaningful relationships.  His parents, Drs. Baen and Caitlin MacKay, are noted archeologists who have raised their children all over the world never really laying down roots for very long in one place.

Ash's older brother, Dylan, was murdered by Demons last year.  Ash was unable to help him because he had not yet come into his powers.  Ash has a strong sense of justice and passion for what he believes to be right and more than anything he wants to be a warrior.  He is frustrated by his parents' scholarly ways and sees them as ineffectual in the war against Demonkind.  Against his parents' wishes and behind their backs, he is actively engaging in combat when he can.  He is not going to stand by and let anyone else be hurt by the Demons.

His temper, in fact any intense emotion, can take him over the edge as a new werewolf.  The contrast between Ash's futility in helping his brother and his great strength now is a source of conflict for him.   In spite of having a  loving family and a close bond with his twin, he feels very lonely.  Ash's connection with Anna is intense right from the start.  It is through his relationship with her, supporting her through her own transition and trials that he comes to terms with his brother's death and is healed.  It is also through their relationship with one another that Ash and Anna each find themselves with a unique group of friends with some surprising abilities of their own.

The story is set in high school in Anchorage, Alaska.  It is early fall and the weather is crisp with the promise of a long, cold, dark winter ahead.

**A-57**

CONFIDENTIAL

LF 089443

The lost voyage of Captain Cook is the backdrop of the story with the missing relics Cook collected from around the world having great significance to Guardians and Demons alike. There are a handful of these relics gathered from New Zealand which are cursed, having been removed from the sacred site. If held in the wrong hands, these relics used together can bring about mass destruction.

Drs. Baen and Sorcha MacKay, as archeologists, are on a long-term retrieval mission newly arrived to Anchorage as part of their search on behalf of the Foundation, a company formed by the ruling branch of Guardian Society, the Brethren.

The relics are scattered throughout the world and the retrieval of them as well as the characters and their various roles in the Foundation, offers avenues for development of a series. These teen supernatural heroes and their love stories, have the perfect blend of fantasy, action and romance.

**A-58**

CONFIDENTIAL

LF 089444

Case 1:22-cv-08842-LLS-SN Document 127-45 Filed 11/20/23 Page 1 of 4

# EXHIBIT 6

A-59

Her destiny has been foretold.

He has sworn to destroy her.

Their love is forbidden.

Annalise St. Claire has been marked by the hand of destiny. And strange things are happening to her. Ravens stalk her, visions haunt her and she can fight like a trained assassin—even though she's never had any instruction. With her rare ability to wield talents of both Shadows and Light, Anna is special even among the Kindred—powerful, elemental witches descended from the Priestesses of Avalon and Atlantis.

In the frozen wilds of Alaska—the one place in the world the Unseen cannot recognize one another—Anna is determined to take control of her powers. Her world is turned upside down when she meets the gorgeous and lethal Ash McKay, whose family is hunting her. Anna can't resist his allure even though she knows she's risking her life and the secret of her family's existence. As she tries to find her way in a world she never knew existed, she encounters hidden dangers and choices she never thought she'd have to make—between the boy she loves and her destiny, between love and duty, Shadows and Light . . .

Their love is forbidden. When Anna finds out who and what she really is, will she accept her destiny? Loving Anna goes against everything Ash has been taught to believe. Can he destroy her—or is their love strong enough to cross an ancient divide?

Anna's Powers – Powers of the dark moon goddess, Prophecy, visions, Death / Transition/ dispensing justice, Ravens, snakes, wolves – she can hear animals associated with the goddess, blowing out lights – she can harness electricity

Powers of Light – Truth sensing, creating fire, using the elements blends both

<span style="color:red">**A-60**</span>

CONFIDENTIAL

LF 089445

powers, plants – growth – old ability of making things grow for the harvest

Julian- He wants her bc she looks like Elise and he believes she IS Elise reborn. He understands that she's Elise's daughter but thinks that she's a vessel for Elise's spirit. He also wants her bc he was in the Order and was part of the corruption of the Order. He believes that the Unseen should take over the earth. That this is their rightful place. Wants the Old Ways restored.

He and Elise were in love. When Marchalene wouldn't take her rightful place as a priestess of Avalon, Elise assumed the mantle as the second born.  There was a celebration at Beltane – running of the king stag in which all of the Unseen princes competed.  Dante won. He and Elise celebrated the rights of the goddess uniting with the god – a most holy act --.  Julian felt betrayed by Dante. Marchalene believed that Elise seduced Dante and couldn't forgive her. Annalise was created from their union. **

**Julian is the crown prince of the Incubi. He refuses to marry because of his lost love. He was a part of the Order representing his people. Incubi are all of the Shadows.

**Elise was murdered by Julian after she gave birth to Annalise. Julian stabbed her and killed the High Priestess Alyssandra, their mother.  No one knows that he did it except for Elise and Julian. Julian can't admit to himself. The Dark Moon Goddess, the Morrigan, resurrected Elise to serve as the High Priestess of Avalon, recognizing that she has an important role to play in Anna's destiny.  Elise cannot cross out of Avalon and live.

**Julian went back to the Order but suffered madness. He always felt that the Unseen shouldn't serve humanity and is an elitist. Those views became stronger and

<span style="color:red">A-61</span>

CONFIDENTIAL

more pronounced after he killed Elise. She tempered his views. The Kindred always serve the earth and her creatures—human and animal.

**When Elise died, Anna was given to Marchalene and Dante to raise in the human world. Marchalene felt guilty about not taking her role as a priestess and guilty about Elise's death because she hated her. Julian was at the funeral. Dante had always loved Marchalene and they took it as a sign that they should raise Anna as their daughter. Marchalene turned her back on the Craft and severed her ties to Avalon.

**Elise and Elise only is aware that Anna is the Nyx. Elise chose not to reveal her own existence or Anna's destiny to her sisters. Elise realizes that the only way for the Compact to be restored is for Anna to have a tie to the human world. To be raised as part of it so that she can appreciate the humans and have compassion for them. Otherwise, the Unseen will take over the earth. That is why there is trouble with the Order and Corruption.

**Compact. The Compact broke when leaders of the Houses of Shadows and Light could no longer agree to keep humanity protected from the Unseen. Leaders from both Houses became dismayed to see humans destroying the earth. This benefited the evil demons who would like to have dominion. War broke out with family members serving different sides.

**A-62**

CONFIDENTIAL

LF 089447

Case 1:22-cv-09438-LTS-SLC Document 737a0 Filed 10/20/23 Page 1 of 7

# EXHIBIT 7

A-63

1.      **Anna Limoges / Lauren Limoges**

Olivia Hussey - Tall and slender, pale skin with dark brown hair and
grey / green eyes.  Oval shaped face, pointy chin.  Wide expressive
eyes set under high eyebrows.  Full lower lips.    Long slim nose.  Her
magnificent bone structure was just becoming apparent, with those wide
expressive eyes and her whole angular self.

as if she were wearing her soul on her face with
nothing in between.  Every feeling evident on her expressive face.
(Anna, you have the most expressive eyes – it's as if you are wearing
your entire soul on your face")

Natural beauty.  Little to no make up.  Long straight hair which she
wears parted down the middle.

Doesn't care about fashion.  Good jeans and t-shirts and sweaters.
Dresses for comfort and practicality and mostly to escape the spotlite
and notice of others.

Anna Limoges is a 16 year old girl on the cusp of 17 who has no idea that she is Kindred – a type
of supernatural being -- let alone that such beings exist.  She is unique even among her own kind
which will be of critical significance in the story.  She is not like the other girls she's in school
with and she senses that.  She yearns for something – feels that a piece of her life or self is
missing and wonders if she'll ever really know who she is or where she belongs.

Anna is beautiful but sees herself as a gawky, colt of a girl waiting for her life to begin.
She is intelligent and knows her own mind but at turns she is painfully uncertain of her self. She
believes that she just wants to fit in and hopes and prays not be noticed.  At odds is her desire to
be admired for doing something great and achieving that something.

Anna was born to two parents deeply in love with one another but of an ill-fated match.
The reader will discover that she has inherited supernatural powers making her one of several
races which comprise the Kindred.  The Kindred have existed at least since the dawn of
civilization and their purpose is to protect humankind from the things that go bump in the night,
namely Demons.

Anna carries a strong sense of loss over the death of her father who was supposedly killed
by a Demon attack when she was seven years old.  She lives with her mother, Marcheline, and
her Aunt Brie.  Her mother is over protective and by her extreme worry and caution with her
daughter she has caused Lauren's powers to be bound completely in order to keep her safe by
maintaining her ignorance of their world.  All of this is about to change dramatically as Anna's
seventeenth birthday approaches.

**A-64**

                                                                      LF 089448

Kindred do not come into their Immortality / powers until they reach the age of seventeen.  At that time, they undergo a physical transformation in which they develop their race's characteristics literally overnight. While they are not truly immortal they are extremely long-lived and very few children are born to them.

Witches are the only Kin who have abilities in the 5 elements: earth, air, fire, water and spirit.  Each witch is strong in only one element but has capabilities in the others.  Anna is a 5 element witch.  There are no known witches with this ability in history.  There is a prophecy about a witch werewolf who will sunder the fabric of Kindred society for evermore.  This prophecy along with the demonic possession of the werekin during the Burning Times has caused a rift between witches and weres.  While they work together as allies against the Demon horde, they no longer intermarry . . .

 role in quelling the Demon Horde.

As a werewolf, she has excellent eyesight, health and stamina (all werekin do of course).  She's never been sick even a day in her life.  She  is a natural athlete (though she doesn't do sports doesn't want to stand out).  Werewolves are talented in Earth and bound to that element.

Anna is more than just the Child of Prophecy to the WitchKin.  There is a prophecy about a 5 element witch being born who is the child of light and she shall do some great thing for the Kin and the humans.  There is also another Child of Prophecy who is born of both witchkin and werekin who will be the ultimate weapon in the war but for good or ill we don't know.  This child poses such a risk of hazard to the Kin that s/he could be the end of all Kin or end of all Demons.  The ultimate being who will thwart the balance of light and dark.  This child should not be conceived in the eyes of the Brethren.  Everyone thinks they are two beings but in reality they are two halves of the same whole.  She is Anna.

**ASH MACKAY**.  Tom Welling.  6'3, Dark brown hair, light grey eyes rimmed and flecked with dark blue.  They seem to sparkle -- an irridescent silvery color when about to shift.  Striking, unusual colored eyes framed beneath dark brows. Handsome,  wolfy looking young man.  Mega watt mile with sharp canines.  Magnetic and charismatic.  Can't help but respond to the force of his  personality.  Seductively charismatic.

Ash MacKay, the hero, is tall, dark and handsome but shrouded in mystery.  He's definitely got a secret.  He is a vibrantly good-looking guy with a killer smile.  He is intense and charismatic.  He also just so happens to be a seventeen year old werewolf recently come into his powers. Ash looks like a bit of a bad boy to Anna; at first she is intimidated and slightly offended by Ash's confidence and magnetism.  She is also hopelessly attracted to him in spite of herself.

As for Ash, he is a lone wolf, so to speak, and other than his pack (his family) he has not had the opportunity to form meaningful relationships.  His parents, Drs. Baen and Sorcha MacKay, are noted archeologists who have raised their children all over the world never really laying down roots for very long in one place.

**A-65**

LF 089449

Ash's older brother, Dylan, was murdered by Demons last year. Ash was unable to help him because he had not yet Transitioned into his powers. Ash has a strong sense of justice and passion for what he believes to be right and more than anything he wants to be a warrior. He is frustrated by his parents' scholarly ways and sees them as ineffectual in the war against Demonkind. Against his parents' wishes and behind their backs, he is actively engaging in combat when he can. He is not going to stand by and let anyone else be hurt by the Demons.

His temper, in fact any intense emotion, can take him over the edge as a newly Transitioned werewolf and bring on a shift. Oops! The contrast between Ash's futility in helping his brother and his great strength now is a source of conflict for him. In spite of having a loving family and a close bond with his twin, he feels very lonely. Ash's connection with Anna is intense right from the start. It is through his relationship with her, supporting her through her own Transition and trials that he comes to terms with his brother's death and is healed.

He wears jeans, a black leather biker jacket, has a Celtic tattoo and wears a thin, almost invisible silver wire hoop through his ear. His clothing is somewhat at odds with his physical appearance and personality. He is physically beautiful and god-like. No matter that he dresses on the edge he looks like a model. He's intelligent, polite and has good manners. Cultured. Intelligent and well-read. Loves classical music and Celtic new-age music – things that are soothing every bit as much as wild rock.

Intensely sexually attractive to the opposite sex. Instant leader among males. They respect him and give him a wide berth. Not offended that he doesn't want to be part of the "in" crowd – though they try.

He is a shape shifter. Wolf. Ancient history all the way back to Sumeria /Egypt – maybe further. Cave paintings. The winged human figures, the people with the animal heads – all protecting – they are protectors of human-kind. They are all Kindred - the were-kin and the Mystics.

Anna is overwhelmed by him. The things he says -- that he is so open about his interest in her --catch her off-guard. He is athletic, inhumanly strong. Fiercely loyal. Independent. Doesn't care a bit about what the others at school think.

Motor cycle.

Transfer student from Service – expelled for fighting. The parents didn't press charges because ----. His twin sister came with him.

Thin, silver wire hoop in his left ear, so thin that you don't see it until you're right next to him. Braided leather and silver bracelet with spiral & swirl designs. Very masculine and ancient looking somehow. Tattooed symbols on the knuckles of his left hand which no humans can see

CONFIDENTIAL

**A-66**

LF 089450

except for Anna.   All were-kin have these markings after they have come into their powers.

Supernatural Abilities. ???
His parents are Alphas / leaders.  They are rich, beautiful and elusive.
What do they do?
They live on the upper hillside and have a several acre estate.  Gated.
Unusual in a small town like Anchorage.  But safe and protected for
the Clan.

**Anna's Family**

Mother – **Marcheline** (Jane Seymour).  Tall and slender, cat-eye green eyes.  Anna does not look like her mother.  Her mom has more of a sophisticated, sensually feline  appearance.  Dresses beautifully - mercilessly chic.  Au courante.

Cool and reserved.  Strong personality.

Loves Anna but doesn't really understand her open and trusting nature.
Worries that Anna will be hurt by life.  Tries to make Anna's decisions  for her.  Thinks that she knows what's best because she is trying to protect her.

Marcheline is an artist and a very talented and successful one at that.  She paints abstract (Elan) and her paintings are evocative.  She grinds precious gemstones and makes her own pigment.  People who "need" a certain something are drawn to a specific piece of hers as if by magic and are healed in some way by the art.

"**Uncle Jamie**."  6 ft tall.  Peter Gallgher type.  Black hair,  blue eyes, handsome.  Very friendly, gregarious, extrovert -outgoing and personable.  Owns local ad agency.  Adores Anna and not so secretly in love with Marcheline.

Father – **Dante** .   Christian Bale. Tall, dark brown hair, deep grey eyes beneath thick, dark brows.  Wolfy looking.  Strongly handsome.  Lean, rangy muscles.  Serious and intense.  Extremely handsome male in his prime.

He is fiercely in love with Marcheline.  Wolves mate for life and for the duration of Marcheline's life there can be no other love for him.  They are soul mates.

When he comes back from being prisoner, he will befriend Anna and  protect her.  Marcheline will learn about him when she comes into Anna's room one night to check on her and finds a large Were in the room.  She  knows it for what it is and issues the Shift Spell in the ancient language.  Causes Dante to shift into his male human form.  She puts  her hands to her mouth and gasps heart-brokenly, "Dante?!  Is it really you?" She sobs and puts her hand to her mouth.

"Yes" and he is like stone.

<span style="color:red">**A-67**</span>

CONFIDENTIAL

LF 089451

She sobs and laughs at the same time running into his arms. He holds her tenderly while she kisses his face, his nose, his eyes, his lips and smiles through her tears. "You are alive!" He holds her while tears stream down his face, strokes her hair and says "Beloved," inhaling her scent.

Anna cries watching them. Their obvious love and devotion for one another is tangible.

Marcheline gasps, "how?" and Dante begins his story.

**Uncle Tryp** a/k/a **Buddy the Dog** – Dante's brother. Tall like Dante and two years younger. He tries to rescue Dante, thinking that he is in a demon laire and the Enchantress (demon) Sandrine turned him into a dog. He decides to protect Anna and she "finds him" and keeps him. Siberian Huskey – bright blue eyes. Very insulting for a wolf to be changed into a dog.
He dislikes Ash and growls at him whenever he comes around. Doesn't want Anna to fall in love with a Were like her parents and incur the wrath of the Brethren. Also, just doesn't like a young 'un sniffing after his niece.

**Aunt Brie (Briana Limoges)**
Dark hair almost black, dark almond shaped eyes, high cheek bones, full lips. Olive skin – exotic.

**Baen MacKay**Ash's father and the Clan Alpha Male. Black hair and dark blue eyes. Ruggedly handsome and fierce. A loving father but highly devoted to clan. He and his wife teach at Ash and Morgan's high school in order for their children to be accepted by the school after getting kicked out at the last one. They are in Alaska on a recovery mission for sacred artifacts trying to beat the Demons in finding them.

**Sorcha McCauley**. Ash's mother and the Clan Alpha Female. Dark Auburn hair and warm, golden hazel eyes. (Actress from time movie). Small and delicate, almost elfin appearance. Pointy chin. Highly intelligent.

**Morgan MacKay.** Angelina Jolie. Black hair and blue eyes, full pouty mouth that looks unreal, high arched brows. Nearly 6 feet tall. Long slightly curling hair falls to her waist. Looks like a super model. Dresses on the edge. Big personality. Strong and passionate. Something wild and untamed about her. Boys follow her around like lost puppies. She is amused. There is something almost reckless about her.

Morgan is always willing to try something new. Seemingly unafraid of anything. Fiercely loyal to her brother and her clan as well as friends. Loves Tomb Raider and wants to be a real life Lara Croft – her hero. Puts 110% intensity into everything she does. Loves the underdog.

She too is affected by her brother Dylan's death. She has reacted by wanting to become a warrior archeologist with her brother and having an intensity for life.

**Kirsten the Selkie**. Long silvery blonde hair, white skin and pale grey eyes. Scandinavian.

**A-68**

CONFIDENTIAL

LF 089452

Element of Water. Kirsten is gentle and soft spoken with a lovely singing voice which all Selkies possess. She is in the school choir and is their star. Boys find her attractive but are frightened of her cool reserve. She is called the Ice Princess by the mean girls. At first Lauren thinks that she is a snob but really it's just that Kirsten is reserved and somewhat shy.

**Raven**. Is half Tlinket and has the ability to shift into a raven.

**Mountain Lion.** Fire. Girl.

**A-69**

CONFIDENTIAL

LF 089453

A-70

# EXHIBIT 8

A-70

## _Chapter Analysis_

**Chapter 1**       **11 pages**       (1 - 11)

Introduction to Anna and Marcheline.  Anna has powers that have been increasing lately.  Disturbing dreams that come true; knowing things; tarot cards.

What she looks like.  Doesn't fit in well with other people.

Junior year of high school.  16 on the cusp of 17 years old.

Marcheline irritates her.  Full moon and no driving.

Feels responsible for her dad and grandparents' deaths because she should have known.

Sees Ash and Lily.  Bewitchingly good-looking.

**Chapter 2**       **13 pages**       (12 - 24)

Anna runs into the door while looking at Ash.

Introduction to Taylor and Amanda.  They dump her.

Ash's looks described and the effect he has on people hinted at.

Ash helps Anna when she is upset and crying – takes her to class.

**Chapter 3**       **11 pages**       (25 - 35)

Ash and Anna in Global Studies.  He distracts her by making her talk first.

Introduction to Caitlin and Baen – who are very different than everyone else, Ash's parents and doesn't anyone else notice how different they are?  Danger in a bottle and Lord Viking.

Introduction to the Capt Cook business and Celtic New Zealand – objects brought to Alaska.

**Chapter 4**       **12 pages**       (36 - 47)

Anna feels that someone is watching her and she's been feeling that way a lot.  Large raven in the parking lot that really is watching her. ..

**A-71**

Then Ash startles her and gives her a ride home. Whole sexual tension thing.
**Chapter 4 continued.**

He cannot come into her house for some reason. Already she feels that he is somehow important to her and wonders why.


**Chapter 5          7 pages          (48 - 54)**

We meet Aunt Brie and learn that she is a natural born witch and that Anna descends from a long line of witches.

We meet Hecubus the demon cat and learn that Brie and Marcheline don't see eye to eye about the supernatural world. Brie regarded as eccentric. Anna sees her as warm, wise and talented with animals.

We see a nice bonding with Brie and Anna and Marcheline as her family.


**Chapter 6          16 pages          (55 - 70)**

Aunt Brie has nighttime tea with Anna and discusses the abductions of the teenage girls: 16 years old, after midnight, alone and runaways.

The abductors are reported to have worn strange animal masks.

The concept of a werewolf is introduced.

The witch thing is explained a bit – that Anna has talents that haven't come into bloom yet.

Then the tarot reading: Two wolves on a card become a maiden and a knight. The knight offers her a rose and she cuts herself on its thorns. From her blood, a black wolf arises with an "unholy" light in his eyes – he and the young man snarl over her.

She feels that Ash is one of the knights in the reading but which one? Is he okay or not? She "knows" that he is important to her in such a way that her life will change because of him.


**Chapter 7          19 pages          (71 - 89)**

Dream of dark things in pursuit – crunch of feet in the snow and the flap of wings overhead.

She has a bad day at school. Taylor and Amanda won't resolve their differences. Ash isn't around and she can't help but look for him.

**A-72**

LF 140560

We meet Brendon who is gay and gorgeous and the class president -- childhood friend. Takes her into lunch to stand up for herself.

Weird scene with Taylor and the feeling that Taylor isn't Taylor at all.

Ash shows up in AGS at "their" table and wants her to sit with him. There's blood on his collar. Tells her it happened that morning but the blood is still fresh. She reaches out and looks under his collar only to see a thin, pink line – so whose blood is it?

Ash tries to work his mojo stare on her and Caitlin appears angry, dropping a book to interrupt and makes them move to a seating chart. Ash gets mad and storms out. When he does, her coffee cup gets knocked over and only Anna notices the impossibility of Caitlin catching it when she was standing so far away.

Anna feels that she saw something dangerous and impossible. And then suddenly doubts what she saw.

**Chapter 8**        **19 pages**        (90 - 109)

Anna sees Ash rescue the dog.

Her car stalls a few days later and Ash rescues her, takes her home. They realize they have a lot in common. They have both lost family members they were close to and loved and both blame themselves.

Anna tells Ash about the bizarre circumstances surrounding her dad and grandparents' death: elevator explosion.

Ash tells her he's been trying to stay away from her but can't. Bad influence?

He takes her home and she thinks he is asking her to the Halloween dance – she's very humiliated.

**Chapter 9**        **11 pages**        (109 - 119)

Anna plans to be a gothic vampire but her mother thwarts her plans with Little Red Riding Hood. The gang shows up at her place in their hilarious costumes and she is off. Taylor's boyfriend is in the car and he is bummed. Anna feels sure Taylor dumped him.

**Chapter 10**        **19 pages**        (120 - 138)

Confrontation with Taylor in the bathroom. Feels nauseated around Taylor. Thinks there is

**A-73**

something wrong with Taylor.

At the dance, she thinks that Ash and Taylor are together.

The raven scene.  Same raven that was in the school parking lot and it's following her.  It seems that it is warning her and then Ash appears.  She wonders if all of this is real and questions the abductions.

Ash is Teen Wolf.  She's Little Red.  She and Ash have their dance and they leave together.


**Chapter 11**          **7 pages**          (139 - 145)

He wants to take her to see the northern lights and then meet up with her friends.  Under the light of the full moon, his eyes become gold, his fangs pop out and he acts very very strange.  Anna feels that he is not human.  She is afraid.


**Chapter 12**          22 pages          (146 - 168)

They get to the Lucky Wishbone and she gets Brendan to sneak out with her and take her home.  Warns Brendan that something's "not right" with Ash and not to tell anyone.

Anna does the Tarot again and gets the exact same reading she got before – virtually impossible.

Ash calls on the phone.  He's at her front door.  Little Pig scene.

He tries to calm her down, begs to come in and eventually leaves with Anna agreeing to meet him the next day.


**Chapter 13**          9  pages          (169 - 177)

Anna dreams of being pulled into a mirror by her reflection.  Raven warns her that mirrors are doorways.

She wakes up with her mother clawing at her and going crazy.  It's the moon madness and Marcheline feels Dante.  Brie explains that on Halloween the veil between the worlds is thinnest and that Marcheline can feel Dante or sense him and it makes her crazy.


**Chapter 14**          20 pages          (178 - 197)

Anna's mom lends her some accessories to meet Ash for their "date."  He admits that he's a werewolf and that there's a war between demons and his kind.  Says he's a good guy.  Explains

<span style="color:red">**A-74**</span>

 LF 140562

the difference between what he is and a werewolf – sort of!

His geas is triggered.

**Chapter 15**        12 pages        (198 - 209)

Ash tells her about the demons and how human blood, flesh and spirit are the spoils.  He tells her about the key; the person that his side and the demons are all looking for.  A troubled teen who is battling with a part demonic nature.

His side is searching but not harming the girls.  The demons don't return the girls.

Vision of Ash over the body of a girl with a bloody mouth.  She is conflicted.

**Chapter 16**        16 pages   (210 - 220)

Ash walks her to her car and they meet Collin, Ash's cousin.  Notes that he is sun bronzed and healthy looking.  Tall.

**Chapter 17**        15 pages        (221 - 235)

Anna meets the wolf and he asks if it's initiation.  Tells her his name is Athair Mo Chroid – father of my heart.  Tells her to choose him when the time comes.  Silvery eyes.

Ash picks Anna up for school and meets Brie and Marcheline – charms them and the cat.  No problem with the ward.   Shows her his powers by saving the tea service.  And tells her he could blur her memories.

.

**Chapter 18**        16 pages        (236 - 251)

Ash and Anna drive to school.   He tells her about the demons, the cursed objects and how they have so little time to be together because of what's going on.  Admits he "charmed" her aunt and mother.

Is the warding issue answered?

She feels connected to him and trusts him.  Then they get to school and he tells her they can't be seen together

**A-75**

LF 140563

**Chapter 19**          13 pages          (259 -271)

Ash explains about the demons returning someone and that this person is compromised. Explains that he wants to be with Anna but they will have to be careful.

Brendan grills Anna about Ash and why she was afraid of him and isn't now. Lily tries to warn her away.

**Chapter 20**          16 pages          (272 - 287)

Everyone is staring at Ash and Anna. Taylor glares and Anna wonders if she's the "compromised" student. Then thinks she's being paranoid.

Madame Z puts it out there that Ash and Anna are an item. Cat's out of the bag.

Floriography with Mason and Jenny. Ash's red rose.

Ash kisses her and she sees him with a wolf's head. She worries she has mental problems, like her mother who hears things that no one else does.

**Chapter 21**          14 pages          (288- 297)

Anna is dating Ash. Several weeks of happy bliss. She's happy with her new friends. We learn that Jenny and Rachel are Wiccans and into spells and magic. She can't spend the night with them because her mom says she's going skiing all day Saturday.

Taylor still hates her. Amanda gives her a lei and invites her to a party. Ash is suspicious. Anna trashes the lei and declines the party.

**Chapter 22**          **11** pages          (298 - 308)

Marcheline dupes Anna into going to Amanda's. Taylor's reflection looks at her the wrong way. Anna is afraid that she, Anna is going nuts. Wishes she hadn't let herself get forced into going.

**Chapter 23**          **10 pages**          (309 - 318)

The party. Taylor is mean and Anna dumps punch on her head. Anna feels nauseous touching Taylor and Taylor comments about Anna finding her father. Taylor not Taylor.

<span style="color:red">**A-76**</span>

CONFIDENTIAL

LF 140564

**Chapter 24**          **15 pages**          (319 - 333)

Anna is drunk and dancing on top of a table.  Ash rescues her but she doesn't want to go.  Sees his wolf head on his human body.

They leave and she can see his rings which are magical.  Wants to tell Ash about Taylor but what if it was the punch?

Anna talks to her mom and Aunt Brie about what happened.  They give her a strange warning about how she takes after their side of the family, not her dad's and that they cannot drink alcohol.
Ash explains about the rings and the 5 elements - spells and magic.
Anna wants to tell Ash about her suspicions about Taylor and about her mom and Aunt Brie.  Decides to wait til the next day.

**Chapter 25**          **9 pages**          (399 - 407)

That night Anna dreams of the forest primeval.  Her wolf is there and asks if she's looking for him.  Anna explains that she is looking for her father – that he's dead.  Wolf tells her that the dead walk in this place.

Anna wants to find the truth.  She is confronted with it but at the last minute bolts, hearing her father's voice calling her, she runs toward it and wakes with his warning telling her that to find him she must accept the truth.

**Chapter 26**          **8 pages**          (408 - 415)

Anna goes to the school to get her AGS book and hears a voice calling her to help.  She finds Caitlin in the classroom with a naked bald guy, runes scripted all over his body and black eyes.  Evil.  Caitlin and Demon fight and Caitlin is losing.  What will Anna do?

**Chapter 27**          **11 pages**          (415 - 425)

Rather than leaving, Anna feels compelled to rush in and fight.  Her body goes on autopilot, as if it knows what to do.  The demon tastes her blood and recoils; bows down to her on one knee and calls her Ronan Faolain – and dissolves.

Ash finds her and she's hurt.  He bites her and she realizes that she is the girl from the vision she had of Ash standing over the broken and bloodied body of a girl.

**Chapter 28**    **11 pages**          (426 - 436)

<span style="color:red">**A-77**</span>

CONFIDENTIAL

LF 140565

Anna wakes up with her head in Ash's lap while he's driving and Caitlin in the back seat. Hears Caitlin tell him she's not human.

Ash explains about the bite and the Gift of healing. Anna wonders whether she's still human and is a little disappointed to know that he hasn't changed her.

Caitlin points out that Anna is whatever she was before . . .

They go to Ash's house. Animal masks, weapons and artifacts from a bygone era.

Ash explains that his father is really a Viking . . .


**Chapter 29     10 pages          (437 - 446)**

Ash explains his father's age and his mother's. He explains the distinction between a werewolf and a berserker.


**Chapter 30     14 pages          (447 - 460)**

Caitlin describes the demon attack and Anna's role in defeating it. Anna asks about Ronan O Faolain and is told that he was the Chief Druid who brought his counsel of Twelve to New Zealand after being exiled for bargaining with demons. He wasn't evil but his actions resulted in the wholesale slaughter of his people

Anna's pendant is revealed. Wepwawet, Eqyptian wolf god. When Baen touches it, everyone in the room is turned into a wolf.


**Chapter 31     9 pages          (461 - 469)**

Anna is confused about the pendant and what it means. Baen and Caitlin explain that she is one of them. She is a Sentinel. Their particular race is called Dacian – wolf people. Her father was one and he has passed his pendant on to her. Every single Dacian has the same pendant that Anna wears and they receive it on their birthday. It's a mystery as to why Anna's father gave her his own.

The Pack welcomes Anna and swears a blood oath to her. When she accepts it by thanking them, two of the magical, tattoo rings appear on her fingers: the silver for their particular Pack and the black, a ward against Demons.

**Chapter 32     15 pages          (470 - 484 )**

Ash takes Anna home. Tells her he wants to bite her again.

<span style="color:red">**A-78**</span>

CONFIDENTIAL

LF 140566

She is reeling from what she has learned.  She's a werewolf.  She's going to turn into a wolf.  She looks at her mother and Marcheline and wonders if they know.

Ash is in her bedroom.  He says the cat let him in.  The windows weren't latched in her room.  He can jump – abilities and magic.

She asks him questions about the shift and will it happen to her since she's half human.

**Chapter 33     9 pages          (485 - 493)**

He turns into a wolf and sleeps in her bed.  Tells her he's there to watch over her.  That he will protect her and keep her safe while she goes through her transition.

Anna isn't wholly convinced she's a were – she tells him she descends from a long line of witches, like her Aunt Brie.

He tells her that witches, those who practice Wicca and actually have talent, are really descendants of the Kindred –

She can also talk to him telepathically.  She shouldn't be able to do that yet – not until the first shift.

**Chapter 34     (494 -**

Back at school that week things have changed.  Lily is now part of the group and has inserted herself there.

Anna's abilities are increasing.  She can see things – have visions.  Sees something bad with Brendan, Rachel and Jenny.

She does something in front of them that tips them off that she's other.  Instead of being bothered by it, they feel protective of her.  Maybe Rachel and Jenny have an aunt who is a witch.  They think it's cool.  In fact, they both practice Craft. . . maybe a whole funny "we're wiccans" thing.

Aura - yours lit up like a christmas tree
we saw you.

.

<span style="color:red">**A-79**</span>

CONFIDENTIAL

LF 140567

# EXHIBIT 9

"As she tries to find her way in a world she never knew existed, Anna encounters hidden dangers and choices she never thought she would have to make—between the boy she loves and her destiny, between love and duty and between Shadows and Light."

## Chapter Outline

## Prologue

The reader is introduced to Anna who is in the 3rd week of her junior year of high school as Anna casts a circle and performs a Tarot reading. She has a waking vision in which she's hunted in the woods, discovers a strange serpent ring on her fingers and is faced with a choice: jump into the abyss or fight the man at the edge of the cliff. She can't see his face, only that he has glow in the dark amber eyes rimmed in black. He says, "You! It's always been—you." She steps back and falls into the abyss. Anna comes out of her trance and analyzes the spread which is about hidden truths that a person refuses to see.

## Ch 1

The reader meets Anna's mother and gets a taste of their conflicted relationship as Marchalene drives Anna to school. Anna can't drive on full moon days, her mother is controlling and overly protective and doesn't like Anna dabbling in the Craft—something that she herself used to do. M feels that she should have seen her husband's death coming in time to stop it. M is clear that she wishes Anna would pursue normal activities for a girl her age. The chapter closes with Anna recognizing that her mother loves her but understanding that her mother sees her as a puzzle.

**A-81**

LF 174135

Case 4:22-cv-03326-HSG Document 37-78 Filed 10/13/23 Page 3 of 26
Case 1:22-cv-03426-MSN Document 337-78 Filed 10/13/23 Page 3 of 26

The setting of the story is in Alaska in the fall. Winter is a heartbeat away with the leaves falling to the ground and the darkness setting in.

**Ch 2**

Anna comes to the front doors of the high school and sees a beautiful boy and girl on a motorcycle. She's captivated and runs into a door gawking at them. Boy opens the door for her and she sees his eyes—amber rimmed in black—and wonders if they are the same eyes from her vision last night. She notices the way he smells and wonders if she's being paranoid. Still, she questions whether her internal psychic radar might be giving her an important warning about him.

In class, they end up seated next to one another and he takes an interest in her. Humor with her sneezing off her glasses. Fingers touching and sparks between them.

We meet Taylor and Amanda – learn that Amanda is Anna's best friend who has recently become a "cheerbot," much to Anna's dismay. Brief description of both T and A who don't seem to be very likeable to other girls but are appealing to boys.

We learn that Anna is smart and bookish and that Ash is smart too. Aces his quiz. Anna is trying to resist the strange attraction she feels for him.

**Ch 3**

Taylor gives Anna grief about flirting with the new boy because she, Taylor, has already put first dibs on him. Anna tries to maintain the peace for Amanda's sake but shows some spine with Taylor by not putting up with her strong arm tactics.

<span style="color:red">**A-82**</span>

Anna notices Taylor's new ring—the very same snake ring that Anna is wearing in the vision she had last night. Humor in dialogue with girls.

Amanda breaks up with Anna.  The new boy introduces himself, having overheard the conversation. Ash. They have AGS together (ancient global studies).

**Ch 4**

Anna resists the attraction she feels for Ash. Humor in Ash offering Anna up to introduce herself first to the class. The reader learns that the class is being taught by husband and wife team, Drs. Baen and Caitlin MacKay – Norse and Scottish accents. Ash is their son. Anna notices that there's something "different" about the MacKays and the way they move etc. Anna shows her crazy intelligence by volunteering detailed information about ancient Egypt etc. Anna notices strange tattoos on Ash's inner wrists.

We meet the outspoken, punk fashion forward, Rachel Holland and learn about Celtic New Zealand, the 13 cursed objects that Baen and Caitlin are searching for in AK and hear about Ronan the Bloodletter, who caused the objects to be cursed and brought about the death of his people.

**Ch 5**

Anna is in the parking lot preparing to walk home from school, trying to avoid Taylor and Amanda, and is nearly attacked by a raven. Anna thinks the raven is warning her. Ash gives her a ride home on his motorcycle (with Anna making the conscious decision to go with him, knowing this means war with Taylor).  Romance in the way it feels being with him and the way his body feels.

**Ch. 6**

<span style="color:red">**A-83**</span>

Humor in the banter between Ash and Anna after he brings her home. It seems that the same raven lands on his motorcycle while they're outside talking and Anna is drawn to it. Ash stops her. Anna's mother comes out and scolds her for being on a motorcycle. Ash and Marchalene meet and their meeting goes strangely well, with Marchalene inviting him in. Just when it appears he's coming in, he stops, says he can't today, and leaves.

## Ch 7

Anna overhears her mother and aunt talking about her, why they came to Alaska, that she's safe and that they have conflict between them on what to tell her. Anna confronts them and learns that her father's death was no accident, that his plane blew up after he discovered corruption in the Order. She learns that the Order of the Sphinx is comprised of members of ancient bloodlines.

## Ch 8

Anna's aunt comes to her room with tea that evening and they discuss the article in the paper about the missing teen girls who are being taken and returned 24 hours later with strange marks on the back of their necks. The girls say that they saw people in strange animal masks. Brienne talks about werewolves and Anna talks about wendigos. Reminds Anna that she isn't to go anywhere alone and that she's to wear the amulet Dante gave her always. When Anna asks about the Order and why she and M have kept all of this secret, Brienne tells her that the Order thinks she's dead (Anna).

## Ch 9

**A-84**

CONFIDENTIAL

We learn that Dante died in a plane crash and that the info he had about the Order cost him his life. M and B took Anna and fled to AK to hide and keep Anna safe since they don't know who to trust in the Order (this is part of the truth. M and B suspect Julian may have been involved and have run to ground in AK to hide from him and the Order to ensure Anna's safety).

When Anna demands answers about why they kept this from her, B explains that they wanted to give her a normal life and that if she'd known her dad was murdered then it would have changed how she grew up, perceived herself, etc. Living in fear. Also that what Anna doesn't know can't be used against her or their family. B goes on to tell her about being Kindred, what it means and the centuries of persecution their kind has suffered. The most closely guarded secret in their family is that they are actual Kindred, living, breathing elemental witches with a powerful duty to maintain the balance.  That each Kindred has a calling and a destiny in which to use his / her gifts. That the Order wants them for their magic.

B explains that Avalon is a real place and that Anna will go there physically at her Initiation on her 17th bday.  She explains that Shadows and Light are both gifts that are to be used to serve the balance. B tells Anna of M's gift with her painting (to heal the broken places in people's hearts) and shows her the golden light around her hands for healing. When Anna talks about the dark things that are happening to her, B assures her that this is all normal – a part of her magical adolescence.  Says to her that M is against Anna walking this path but that the choice is Anna's.  Fate is within you. It isn't something you can escape unless you choose to walk away from it. Anna

**A-85**

LF 174139

decides that she wants to know what her powers are and that she won't walk away from her calling like her mother did.

**Ch 10**

School is buzzing with the news of the missing girls and tension is mounting. Anna is being ridiculed by the cheerbots and has a vision of Taylor falling on her butt. . . And then it happens. Anna is happy about that until she recalls the Wiccan Rede (moral code) to harm none and feels a little guilt. Brienne told Anna that Kindred have the ability to harness the energy around them to make things happen. Anna wonders if she's done that without really meaning to . . .and her neck is itchy.

Cafeteria scene with Brendan (humor in the banter between Anna and B) and we meet Carter (Amanda's boyfriend) and Jake (Taylor's boyfriend). Both are big, muscle bound jocks who are nice but not exactly sharp in the brains dept. We also meet Mason who is sharp and witty and learn that Brendan is gay. Brendan is kind and a really good friend to Anna.

Taylor gives Anna the stink eye and Anna becomes furious. She's so angry that the lights blow out and break at the exact moment that Anna stands up to go and confront Taylor. Anna recalls the Three Fold Law of Wicca, what you send out in the world comes back three times three. Anna wonders if she's somehow doing harmful magic and tries to talk herself out of those thoughts.

**Ch 11**

Anna goes to AGS and Ash invites her to sit with him. Humor in their banter about what happened in the first class where he offered her up as the student sacrifice to speak first. She's drawn to him almost against her will. She notices a spot

<span style="color:red">**A-86**</span>

LF 174140

of blood on his shirt and it's as if he tries to will her away from talking about it. Caitlin and Baen look upset and impose a seating chart. His tattoos on his wrists are described. There is chemistry between Ash and Anna. Anna ends up seated next to Jenny Holland, Rachel's cousin.

Cursed objects are discussed and Ronan the Bloodletter. When class is over, Anna sees an impossible thing – Ash knocks over a coffee cup with his back pack as he's leaving the classroom and Catilin catches it from a distance that's too far away to be possible. Anna and Caitlin's eyes meet as Anna leaves the classroom.

**Ch 12**

Three weeks have passed. It's almost the end of October and snow covers the ground. Anna's been working late at the school paper with her new friends (Rachel and Jenny) and her guy friends Brendan and Mason. Everyone's left and Anna's car won't start. Raven jumps on the hood of her car and pecks at the glass, warning her. She gets out of her car to confront it – she's had it and Ash shows up. He gives her a ride to her aunt's vet clinic.

She realizes as they're driving that Ash is just the kind of boy she'd want to be friends with. She's been studying him over the past few weeks. Notices how he dresses and what he likes, that he's smart but not cocky about it and likes to read (he's started a reading trend at their school with everyone wanting to read the books he's reading). Kind to his sister and sits with her at lunch. She likes him as a person. But she's bothered by the attraction she has for him.

They talk about the wolf kill, he explains his tattoos (vengeance for his brother Dylan's death). She wants to confide in him about her dad, she wants to get

<span style="color:red">**A-87**</span>

 LF 174141

to know him but she doesn't tell him anything. She can't help but wonder if the vision she had the night before they met was about him. And until she has clarity she knows she has to tread carefully with him.

He tells her he wants to date her and tries to kiss her. Just as their lips are about to touch she has a vision of danger and pulls away. He asks her to meet him at the Halloween dance and there's humor between them with him giving her sad puppy eyes, etc. Flirty. Scene ends with him kissing her hand and Anna thinking that her misgivings about him were wrong.

**Ch 13**

It's the night of the Halloween dance and Anna's mom brings home the wrong costume. Anna and M have an exchange and Anna is furious. A light blows and Anna's anger fizzles as she considers whether she's doing it. Her neck is bothering her so she looks in the mirror and sees markings on it. When she looks a second time, they're gone. Anna wonders if she's been taken – if she's one of the girls who's gone missing—and questions whether her mom and aunt would tell her. Brienne tells her it's a rash and not to worry but to be careful about getting too friendly with any boys. Anna decides to stay home from her mom's art gala because she's angry and sneaks out with her friends.

Anna's friends come over and there is humor with their costumes, etc before they go to the dance. Anna wonders what is the worst that can happen by her sneaking out.

**Ch 14**

**A-88**

LF 174142

Anna finds Jake in Brendan's car waiting for them. He's in trouble with Taylor for forgetting their 4 month anniversary. He's worried because an older guy, Julian, gave Taylor that snake ring and Taylor's impressed because the emeralds are real. Jake's bringing her a card with a poem. Anna wonders what it is about Taylor that makes guys putty in her hands . . . Humor with Anna's Little Red Hot costume at the dance.

Anna has a confrontation with Taylor in the girls' bathroom. Taylor says she's been out with Ash and Anna challenges her, telling her she's trying too hard to convince everyone. Taylor throws her snake ring at Anna but Anna sees it turn into a real snake. She hears the snake call her priestess and is worried about her visions and powers.

**Ch 15**

Anna bolts outside to get away from Ash, Taylor and the Cheerbots and ends up in the smokers court. She has a confrontation with a huge raven who tells her that she's in danger and calls her priestess—and Ash shows up. Anna wonders whether the episodes with the snake and the raven are part of her calling or not. Is the raven trying to warn her about Ash?

Anna and Ash talk about Taylor and he explains he's not on a date with her. They dance and connect—romance. Banter with Brendan, Rachel, Mason and Jenny.

**Ch 16**

Anna leaves the dance with Ash and they decide to check out the Northern Lights before meeting up with the gang. Romance between Ash and Anna –the sense that they belong together. Ash tells her how he feels about her, how special she is

<span style="color:red">**A-89**</span>

CONFIDENTIAL

and different from the others. They share a first kiss. Ash is left with blue lips and gasping for breath. Anna notices his inhuman, glow in the dark eyes. Amber eyes rimmed in black, just like her vision the night before she met him.

**Ch 17**

Anna recognizes that she's out with Ash in the very same place she was in her vision. She's afraid but she's strong. Instead of giving in to her fear, she confronts it and thinks her way out of a situation that might be dangerous, going along with him as if everything is fine. She's prepared to bolt if she needs to but remembers that this didn't turn out well in the vision. She knows that she's not strong enough yet to fight him even though she has the sense that she wants to do just that.

When they reach the Wishbone diner, Anna gets Brendan to take her home, sneaking away from Ash. She warns Brendan that something's not right with Ash. When they reach her house, the front porch and walkway are covered with hundreds of ravens. And Anna hears their voices inside her head calling her priestess and chosen. Anna walks through the ravens—they clear a pathway for her—and sends Brendan home. Anna recognizes that her experience is extraordinary and that she's no ordinary girl.

**Ch 18**

Marchalene and Brienne aren't home. Anna wonders if Ash is like her—different but not necessarily bad. She wonders what he would think if he knew about her visions etc. She decides to cast å circle and do a Tarot reading. This time when she does the cards, the images lift themselves off of the cards and come to life in 3D, acting out the scene. The scene involves a high priestess, two wolves (one of

<span style="color:red">**A-90**</span>

LF 174144

which turns into a raven in the end) a maiden and a knight with a dagger behind his back. When the maiden and the knight come together in an embrace, he falls over as if he's dead. Anna comes to the realization that this is likely her and Ash and wonders if the vision means that he will try to kill her but she kills him first?— and that he's somehow tied to her calling.

As she's getting ready for bed, Anna takes a look at her neck and back and finds that she has golden glyphs tattooed on her skin. She finds a jar of cream that Brienne left for her which erases the symbols completely. Anna realizes she's been lied to by her family. She wonders if Ash might have the answers.

**Ch 19**

Ash is outside of her house at the front door. Anna feels a strong compulsion to let him in but doesn't. She tells him what she saw when they were alone earlier with his eyes etc and they agree to meet in public, at Barnes and Noble the next day. He tells her that her house is warded and that he can't come in. She pretends to be asleep when her mother and aunt come home. As she drifts off to sleep, the raven calls out to her Shadows or Light it has begun.

**Ch 20**

Mini dream sequence of Anna being pulled through a mirror by a woman who looks almost exactly like her. The woman turns into a raven and warns Anna that she's in danger. It is nearly time for her to choose Shadows or Light and she must follow her calling—that she has an important destiny.

Marchalene wakes her up as M is having a nightmare, sleepwalking and attacking Anna. She calls Anna "Elise" angrily and babbles about how Elise should

<span style="color:red">**A-91**</span>

LF 174145

have told her the truth. She also babbles about Julian and how he must never find out the truth.

Brienne gives Anna a watered down and much edited version of events. Elise was "like a sister" and Julian is an old boyfriend of Marchalene's who was unhappy when she married Dante.

Anna talks to B about her marque and B explains that all Kindred have a witch's mark. B does not know that A is the Nyx. There is no prophecy that the Kindred are aware of in this version of the book. What B does know is that A will be extraordinarily powerful when she comes of age and that there is a potential for trouble bc of her dual nature—being half demon. B warns her that the Kindred's existence is their family's most closely guarded secret. Kindred are in hiding bc of persecution and that others will want them for their magic.

**Ch 21**

Anna meets Ash at Barnes and Noble. He tells her about the Otherworld and the Unseen and Anna realizes that the world as she knows it no longer exists. Watchers are protectors of human kind and regulate the Unseen if they interfere with humans too much or outside of the law.

Shadows and Light are two halves of the same whole. Serving Shadows isn't evil but unfortunately, a faction of Unseen who served Shadows joined the Demons in their bid to enslave humanity. The Compact between the races has been broken and Shadows and Light no longer work together. Mistrust on both sides. Must recover the 13 objects and the Nyx so that she can't use them to tip the balance. The potential is too great for her to be corrupted by the demons. Demons want her to do

<span style="color:red">**A-92**</span>

CONFIDENTIAL

their bidding and need her magic and her blood to sacrifice. Either way she dies in the end. He takes her to the Gloaming.

**Ch 22**

Anna realizes that that she's not so unusual in this strange new world she finds herself a part of and has a strong sense that Ash is part of her calling, that he's tied to her destiny. As much as the Gloaming belongs to the Watchers and is a place for them to heal and recharge, Anna recognizes that the world beyond the ring stones in that place belongs to her. She feels that she's come home.

He explains that he and his family are in the Order and Anna realizes that it's the Order of the Sphinx—the corrupt Order responsible for her father's death. Ash explains how bad demons are and that he and his family are hunting for the girl, the Nyx, and the 13 cursed objects. Ash feels he has to prove himself bc he's so young to be a hunter. He tells Anna the Nyx must be destroyed and that if he's the one to find her then it's his duty to do it. Anna flees the circle of stones and deliberately crosses into the Shadow Realm—the one place she most wants to be.

**Ch 23**

Anna feels joyous in the Shadow Realm. She meets one of her guides, a wolf (who is actually Dante, which we learn later) who asks her where she's going. Anna is quite clear that she's there to learn the truth about herself. Dante tells her that she is blessed by the Dark Moon Goddess and that she has dark gifts: justice, death, transformation, healing, illumination and divination.

Her wolf guide warns her to be careful with Ash but that she needs him to begin her journey. He tells her she'll have allies (these will be her friends who are

**A-93**

also supernaturals). Part of her destiny is to unite Shadows and Light and root out the corruption in the Order. She needs to do this in order to keep the demons from taking over and enslaving humanity. He tells her that the Order is corrupt, that there are those in the Order who are working with the demons to enslave humanity. The way to do this will be revealed to her in time, during her Initiation. This meeting is one step to prepare her along the way.

Chapter ends with Anna and Ash kissing, Ash becoming dizzy and his lips turn blue. Anna feels guilty, somehow she knows she's responsible but doesn't want to admit it.

**Ch 24**

Ash picks Anna up for school. Anna lies to Marchalene and tells her that Ash is gay. Humorous dialogue. Ash comes in for scones. Demonstrates his ability with animals by taming Hecubus, his sense of smell by identifying the herbs in the scones and his quick reflexes by catching the tea service in mid-fall (which no one else sees but Anna). M and B seem charmed by Ash. Anna wonders why she's immune to his talents.

**Ch 25**

Ash and Anna recognize that their parents have forbidden each of them to date the other. When they get to school, Brendan gives Anna a hard time about Ash, Lily tells Anna them being together is a mistake and wrong on every level. Lily tries to reason with Anna by explaining the 13 cursed objects to her. She tells Anna that the Nyx is the only one who can release the demons trapped in those objects, objects that 13 Druids sacrificed their lives in order to keep those demons away from

<span style="color:red">**A-94**</span>

CONFIDENTIAL

humanity.

Anna notices Taylor's ring and they have a scene in the cafeteria with the snake coming to life. Anna wonders if the ring is a cursed object and whether Taylor's the Nyx.

Humor between the friends with Mason doing some "leprechaun" magic, Madame Z's column.

Ash and Anna kiss and Anna has a creepy vision of Ash. When they pull apart, Ash is ill, trembling and his lips are blue. Anna tells Ash they have to talk about this. That something's wrong. That perhaps he's not supposed to be with a human. Chapter ends with Anna knowing that she's what's wrong.

**Ch 26**

Anna and Ash are always with their group of friends bc Anna is afraid to be alone with him. Doesn't want to hurt him. Anna believes T is the Nyx but doesn't want to confide in Ash bc she doesn't want T killed.

T and A invite Anna to their party. Marchalene brings her and Anna decides that this is the opportunity she's been waiting for—to get closer to Taylor to determine whether she's the Nyx by looking for the golden glyphs and black demon script.

Strange dialogue between T and Anna. T warns Anna that things aren't going to work out with Ash. Black widow etc. Anna makes several attempts to get at the back of T's neck. T's reflection turns the wrong way in the mirror. Anna is now more certain than ever that T is the Nyx.

**Ch 27**

<span style="color:red">**A-95**</span>

 LF 174149

The party scene and the power of Taylor with boys swooning and Amanda too. Anna tries to rescue a tall, drop dead gorgeous man she sees T lead away. When she finds them, the joke's on her. Julian, the man, seems amused and is just fine. He tells T to remember what he's told her and leaves.

Anna has too much punch, gives in to her anger and dumps punch on Taylor's head.

**Ch 28**

Anna's friends show up (and Ash) and she can see the masks that they wear – meaning she can see that they aren't human. Ash is upset with Anna for putting herself in a potentially bad situation by acting irresponsibly. Anna vomits in the snow. Anna can see his magical rings on his fingers.

Ash confronts Anna with humor about her being afraid to kiss him. He's known all along that she's been avoiding being alone with him.

**Ch 29**

Brienne and Marchalene are waiting at the front door when Anna gets home. They're not mad at her. They have some weird dialogue about not being able to handle alcohol. Anna goes up to her room feeling sick, knowing that they're keeping secrets, she's keeping secrets.

Ash calls. He tells Anna that they're going to kiss the next time they see each other so he can prove once and for all that they're meant to be together (uh oh). He explains the spells on his magical rings and how magic is really just a binding of the 5 elements. They decide to go to the Gloaming the next day and the chapter ends with Anna determined to tell him everything. Even her family's secret about who

**A-96**

LF 174150

and what they are.

**Ch 30**

Anna heads over to the school parking lot early to meet Ash. She can't wait to see him and cross into the Gloaming. A huge raven lands on the hood of her car and pecks at the glass on the windshield. Anna gets out of the car knowing that the raven wants her to follow it. It leads her to an unlocked door in the school. When she pulls the door open, the raven shoots through the door and flies off down the hall.

Anna looks for the bird but can't find it, feels as though she's being watched. Hears a voice call her and runs toward it. Finds the bald demon fighting with Caitlin. Anna charges in and engages the demon in a fight to the death to save Caitlin. She vanquishes the demon who bows down to her in the end.

Caitlin tells Anna she's not quite what she seems. Ash comes in and finds Anna hurt and bleeding. Bites her to heal her. Anna realizes that the creepy vision she had of Ash when they kissed at school was this moment.

**Ch 31**

Anna wakes up in the car on the way to Ash's house overhearing Caitlin say that she isn't human. When they reach the house, it's a fortress. It's decorated with artifacts that look ancient and valuable. Anna learns that Baen is a Viking and that he and Caitlin met during the Jacobite Rebellion in Scotland. Unseen don't have many kids and are only fertile every 250 years. After age 25 they age 1 year for every 50 human years.

**Ch 32**

Anna meets the rest of Ash's family, more is told of Ronan and the cursed

<span style="color:red">**A-97**</span>

CONFIDENTIAL

objects and we learn that Cook's dagger is the one weapon that can kill the Nyx once she's come into her powers at 17. Anna learns that Ash's family are scholars and hunters. The Order has given the command to destroy the Nyx on sight—she's half demon and there can be no second chances. She's evil. The Oracle has foreseen the Nyx coming together with Ronan and working with a demon using the cursed objects.

When Baen touches Anna's amulet (given to her by Dante), the family is zapped into their animal forms. They tell Anna that the amulet means that she's a Watcher and while they don't expect her to hunt just yet, she's welcome to train with them. They're happy for her to date Ash now. BC she saved Caitlin's life, the clan owes her a life debt. They all swear a blood oath and Anna is gifted with 2 of the 3 magical rings . . . Chapter ends with Anna feeling it's all too good to be true.

**Ch 33**

Ash brings Anna home and tells her he'll meet her in her room. Marchalene and Brienne take in her blood stained clothes and hug her and fuss over her. Anna tells them everything about everything including Ash and his family. No more secrets. They're proud of her. They tell her that this was a test, the raven is one of her guides and that it's a Kindred thing just before Initiation.

Anna is furious about the lies and secrets. They tell her that they had to keep it secret to keep her safe. Once you know about the Unseen world, it has a way of finding you and Kindred are vulnerable prior to Initiation. (What they're really saying is that it's a test bc Anna is half Demon—something that they don't plan to ever tell her. There are hints here about Anna's concern of taking Ash's breath when

<span style="color:red">**A-98**</span>

LF 174152

they kiss).

They explain to Anna that she isn't human and that Kindred are hunted for their magic so they keep to themselves. That the Order would want Anna and whatever corruption is in the Order would lead to Anna's death, just as it did to Dante's. Marchalene confesses that she hoped that if they didn't bring Anna into their world, maybe she would choose to turn her back on her calling.

When she goes up to her room Ash shifts into a wolf to show her not to be afraid when her time comes.

**Ch 34**

Anna hears Ash's voice in her head when he's in his wolf form—which she shouldn't be able to do until her Initiation. She worries about hurting him, since she was strong enough to vanquish the demon and doesn't know what she's capable of. She also feels hungry when she smells him and she knows that there's something wrong with that.

Anna takes a shower and discovers that her entire spine is covered in glyphs and the same black demonic script that was on the demon earlier. And the script is alive and moving on her skin. She can no longer deny that she's the Nyx.

**Ch 35**

Anna feels betrayed by her family. She decides to have one last night with Ash before she breaks things off with him. She's afraid she'll feed on him and won't be able to stop herself. Ash uses some of his Watcher magic to lull her to sleep.

Anna is awakened by Lily. She and Ash and Lily are going to meet an incubus at Sanctuary—safe ground for all Unseen. Anna insists on going, against Ash's

<span style="color:red">**A-99**</span>

CONFIDENTIAL

wishes. She wants to experience the new world she is now part of.

**Ch 36**

Sanctuary turns out to be a notorious local bar. Inside the VIP section, Anna is able to see the masks of the supernatural patrons fall away. She sees a beautiful man that she can't look away from (Julian). He gives her a look of sorrowful longing and starts coming toward her.

**Ch 37**

Anna feels a powerful sense of connection to this man. (Julian will turn out to be Anna's father. I don't think this should be revealed in book 1 – you can tell me what you think). Jenny comes to Sanctuary to get Anna. Tells her that the gang is out front and that they all had the same dream about her, that she's in danger.

On Anna's way back to tell Ash, she has a confrontation with Julian. He reminds her that they've met before at the party with Taylor. He tells her that she looks a lot like Elise. Warning bells for Anna that this man may know not only who she is but what she is. Anna gets in to a fight with Ash, calling him a watchdog, in order to leave with Jenny and keep him focused on his task (meeting with incubus who has info about cursed object).

**Ch 38**

The gang meets up and heads to La Mex for take out. Humorous dialogue with friends. Friends describe their dream. They head to parking lot and run into demons. Anna fights them, kicks, punches and gives the leader a broken nose. Unfortunately, his buddy presses a switchblade to Brendan's throat and Anna allows herself to be taken in order to save her friends.

**A-100**

**Ch 39**

       The vampires who have Anna and her friends take them to the Master. The Master turns out to be Julian—the incubus from Sanctuary, the one who knows Taylor. Julian and Marchalene have history. He wants Anna in order to punish Marchalene . Julian sips the life force of each of the friends naming what they are – leprechaun, faery, ban sidhe, siren. Anna makes a deal that she'll stay with him willingly if he'll let her friends go. After the deal is struck, Mason the leprechaun lets her know it was a bad deal. Julian would have to return them anyway since they're all Unseen or risk war with their respective clans.

**Ch 40**

       Julian explains to Anna that he doesn't really want her. He wants Marchalene to come to him. He still loves her but he hates her for jilting him and leaving him for Dante. He wants her to beg him for Anna. He wants to bring her down. He wants Marchalene to stay with him and tells Anna it's either her or her mother. He explains that Dante is alive and that he's a prisoner and that Elise took Marchalene's place as the High Priestess of Avalon. Julian is crushed that Marchalene did this for Dante— someone she'd known a few weeks when she'd been with Julian for years.

**Ch 41**

       Julian starts to take Anna's life force but she punches him. He hits her back and is maddened that he can't break through her mental defenses. Anna won't give up. Marchalene and Brienne show up just like Julian knew they would. J and M talk. Anna recognizes that J still loves her mom. She learns that J and M were lovers and that M ran off with Dante, left Avalon for him and before J knew it she was having

**A-101**

D's baby. M tries to reason with him (talking about how power is like any addiction and she tried to help him but she couldn't wait for him any longer). J tells M that if he can't have her he'll take Anna. That is something M can never allow—(I'm not sure if I am going to reveal that Julian is her father here or not. I might—I need to see how the dialogue flows). M and B throw witchfire and fight J. Ash and his family show up. Anna kills a Ka Ramun. Lily and Anna act as recon and grab their friends to leave.

**Ch 42**

Confrontation with Taylor and Amanda. Taylor reveals that she and Anna are part succubus. Taylor thought Anna was, too. Taylor is jealous of Anna. Anna takes the snake ring and shows Lily. Anna puts it on her fingers. Melusine's Mirror calls to her and she steps through it.

**Ch 43**

Elise and Anna meet. Elise is the High Priestess of Avalon. She reveals Anna's destiny—to unite Shadows and Light to fight the demons in order to save humanity from enslavement. The demons have grown too strong and they've tipped the balance. That's why the environmental problems, the weather, the increase in violent crime.

The Order has become corrupted. Faction of the Order is in league with the demons. Julian is their leader. He has to be stopped. Anna is told that this destiny is stronger than any ties she has to her family or to the boy she loves. She needs to come to Avalon to train on her 17th bday and leave Ash behind. Kindred are rare and magical and Anna must not reveal that they still walk the earth. Bad on many levels.

**A-102**

 LF 174156

Case 1:22-cv-03426-MSN Document 47-8 Filed 11/25/22 Page 24 of 26

Demons would try to take them. Watchers would feel obligated to notify the Order. They have a sacred duty to protect the earth and its creatures.

Elise is Anna's aunt. Marchalene hates her because Elise's talent is the Sight. She saw what would come of M and Julian falling in love—that M was making a mistake with her heart—but didn't stop it. And the reason why is that Anna would be born. Elise knows that she is the Nyx, a special magical child and didn't tell M. M can't understand why Elise didn't warn her. M feels manipulated by a religion that she no loner believes in. When Dante was killed, M stopped practicing Craft. Until now.

**Ch 44**

Anna is presented with the choice of both wolves, knowing that one is Dante. She frees one and crosses back through Melusine's Mirror with demons chasing after her.

**Ch 45**

Anna realizes she's freed the wrong wolf. She's freed Ronan the Bloodletter. She's the Nyx and she's done the unthinkable. Ronan gives her a necklace to summon him. Ash finds them and turns into a bear leaping after Ronan. Just as his jaws are about to close around Ronan's neck, Ronan turns into the raven and flies away. Anna feels like she's a fool.

**Ch 46**

Anna tells Ash that she needs to tell him something. Misinterpreting the scene and what he thinks she's going to say, Ash tells Anna that he loves her. Anna is tired of the secrets. She loves Ash but can't go on deceiving him. She tells Ash who

**A-103**

and what she is. The line from her vision the night before she met Ash is now realized when Ash says, "It's you. It's always been—you." He has the dagger in his hand (Cook's dagger) and there's a moment between them when neither knows what the other is going to do. Ash tells her that he can't kill her and he won't betray her but this changes everything. He needs time to process. Loving her goes against everything he's been taught to believe.

Anna wants to say the words to bind him to her, to make him see her, not the Nyx. But she doesn't. She has a destiny. She needs to stop Julian and take her place in the fight against the demons. She doesn't know if she can do that and be with Ash. Neither of them knows what choice they will make . .. yet.

**Epilogue**

Anna and Ash are back at Anna's house with their families. Neither is speaking to the other. Anna sneaks out and takes Ash's car. She's not really thinking about what she's doing. She ends up on the highway and has an accident. Ronan finds her and brings her back to the highway. He reminds her to summon him if she's in trouble and is amused when she calls him Ronan the Bloodletter. He turns into a raven and melts into the night sky just as her mother's car is coming toward them. (or should it be Ash??)

A-104

CONFIDENTIAL

LF 174158

Case 1:22-cv-03826-MKV-SN Document 347-8 Filed 07/29/2026 Entry ID: 30-1 Page 226 of 126

**A-105**

# EXHIBIT 10

A-106

Case 1:22-cv-02435-LLS-SN Document 87-89 Filed 07/29/2026 Page 2 of 2

The Key

Anna is the Key.  The thrice born child.

What is significant about her is that she has the power to vanquish demons but by so doing, she can return those trapped soles to their humanity – some becoming human again and getting to live a life; others dying a human life rather than being finally consumed by the demon.

She also has the ability to detect evil – it makes her feel nauseous– and she sees things that others can't.  It turns out that not all of the demon races are necessarily evil.  Vampires not all evil, sucubi and incubi,

This causes the Guardians to re-evaluate and to have allies among the demonic races in the war.

War is coming to a head as a cataclysmic event arises – something like that. . . after 2012, many things changing . .. ???

**A-107**

Case 1:22-cv-06524-DLC-SN Document 37-0 Filed 11/28/23 Page 1 of 5

# EXHIBIT 11

The Plot

Important Plot Points

1.  Ash is a good guy and must do things that Anna sees early on that show her that he's a good guy:

> * he reads stories and does magic tricks every week at the homeless shelters for the children (google homeless shelters)

> * Anna / Lily does the same thing for the pioneer Home

2.  Ash does not like to see the underdog treated badly.  Needs to be a scene where a nerdy boy is being made fun of by the popular boys in the hallway at school.  Tripped over and over that kind of thing.  Ash uses his magic to make the popular kid look stupid.  Anna sees this.  OR maybe something else – jocks being mean to nerd and Ash gives speech about how lame that is when you've been given so much.  Something like that.

3.  Ash saves Anna from being sacrificed by demons.  Girls and boys go missing every year.  Never heard from again.  Sacrificed by demons.  He saves her.

4.  Anna's parents lived as normal humans to avoid detection by Guardians and Demons.

5.  Pope Innocent the 4th Malleus Malificorum.  His brother was killed – married to a Kindred woman.  He blamed her.  Thought she was evil.  Demon possessed him.  He wrote the Witches Hammer.  Many demons possessed these men.

There must be balance in the world.  We are at war.  At any given time, one faction may be slightly ahead of the other.  In times of great destruction, the balance has tipped toward evil.  Hitler, Mussolini, Roman empire, etc.

Prophecy that if Kindred and Werewolf mate, their offspring will tip the balance one way or the other.  Therefore, proscribed by Brethren law for intermarriage between Kin and Weres.  Anna is that child.

6.  Safe Place.  In every city, there is always a safe haven and meeting place for those who serve the light and the dark.  A place where they can meet but no violence can be done.  In Alaska, it's Chilkoot Charlies.  (Ask permission).

**Person against society.**

Anna is not like the other girls she's in school with.  She's a bit of a loner but doesn't necessarily want to be.  She feels like she's meant to be part of something, some group but never can quite find it.  Something's missing.

**A-109**

LF 261014

She dresses differently too.  Her own unique sense of style that is always understated.  Don't look at me.

There is conflict between her and her girlfriends because she is smart and in the smart classes.  Part of ISI (Intnsive Studies Institute) and proud of it.  DORKS to her friends.

Her 2 best friends ex-communicate her because she is cramping their style.

**Person v. Person**

**Anna against the mean girls**.

**Anna and Kate**.  Kate is trying to protect Anna by keeping her powers bound and her identity a secret from herself until she comes into her powers.  (Witch children vulnerable until they reach their immortality at age 16 - 17).  This conflicts with Anna's need to come into herself and her powers.

Make it a tough choice for the reader.  Make Kate's POV understandable in the end – let it surprise the readers when we find out why Kate is so oppressive at times.

**Anna and Ash.**  Ash comes across as gentle and sexy and fascinating yet scary and strong with superhuman powers.  We don't know at first that he's really a good guy.  There is conflict between Anna and Ash.  He wants her but too many secrets.  Need to develop this.  She is scared of him.

Then she wants to be like him and his sister.

We think that their problems are resolved when she finds out he's a werewolf and can accept it.  We also know that she has powers of some kind.  Ash thinks she is part were.  She doesn't tell her mom about her dreams and budding abilities because she isn't sure that her mother knew that her father was a were.

She is stunned when she comes out of the Dreamscape to learn that she is Kindred like her mother and her aunt because she thought the power came from her father.  She mistakenly concludes that her father is human.

Things get stickier when she tells Ash that she is Kindred.  For some reason, Mystics and Werewolves are mortal enemies.  They cannot be together.  Even on the Counsel of the Brethren they are not friendly.  WHY?  Werewolves were enslaved by the demonic vampires at one point historically and served them.  They were used in the wholesale slaughter of Mystics.  Mystics are able to vanquish vampires through spells that they give to the were-kin.  So many were exterminated – almost as bad as the time that the Demons caused the Burning Times of the "witches."  Mystics and werewolves are on the same team but there is deep seated animosity – no Mystic and werewolf would ever pair up.

**A-110**

LF 261015

Were-kin: birds of prey, big cats, winged beings, and Mystics.

**Kate v. Aunt Mary.**

**Jamie v. Dante and the whole Kate / Dante Love Triangle.**

The story must get complicated, go wrong and get worse. Complication creates change and makes the story interesting.

Changes in the character's feelings and actions.

Don't let the reader figure out how it's going to turn out. CHANGE IT.

Plot: Boy and girl meet. Fall in love. Enemy comes and is after boy and his family. BUT, wants girl too? Maybe he breaks up with her because he wants to keep her safe away from the enemy? BUT maybe the enemy was after her all along because her father escaped and the enemy has traced the scent of Dante's bloodline to Anna???

Anna, her mother, her aunt and Uncle Jamie are all mystics. Mystics are magic users and have the primary role of assisting man-kind through teaching and good works. They have been known throughout history – myths and legends. Some were druids, some witches. Mystery of Elusinia – Persephone giving seeds and teaching ancient Greeks how to plant and harvest. Go back to Sumeria and ancient Egypt.

The Mystics and the Weres are known collectively as the Kindred. The weres are the warrior branches to protect against things that go bump in the night. The Kindred are presided over by their religious order, the Brethren, comprised of conservative ancients of their kind.

 The Brethren alone know of a prophecy by the Mystic Helena who was a seer. A child born of Two Houses of the Kindred shall be the key to unlock the darkness or she shall be the key to the light. Something or other.

It became proscribed to marry outside of your house by the Brethren. Until Dante and Kate. The Brethren knew of the marriage but did not know of Anna's birth. On the day that the demons attacked Dante and Kate (and their parents), the Ancients came but too late – everyone was dead except Dante. They took him and saved his life but as penance for breaking the Code he must remain with them as one of their warrior knights and serve the Order. They value his intelligence and powers.

Anna will somehow run into him and free him along with Ash.

——

Captain Cook – lost ship with artifacts. One artifact very important to the up-coming war.

**A-111**

LF 261016

Where did Cook go?  Folklore in Native American stories.

Ian and Sasha are scientists – Dr.s of archaeology in AK on a dig.  Live on large compound like a castle– with some family members and Clan. Working with Native weres to find artifact.

_____

<span style="color:red">**A-112**</span>

CONFIDENTIAL

LF 261017

EXHIBIT 14

A-113

BLUE MOON RISING

by Lynne Freeman



About 135,000 words

CONFIDENTIAL

A-114

LF 109542

Case 1:22-cv-02435-LLS-SN Document 247-10 Filed 11/22/23 Page 3 of 604

+

## Chapter One

The moon is full overhead, pregnant with possibilities and none of them good.

Stunned, I lie on my back in the snow, my eyes full of the night sky above, longing for release—struggling for a breath that won't come. I'm suffocating. My mouth opens and closes like a fish out of water; my diaphragm spasms as I struggle for air, my body thrashing. I can't get my lungs to work. I know this is because I've fallen, and that in a few moments my breath will come back, yet my panic is overwhelming.

When I'm finally able to suck in air, it's in great, gulping, ragged gasps that shatter the stillness of the forest around me. I know I shouldn't make any noise but my body is so starved for oxygen that I have no control. The moon is my focus, my anchor, as the spasms slowly subside.

I'm alone with who-knows-what looking for me. How did this happen? How had I gotten myself into this predicament in the first place?

A-115

CONFIDENTIAL

LF 109543

Case 1:22-cv-02435-LLS-SN Document 247-11 Filed 11/22/23 Page 4 of 604

I can't remember.

In a tangle of my own arms and legs, I slowly catch my balance and stand up, brushing the snow from my clothes and hair. I'm not dressed for the weather. I should feel cold with the snow a raw burn on the flesh of my bare hands. But I don't. My breath doesn't even make puffs in the air. A low snarl rises in my throat and my muscles tense. I wonder at the physicality of my reaction, knowing that something's not right about any of this.

Am I dead?

I was looking for someone. Someone I love with an intensity that feels overwhelming in its urgency. That much I do remember. I must have hit my head somehow.

Gingerly, I thread my fingers through my hair and find that it's damp and matted on one side. When I press against that spot, the pain in my scalp is needle sharp. I can even feel my pulse throbbing beneath my fingers, fast and hard. I pull my hand away and hold it in front of me, rubbing the slippery, wet pads of my fingers against my thumb. Though I can't see clearly, even my strained eyes can tell that my fingers are darkened with blood.

I smear the blood down the front of my jeans, wiping my hands.

Turning in a slow circle, bare trees all around, I realize I'm out on the bluffs above the frozen inlet. Though I can see no houses or lights nearby, I know I'm not too far from home. I need to get out of here. I need to find him, the one I was looking for.

Puzzled, I begin to wend my way through the knee-deep powder, toward what I hope is the street. A strong feeling of being watched makes the hairs prickle on the back of my neck.

A-116

LF 109544

Something is wrong. Very, very wrong.

There is always that moment just before impact when you realize you've made a fatal mistake. An error in judgment, a matter of timing, or simply being in the wrong place at the wrong time.

Sometimes you get lucky and you walk away. Sometimes you don't. And when it happens to you, that moment, you know the price to be paid.

The scent of my blood is a siren's call. I wonder if I'll make it. The taste of my fear is sour in my mouth. A snap of a twig, a soft crunch in the snow warn me of my predicament.

"Hello?" I call out, a note of challenge ringing in my voice. "I know you're there." I bare my teeth in a fierce grin, all bluster and bravado. I wonder at myself and how I know to do this, to betray no sign of fear.

There is no answer, of course. Just the crunching of feet in the snow behind the trees and all around me. Many feet.

Under the cover of darkness they come, those things that go bump in the night and have terrified people since the dawn of time. And when they do you want to be indoors, inside of your home where it's warm and light. Safe. Preferably in the company of friends or family. Because they're real. Monsters.

With the light gone and the full moon rising, whoever they are, whatever they are, they know they have me. What to do? I'm too far from the street to make it to anyone's house and nothing looks familiar under the cover of darkness anyway. I have nothing to defend myself with;

<span style="color:red">**A-117**</span>

LF 109545

Case 1:22-cv-02435-LLS-SN Document 247-10 Filed 11/22/23 Page 6 of 64
Case 1:22-cv-02435-LLS-SN Document 247-10 Filed 11/21/23 Page 6 of 604

no fire, no weapons to speak of.

Now what?

I snap on my penlight, that ridiculously small flashlight attached to my key ring, still in my pants pocket, and scan the tree line around me. The reflection of glowing yellow eyes in the beam meets my own. They're everywhere, all around me in the forest. A shot of fear pulses through my veins, my heart tripping wildly in my chest. There is some small part of me that wants this, the call to battle sounding throughout my body. But I recognize the futility of these feelings. I'm not ready yet. It isn't my time.

"Run!" The hysterical voice inside my head screams. "Run!" But my rational mind knows that would be yet another mistake.

I scold that voice in my head. "Haven't you heard? Never run away from a predator unless you want to be its next meal."

The voice doesn't listen. The instincts born of prey before the predator take control of my limbs and I run. I run as I never have before, sprinting through the snow, leaping over fallen trees and rocks. I run with single-minded purpose but no destination.

They follow.

My senses are suddenly acute, more so than they've ever been before, supercharged by my terror. I can hear their soft footfalls crunching in the snow. On my left, on my right, behind me. They're toying with me. Cat-and-mouse games designed to tire because the cat knows it's strong enough to outlast that mouse every time.

<span style="color:red">**A-118**</span>

Case 1:22-cv-02435-LLS-SN Document 177-13 Filed 11/22/23 Page 7 of 604

And then the inevitable happens. I reach the end of the line, quite literally, my arms flailing wildly in the air as I try to catch my balance. A chasm yawns before me with the frozen inlet just below my feet. I've run the wrong way! Instead of running toward the street, I've run away from it, playing right into their hands.

My arms wind-milling, I somehow manage to steady myself. I look down onto a sheer, icy cliff face. If I jump it's certain death. And if I stay?

I'm trapped on the bluff with nowhere to go.

Choice. A luxury, really, when we have one. Time slows as it does just before impact, when everything moves in slow motion.

As I have so many times before in my dreams, I turn and face my destiny. Amber eyes rimmed in black.

**

Snapping my eyes open, I glance out the window on the passenger side of my mom's car, the trees a blur as I'm still lost to the scene in my mind's eye.

Sighing heavily, I shove the Tarot card clutched tightly in my right hand into my backpack, pinching the bridge of my nose in frustration. The Tower. Not good. A black tower leans on its side stricken by a lightening bolt, the inhabitants tumbling to their deaths. No card in the Tarot scares a reader more than drawing this one. When you draw the Tower, you can expect the very foundations of your world to crumble while you're blindsided by a shocking truth. A truth you refuse to see.

The cards can take me this way sometimes, zipping me into a scene that's either going to

**A-119**

LF 109547

Case 1:22-cv-02435-LGS-SN Document 247-10 Filed 11/23/23 Page 8 of 64

happen exactly as I see it or is symbolic in some way of a future event. This particular waking

vision tastes and feels strongly of premonition.

So what truth am I refusing to see?

**A-120**

CONFIDENTIAL

LF 109548

Case 4:22-cv-02435-JSW Document 37-15 Filed 11/22/23 Page 9 of 604

**Chapter Two**

It was the third week of my junior year of high school. I'd been having a lot of disturbing dreams and visions ever since school started. In fact, all of my so-called "abilities" had been acting up—to the point that I was a little scared of what was happening to me.

I leaned my head back against the leather headrest of my mom's car and took a deep breath, closing my eyes while she drove. I blew my breath out slowly, allowing the tension in my body to release.

"You're awfully quiet this morning, Anna." My mother glanced over at me, her brow furrowed in concern. "Is there anything you want to talk about?"

"No, just tired, that's all." I pasted a smile on my face and tried not to wince, knowing my expression probably looked as pained as it felt.

Marcheline—sometimes I have a hard time calling her Mom—doesn't want to hear about

**A-121**

CONFIDENTIAL

LF 109549

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/23 Page 10 of 604
Case 1:22-cv-02435-LLS-SN Document 31-7 Filed 07/29/2022 Entry 30-1 Page 10 of 604

my dreams. I tried telling her when I was little but she always talked me out of what I saw or heard, telling me it was my imagination or asking me if I thought I was psychic in a way that made me cringe in embarrassment. So I gave up long ago.

The truth is, I've always had a fascination with the supernatural. Tarot cards, astrology, fortune telling, spells and magic—any book about these subjects holds me spellbound.

My first deck of Tarot cards came to me when I was just six years old. A gift from my Aunt Brienne. Dressing up like a Gypsy in flowing skirts and bangles, I'd pretend to be a fortune teller. My dad thought it was hilarious. Marcheline, not so much. I didn't know how to read the cards per se but the pictures somehow spoke to me.

Unfortunately, the cards had a tendency to speak to me of doom and destruction. Bad things.

The cards never told me whom I would marry or how many children I would have. And they still don't. But they're useful.

I guess the "knowing" falls along the same lines. I can't explain it in any way that makes sense. I'd sound like a nut if I tried to tell my friends. But I know things. Things I shouldn't—like when the phone is going to ring. And sometimes I even know who's calling. I reach for the phone holding it in my hand only to realize it hasn't rung yet. I try not to do that sort of thing in front of other people.

Sometimes I slip.

So I find myself having to keep my guard up more than I'd like. The knowing is also

**A-122**

CONFIDENTIAL

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/26/23 Page 1 of 604

completely unpredictable. I have no control over what I know or how it comes to me.

The dreams are part of this curse or gift, depending on whether you're a glass half-empty or glass half-full kind of person. For me, that depends on the day. I began having the dreams when I was very young, probably as far back as when my dad was still alive. Doom and destruction. Bad things. But they always come true. And so at a very young age I learned to pay attention to those dreams.

My Aunt Brienne is the one person I can share this part of myself with. She doesn't judge and she listens. Don't get me wrong. I love my mom. I know she loves me too, but we are seldom on the same page. She's a bit on the uptight side, which is somewhat ironic for an artist. She's also over-protective and has an uncanny sixth sense when it comes to me. So it doesn't bode well to get her mom radar up, especially early in the morning.

She glanced over at me again. "I'm fine," I insisted. "Really."

"Maybe you shouldn't stay up so late reading," she lectured in her mom voice. "I saw the light on underneath your door after eleven-thirty last night. You can't expect to do well at school if you're not rested."

"You're probably right," I agreed. "I'll go to bed earlier tonight."

I was distracted today so it was easier to just agree rather than point out that she wouldn't have seen my lights if she hadn't been up so late herself. My easy surrender caught her off-guard because she let it go. She doesn't usually do that.

A feeling of uneasiness settled over me. I had the strongest sense that something important

**A-123**

LF 109551

Case 1:22-cv-02435-LLS-SN Document 73-18 Filed 11/25/23 Page 12 of 64

was going to happen today—but I just couldn't connect the scenes and the intense feelings I'd had in the vision with anything remotely resembling reality. And it wasn't like I'd be traipsing through the woods tonight, anyway. The events leading up to my vision hadn't come to pass yet, of that I felt certain. But still . . .

Who had I been looking for? I scrunched my nose up and tapped my fingers against the glass. Someone I loved and that someone was male.

My dad was dead and I didn't have a boyfriend or any prospects. I sighed, irritated. How had I ended up in the forest and what-on-earth had been chasing me? I wondered how long I had until the premonition came true.

The press of my thoughts was too heavy on my mind. I didn't want to think about it. Not now. That would just lead to more dark thoughts, other things I didn't want to think about. With all of my so-called talents, knowing things, dreams and the visions from the Tarot, you'd think I would have had some inkling of my dad and grandparents' deaths. But I didn't. Maybe my abilities don't work like that. Maybe if it's someone close to me I'm blind in the world like everyone else.

My blind spot resulted in our exile to Alaska. We'd lived in California before the accident; a time and place of sunshine and laughter. Now we live here, a land of seemingly perpetual darkness and winter.

Alaska is the kind of place that tends to attract eccentric and unusual people, people your parents and grandparents tell stories about over a campfire. Extraordinary and stubborn people who choose to live through relentless and harsh winters, thriving and even embracing the darkness

CONFIDENTIAL

LF 109552

Case 1:22-cv-02435-LGS-SN Document 174-10 Filed 11/23/23 Page 13 of 64

—all for the promise of the golden summers of a never-setting sun.

It's also a place that attracts criminals. And other social misfits.

From what I've seen people move here for three reasons: to seek adventure, strike it rich, or to run away from something or someone. It was to this frozen wasteland of ice and snow that my mother condemned us when she ran away after my dad and grandparents were killed.

I've always felt it was somehow my fault. I should have seen what was coming. For a long time, the accident was just a blur in my mind's eye. If I tried to think about it or remember the details, I would be stricken with a terrible, blinding headache. So I blotted it out as best I could.

Lately though, I found myself haunted by memories, wisps of conversation and images of people and places swirling behind my eyes. It felt as though my memories were trying to push themselves out of a locked box and if I could just pry the lid open a little bit more, I might remember what happened that day and maybe, finally, be free.

My mom's car glided into the parking lot. I felt conspicuous in the sleek, black Mercedes sedan and I couldn't help but squirm in my seat. People here drive SUVs or pickup trucks. The terrain, heavy snowfall and ice demand it. People who are juniors in high school either drive themselves or ride with friends. Not parents.

Most days I drive myself to school in my nondescript Land Cruiser. It's big and safe (a concession to my mom) and about five years old (a concession to me). The days I'm not allowed to drive myself just so happen to coincide with the full moon. The day before, the day of and the day after I'm chauffeured by my mom or my aunt. Marcheline has no idea I've connected the dots and

**A-125**

LF 109553

Case 1:22-cv-02435-LLS-SN Document 377-10 Filed 11/25/24 Page 44 of 604

my aunt just looks at me with regret when I grumble about it.

The three of us make up my family. We're all that's left.

As we pulled into the lot, a few people I didn't know very well waved and I waved back, hesitantly. I felt tempted to turn around and make sure that they were really waving at <u>me</u>. But I didn't.

Lately, it seems as though there are two of me—one who is shy and second-guesses herself at every turn and the other, her polar opposite in every way—confident, strong and certain. Marcheline tells me I don't have enough self-confidence. But I know the truth. I'm <u>different</u>.

Although it was late September, the air was crisp with the promise of the long, dark winter ahead. The leaves were already mostly gone from the trees, laying a brown and gold carpet on the pavement. Puffs of breath hovered in the air like little cartoon captions above everyone's heads. Snow would make its debut any time now.

Like everyone else, I dread this time of year because fall is literally a matter of a few short weeks, with the dawn of winter ebbing on the horizon. The days were already shortening, the loss of daylight palpable. Marcheline had started our light boxes at breakfast two weeks ago—a sign of early winter and the grim reality of global warming with its erratic weather patterns.

"Have a good day, honey." My mom reached over and smoothed my hair back, twining the long layers away from my face. "It's getting cold. You really ought to dry that hair all the way or cut it." She frowned, the expression gently marring the loveliness of her features. "You don't want to get sick."

A-126

LF 109554

Case 1:22-cv-02435-LJS-SN Document 377-10 Filed 11/25/24 Page 15 of 64
Case 1:22-cv-02435-LJL-SN Document 174-8 Entry 130-1 11/25/24 Page 115 of 604

This was a longstanding battle between us. We both have long hair. While her golden-brown mane is always brushed and dried to perfection in the morning, my own inky, dark tresses are varying degrees of damp. I would rather spend the time lying in bed until the last possible minute.

"I'll be fine," I said as I batted her hands away. "Don't worry so much, Mom." I leaned in and hugged her, trying to smile but feeling exasperated as usual.

"Taylor and Amanda are bringing you home, right?" she asked. For some inane reason it's okay for my friends to take me home on the "full moon days." Go figure. These rules are known but never discussed. Just part of the craziness that is my life.

I nodded automatically but for the first time I felt a tiny knot of insecurity. The three of us have been best friends since the second grade but over the past few weeks they'd been acting moody and unpredictable, particularly Taylor. I felt constantly on edge with her, as though she was judging me and somehow find me lacking. I was probably being paranoid, which is what Taylor had said when I'd tried to talk to her about it.

Shrugging off my worries, I grabbed my backpack and pulled my sheepskin jacket closed as I got out of the car.

"Love you, sweetie," my mom called out as I turned to shut the car door.

I leaned down to peer in at her and noticed her eyes were lit with genuine warmth. I gave her a real smile this time, pleased to see her looking at me with pleasure. "Love you, too, Mom." And I realized that I did. I always felt happy when she gave me some sign of affection because so

A-127

LF 109555

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/15/23 Page 16 of 64

much of the time her expression was pinched and worried when she looked at me, as if I were a puzzle whose pieces didn't quite fit together in a way she understood.

I exhaled deeply for a moment, puffing my cheeks out as I braced myself against the car door. Sometimes I wonder if we're really mother and daughter at all. We're so different. She's a fashionista. I'm not. She's a talented and successful artist. I have no artistic talent. Not a drop. Just freaky dreams and premonitions.

As I crossed over from the drop-off area heading to the main doors, I stopped short in surprise. A couple pulled up to the front sidewalk on a large, shiny black motorcycle. They were wearing black leather jackets, gleaming black helmets and leather chaps. Everyone around them stopped cold in their tracks and stared. You just don't see people like that in Anchorage, Alaska. Ever.

For one thing, it's too cold and icy most of the time to ride a motorcycle. For another, the way they were dressed, all in leather, was just too exotic—at least for our fair city of fleece, plaid and Carhartts. The boy parked the motorcycle in a much-coveted front row parking space and turned to talk to the girl as they dismounted.

I couldn't bring myself to look away. They were striking—bewitchingly good-looking and so completely out of place. They were both exceptionally tall. The boy had a slim build but I could tell even at a distance that rather than being skinny, he was fit with lean muscle. The girl stood slightly taller than me, easily five ten or so and the boy was a good four or five inches taller than her. As he pulled off his helmet, I noticed his tousled hair was a rich, dark brown, almost black.

CONFIDENTIAL

**A-128**

LF 109556

Case 1:22-cv-03861-SAS Document 37-18 Filed 11/32/23 Page 17 of 604

He was heart-stoppingly gorgeous.

The girl was lithe and graceful. Her long, white-blond hair curled slightly over the tops of her shoulders and flowed down her back. She was obviously a Pantene Pro-V kind of girl. That hair was just unreal.

They both had full lips and sculpted features with large, brilliant white teeth you would expect to see in a tooth paste ad. As I watched, they stored their gear on the back of the bike. There was something almost feral and predatory in the sinuous way they moved. Never had I seen a more well-matched couple. They could have been super models—only models are ethereal and hungry-looking. These two radiated vibrant, good health with rosy cheeks, red lips and sun-kissed skin. The overall picture was one of dangerous, irresistible beauty.

Obviously, they weren't from around here.

I tried not to stare as I approached the front doors of the school but I couldn't bring myself to look away. As I came along beside them, the boy glanced up and caught me. His beauty was so compelling that I was momentarily overcome. Our eyes locked, his a most unusual shade of what I could only describe as amber now that I was up close, with my own astonished gray. Amber eyes rimmed in black—eyes just like the ones in my vision.

It was in this moment that I felt an instant sense of awareness—a tingling bolt of electricity —my lips parted and I gasped involuntarily. He grinned a wicked grin and winked at me as if he knew exactly what effect he had on me and any other girl for that matter.

And then his expression changed. For a moment it seemed that his eyes held a question, as

**A-129**

CONFIDENTIAL

LF 109557

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/25/23 Page 18 of 64

though he recognized me and thought I should recognize him. I broke out in a cold sweat and forced myself to tear my eyes away. I heard muffled laughter just as I bonked my head right into the glass door.

Flames of embarrassment burned my skin. I couldn't believe it. I really did that. Oh Gawd. How I wished I could just disappear. The boy was at the door in a flash opening it for me.

"Are you okay?" he asked with a hint of laughter in his smooth, rich voice. If chocolate had a voice it would be his.

"Um, yes, thanks," I muttered, forcing myself not to touch my aching head and keeping my eyes anywhere but on his face. He smelled wonderful, a clean, woodsy scent. I inhaled deeply, lost to him and to the moment.

He stepped back and I snapped to, suddenly aware of myself once again and of what I was doing. I bolted inside as quickly as I could, never looking at him, not giving him an opportunity to speak further. This day was not getting off to a good start by any stretch of the imagination.

There was something wrong with me. Clearly. There was no way he was part of some creepy vision about monsters chasing me through the woods, even if his eyes were the same unusual color—amber rimmed in black. Obviously my imagination was on overdrive from my premonition with the Tarot.

As I walked down the hallway to my locker, I realized I was already obsessing about him. Who is he? Why is he here? Where is he from? Was he really that beautiful? Would we have any classes together? How long had he and his girlfriend been together? Were they serious?

**A-130**

CONFIDENTIAL

LF 109558

I couldn't wait to see my best friends, Taylor and Amanda, and tell them what had just

happened.

**A-131**

CONFIDENTIAL

LF 109559

Case 4:22-cv-02435-SAN Document 37-108 Filed 11/25/23 Page 20 of 604
Case 1:22-cv-02435-JSR-JSN Document 37-108 Filed 11/25/23 Page 20 of 604

## Chapter Three

What had just happened anyway? Shaking my head, I couldn't stop my runaway thoughts. When I reached my locker, I dialed the combination and stowed my things. There was no sign of Taylor and Amanda even though the two-minute warning bell sounded. I waited until the last possible minute and then headed to trig by myself.

Disappointed not to catch them before class, I noted with relief that they were already seated at their desks toward the back of the room. I slid into my place. "Hey, guys," I greeted them. "You didn't wait for me this morning. And I have news. . ." I paused meaningfully and grinned, full of myself. I couldn't help it.

"What's the news?" Taylor asked. Appearing slightly bored she held out her hand, checking out her mani and frowned. Apparently, there was a small chip on one fingernail.

"Well," I began, "you'll never guess what," I said, trying to get her attention.

**A-132**

Case 1:22-cv-02435-LLS-SN Document 77-10 Filed 11/25/23 Page 21 of 64

And then he stepped into the classroom. Tall, dark and mercilessly good-looking.

He handed Mr. Beebe a slip. The entire class was focused on the scene in the front of the classroom. Fresh meat. He turned and caught my eye. I looked down quickly, my heart racing wildly.

Why had his eyes gone straight to me when he walked in? It was almost as though he'd been looking for me.

Reminding myself to breathe slowly, I inspected him from beneath my lashes this time, careful not to be caught. Though he was dressed well in black designer jeans and a black t-shirt, the biker jacket and the man-jewelry he wore gave him an air of rock-star-chic.

I've always found jewelry to be tacky on guys. But on him the thin, braided leather bracelet, corded leather necklace and small, thin, wire hoop in his earlobe were just plain sexy.

But he wasn't my type. If I had a type. I hadn't really dated anyone before or even had a first kiss. Pathetic for someone sixteen, almost seventeen. But if I were to date someone, it wouldn't be him. The wry curl of his lip, the confident, almost arrogant way he held himself whispered of danger.

Taylor turned to Amanda. "Yummy," she drawled, openly looking him up and down from head to toe. "You are so looking at my new boyfriend," she purred.

Taylor of the sea-blue eyes and golden hair with warm, honey-colored skin. Her full, pouty pink mouth and inviting looks were enough to undo any boy. Even our teachers were careful of her and gave her a wide berth.

A-133

LF 109561

Case 1:22-cv-02435-LLS-SN Document 137a0adcdd98fef1 Filed 11/15/23 Page 22 of 604

Petite and charming, seductively confident, Taylor could have any boy at school she wanted. And if he was yours or if you showed an interest in him, she wanted him.

I forgave her this crime against the sisterhood because we had been friends for so long, through thick and thin. She and Amanda were the first friends I'd made when we moved to this frozen land and I'd been shell-shocked with grief. They'd taken me in and made me feel welcome, part of a team. We'd been inseparable since.

Lately though, I found Taylor's antics with guys irritating. It didn't seem right that she should have each and every one in her thrall, doling out leftovers and rejects to the rest of us as she saw fit. "What about Jake?" I reminded her. "Did you guys break up or what?"

Taylor and Jake had been going out since summer and were serious—at least as serious as Taylor could be. She had a habit of going through boyfriends the way that other girls go through purses—fabulous and so in love until she spied someone flashier with more bling.

Jake was formerly the hottest guy in school (now that Mr. McDreamy was here and had taken his place), a senior and of course captain of the hockey team. Maybe I was a chapter behind and that's why Taylor and Amanda hadn't been at our lockers this morning.

Taylor said nothing for a long moment. I almost thought she was going to ignore me. Finally, she gave me a sly look. "We haven't broken up yet," she said, her eyes back on the prize. "But we will."

"Poor Jake," murmured Amanda making a little moue of her rosebud mouth. "He's so totally in love with you. Are you sure you want to break up with him? I mean it's so much fun

**A-134**

CONFIDENTIAL                                                                                                    LF 109562

Case 1:22-cv-02435-LLS-SN Document 197-10 Filed 11/25/23 Page 23 of 64

since you're with Jake and I'm with Carter. . ."  She looked at Taylor beseechingly and fluttered her lashes, always practicing her charms.

Amanda's Nordic good looks—shoulder-length blondie-blond hair, pink-cheeked complexion and dark blue eyes—gave her an angelic appearance. Carter, Jake's best friend, fell for it so completely that when she cursed or told dirty jokes (something she did often and with relish ——just not around boys unless she forgot herself,) he actually believed she didn't know what she was saying.

If we were on that old TV show, "Gilligan's Island," she would be Ginger with a twist.  She had the breathy, Marilyn Monroe, wide-eyed blonde shtick down to an art, but rather than sexing it up she kept it cookies and milk with demure clothes and old-fashioned, out-of-date expressions. Guys just ate it up.

"I'm having me some of that, girls." Taylor smacked her lips as she stared at Hot New Guy. She looked hungrily at him and she didn't care who knew it. There was nothing demure about Taylor.

"He has a girlfriend," I said. "I saw them come to school together today on his motorcycle." I felt obliged to warn her for all the good it would do.

"She's toast," she said, smiling confidently like a cat pouncing on a bug. "He'll have to do something about that motorcycle though." She wrinkled her nose in distaste.

Taylor always managed to get her guys to change things about themselves in order to accommodate her. I didn't like the thought of Taylor with him, not at all. The thought that the new

**A-135**

CONFIDENTIAL

LF 109563

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/25/23 Page 24 of 64

girl would probably give Taylor a run for her money brought a secret smile to my lips. I couldn't help it. Though it was disloyal I hoped that just once Princess Taylor would be de-throned. It might be a character-building experience for her.

My own character had had enough building for one day. The desk next to me was open as luck would have it, and it was there that Mr. Beebe sent him. My heart automatically started pounding too hard, too fast. I kept my head down, willing myself not to look at him, even though I would swear he was looking at me! I could feel the weight of his stare burning my skin.

But he couldn't be looking at me. It had to be someone else.

A few seconds ticked by and finally, I couldn't stand it any longer. I would glance his way for a quick second, I told myself, just barely raise my eyes and then I'd look back down.

Slowly, ever so casually, I tucked my hair behind one ear, tipping my head to the side—and —our eyes met. He was smiling. At me.

I jerked my gaze back down to my book feeling ten shades of stupid. Why hadn't I smiled back? I could feel the heat of a slow blush pulsing with each beat of my heart all the way out to the roots of my hair.

"Class," Mr. Beebe intoned in his grating, whiny voice "put away your books. Pop quiz. I sincerely hope you did your homework last night." He grinned evilly and waggled his shaggy eyebrows.

Mr. Beebe is a fat little bald man who no doubt hated high school. And so he rejoices in torturing us, his students. The class groaned collectively as we slammed our books shut, chairs

**A-136**

Case 1:22-cv-02435-LLS-SN   Document 177-108   Filed 11/25/23   Page 25 of 604

sliding, feet shuffling.

Taylor kept peering around me to catch a glimpse of him, trying to initiate eye contact. In fact, it seemed that all of the girls made some excuse to ogle him, dropping pencils, coughing, stretching, as Mr. Beebe handed out the tests. I refused to turn my head to look at him again, even though my treacherous brain kept telling me to sneak a peek.

I studied the problems on the test sheet. The quiz was difficult, mostly due to the fact that I kept reading the same problem over and over again without absorbing anything. My palms were sweating with nerves because he was sitting beside me. Though I don't like math I'm a good student, but if I couldn't get my mind off of him and focus, I was going to blow it.

He's not your type, I kept telling myself over and over.

Frustrated with myself, I erased the last answer I'd written. When I turned the pencil to begin writing again, my palms were so slippery that the pencil jumped right out of my hands, rolled off my desk and onto the floor. I watched in horror as it came to rest directly beneath his desk.

I leaned over to grab it at the same time he did, our heads colliding with a loud "thunk." Our eyes met as we pulled apart. "Are you okay?" he whispered, a corner of his mouth turning up as he handed me my pencil. Our fingers touched for a moment, skin brushing skin.

I nodded, not trusting myself to speak. My fingers tingled where they had touched his.

"No talking!" Mr. Beebe bit out.

"Sorry," he mouthed, his eyes dancing with laughter.

A-137

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/15/23 Page 26 of 64
Case 1:22-cv-02435-LLS-SN Document 54-19 Filed 07/29/2026 Entry 30-1 11/15/23 Page 26 of 604

I smiled back at him this time, feeling dizzy and out of breath but in a good way. I noticed that I was still smiling as I completed the third problem and forced myself to purse my lips. I heard him put his pencil down and glanced up to see him approach Mr. Beebe with his test.

"Is there a problem, son?" Mr. Beebe asked, a hopeful edge to his voice.

"No, sir. I'm done. May I be excused to go to Admin? I need to finish some paperwork," he asked politely in that smooth, dark-chocolate voice that made me want to hear more of it.

"You're done awfully quickly, young man. Are you sure you want to hand this in? It's only your first day here. To be fair I must warn you that it does count as one quarter of your final grade."

"Yes, I understand sir."

"Alrighty then, since you've finished so quickly, how about I grade this for you?" he offered diabolically. There was a long pause.

"Well. Ahem." Mr. Beebe cleared his throat again. "Urhum. All ten are correct." Mr. Beebe sounded disappointed. "Proceed."

All ten correct and I was on number four. It just figured that Hunkypants was smart and beautiful. I decided not to like him on principle.

He wasn't my type anyway.

**A-138**

Case 4:22-cv-02025-ALSN Document 37-10 Filed 11/25/23 Page 27 of 64

**Chapter Four**

"Nice little stunt you pulled in there." Taylor fixed me with a cold, unforgiving glare.

After Trig, I had found Taylor and Amanda in the girls' bathroom, Taylor applying lip gloss, Amanda brushing her hair. They hadn't waited for me after class and hadn't stopped by our lockers.

"What stunt?" I asked, looking to Amanda for a clue. She remained silent and expressionless.

"As if!" Taylor rolled her eyes. "You know what I'm talking about, Anna. With the new guy. I told you I want him and what do you do? Some friend you've turned out to be."

"Seriously?" My eyes widened. "I don't get what the problem is Tay. I didn't do anything. Besides, you've got a boyfriend and he's got a girlfriend." I kept my voice calm which seemed to

A-139

LF 109567

Case 1:22-cv-02435-LLS-SN Document 237-10 Filed 11/15/23 Page 28 of 64

irritate her all the more because her face flushed an angry red.

"The <u>problem</u> is your little pencil-dropping-damsel-in-distress act. Are you trying to prove something?" Her hands were on her hips.

I shook my head, denying the direction the conversation was taking.

"I don't know what's going on with you Anna, but you haven't been acting like yourself lately. Have you got a problem with me?" she asked with hard, angry eyes.

Well, wasn't that the million dollar question? Yes, maybe I did have a problem and I was more than a little sick and tired of her trying to dominate everyone all the time, especially me. Still, I wracked my brain for anything I might have done to earn her anger and came up with exactly nothing. "What are you talking about?" I asked, a little anger of my own rising in my voice.

"You totally went after that guy knowing I've decided he's my next boyfriend. Not cool! And you did the same thing the week before school started at my party, remember <u>that</u>?"

I gave a long, troubled sigh. Not again! We'd been over and over this territory and there was nothing I could say that would change Taylor's mind about what had happened. Taylor had thrown a party the weekend before school started three weeks ago and two of our school's most popular senior guys made an appearance. The one Taylor had dubbed "hers" (Jake was fishing with his family) asked me out. I don't know who was more surprised, me or Taylor—I've never even had a first kiss, let alone a first date! I had done nothing to encourage his attention. And yet he'd spent time talking to me with Taylor fiercely scowling at us.

She had been livid. Nothing like that had ever happened in the history of Taylor, Anna and

**A-140**

LF 109568

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/25/23 Page 29 of 64

Amanda. Nothing like that had ever happened in the history of Taylor and any girl. Guys always but always went after Taylor first.

I had reminded her over and over again that I'd turned him down and then to massage her ego, I'd told her I was sure he'd been drinking and was probably drunk. Part of me had been really angry at the injustice of it all—why should Taylor care if someone asked me out? Shouldn't she be happy that I might finally get a first date? Instead, she'd been petty and jealous about it and I'd hated sucking up to her. I told myself at the time that I wasn't going to do it again. Taylor had only just barely forgiven me.

And now this. <u>Him</u>. I had a terrible, sinking feeling that this was going to turn out badly.

"Listen Tay, I didn't drop my pencil on purpose," I said. "Seriously! It just slipped. He was being polite when he handed it back to me." The words tasted bitter in my mouth, especially after I'd told myself I wasn't going to kiss up to her again. Since when had we made her the queen bee? "You can either believe me or not. I don't care." I threw her a meaningful look over my shoulder, turned with a shrug, and headed out the door to French.

I walked down the hallway to my class with angry adrenaline punctuating my steps. Taylor was out of line.

So why did I feel guilty, as though I'd done something wrong? I had to admit that I was intrigued by Hot New Guy and that was a problem—though nothing would ever come of it and he wasn't my type. Taylor fully expected us to honor the Sisterhood Code even though she and Jake were still together: when a girlfriend likes a guy, you stay away. Hence the guilt. But in Taylor's

**A-141**

LF 109569

Case 4:22-cv-00835-O Case 26:19-cv-07220-Document 737-10 Entry 30-1 11/45/23 Page 30 of 604

case, she claimed every cute guy as "hers" first, so was I really breaking the Code just because I thought he was good-looking too? The whole thing was beyond ridiculous—particularly because he was already taken.

I took my seat in the third row and flipped open my notebook. I couldn't help looking up every time someone entered the classroom wondering if it might be him. I shook my head, irritated with myself—an action I repeated during third and fourth hour as well. My lunch hour, unfortunately, was spent with my honors biology group—no Mr. Hotpants there and no chance to see him in the cafeteria either. Thankfully.

When the bell finally rang for fifth period, I had to admit that I was still looking around for him as I headed to my locker. I dialed the combination, stowed my books and waited for Taylor and Amanda. We hadn't seen each other between classes or in the hallway either. Maybe Taylor was still cooling off. I didn't want to fight with her and hoped she'd realize how stupid the whole thing had been. The new guy wasn't interested in me—he had a girlfriend!

Deep in conversation with one another, I watched as my two best friends walked right past me. I ran to catch up. "Hellooo," I called out waving my hand in front of their faces with a smile. "Aren't you guys going to drop off your books?"

Translation: Truce. Let's not be mad at each other, okay?

"Sure," Taylor answered but just stood where she was.

Translation: No truce and I'm still mad at you.

"Well then, what are you waiting for?" I pointed to our lockers.

<span style="color:red">**A-142**</span>

CONFIDENTIAL

LF 109570

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/25/23 Page 31 of 64
Case 1:22-cv-02435-LLS-SN Document 54-19 Filed 07/29/2026 Entry 30.1 Page 31 of 604

<u>Translation: Come on. Don't be mad</u>.

They looked at each other and then back at me.

"She may as well deal," Taylor said.

"Deal with what?" I asked.

They walked to our lockers and stood in front of me, twinning each other with their arms crossed.

"Well, it's just that it's so crowded here in this hallway, Anna," Amanda informed me. "And we're tired of all the traffic and the noise."

Huh? My confusion was stamped all over my face and I made no effort to hide it.

"What she's trying to tell you is that we've moved," Taylor said with a huff. Her tone was biting. She looked around the hallway, rolling her eyes this way and that, giving every appearance of being thoroughly bored.

"Moved? As in you've moved your lockers away from mine?" Tendrils of panic and dread slithered around in my stomach, making me feel as though I'd swallowed worms. My voice sounded pinched.

"We just couldn't deal with the noise anymore." Taylor smiled a tight smile that didn't quite reach her eyes.

The feelings of panic and dread intensified—the worms were multiplying. They just couldn't be serious! "When did you guys decide to do this?"

"Just after second period," Taylor announced so matter of factly she could have been

**A-143**

 LF 109571

Case 1:22-cv-02435-LLS-SN Document 174-108 Filed 11/15/23 Page 32 of 604
Case 1:22-cv-02435-LLS-SN Document 31-11 Filed 07/29/2022 Entry 30-1 Page 32 of 60

discussing the weather.

My head felt like it was swelling. My thoughts whirled as I tried to make sense of what was happening. I was angry, hurt and above all, confused. Was this really all about the new guy handing me my pencil?

"Where have you moved?" My throat felt tight and I spoke slowly to get the words out as calmly as I could. My voice was off—throaty and deeper than usual. I was going to cry, damn it.

I could sense Taylor was done with this conversation. Her eyes were focused anywhere except on me.

"We're in the middle hallway near the science labs. It's a juniors-only hallway," Amanda said.

"I thought when we checked this summer there weren't any open lockers there," I reminded her.

"True, but three have opened up," she explained cheerfully.

Relief washed through me and I took a deep breath. "Oh." I tried to smile but my parched lips stuck to my teeth. "You guys scared me to death! I thought maybe you were still mad about this morning, the new guy." I sounded breathless. "Let me get my stuff." I immediately began to rummage around, grabbing my backpack and quickly stuffing books into it.

"Wait, Anna. They didn't have three open lockers next to each other." Amanda said it like it was no big deal. "We didn't know for sure if you'd want to move. You'll have to check with Admin and let them know if you want to. The open locker is across the hall and down a ways from

A-144

LF 109572

Case 4:22-cv-03283-SWF9-Nc3Document 32 74-108cy 3Filed,11/15/23-99Page 333 of 60404

ours."

Translation: you can check but don't bother. If we'd wanted lockers next to yours, we wouldn't have moved.

"Are your lockers together?" I had to know.

Taylor's attention finally settled on me. There was such a hard look in her eyes. "Of course."

Translation: like she said, if we'd wanted lockers next to yours, we wouldn't have moved.

My stomach flipped at her words. Of course. Well, that said it all. I had done something and had no idea what—it couldn't be the pencil thing—it just couldn't. Panicked now, I knew the situation had reached critical mass.

"Look, it's obvious you guys are mad at me about something. Could you just tell me what it is? I swear I didn't do it on purpose." I was desperate. They couldn't leave me!

Neither of them said a word. Taylor just rolled her eyes. Finally, after several beats of heavy silence, Amanda gently said, "It really isn't any one thing, Anna."

Translation: we just don't want to be friends with you anymore.

"But we've been friends since second grade." I couldn't believe we were having this conversation. Tears welled up in my eyes. Brokenly, I squeaked, "Are you guys breaking up with me?"

Taylor glanced at her nails and then at me, sighing. The sparkle of her newest piece of jewelry caught my eye; a glittering black and white be-jeweled snake twined around two of her

**A-145**

Case 1:22-cv-02435-LLS-SN Document 37-10 Filed 11/25/23 Page 34 of 64

fingers in a figure eight, the snake biting its own tail. It was unlike Taylor to wear an edgy piece like that but it was probably expensive. No doubt the diamond and onyx gems were the real thing.

Her eyes narrowed as she saw me staring at her ring. She put her hand down by her side and held it slightly behind her back. "Don't be such a drama queen. It's more of a time-out. We're moving on. You're not."

She tapped Amanda's arm. "We've gotta book or we'll be late."

She glanced back at me again. "It's not like we'll never see each other. Lighten up." She flounced off.

"This is really for the best. Maybe you can take some time and think about what's important." Amanda patted my arm and took off after Taylor.

I was completely clueless as to why I had been dumped. Well, mostly clueless. As ludicrous as it seemed, I was pretty sure Taylor somehow thought I'd done her wrong. What did Amanda mean about focusing on what was important? Who were these pod people anyway and what had happened to my best friends? These two girls were my family and had been for a long, long time. When one of us was down, the other two were there to offer hugs, chocolate or a shopping fix. We giggled about boys, got dressed together for school dances, and had sleepovers.

Taylor had been acting funny these past few weeks. But she thought the person acting strangely, the person acting out of character, was <u>me</u>. And all I knew now was that I was alone. While there are some people who sail through high school—the popular, "shiny, happy people" who know the right thing to say and when to say it—I'm not one of them. Taylor and Amanda had

CONFIDENTIAL

LF 109574

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/05/23 Page 35 of 60

been my kind of people. Now I wasn't theirs.

I slumped down to the bottom of my locker and pulled the door close to me, shielding myself from prying eyes. A lump of something sharp and painful wedged itself into my chest and my throat was choked so tight I couldn't breathe. A piece of me had been cut out and thrown away. I could feel the tears threatening to spill and then, of course, they did, running down my cheeks.

I hate crying. I absolutely, positively hate it. I have a sense when I cry that all of the pain I've held onto so tightly will come gushing out, leaving me with no flood control. I'd felt raw and open like a broken dam with the flood waters pouring over me for a long time after my dad and grandparents died, and the truth was I'd never really gotten over it. I just couldn't handle any more loss. And that's what this was: another loss of two people I loved.

I took a few deep breaths, pushing down the rising sob caught in my throat. The dam was holding. My tears were little breaks but nothing to be too alarmed about. I sniffled again.

"Oh no, you don't," crooned a familiar voice.

Caught, I snapped my neck around so fast that I banged my head into the back of the locker. "Ow!" I winced and rubbed my abused head, staring up into <u>his</u> warm, molten-honey gaze. Why had I even bothered to get out of bed today?

"Now that's something to cry about," he said. A gentle smile tugged at the corners of his full lips. He bent down. "If I'm not mistaken, that's your third head injury today. Are you okay?"

I felt a hot blush rise up my neck and stain my cheeks. "How much did you hear?"

"Everything," he admitted and had the good grace to look embarrassed. "My locker is near yours

**A-147**

LF 109575

Case 4:22-cv-00235-SHR Document 37-1 Filed 11/15/23 Page 36 of 64
Case 1:22-cv-00345-SHR Document 37 Filed 11/15/23 Page 36 of 64

and with the door open you didn't see me. I thought it would be worse if I stepped into the middle of things."

Up close like this he was even better looking than I'd remembered. My traitorous heart fluttered in response to his nearness and that made me mad. If he hadn't shown up today maybe, just maybe I'd still have my two best friends. I closed my eyes and groaned. "Great, just great." Sighing, I gave up. I leaned my head back against the lockers and drew my knees to my chest.

He crouched down beside me. "I'm Ash, by the way," he murmured softly and with his thumb he wiped away my tears.

I shivered at his touch in spite of myself, his scent enveloping me. He smelled so good, so right; the way I imagined sunlight dappling leaves in a cool mountain forest would smell—fresh, yet rich and earthy with a touch of green grass and waterfalls. But there was a hint of something else, something darkly elusive and out of reach.

I had the strongest urge to press my cheek into his hand. Instead, I smiled self-consciously and with supreme force of will ducked my chin down and stuck my hand out. "I'm Anna," I said more forcefully than I intended.

He took my hand in his own and pulled me up, steadying me as he did, our eyes fixed on one another. "We've got to stop meeting like this, Anna." A flirty half-smile played about his lips, belying his words. "The bell went off a while ago. What's your next class?"

"AGS, er, that's Ancient Global Studies," I replied. "We've got two new profs from the university starting their unit today since Dr. Bittner left to have her baby—she's on bed rest.

**A-148**

Case 1:22-cv-02435-LLS-SN   Document 377-108   Filed 11/22/23   Page 37 of 604
Case 1:22-cv-02435-LLS-SN   Document 377-108   Filed 11/22/23   Page 37 of 604

Anyway, it should be really interesting—it's about archaeology and ancient civilizations," I babbled nervously. "I've got to run. I'm really late."

I turned to make a hasty escape and before I realized how it happened, my books were in his hands. "Looks like we have two classes together," he mused.

I stood there momentarily stunned. My emotional state was uncertain; partly thrilled to be with the school's newest hottie, humiliated that he had witnessed my downfall and subsequent reaction to said downfall, and surprised that we had not one but two classes together. Speechless, I knew I was experiencing circuit overload.

"Anna?" he began, hesitant. "We're pretty late and I don't think the new profs are going to like that. Are you going to be alright?"

"Um, yeah. Of course. Not really," I muttered. I had to pull it together. Fast.

**A-149**

CONFIDENTIAL

LF 109577

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/25/23 Page 38 of 64

**Chapter Five**

We walked down the hallway in silence. It was awkward for me but Ash appeared calm. He hadn't run into a door, banged his head on a locker or been caught crying—so of course he was fine. When we reached the classroom he opened the door and motioned for me to walk ahead.

"After you," he murmured. He swept his arm out, ducking in a mock bow as I walked past.

We entered at the front of the room. It was so quiet that the silence was painful, particularly since everyone was staring. I hoped it wasn't obvious that I'd been upset. Unlike both Taylor and Amanda, I don't do tears prettily. My nose instantly turns red and swells while my eyes puff up and look small and beady. In short, I look like my birth photo.

There was one table open and of course it was right there at the front of the class. A table for two. I groaned inwardly. Ash set our books down with a thump that was a little too loud as we took our seats.

**<span style="color:red">A-150</span>**

CONFIDENTIAL                                                                                                          LF 109578

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/25/23 Page 33 of 60

I noticed his girlfriend, the gorgeous Amazon with the Pantene Pro V hair, was a few rows over. I hoped she wouldn't be irritated that I was sitting with her boyfriend. That would certainly add to my fabulous day. Gritting my teeth at the cruelty of the universe, I kept my gaze front and center. The teachers' names were on the chalkboard: Dr. Baen and Dr. Caitlin MacKay. Hmm. Husband and wife team?

An extremely tall and extremely blond man strode to the front of the classroom and stood at the lectern to the immediate right of our table. He couldn't possibly be a professor, he was just too—too <u>something</u> and it wasn't scholarly-looking.

He was easily six four, with smooth, lean muscles that rippled under his clothes as he moved. He wore his long, pale blond hair loose about his shoulders. Dressed in worn moleskin pants, leather boots that had seen a lot of wear and a tee revealing primitive looking designs, runes maybe? tattooed in shades of blue ink along his arms, he was the ideal bad-ass Viking. All he needed was a horned helmet and he could star in his very own Hollywood movie. I suppressed a sudden and inappropriate urge to giggle, covering my mouth while I coughed.

"Nice of you to join us," he said, humor touching startling ice-blue eyes. He spoke with a slight accent I couldn't place. Viking perhaps? Though if he <u>was</u> Dr. Baen MacKay, shouldn't he have an Irish or Scottish accent?

From the back of the classroom a woman's voice called out, "This class starts promptly at one o'clock. We would appreciate you being in your seats <u>before</u> the bell rings." Dr. Caitlin MacKay spoke with authority and the faintest, lilting Scottish brogue. Tall and slim, she wore her

**A-151**

CONFIDENTIAL

LF 109579

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/55/23 Page 40 of 604

reddish brown hair pulled back into a loose chignon at the nape of her neck, a style that is not flattering on anyone except fashion models and celebrities. Dr. Caitlin MacKay could easily have been both.

Like Lord Viking, she was dressed casually, even for a high school teacher. She wore fitted cargo pants, worn leather boots and a much-loved chambray shirt from the frayed look of it. I guessed these two were in their field gear though they looked nothing like Indiana Jones and Lara Croft. If this was how <u>real</u> archaeologists dressed, I had to admit I was a little bummed.

Dr. Caitlin MacKay addressed the class first. "For the benefit of our late students, I am Dr. Caitlin MacKay and this is my husband, Dr. Baen MacKay. While we are in class, you may address us as Professor Caitlin and Professor Baen. We are all going to be part of an intimate team."

There was a certain sternness about her—no, that wasn't it precisely. It was more of an intensity. In fact, they both had it. It was almost as if the air moved differently around them.

Lord Viking draped his arms over the front of the podium, gripping the sides as he spoke in a firm, deep voice, "You are junior and senior honor students who have expressed an interest in archaeology of the ancient world. We realize that Dr. Bittner was much loved by her students as the honors professor from the University but now that she has left we hope to take this class in a new direction that you will find stimulating. And challenging.

"Archaeology is the scientific study of past human life and culture by the recovery and examination of remaining evidence, such as graves, buildings, tools, and pottery. We begin our first

**A-152**

CONFIDENTIAL

LF 109580

Case 1:22-cv-02435-LLS-SN Document 174-108 Filed 11/25/23 Page 41 of 604

unit with the study of the ancient Celts, the reason Caitlin and I are actually here in Alaska. As I said, this class will be challenging. You will read material pertinent to your studies daily—as in every day. Should you question whether you are up to the task, drop this class. Now."

There was a collective gulp from just about everyone in the room. No one made a move to leave, though I'd bet some people would be dropping the class later on today. Something about Lord Viking's face looked familiar but I couldn't quite put a finger on what it was.

Caitlin inclined her head, nodding toward us. "We just finished the explanation of how this class will work as well as classmate introductions before you two so kindly joined us, so why don't you introduce yourselves now? I realize you already did this three weeks ago when class started with Dr. Bittner but we ask for your indulgence, since we don't know all of you." She had a teasing look on her face as if she knew just how embarrassing this would be. "Stand up, tell us a little bit about yourself and why you took this class." The focus of her attention was directed to Ash, I noted with relief.

He smiled a lazy half-smile at me. I was struck once again by his allure. There was something about his looks and his presence that compelled me (and every other girl it seemed) to watch him. And those eyes . . . they were beguiling and disturbing at the same time.

"Ladies first," he spoke softly, snapping me right out of my daydream.

"You've got to be kidding!" I whispered furiously, glaring daggers at him. "Et tu, Brute?"

He looked down at the top of our table, smiling to himself and trying not to laugh. Smartypants was well-read enough to know his Shakespeare. Figured.

A-153

LF 109581

Case 4:22-cv-00825-SDJ Document 37-10 Filed 11/15/23 Page 42 of 64
Case 1:22-cv-02435-LSAS-RWL Document 37-10 Filed 11/15/23 Page 42 of 60

"Is there a problem?" inquired Lord Viking.

"No sir," Ash replied politely. "Ms.?" he gestured helplessly toward me, palms open, with a question in his voice.

"Anna St. Claire," I spat.

"Ms. St. Claire," he emphasized slowly, "is going first." His expression was almost innocent as he folded his hands expectantly on the table, waiting to see what I would do next.

Charged with righteous indignation I stood and faced the firing squad. I may not like public speaking, but Drama 101 has served me well from time to time. I knew to breathe, speak slowly and pause so I wouldn't sound as unnerved as I felt.  Breathe, I reminded myself.

"I'm Anna St. Claire," I began. "I applied for this class because I'm interested in archaeology and ancient civilizations." Duh.

Caitlin nodded encouragingly. "Which civilizations do you find of particular interest?"

"Well, I love ancient Egypt probably the most—the art, the religion, the pyramids—all of it." I replied. "Thracia, Sumer, Assyria and oh! the Minoans are fascinating."

Dork that I am I have almost an obsession with ancient cultures; their art history, temples, you name it. No doubt I was saying too much but with him sitting next to me I couldn't seem to stop myself.

"Oh, and I love all of the 'Raiders of the Lost Ark' movies. They borrowed little bits of history and made them appealing to everyone." Did I really just say that? Word vomit. I sat down quickly, my cheeks flaming.

**A-154**

LF 109582

Ash was staring at me with an expression that was a cross between appreciation and disbelief, as if he didn't quite know what to make of me.

Lord Viking beamed. "I love 'Raiders of the Lost Ark' too. Great movies, but that part about Jones being afraid of snakes was highly improbable." He chuckled.

Only that part?

"How about you?" he said, speaking to Ash. There was an edge to his voice, though I couldn't understand why. It didn't seem likely that he'd heard the hushed exchange between Ash and myself. Had he?

Ash stood up, looked at the class and slowly stretched. His posture was confident, almost defiant. "I wasn't given a choice about taking this class." He paused, glancing over at Professors Baen and Caitlin McKay. "Anymore than I had a choice about archaeology."

He was quiet for a long moment that stretched into an uncomfortable silence. There was tension between Ash and the doctors MacKay. Why?

"You might say I've been spoon-fed a steady diet of the stuff since I was born. Oh," he hesitated, looking directly at me. "And I love all of the 'Raiders of the Lost Ark' movies too." He gave his best bad-boy grin, one that would do Tom Cruise proud. "I'm Ash. Ash MacKay."

Shocked, I stared back and forth between him and his parents. Now I knew what was so familiar about Baen; he and Ash shared a subtle similarity of features. But it wasn't only that. In fact, now that I thought about it, all of the MacKays moved with that same sinuous, predatory quality, almost like danger in a bottle waiting for the right moment to come undone.

**A-155**

CONFIDENTIAL

Case 1:22-cv-02435-LLS-SN   Document 174-10   Filed 11/25/23   Page 44 of 60

Baen looked at his son with an unreadable expression in his eyes, though the ghost of a smile twitched his lips. "Now that introductions have been made, we will use the remaining time to discuss the ancient Celts."

Relieved to be out of the spotlight, I pulled out my notebook to capture his words. He paced before the class, barely restrained restless energy like a lion with a twitch in its tail.

"The ancient Celts, and yes, that's pronounced 'kelts' not 'selts' like the basketball team, were fierce warriors. So fierce in fact that they fought naked to intimidate their foes. They painted their bodies with blue woad, often in magical designs for protection."

He paused for dramatic effect. "They were even known to use a type of paste to spike their hair like modern day punk rockers." His muscles flexed as he gripped the podium and for a moment it appeared that the tattooed designs on his arms wavered. I blinked, wondering if my eyes were playing a trick on me.

"Can you imagine being on the other side of a fight with hundreds of naked blue guys with spiked hair charging after you?" Excitement animated his features. It was easy to picture the battlefield, maybe like something out of "Braveheart." When a teacher loves his subject, it's easy to catch the enthusiasm.

"We were warri—" he began. Caitlin gripped his arm, interrupting whatever he'd been about to say. She gave him a wry look, as if he was having too much fun or was perhaps lost in the imagined scene.

She bit her bottom lip before continuing where he'd left off. "The Celts were a diverse

CONFIDENTIAL

LF 109584

Case 4:22-cv-00825-SDJ Document 37-10 Filed 11/05/23 Page 45 of 60

group of tribal societies first appearing in Greek texts during the period archaeologists refer to as the Iron Age in Northern Europe, between 900 BCE and 400 BCE.

"The Celtic countries are Ireland, the Scottish Hebrides and Highlands, the Isle of Man, Wales, Cornwall, or Brittany. Celtic artifacts have been discovered here, in Alaska. Does anyone have a guess about how that could've happened?" She cast her gaze about the classroom looking for an answer.

Celtic objects in Alaska? It's a long, long way between Ireland and Alaska. I looked around, noticing that no one else had a clue either.

Caitlin continued, "I'll give you a hint: the objects were brought here in trade by an English explorer, navigator and cartographer in the late seventeen seventies. This individual is considered one of the greatest explorers of his time. Anyone have a guess?" She looked at all of the students, row by row.

"No? He was the first European contact in what was known then as the Sandwich Islands, better known today as the Hawaiian Islands."

There was only one explorer I could think of who might fit the bill, though I wasn't sure. Captain Cook? Cook Inlet was named after him, as well as the iconic Hotel Captain Cook downtown.

"Very good, Anna," Caitlin said, approval written all over her face.

I felt my eyes widen. I really had no idea that I'd said that out loud. Out of the corner of my eye I turned to see Ash staring at me. What was it about him that made me feel so unsettled?

A-157

LF 109585

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/15/23 Page 46 of 604

"Cook discovered Alaska quite by accident in his bid to find the then-fabled Northwest Passage, connecting the Atlantic and Pacific oceans in the hope of a trade route. Fortunately, or unfortunately, Cook got caught in Alaska's Devil's Triangle—if you believe in such things—and landed here instead." Baen made a show of teeth that he passed off as a smile. "The Devils Triangle runs from Anchorage to Juneau and out to a section of wilderness with a point in the ocean. Cook's instruments wouldn't function and here he landed.

"Even so, the discovery of Celtic artifacts here in particular <u>is</u> a bit of a mystery," Baen said with relish. He casually leaned his back against the chalkboard as he regarded the class.

Rachel Holland, the editor of our school newspaper, raised her hand. "How did Celtic artifacts reach New Zealand in the first place? That's kind of a stretch isn't it? I mean weren't the Maori the first people to inhabit New Zealand?" she asked. "Or was there a Devil's Triangle there, too?" she said with a hint of sarcasm that made me uncomfortable.

Rachel was a force to be reckoned with. Outspoken and confident, she was seemingly fearless. This week her hair was burgundy black and as always, with her Goth style she was a poster child for Hot Topic with her black platform boots, fishnet stockings and studded accessories.

"Aha! A worthy opponent," Baen said, amused rather than offended. "No Devil's Triange. And yes, the Maori are indeed recognized as the indigenous people of New Zealand. How did they get there?" he asked, gesturing for her to supply her name.

"Rachel Holland," she answered. "By canoe, I guess. I mean they're a Polynesian people, right?"

**A-158**

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/22/23 Page 47 of 64

Baen nodded. "So it stands to reason that if <u>they</u> reached New Zealand by canoe, surely the ancient Celts could have reached New Zealand, wouldn't you say, Rachel?"

Caitlin jumped back into the discussion. "Roman accounts of Celtic shipbuilding indicate they produced blue-water vessels capable of long ocean journeys."

Rachel raised her hand again, looking irritated. "Okay, fine. I'll bite. But I've never heard of Celtic artifacts or anything in New Zealand."

Gotta love Rachel for not taking anything on faith, even from our very own Ph.D.s.

Caitlin said, "There is evidence of a Celtic settlement that once existed in New Zealand. Burial remains of European peoples, remnants of agricultural activity and stone structures of Celtic design, not to mention stone circles and hill forts." Caitlin was excited and as I watched her move, walking around the classroom I wondered whether anyone else noticed how different all of the MacKays were from the rest of us.

Rachel raised her hand yet again. "So what happened to them? I mean if they were there before the Maori, where are they now?"

The expression on Caitlin's face was indiscernible. "They were all wiped out. Every man, woman and child. No one knows precisely what happened—though legend has it that one man, Ronan O'Faolain, a druid, was responsible for the wholesale slaughter of his people. The story goes that he and his priests burned them all alive. The mystery behind that legend is of the reasons the topic is so controversial. Does anyone have an idea why that might be?" she asked.

The bell interrupted before we could learn the answer.

**A-159**

CONFIDENTIAL

LF 109587

Case 4:22-cv-00235-ALM Document 37-18 Filed 11/03/23 Page 48 of 60

"Ash," Baen glanced our way. "May I speak with you for a moment?"

I scooped my books up and gave Ash a look. "There's an expression about pay backs. Looks like yours is coming right about now." I don't know where that came from but after the morning I'd had, it felt really good saying it.

He looked at me for a moment, his eyes dancing with laughter. And then he just grinned that million-dollar smile of his. It was the kind of smile that automatically invited you to smile back, whether you felt like it or not. I resisted at first but he made it hard, the way he was looking at me. I couldn't help it. I wasn't immune, as much as I might try and pretend otherwise. I turned on my heel, biting my lip, and left.

**A-160**

LF 109588

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/24 Page 49 of 60

**Chapter Six**


Okay, there it was again. That feeling that someone was watching me and I'd been having it a lot lately. I could literally feel the push of someone's eyes on me—but whenever I turned around of course, no one was there. Walking home alone in the near dark of an Alaskan afternoon was an uncomfortable prospect.

My mom thought I'd be catching a ride with my "friends" but now that they'd broken up with me I had to figure out how to make it out of the school parking lot without running into Taylor and Amanda. Then I would be home free.

I grabbed my backpack out of my locker and made a show of straightening things up (in case anyone <u>was</u> watching). I pulled on my sheepskin coat and shoved my hands into my knit gloves—my only concession to the approach of winter. And finally the moment of truth was upon me: I needed to head out the front doors. Breathing in deeply, I took the plunge. Maybe if I just

**A-161**

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/25/23 Page 50 of 64

kept my head down I wouldn't see them. If I couldn't see them, then they wouldn't see me . . .

Striding briskly along the sidewalk, I had to walk around the parking lot to leave the school grounds. I tried my best to think invisible thoughts. "<u>You don't see me. You don't see me</u>," I said, repeating my mantra silently inside my head.

The air felt crisp with the bite of winter's first kiss. The sun was still out, though it was sitting low on the horizon, the sky its usual shade of unrelenting gray at this time of year. There was maybe an hour or so of daylight left before the darkness closed in.

I took several more deep breaths, steeling myself for the next step of crossing the parking lot. I dreaded this walk. The walk of shame. It seemed everyone had a car or a ride with a friend who had a car. Not me. Not today and not tomorrow either. Anyone seeing me walk would know something was up if they hadn't already heard about it. Rumors and gossip spread through our school like a flu epidemic. And while it's okay for freshmen and sophomores to walk, juniors never walk.

I looked down and kicked a pebble with the toe of my boot. I felt exposed. Vulnerable. "<u>I'm no victim</u>," I told myself. Taylor was being unreasonable and Amanda was an idiot.

I was doing fine until I chanced to look across the lot. A dark cloud passed overhead and a sudden chill wind kicked up reaching cold, pinching fingers down the back of my coat. I pulled my collar up around my ears and spotted my former BFFs. They were standing in front of Taylor's Lexus SUV laughing with their boyfriends, Jake and Carter. The boys each had an arm around the girls, warming them. Unbelievably, they hadn't noticed me. But a raven, poised so still I wasn't

A-162

LF 109590

Case 1:22-cv-02435-LLS-SN Document 374-18 Filed 11/25/23 Page 51 of 604

sure it was real, had. It was perched on the roof of Taylor's car.

The press of its stare was disturbing; there was such an uncanny look of awareness in it. I tried to tell myself I was being ridiculous, my imagination was running away with me. I turned around. But when I glanced back, those glittering, midnight eyes were still trained on me and I knew I wasn't being paranoid at all.

The raven was the largest I'd ever seen, its feathers so dark and glossy they had a blue sheen to them. I couldn't believe that no one else noticed it. Especially since it was sitting on the roof of Taylor's Lexus. It was so motionless it might have been a statue or a stuffed and mounted bird. The way it looked at me, something in its keen gaze, spoke of danger—a warning—a threat. I didn't know which.

I turned the other way, focused on getting out of there.

"Anna," a voice called out across the lot.

I snapped back around to see the raven flying straight for me. I felt my eyes widen with shock. It was going to attack! And just as I had the thought to raise my arms in front of me and duck, it swooped over my head. "Beware, beware!" it shrieked in an inhuman voice as it circled once and flew away.

An electric bolt of hot pain burned the nape of my neck. I wondered if the raven had somehow hit me there; but when I took my fingers away from the spot, there was nothing. And the pain was gone.

"Anna?"

**A-163**

CONFIDENTIAL

LF 109591

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/07/23 Page 52 of 60

I turned back around, startled, and nearly stumbled over my own feet. Ash! My heart fluttered in response and I felt more than a little breathless. He pulled alongside me on his black motorcycle, a Ducati now that I was up close and paying attention, helmet in hand. He looked for all the world like a model in a magazine ad. The bike gave him an edge, I'd grant him that.

The fact that he was still talking to me escaped me for a beat. He shook his head, chuckling softly. I was still recovering from my near raven attack. "Wh-what?" I gasped.

"I didn't mean to startle you." He paused, his expression softening. "I said, 'hello.'"

"Oh. Hello back," I managed. "Did you see that raven?" I cast my gaze about looking for the thing.

He leaned forward. "It startled you, right? Because it came so close?"

I nodded.

"It probably got spooked by something. You okay?" He peered down into my face, his eyes concerned.

By now, Taylor and Amanda were watching us, the vultures. Hunkypants talking to Anna. They looked as stunned as I felt. I straightened my spine and tried to appear as though this sort of thing happened to me every day.

He raised an eyebrow. "Walking?"

"It's a nice day," I offered. I was embarrassed that he'd noticed and called attention to the fact of my carless, friendless state and though my face felt hot, I hoped I wasn't blushing.

He looked down for a moment, amusement turning a corner of his mouth up. I was coming

A-164

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/25/23 Page 53 of 64

to realize already that this expression was the norm for him, at least when he was talking to me.

"Do you want a ride?" The way he asked, it was almost like he was daring me to say yes.

"Um, thanks, but I live just down the street." Not exactly true. More like thirty minutes away at a good, brisk jog. I gave him a polite but dismissive nod even though everything within me was screaming to just give in and say yes.

He chewed on his full bottom lip, trying not to smile. "A bit too much of a walk on the wild side for you then?" Everyone was so quiet around us that his voice seemed to carry across the parking lot.

Oh, he was going to play that way, was he?

"Not at all. But aren't you supposed to have helmets for those things? It's the law." No. I didn't really just say that, did I? Word vomit. Twice in one day and both times with him! Ugh! I desperately wished I could be my normal self around him. Instead, I was possessed by a wracking case of babbling, stumbling idiocy with no control over what came out of my mouth.

Eyes triumphant, he reached onto the back of his motorcycle and then held his hand out. Of course. An extra helmet. Now everyone was looking to see what I would do.

Ping. Pong.

Never one to bow to peer pressure, I was surprised to find myself taking the helmet. That charismatic smile of his was flashing the entire time and I swear he was laughing at me, daring me to back down.

I had dug myself into this one. Oh yes, I had. And he knew it.

**A-165**

LF 109593

Case 4:22-cv-00385-O Document 37-10 Filed 11/25/23 Page 54 of 60

"What about your girlfriend?" I fired back. There, I had him now.

"Girlfriend?" he asked, appearing confused by my question.

"Yeah. You know, the gorgeous Amazon perched on the back of your bike this morning?"

He rolled his eyes. "You mean Lily?"

"Oh, is that her name?"

"Not my girlfriend." His lips twitched. He was trying not to laugh at me!

Oh, the nerve of him!

"Okay, then whatever you call her, won't she have a problem with you giving me a ride?" I asked sweetly.

"She might but I'm not worried about that," he said, leaning against his bike. He looked like he was enjoying an inside joke.

"Well, you might not be but I am." Primly, I handed the helmet back.

"You shouldn't be. She's my sister." He gave me a knowing look as he handed the helmet right back to me. "She's catching a ride with our parents."

Match and game.

I hadn't anticipated that. This time when he held the helmet out toward me I paused, considering. Even though I didn't think he was my type—all dangerous, smoldering gorgeousness, I realized that I wanted to accept a ride home from him. I wanted to know this boy, to smile back at him and like him. If I got on his motorcycle now, Taylor would never forgive me. She'd believe that this was somehow all about her.

**A-166**

Case 1:22-cv-02435-LLS-SN Document 374-08 Filed 11/05/23 Page 55 of 64

And if I didn't go with Ash, if I just walked away? I would be welcomed back into the fold, I was sure, after a certain amount of groveling on my part. Sleepovers with my friends, parties and school dances—everything would be just the way it was with Taylor at the helm in her tiara. And for the first time I saw with absolute clarity a truth I had been unwilling to face: Taylor needed followers not friends. She had changed somewhere along the line. And maybe I had too because something inside of me was rebelling.

I took the helmet and put it on my head, grimly determined. This wasn't about Taylor. This was about me and what I wanted.

My hands were trembling so badly that I couldn't fasten the strap under my chin. His smile fell away as he placed his warm hands over my icy fingers, closing the buckle. He gazed into my eyes and said in that rich, dark voice of his, "It's going to be all right, Anna."

Electricity leaped through my veins at his touch. He winked, grabbed my clammy hands and carefully helped me up onto the bike, steadying me. I was trembling all over now. I felt keyed up, excited anticipation and fear all coiled together.

"Any more questions?" he asked.

I sighed. "Nope." I noticed the way his jeans clung to his muscled thighs and molded his form and felt the most illogical urge to touch him. What would happen if I did?

He climbed onto the bike and turned around to look at me, our faces just inches apart. "Okay. Now for my favorite part," he said, his eyebrows raised. "Wrap your arms around me and hold on tight." He put on his helmet and revved the engine.

A-167

LF 109595

Case 4:22-cv-00385-JSW Document 37-108 Filed 11/15/23 Page 56 of 64

The front of my body was pressed tightly, intimately, to the back of his. He was warm and wonderful. I inhaled the tantalizing, woodsy-spicy scent of him and wondered if it was magic; the way he smelled seem to have an almost hypnotic effect on me. Mmm hmm.

He turned around to look at me again, his lips almost touching mine. Had I said that out loud? His eyes up close were startling. Pure amber—they were neither brown nor hazel but an impossible shade of burnished copper rimmed in black. No one had eyes like that.

He took my chin in his hand, bringing his face so close that I could feel the huff of his warm breath mingling with my own. I wondered if he might kiss me. I wondered if I'd let him.

"Anna, do you trust me?" His voice was velvet smooth.

Without taking the time to even think about it, I answered, breathless, "Yes." Strangely, though I hardly knew this boy, I felt safe and secure on the back of his bike. I knew in this moment at this time, I could trust him completely. I knew.

He turned back around and I wrapped my arms around his waist, hugging him tightly. And with that we took off, the rumble of the motor vibrating all the way up to my teeth. Everyone in that parking lot was watching us. Part of me, I had to admit, exulted that Ash had offered me a ride home. Me. I couldn't help but smile. I couldn't contain my smile!

The wind whipped through my hair and I grinned wildly as we flew past the parking lot, away from school, away from Taylor and Amanda, and all of my troubles. Saved! I felt strangely, madly, free. If I wasn't careful with that grin I'd be eating bugs like those old guys in that funny motorcycle movie, but I didn't care.

**A-168**

CONFIDENTIAL

LF 109596

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/22/23 Page 57 of 64
Case 1:22-cv-02435-LLS-SN Document 197-10 Filed 07/29/2026 Entry 172 of 299 Page 57 of 64

The houses and even the road itself looked different today as we flew past. The dim sunlight filtered through the trees, the snow a carpet of glittering faerie dust. I was enchanted as we sped along in silence, wishing that time would stretch on forever. I wanted to tell him thank you for saving me. I wanted to ask him why—why had he done it and why had he looked at me the way he did when we first met today, as though he knew me? I wanted to tell him that I felt a connection between us too, something strange and magical. I wanted to say it out loud and have him understand what I didn't understand myself.

But I said none of those things.

All too soon I directed Ash toward my house. When we pulled up outside the gate my stomach clenched in anticipation of his reaction. Ours is the only security-gated home I've ever seen or even heard of in Anchorage. It's completely isolated from the other houses in the neighborhood. My mom and aunt own the land adjacent to our house on all sides and so there are no other homes within sight.

Our entire property is contained within large stone walls. Some people think it's pretentious—my mother is an artist of some renown, her art is sold internationally—and I am embarrassed when friends come over for the first time. But I know the truth about those walls. My mom is keeping us, her family, safe in the only way she can. Lock down.

The house isn't visible from the street, just the looming stone walls and the security gate. I leaned over and entered my code on the keypad. Ash said nothing and appeared blasé as if it were an everyday thing to take someone home who lives in a fortress.

**A-169**

LF 109597

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/24 Page 58 of 64

I sucked in my breath wondering what he would say when he saw the house. We live in a ridiculously enormous place with huge glass windows overlooking Cook Inlet as it feeds into the ocean. Whenever I have new friends over they always comment about how "massive" the place is and how "rich" my family must be. It's awkward. I wish we lived in a normal house in a normal neighborhood like everyone else.

The moment of reckoning was upon me and all of my crazy, scattered thoughts were bumping around in my head. Ash hopped off the bike, took my hand and helped me down. Some of what I was feeling must have been revealed in my expression. He leaned over and unfastened my helmet. He was so calm, so confident. I envied that.

Surprisingly, he said nothing about the house.

"This was your first time, wasn't it?" The knowing look was back and his eyes were shining.

"What?! Oh, uh, you mean riding on a motorcycle," I stammered, feeling myself flush, caught off-guard by his question. I hate that I blush so easily. And I don't do it prettily; my skin turns red in splotches. "Whatever would make you think that?" I raised my chin up trying to gain lost ground.

He held out the front of his coat. There were tiny crescent marks scored into the soft leather by my fingernails. I laughed in horrified embarrassment, my hands going to my cheeks, the blood rushing hot to my face. Again.

"Oh, no! Ash, I'm so sorry." I started brushing at the front of his coat, frantically trying to

**A-170**

CONFIDENTIAL

LF 109598

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/23 Page 59 of 604

smooth it out. "Please tell me these marks aren't permanent? They'll come out, right?"

Once again he covered my hands with his own and I felt the warmth of his touch. "It's okay, Anna," he said softly, looking into my eyes. The velvet of his voice wrapped around me at the same time his hands did. "I'll always have something to remember you by."

I was so embarrassed. We both laughed, his white teeth a contrast against the red of his full lips and sun-bronzed skin. I was lost in him.

Suddenly, his muscles tensed and he went utterly still, his eyes darting to a point behind my head. Puzzled, I turned around. And shook my head in frozen disbelief. Perched on the seat of Ash's motorcyle was a raven, every bit as large and blue-black as the one I'd seen at school only minutes ago. It cocked its head to one side holding my gaze, the weight of its regard unnerving in its intensity. Without realizing what I intended, I started toward it.

"Don't." Ash grabbed my arm. "Something might be wrong with it."

My brows knitted together. "You don't think it followed us, do you? I mean, it can't be the same one."

And then from out of nowhere my worst nightmare was realized.

"Annalise Francesca St. Claire! You did not ride home on that motorcycle!" My mother's voice was shrill as she stood in the doorway of our house. My over-protective, rather uptight and now very angry mother would not want to meet Ash now. Or ever.

"Annalise?" Ash whispered, teasing.

"Hi Mom!" I croaked out of a mouth suddenly gone too dry to swallow. "I just got a quick

**A-171**

LF 109599

ride—"

"Please show your friend the way out," she interrupted furiously, pointing down the drive with a sharp, angry shake of her finger. I glanced back down the drive to the motorcycle. The raven was gone.

Marcheline was seething. Her usual controlled composure was fractured and her voice literally shook with anger. I was in deep. I might never leave the house again after this.

Ash grabbed my backpack and took my arm, gently propelling me toward my mother. He walked me up to the front door, bravely, foolishly making direct eye contact with her. Poor boy.

"Hello, Mrs. St. Claire. I'm Ash MacKay." He reached out and clasped her hand politely, all manners and good upbringing. He continued just as if he were meeting Marcheline under perfectly normal circumstances. "My family just moved here. My parents are teaching the class where I met Anna," he explained as he brandished his smile.

I could swear his scent was suddenly stronger, more intense. I felt cocooned in it, safe, at peace. He continued, seemingly oblivious to the current of hostility swirling around him. "Anna was walking home alone and I didn't think that was a good idea since it gets dark so early this time of year." He paused for a moment before adding in an undertone, "And with all the trouble we've been having lately—well, it just didn't seem right."

Suddenly, I noticed that it <u>was</u> getting dark and he was speaking my mother's language perfectly. The trouble we'd been having lately was that girls had been going missing for the past few months, and even though they all returned a day or two later (supposedly with no memory of

**A-172**

Case 1:22-cv-02435-LLS-SN Document 174 Filed 11/05/23 Page 61 of 604

what had happened), it had everyone but everyone on edge. The newspaper had run several stories over the past few months about the mysterious "kidnappings," questioning whether there was a hoax since no one had been hurt and the stories from the girls were so vague. Still, the authorities had issued warnings that teens should be cautious and stay in groups if they were out after dark until the police had a handle on the situation.

My mom would bust my chops for sure knowing that I had planned on walking home alone. Especially since it was a "full moon day." The missing girls thing hadn't even crossed my mind—it was still afternoon! I ground my teeth as I waited for the inevitable thunder of fury from my mother.

"I talked Anna into letting me give her a ride on my bike," Ash continued in the face of her silence. I'm sorry I caused trouble for her." He was suddenly sheepish, hands in his pockets. I didn't buy it for a minute. Would she?

Marcheline was surprised by his speech. Several expressions crossed her face and battled for dominance: irritation, followed by interest, then approval and irritation once again. She looked him over, noting the leather jacket, designer jeans and black combat boots.

"Anna isn't permitted to ride on motorcycles, Ash, though I would not have wanted her to walk home alone. Ever." She bared her teeth in the death smile that only angry mothers have for strange young men they don't know and don't care to know. Marcheline is tough.

Ash did not give up easily. He shook his head as if to chastise himself. "I promise, Mrs. St. Claire, it won't happen again. I'll be sure to drive a car the next time Anna rides with me."

<span style="color:red">**A-173**</span>

LF 109601

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/15/23 Page 2 of 64
Case 1:22-cv-02435-LLS-SN Document 397-10 Entry 30-1 11/15/23 Page 62 of 64

What would Marcheline say to that?

She paused, a thoughtful look on her face. Her eyes sharpened, reassessing him. "Do you have a car then, Ash?"

"Yes, ma'am, I do. A safe car." He looked hopeful as if her next words meant everything to him.

There was another long silence. Another long, uncomfortable silence. Just when I thought she was going to say or do something really terrible, she sighed, the tension flowing away.

"No harm done today, I suppose. As I said," and she looked at me balefully, "Anna isn't to walk home alone and she knows better. Would you care to come in for a snack? Anna's Aunt Brie just finished baking cookies."

My mother never backs down. I didn't understand what had just passed between them. What power did he have that he could charm Marcheline?

Or was she hoping to lure him in to ferret out more information about him so she could take him apart later?

He started forward as though he might accept her invitation. When he reached the threshold of our house he stopped dead in his tracks. A look of uncertainty crossed his face. "Thank you, but I can't. Today."

"Well, thank you for delivering Anna safely. I think we understand each other about the acceptable mode of transportation for my daughter in the future." She gave him a sharp, assessing look and turned as if to leave. "And I would prefer that Anna spend her time . . . in groups," she

**A-174**

Case 4:22-cv-03305-SMR-SBJ Document 37-108 Filed 11/23/23 Page 63 of 64

said over her shoulder, as though it was an after thought. Marcheline nodded brusquely and then headed inside. "Anna?" She looked at me pointedly from inside the foyer before she turned and walked away.

"Sorry about that," I said, wincing in horrified embarrassment. Ash hadn't even asked me out and Marcheline was treating me like I was twelve. Dating in a "group." I didn't know what to say. "My mom's kind of prickly so—well, thanks for helping out about the ride."

He shot me an easy smile. "I couldn't let you catch heat after I practically forced you into letting me take you home."

"You totally knew I would rise to the bait, didn't you? Giving me a hard time about 'too much of a walk on the wild side.'" I tried to frown but found myself grinning back instead.

"Guilty." He closed the distance between us as he reached out with one hand and brushed a lock of my hair back from my face, his touch so light it was almost as though I had imagined it. I stood utterly still, my eyes locked with his, my blood roaring loudly in my ears.

"There's something about you, something I—" he started to say and stopped himself. He paused and took a step back. "It's not safe to be out alone, even after school," he finished. He looked as though he wanted to say something more.

I waited, expectant, hoping he would go back to that first sentence, the one where he was saying there was something about me. We stood facing one another for a long moment. Finally, feeling more than a little awkward, I said, "I'd better get going before she comes back." I didn't want to go. He made me feel giddy and all stirred up inside. I wanted him to reach out and touch

**A-175**

LF 109603

Case 1:22-cv-02435-LLS-SN Document 377-10 Filed 11/25/23 Page 64 of 604

my hair again, to tell me—tell me what exactly?

"Probably a good idea," he said. "I don't want to get you into any more trouble. At least not today." He winked as he turned to leave. "See you tomorrow." His eyes crept back for a final, appraising glance at the front door.

He hopped on his bike and took off quickly, not saying another word, leaving me staring after him.

Wondering.

**A-176**

Case 4:22-cv-00035-SAS-JRM Document 37-1 Filed 11/25/23 Page 55 of 64

**Chapter Seven**

After he was gone I let the front door snick closed softly behind me, my heart still tripping just a little too fast. I touched my fingers to my hair wondering what he'd been thinking when he'd brushed it back from my face. I hardly dared admit it to myself but I was pretty sure he might like me. And I had to admit that I definitely liked him back. But why hadn't he come in then? Did he really only take me home because he didn't think it was safe for me to walk by myself? Or was it just that he felt sorry for me today at school and was saving me from the humiliation?

I didn't want to think it was only that. I felt a current between us, a connection. Even though we'd only just met, he was already somehow important to me.

I took a deep breath and let out a dreamy sigh, then headed to the kitchen like I always do after school. I'd play the scene over and over again later tonight when I was alone. Too bad I didn't have any girlfriends to do that with anymore.

**A-177**

Case 1:22-cv-02435-LLS-SN Document 377-10 Filed 11/15/23 Page 66 of 64

"We agreed to give her a normal life, Sheline," I heard my aunt saying in a muted voice as I was coming around the corner. "That's why we came here. You don't want to undo all that." I stopped and held myself still, eavesdropping shamelessly.

"That boy," my mother hissed in an undertone. "I'm not sure I like his confidence."

"Really? Dante was confident and you liked him well enough to marry him. Let the girl be. She needs to blend, Sheline. Do all the things that young girls her age do. If we keep her bound to us too tightly she may very well snap and that would be a disaster. You know what I'm talking about, sister mine."

Marcheline sighed, irritated. "You're right. I can see that."

"And she's safe. A needle in a haystack. When she turns seventeen—"

"Anna? Is that you?" Marcheline called out.

I hadn't made a sound! And things were just starting to get interesting, too. If I'd had another few seconds maybe what they had been talking about would make sense. I shook my head to myself. Why bother? It was always like this—them talking about me in whispered words and broken off conversations that added up to nothing. Frowning, I turned the corner into the kitchen and saw Marcheline busily wiping counters that appeared perfectly clean while Aunt Brie was making candles. My aunt's cauldron was on the stove, the wicks and molds laid out neatly on the drying rack.

Brienne is a witch; the card carrying, crystal packing Wiccan variety. You wouldn't necessarily know it by looking at her. She's a veterinarian and dresses low maintenance, jeans and

**A-178**

Case 4:22-cv-02435-SAS-N Document 37-10 Filed 11/25/23 Page 67 of 604

long sleeved cotton tees. But there is a sense about her of warm, quiet wisdom and banked power that people and animals alike can't help but respond to.

She considers herself a natural-born witch and has told me since I was very young that we descend from a long line of such witches going back generation upon generation, women with special intuitive powers and gifted healers. For her, Wicca is a way of life; an appreciation of nature and the divinity in all living things. Marcheline used to practice the Craft, but since my dad's death, she's turned her back on it and doesn't want me "dabbling in such nonsense."

Aunt Brie looked up from her candle-making and offered me a friendly smile. "Hi honey. We didn't hear you come in. Want to grab some cookies and help me out?" Marcheline didn't meet my gaze; she continued her frenetic cleaning.

"They're your favorite. Chocolate chip. And they just came out of the oven," she added, knowing that I found hot, gooey chocolate was completely irresistible. I snatched a cookie, my mouth watering in anticipation but the cookie never made it to my lips. My aunt's warm, brown eyes were welcoming and right now too friendly for my frazzled nerves. I felt the overwhelming urge to bawl like a baby because my two best friends didn't like me anymore. My eyes filled with tears. And that was confusing. I was mad at Taylor, disappointed in Amanda and irritated with myself for caring so much. Why should I feel sad to lose two friends who'd treated me so badly?

"Oh Anna, hon, what's happened?" She smoothed down her apron (a ridiculous thing with hideous pink salmon swimming all over it) and took my hand, pulling me over to the couch across from the kitchen counter for a hug. She patted my back while I snuffled.

**A-179**

LF 109607

Case 1:22-cv-02435-LLS-SN Document 174-8 Filed 11/35/23 Page 68 of 64

I looked up to see my mother standing in the doorway. Though they're sisters, Aunt Brie looks nothing like my mom. In fact, <u>we</u> look more like mother and daughter than Marcheline and I do and we definitely have more in common. My mother's coloring is leonine; tawny hair and up-tilted, green cat's eyes. My aunt is all dark, glossy hair and shiny brown eyes with the most amazing cheekbones. Brienne is exotically pretty and the only member of our small family who resembles Nana Awinita, my Cherokee great-grandmother. I would have liked a little of that but the gene pool had other things in mind when it came to me.

Although my own hair is dark and glossy, my skin is a sun-starved olive. I'm also just over five nine, not exactly an easy height to deal with at sixteen (well, almost seventeen). And it's not like I'm unattractive. But I'm not exactly teen model material either. I've just come out of what my mother kindly refers to as my coltish stage. I still feel like a baby horsey—all gangly and out of proportion. I have to remind myself that this summer was kind to me. No more glasses, no more retainer.

My aunt waved Marcheline over and she sat on the other side of me. She rubbed my shoulders awkwardly. I knew she was still upset about the motorcycle ride and would repeat The Rules about acceptable transportation when she had the chance. She always repeats things she wants to emphasize over and over, as if by sheer force of will and repetition she can drum whatever it is into my brain.

"What happened? Is it that boy? Did he do something?" Marcheline's voice was edged in steel. The way she asked me about Ash told me that I needed to come clean with both of them, as

A-180

Case 1:22-cv-02435-LLS-SN Document 174-108 Filed 11/22/23 Page 69 of 604

much as I didn't want to talk about it and relive my humiliation.

"It's not Ash, Mom. It's Taylor and Amanda." I got up, grabbed a Kleenex and blew my nose, preparing to hunker down and tell my story in all its humiliating and gory detail. Once I sat back down, my cat, Hecubus, came prancing in to greet me, rudely interrupting by jumping into my lap and demanding <u>all</u> of my attention, butting his head against my chin and mewing. Nefret and Cleo trailed into the kitchen after him jumping up onto the bay windows near the couch.

There are three cats in residence at our home. My mom and my aunt have Abyssinians, sisters of course, who have been around since I was born. Nefret and Cleo are both fawn colored Abby cats with beautiful arched necks, large pointed ears and green, almond-shaped eyes. Both cats suit their mistresses in temperament; Nefret is particular and scolds everyone, Cleo is exceptionally sweet-tempered and patient.

Hec is another story entirely. He's about the ugliest cat you've ever seen and twice as mean. He's a tortie—meaning that each hair on his body is a different color. Unlike cute calicos whose multi-colors are in patches, the effect of all the colors on a tortie is just plain hideous. Hec is a lot of orange, black and yellow with little white and little brown to redeem him. His eyes are a deep, unrepentant yellow. He looks like a demon cat and has the disposition of one, too. Except toward me, Aunt Brie and Marcheline. With us he is just exceptionally demanding of our attention and affections.

"How's my precious little puddy tat?" I cooed. He purred loudly and head butted me some more. I held him close and snuggled his ugly self, instantly calmed by his wonderful, rumbling

**A-181**

CONFIDENTIAL

LF 109609

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/23 Page 70 of 604

purr as I told my story.

When I was done spilling I looked down, feeling sorry for myself.

"Those little bitches!" Aunt Brie blurted and I laughed to hear her curse. My mom and Aunt Brie are not keen on "language." Mom gave Aunt Brie a cross look. "Shop talk, Sheline. Female dogs," she said. "I could've been more creative." Aunt Brie threatened and patted my arm, the joke on Marcheline.

"Anna can you think of anything you might have said or done that caused them to be upset with you?" Marcheline asked. All I wanted was some good old-fashioned sympathy. Why did she always have to ask me what I might have done to bring this on myself?

I sighed the long-suffering sigh of She Who Is Not Understood. "Nope. I've already wracked my brain. They've changed, Mom. I haven't."

"Ooh, now that's where you're wrong." Aunt Brie shook her finger at me, scolding. "I think you might be the one who is doing the changing. You're coming into your own Annalise, and you have a strong personality. Taylor doesn't like that because she can't keep you under her thumb the way she does Amanda. You have your own opinions and you haven't exactly been shy about expressing them from time to time."

"Taylor is bossy but she's always been that way. And I'm not any different than I've always been," I argued. And then what she'd said sunk in. "Strong personality? Isn't that a nice way of saying someone's difficult?" I didn't like her saying that about me.

"Maybe that's not quite the right word. What I'm trying to say is that you're strong, Anna,

A-182

LF 109610

Case 4:22-cv-00983-O Case 26-1946 Document 37-108 Filed 11/25/23 Page 71 of 604

and you're not afraid to stand up for what you believe is right. Maybe you're realizing that you and your friends are no longer walking the same path." Aunt Brie gave me a meaningful look.

"I'm like that?" I asked. I always felt so unsure of myself, agonizing over what I said and did that it was strange to hear my aunt say I was strong.

"Anna! Of course you're like that. Remember when Taylor made fun of that boy—what's his name?—the one who has the terrible acne?" Aunt Brie's brow creased as she tried to remember.

"Pete Branson," I supplied.

"Yes, him. You let Taylor have it. You told her how rotten she was to pick on someone who doesn't have the same advantages she has in life and you were really upset with her cruelty. You made her back off. So yes, you're like that."

I remembered the conversation and it was true. She'd made fun of Pete for not wearing designer jeans and looking like a dork. It had probably never occurred to her that his family wasn't well off or that he worked after school to help out, not because he wanted the latest iphone and date money. Taylor had been totally out of line and it had bugged me. A lot.

Taylor wore designer clothes, drove a Lexus, and ate sushi for lunch. Not everyone was fortunate enough to be born rich and beautiful—something she hadn't lorded over other people until recently. In fact, there were a lot of things Taylor was doing lately that didn't agree with me. And I'd found my voice. Even though I might not want to speak, something inside was urging me.

"I don't feel strong," I mumbled under my breath. "At least, not all the time."

I looked over at Marcheline to find that she was studying me closely. I squirmed under her

**A-183**

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 11/25/25 Page 72 of 604

scrutiny, wondering whether I had something on my face. She reached out and grabbed my hand, holding it tightly in her own. "Honey, you have changed. You've passed that awkward stage but I know you still see yourself that way."

"And that's because you're still in the process of becoming the person you're destined to be," my aunt added.

"Brienne!" My mother gasped, her face white. "We don't know anything about who Anna's destined to become. Anna's just Anna," she sputtered, "and always will be."

"Oh." Brie paused for a moment, surprise written across her features. "No, no, Sheline." She shook her head. "I just meant that Anna's growing up. That's all."

Marcheline visibly relaxed, the tension ebbing from her stiff shoulders as she eased back into the sofa. I looked back and forth between them, confused. What was my mother so worried that my aunt was going to say?

There had always been undercurrents, snippets of whispered words and hushed undertones between my aunt and my mother that I knew were about me. It felt as though they were both waiting for something to happen—something about me and it scared them, especially my mom. Over the past few weeks, that feeling had intensified.

At first I'd thought they were just worried about me growing up, the usual worries parents have about teenaged kids and their choices. Hearing my name, I would often catch them in the middle of impassioned exchanges fractured by silence as soon as I entered the room. Like today, in fact. I had overheard "seventeen," "disaster," and what sounded like "prophecy" in the same

**A-184**

LF 109612

Case 4:22-cv-00035-ALM-SAS   Document 37-108   Filed 11/25/23   Page 73 of 604

sentence more than once. It was almost like they were discussing some sort of twisted fairytale. Maybe I was Sleeping Beauty, hidden away by the two good fairies in order to avoid a curse. But in fairytales, even the best of intentions couldn't circumvent such curses.

It had now reached the point where I was afraid that I was going to develop some terrible disease between now and my seventeenth birthday in December. I had even gone so far as to ask my mom that very question, knowing she would evade me. She'd given me one of her pinched looks and said, "Don't be silly."

Marcheline picked the conversation back up as though the awkward exchange with my aunt had never happened. She smiled beatifically. "You're striking and much more beautiful than your mother was at your age."

Where had that come from? Her words unsettled me on several different levels. One, I hated it when she spoke about herself in the third person. And the way she'd said it just now made me think that maybe she really wasn't my real mother—that she'd slipped without being aware of it. Two, there are absolutely no pictures of her or my aunt—or even my dad for that matter—at all. So I wouldn't know what she looked like at my age or any other. And three, Marcheline is known as a Great Beauty. The Fairest of Them All.  Everywhere we go she tends to cause a stir. Even the boys my own age look at her wistfully and sigh. Her making that comment about me being so much better looking didn't make me feel any better about my friends dumping me. Which was the point. She always has a way of sort of missing the boat with me.

My aunt nodded her head wisely. "It's true, Anna, you're much better looking than your

**A-185**

 LF 109613

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/25/23 Page 74 of 604

mother ever was, and smarter, too," she teased.

My mom and my aunt hugged me and I realized I was probably being a little unfair. Deep down I knew how lucky I was to have them—I just resented the feeling that they were keeping secrets.

While we don't see eye to eye on many things, we're family.

We're all that's left.

A-186

CONFIDENTIAL

LF 109614

Case 1:22-cv-02435-LHS-SN Document 347-108 Filed 11/25/23 Page 75 of 604

**Chapter Eight**

"Thought you could use a little something warm tonight." My aunt tapped on my door. She held a tray with tea things and cookies and was already in her fleece bathrobe and Halflinger slippers.

I had been getting ready for bed and obsessing about my friends turning on me—and Ash, of course. He'd left so suddenly today.

Shaking myself out of my reverie, I got up from my desk to clear some space for the tea tray. She placed it on the antique wooden table in front of the large windows across the room from my bed. I drew the heavy, pale blue brocade curtains back, letting the light of the full moon fill the alcove. A plush, ivory love seat and matching chairs with clawed feet were placed for just this sort of thing.

"It's skullcap, valerian and chamomile to clear your mind of negative thoughts. It should

**A-187**

LF 109615

Case 1:22-cv-02435-LLS-SN Document 327-10 Filed 11/15/24 Page 76 of 604

help you feel peaceful and get some sleep. The cookies aren't bad either." She sat down on the love seat and patted the other side for me to join her.

"Thanks, Aunt Brie." I sat down and took a bite of a cookie, grateful for the late-night company.

She poured us both a cup of tea and we gazed out at the full moon and the ocean. All three of our bedrooms are on the top floor of the house and have ocean views—or in the event it's winter, which it is most of the time, iceberg views. We sipped our tea companionably.

"So, you gave your mother quite a scare today," she said with a pointed look.

Did she mean the motorcycle, Ash or both?

"Um. Yeah. I didn't really think about it at the time." That was true. My mother hadn't figured anywhere into the equation.

"That's not like you." She frowned as she regarded me curiously. "Anna, have you seen the newspaper today?"

"No. Why?"

"Three girls were taken last night." She looked at me over the top of her teacup, holding it in both hands as she took a careful sip.

I swallowed nervously. I didn't like the direction this conversation was taking. "Did the article say anything new?"

She nodded. "The police are making some interesting connections. The abductions only occur during the full moon and the missing teens have been taken after midnight, when they're

<span style="color:red">**A-188**</span>

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/22/23 Page 77 of 604

alone. All of the victims are female, sixteen years old and tend to be in places they shouldn't. So far, they've all been returned exactly twenty-four hours later." She looked bothered.

A chill ran through me. While teenaged girls had been disappearing regularly for the past four months or so, it just hadn't seemed real. Until now. It could happen to me or someone I knew. If we happened to be in the wrong place at the wrong time. "That's really strange," I mumbled.

"Yes, it is. You need to be careful, Anna. And if you add to that the fact that the accident happened at the full moon—"

"And Mom's a wreck. I get it," I interrupted, feeling guilty. My dad and my grandparents had all been killed in a freak accident when I was seven. My mom had never gotten over it. None of us had, really. "The missing girls were all returned, you know." I felt compelled to remind her, as if it would make what had happened less serious, less scary.

"Yes, but in the article it says that all of the teens—and there have been twelve now—don't remember much about it except for the fact that they saw people with strange eyes wearing animal masks and chanting. The police think there may be a cult involved." Her mouth was set in a grim line. I could tell she was worried.

"You've got to be kidding." People in animal masks?

Aunt Brie shook her head as she looked out the window. "No. One girl even claims that she was taken by werewolves, with glowing eyes, 'like in the movies,'" she said as she made air quotes with her fingers. "None of the girls can remember anything else about what happened. Nothing at all."

**A-189**

Case 1:22-cv-02435-LLS-SN Document 174-08 Filed 11/03/23 Page 78 of 604

I shrugged. "They must have been given drugs or something."

"Maybe. Maybe not."

"You don't believe it, do you? That a girl saw a werewolf?"

"There are many things in the world which largely go unseen by most of us. It doesn't make them any less real," she answered.

"Yes, but werewolves?"

Aunt Brie leaned back against the couch and sipped her tea thoughtfully. "Most legends have some basis in fact, Anna. The mythology of the werewolf has been around for a long, long time, going all the way back to the most ancient of civilizations: Egypt, Greece, Rome and even the Native American peoples. Don't you think it's interesting that cultures across the world have these same apparent myths?"

"Yes, but you don't think they're real do you? Some kind of hairy wolf man running around grabbing teenagers . . ."

"Who can say what is real or what is imagined," she replied. "But it is intriguing that there are some myths about supernatural beings that cross cultures and time. Doesn't that make you wonder if there's a kernel of truth to those stories?"

"Werewolves, vampires, ghosts and goblins? Really?" I asked with a nervous laugh. I had to admit, even if it was only in the privacy of my own mind, that a part of me wanted to believe in such things.

She shrugged, her expression almost apologetic. "There's one more thing I forgot to

A-190

LF 109618

Case 1:22-cv-00983-JLS-N Document 37-18 Filed 11/25/24 Page 79 of 604

mention. The victims were all marked on the backs of their necks." She had the ends of her hair in one hand and was absently twisting them, something she did when she was either upset or very deep in thought.

"Marked? What does that mean?"

She shrugged. "The article doesn't say anything more than that. But people are scared and the police are advising parents to have their teenagers home before midnight until they catch whoever it is. Or <u>what</u>ever."

"Well, that's not exactly an issue for me, is it?" I said. I knew where this was going—more limitations on my already limited existence. "Look, I understand the rules. I know I'm not supposed to talk about it but you have to know that I figured out a long time ago you only drive me around when there's a full moon. And that was <u>before</u> the missing people thing. I'll do my best not to scare Mom but it's hard, you know? She's so paranoid."

I hated the secrecy. All the things we couldn't talk about. Like my father and how he was killed. Ditto with my grandparents. "And it's not like I go anywhere that something like that could happen to me, especially now," I grumped. Poor me.

"Just go easy on her, Anna. You know how difficult the moon days are what with your dad and your grandparents' deaths happening the way they did. And now with all this going on—" She gestured helplessly.

"Why can't we ever talk about it? About what happened that day?" I rubbed my temples absently, thinking about the day my dad and grandparents died. "I can remember some things you

CONFIDENTIAL

LF 109619

Case 4:22-cv-03561-SAS Document 37-10 Filed 11/25/23 Page 80 of 604
Case 1:22-cv-03843-JLS-JC Document 174-10 Entry 30-1 11/25/23 Page 80 of 604

know, like the hotel and getting dressed for Mom's art show—"

"Don't try so hard, hon. You don't want to get one of your headaches," she interrupted.

"I'm not having them like I used to," I said. "I think my memory's starting to come back." I'd been suffering from blinding headaches ever since the accident—but only if I tried to recall what happened. My aunt and my mother assured me it was just a defense mechanism—a way for my brain to save me from having to remember details of the tragedy.

She shook her head. "Let's not push it. Let the memories come naturally without thinking so hard, okay?"

I nodded, disappointed. I wanted to talk about it. But maybe she was right. Maybe trying too hard made it worse. "Don't you think it's weird that the girls are all being returned, the ones who are being taken?" I asked, shifting the conversation back where it had gotten off track. "I mean, it doesn't really make sense. It's almost as though whoever's taking them is searching for something and hasn't found it yet."

"Why would you say that?" She gave me a sharp, interested look.

"Well, think about it. The girls go missing and they're all brought back within twenty-four hours <u>and</u> they're marked on the back of their necks. Almost like whoever's doing it is keeping a tally or sorting them."

"That's a pretty good observation, Anna. I'm impressed you put that together." Her jaw tightened, as if what I had said bothered her. And then she changed the subject again, the way that she and Marcheline always did when things were just starting to get interesting. "Do you still wear

A-192

your amulet every day, the one Dante gave you?"

I nodded, wrinkling my brow at the sudden turn in the conversation. Neither my aunt nor my mother had ever talked about the pendant so it was a surprise for her to mention it now. My dad made me promise when I was very young to keep it hidden, close to my heart. So I always have, even after he died. It's made of an unusual looking metal that is neither silver nor gold but a mixture of both. On the front is a depiction of a jackal's head in profile wearing an Egyptian headdress and collar encrusted in lapis and carnelian. I love it not only for its beauty but because it reminds me of my dad.

"Good. Your amulet is what we call sacred jewelry. It serves as a reminder to you about the love you feel for your dad and his for you but there's more to it than that." She paused as she cast her gaze toward the door, probably to make sure my mother wasn't listening or coming up the stairs—Marcheline doesn't like it when my aunt gives me lessons in Wicca.

She took a sip of tea before continuing. "The metal, the colors, the gemstones—each bring their own unique power and energy to the jewelry. Carnelian is an energy booster. That makes sense doesn't it, because it's red?"

I nodded. I knew that red was an energy color.

"Not only does it lend the wearer physical strength, it also helps a person find the strength to come into their own." Her eyes were kind as she smiled at me in understanding. "Adolescence is a time when you're just beginning to claim yourself—to make the choices that will determine the kind of person you will become.

**A-193**

LF 109621

Case 4:22-cv-02435-JSN Document 37-10 Filed 11/15/23 Page 82 of 604
Case 1:22-cv-02435-JSN 07/29/2026 Entry: 30-1 11/27/22 Page 82 of 604

"Lapis is an ancient stone of the most powerful protection. It's said to shelter the wearer from danger. But it can also help you tap into your own inner power. I'd say this amulet is particularly appropriate since you're reaching an age and time in your life where that will have significance for you."

I swallowed a lump in my throat. "Did my dad know all this when he gave it to me?"

"I'm sure he did." She took another careful sip of her tea. I wondered if she'd tell me more, more about my dad, more about the time before we came to Alaska.

I decided to press and see how far she'd go. There was always the feeling, even with my Aunt Brie, of hidden doors that I wasn't to try and open—things I wasn't to ask and we couldn't discuss. "Did he practice the Craft, Aunt Brie?"

"Not exactly." She gave me an enigmatic smile. "But he knew that your mother did and he considered himself a student of the world, well-versed in the knowledge of many different cultures. Which is one of the reasons he wanted you to have that amulet, I'm sure." She leaned forward, suddenly intense. "The more you wear a certain piece of jewelry, sacred jewelry that has meaning to you, the more strongly attuned the piece is to your vibrations and you to it. That amulet has meaning for you, Anna. You mustn't take it off. Ever. You understand?"

I nodded, wondering why she seemed so strange.

"You aren't going anyplace alone and if you find yourself without a ride, you'll call home. Right?" She searched my face.

I sighed. "Of course."

**A-194**

LF 109622

Case 1:22-cv-02435-LLS-SN   Document 327-13   Filed 11/25/23   Page 33 of 64

"Alright. Good." She leaned back against the cushions, her usual calm restored. "I'll let your mom know we've had this talk about not being alone and getting a ride home so you don't get a repeat, okay?"

"Thanks," I said gratefully. This talk would be a lot different if my mom delivered it. I shuddered.

She grabbed another cookie, took a bite and munched thoughtfully. She looked around my room and then tapped her chin, as if a thought had finally come to her. "How about that boy, Ash? He must be pretty cute," she said, trying to draw me out.

I knew what she was up to but I was glad to change the subject so I decided to play along. "No, he's not cute," I paused as I took a sip of tea. "He's more than that." I tried to find the right words to explain the mystery of Ash and the fascination he held for me. "He's gorgeous but with an edge—like a rock star or something. But it isn't just that. He's not like the other guys at school. There's something different about him, Aunt Brie. And he has a certain presence—charm, magnetism—I can't explain it."

"It sounds like you're interested in him." Her eyes were steady on me, watching for my reaction.

"Me and every other girl at school." My lips turned down in dismay, my chest tight at the thought of Taylor targeting him. "Besides, I don't really know him."

"Since when do you get on the back of a boy's motorcycle you don't really know?" she deviled me. "Surely you must know him well enough to get a ride home from him?"

CONFIDENTIAL

LF 109623

Case 1:22-cv-02435-LLS-SN Document 177-10 Filed 11/25/23 Page 84 of 604

"Not really. I just met him today," I admittedly lamely and cringed. It did sound pretty far-fetched, especially for me. "I would've jumped on the back of a Harley with a Hells Angel to get away from Taylor and Amanda in the parking lot," I muttered without thinking.

My aunt's eyes widened as she set her teacup on her saucer with a loud clank. I felt the sudden need to defend my actions. "Okay, okay," I pleaded and motioned with my hands for her to take it easy. "Kidding! Although I just met Ash today he's totally harmless." Harmless was not a word I would associate with Ash but I was trying to reassure my aunt. "His parents are teaching our Ancient Global Studies class, they're both Ph.D.s and he has a sister at school too. I'm not sure what year she is."

Visibly relieved, Aunt Brie poured more tea into her cup. "Well, that's better I suppose. I'd like to think you didn't lose all your sense at the sight of a handsome face. But you didn't really answer my question," she persisted as she stirred a dollop of honey into her tea.

I gazed into my teacup as I held it in both hands, smiling shyly to myself. "He's smart. And he's got a wicked sense of humor. I'd be lying if I said I'm not interested. But I'm not sure he's really my type."

She looked at me quizzically. "Your type? Why would you say that?"

"He's just so confident or. . .something." I fluttered my hand not holding the cup, searching for the right words. "And he's <u>too</u> good-looking."

Aunt Brie contemplated me over the rim of her tea cup for a long moment. "Hmm. A good-looking, intelligent, confident guy sounds just like your type to me."

CONFIDENTIAL

A-196

LF 109624

Case 1:22-cv-02435-LLS-SN Document 377-10 Filed 12/25/23 Page 85 of 604
Case 1:22-cv-02435-LLS-SN Document 31-4 Filed 12/05/22 Page 35 of 64

Touche, Aunt Brie. It was obvious to her that I liked him and I could try to talk my way out of it but she wasn't having any. "Taylor's after him. She was sort of mad at me about that today," I confessed.

"So?"

"So, Taylor always gets what she wants. You know that," I grumbled.

She pursed her lips, suppressing a smile. "It wasn't Taylor on the back of that bike today."

True. Suddenly shy once more, I tried to hide my own smile. Although I knew Ash couldn't see or hear me, it was so embarrassing. It was as if talking about him, he might suddenly appear or somehow know I was talking about him. Paranoid, right? Psychotic? Maybe a little. But crushing on someone is like that.

**A-197**

CONFIDENTIAL

LF 109625

Case 1:22-cv-02435-LGS-SN Document 174-13 Filed 12/15/23 Page 86 of 604
Case 4:22-cv-02435-301-SN Document 317-18 Entry 30-1 12/01/22 99 Page 86 of 604

**Chapter Nine**

"Have you done a reading on him yet?" My aunt asked the question casually enough, but I could tell by the way she avoided my eyes, looking into her teacup when she asked, that it wasn't a casual question at all.

Although I was tired—so much had happened in one day, from my friends dumping me to Ash—the thought of using my Tarot deck was tempting. And I was sure she knew it. From Aunt Brie and her practice of Wicca, I'd grown up with a certain philosophy and code of ethics, a way of thinking, behaving and believing that we are all caretakers of the Earth. Her particular talent is in her hands—the gift of healing—which makes her an awesome veterinarian. I'd seen her bring animals back from the edge of death many times and am always awed by the visible glow of golden white light that surrounds her when she works.

She says my mom had talents too before our family died, which is hard to believe. My

<span style="color:red">**A-198**</span>

LF 109626

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/23/23 Page 87 of 604

mom hates anything to do with Wicca or talk of magic and I was probably too young before the accident to remember her any other way than she is now. I suppose Marcheline's art and the fact that her plants love her are remnants of that talent. My own haven't come into full bloom just yet. Aunt Brie assures me that they will, in time, but for now practice, practice, practice.

No, I hadn't done a Tarot spread on Ash but I wanted to. It was just so embarrassing to admit it. "I was going to do it in a few minutes," I confessed.

"Well, there's no time like the present. Want to do it now?" She leaned forward, her eyes bright.

I wanted to but what if I didn't like the answers the cards gave me? Like my dreams, the cards speak to me. I just don't always want to hear what they have to say.

Aunt Brie says the cards are in many ways like our dreams—they mirror the soul, showing us what we're attracting and drawing into our lives—and like dreams, their interpretation is a tool for exploring the unconscious.

With me, it's a little bit more than that. I can't explain how it works or why but the things I see in the cards are sort of like mini dreams only I'm awake. And that's not always a good thing. Given the dreams I'd been having lately and the emotional wallops I'd had today maybe it was best to just let sleeping dogs lie.

So of course I walked right over to my nightstand and opened the third drawer where I keep my cards, incense and matches. I scooped them up, unwrapping the white silk cloth that holds the cards as I sat down. Aunt Brie moved our tea things to make room.

**A-199**

Case 1:22-cv-02435-LLS-SN Document 337-10 Filed 11/03/23 Page 88 of 604

"This is going to be so much fun," she said, leaning forward and rubbing her hands together in anticipation.

Saying nothing, I lit the sage incense with a match. I closed my eyes, holding the incense stick in one hand and inhaled deeply through my nose, exhaling fully through my mouth, slowly. I repeated this process three times as I turned my thoughts inward calling upon that place within. Relaxed now, I allowed my eyes to open and passed the deck through the incense smoke to cleanse it.

"I call upon Spirit to infuse this deck with power, purity of purpose and meaning." I felt a chill run up my spine, the little hairs on my arms standing on end. Spirit was with me.

I selected the High Priestess card for myself and laid it face up in the center of the table. The High Priestess card shows a woman sitting on a throne between two pillars with scrolls of knowledge on her lap. The scene is illuminated by the crescent moon in a night sky. If there is a card that symbolizes the Tarot reader, it's usually this one.

I shuffled the deck thinking of my question, eyes closed. When I felt ready, I turned the first card up and laid it next to the High Priestess. The Moon. The card shows two wolves running wild across the land and howling at a full moon with a crescent inside it.

Aunt Brie regarded me in silence.

Frowning, I studied the card more closely. The Moon is kind of a scary card to draw in a spread. It's a card of primal magic and is all about visions, illusions and dreams. The exact meaning depends on the person and the situation but it always has to do with intuition and the

**A-200**

LF 109628

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/04/24 Page 89 of 64
Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 12/15/23 Page 9 of 64

Dreamworld. It warns of hidden enemies and indicates a time of emotional turmoil and change. You can either resist the tides of change by howling at the moon, or flow with the tide, trusting your intuition and dreams to guide you.

Apparently, change was coming my way, like it or not.

I drew the next card. The Knight of Cups. A dashing knight in shining armor astride an elegant white horse, he holds a golden cup out in offering.

My aunt tapped her chin thoughtfully. "Do you think this is your young man, Anna?"

"I don't know yet," I answered. I hoped not.

The suit of cups is all about love and relationships but the knight himself is somewhat of a contradiction. He's handsome and charming but depending on the spread, he can be more in love with the idea of love rather than the person and not necessarily trustworthy.

Was this Ash? Or was the meaning more of a literal interpretation of the card—the offer of a romantic relationship? I hoped it would be that.

Saying nothing, I turned over the next card. The Ace of Cups. I breathed a sigh of relief. This is the Grail card of the Tarot and indicates the beginning of a quest or adventure of some kind. It also indicates the beginning of a romance, even first love? I peeked up at my aunt to find her studying my face. I blushed and looked back down.

Turning over the next card I drew in a sharp breath. The Lovers! A man and a woman holding hands in the Garden of Eden. It's really a card about love as a force—surrendering to something or someone who is so perfectly in tune with you and you with them that you can't resist.

**A-201**

LF 109629

Case 1:22-cv-02435-LLS-SN Document 347-10 Filed 11/25/23 Page 90 of 604

It's a card about choice and finding something your soul requires, the one thing without which you will never be whole. It's sudden and unexpected and usually means a complete change of plans for the person who draws it.

Swallowing hard in anticipation, I turned over the next card, the Knight of Swords. A handsome knight, brave and true, charging forward into the heart of the storm. This is a card about taking action and doing. It can also be a young man who is determined and brave and does the right thing. To me, this knight is reminiscent of the knights of old, noblesse oblige and sacrifice in the name of true love. It's also a card of intense and dramatic change.

And the last card—the Magician. In relation to the other cards in the spread, this card was a message about the need to tap into your full potential rather than holding back anything because there would be a need to transform yourself or a situation. The card was also a warning about intoxication of power, both good and bad.

I stared at the cards intently, not blinking, barely breathing and allowed my eyes to un-focus. Slowly, so slowly, a scene began to take shape, a holograph of sorts. The two wolves lifted themselves from The Moon card in miniature on the table, howling silently at the full moon appearing in the scene. As I watched, they folded in on themselves and resolved into the forms of two young men. And there was a maiden.

One young man gently helps the maiden up from the ground and offers her the golden cup that appears in his hand. She sips from the cup and hands it back to him. He sips and the cup disappears.

**A-202**

CONFIDENTIAL

LF 109630

Case 1:22-cv-02435-LLS-SN   Document 174-18   Filed 11/05/23   Page 91 of 64

With a flourish he offers her a red rose with his other hand. As she reaches out and touches the rose, three droplets of blood spill from her fingers and splash upon the earth. From those three drops a large black wolf arises, hackles raised, eyes an unholy glow of light. The wolf snarls at the young man coming between him and the maiden.

And then, in a breath, the wolf leaps at the young man, jaws snapping for the kill. Just before the wolf's terrible jaws close upon him, the young man rises into the night sky as a raven, illuminated by the light of the pale moon above.

When the wolf reaches the maiden he folds in on himself and is transformed into a knight in armor upon a fine white stallion, pawing the earth and tossing his mane. He holds out his hand, reaching out for the young woman. She turns to place her hand in his, trusting him to pull her up beside him. What she doesn't see is the dagger clasped tightly in his other hand, hiding behind his back. The figures then step gracefully back onto the cards as the scene dissolves.

Coming out of my trance, I shook my head and closed my eyes for a moment to regain focus. My special gift with the cards is the little dream coming to life—but never, never had a reading come to life with so much force. My abilities, powers, curse, whatever they were, were changing. Increasing. And it scared me.

Aunt Brie raised an eyebrow. She couldn't see what had happened with the cards, them coming to life so to speak, but she knew enough about the spread I'd done to know it was powerful stuff. "Can I ask what your question was, honey?"

"I asked who Ash is to me." My teeth chattered with the force of my emotion. I was

A-203

Case 1:22-cv-02435-LLS-SN Document 174-08 Filed 11/07/23 Page 2 of 64
Case 1:22-cv-02435-LLS-SN Document 277-10 Filed 12/15/23 Page 92 of 604

trembling so badly I ran my hands up and down my arms as though I was cold. I'm sure my aunt wasn't fooled.

Feeling antsy, I jumped up to draw the curtains in my room, shutting out the moon and stars and effectively closing the conversation.

Aunt Brie's expression was gentle. "I almost forgot," she said, yawning. "I have a healing candle for you." And I loved that about her. Knowing that I didn't want to talk about what I'd seen, she didn't press for more than I was willing to share.

She took a small, white votive candle from the tea tray and a bottle of lavender oil. "I want you to dress the candle by rubbing it with a few drops of this calming lavender oil for peace and healing while you get ready for bed. You remember the way I taught you?"

I nodded. I was touched by her warm gesture. My aunt is a strong believer in the power of essential oils and herbal remedies to heal just about anything. Accustomed to the teas and candles, I had been instructed on the use of various herbs since I was little.

She got up, stretched and took our tea things, pecking me on the cheek before she turned to leave. She stood in the doorway. "Now just let it burn until you're ready to sleep. If you remember to blow it out, then pinch the wick but if you don't it's so small that it will just burn itself out in the container. 'Night, honey," she said. As she walked out of my room and started to close the door softly behind her, Hecubus snaked his way in. He jumped up on the bed and hogged my pillow, the brute.

After dressing the candle, I lit it with a match and felt the tension uncoil in my body. I

**A-204**

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/25/23 Page 93 of 604

inhaled the fragrant herbs and wafted the smoke with my hands into my face. Hec watched lazily, eyes at half mast.

While I got ready for bed, I played the day over and over in my head. It had been a really bad day with Taylor and Amanda and also one of the best days of my life because I'd met Ash. I caressed my cheek where he'd kissed me. Neither of the two Tarot visions I'd had really made sense. Yet.

I remembered something my aunt once told me about dreams and visions. She said that the key to interpretation is what the person having it feels about the dream or vision. So what did I feel about the presence of the wolves in the Tarot spread just now?

I've always admired wolves. They're intelligent, cunning and fiercely loyal, but that didn't seem to key into my dream. The wolf was a symbol of something important to me, otherwise it wouldn't have shown up so strongly in the card reading.

I flipped on my laptop and Googled wolf symbolism. One article said the wolf symbolizes free will. Another discussed the wolf as a guide in dreams and how the wolf helps us face change with courage. Hmm. I felt fairly certain that the maiden and the young man who becomes a knight symbolized me and Ash—which kind of knight he would turn out to be, only time would tell.

But what was the meaning of the dagger he was hiding behind his back?

I blew out a long breath, frustrated. Nothing made sense. I would have to wait for some things to unfold in order for the symbols to reveal themselves.

Ash. . . I was definitely intrigued. Was he the Knight of Cups or the Knight of Swords?

**A-205**

LF 109633

Case 1:22-cv-02435-LLS-SN Document 377-10 Filed 11/25/23 Page 94 of 604

Lothario or true love? Yawning, I crawled underneath the covers. I didn't have total clarity about this reading yet but of one thing I was absolutely certain: the presence of Ash in my life would turn it completely upside down. Things would never be the same and whether that was for good or bad, I didn't know. Our meeting today was only the beginning of a series of events that would lead me to a choice of critical importance.

This I knew.

**A-206**

CONFIDENTIAL

LF 109634

Case 1:22-cv-02435-LLS-SN Document 174-13 Filed 11/20/23 Page 55 of 64

**Chapter Ten**

My dreams were dark. My heart thumping anxiously, I awakened several times in the night with a strong feeling of being watched. The images in my mind were unfocused. I had been running through a forest in the snow and could hear the crunch of feet in pursuit and the flap of wings overhead as I desperately tried to escape. I had a vague recollection of eyes—eyes that somehow weren't human staring down at me. It was sort of like my premonition with the Tower card yesterday morning but not quite the same. And at one point, I swear I had heard the flapping of wings outside my window. But when I got out bed to look, there was nothing but the moon.

And that's what talking about scary things at night will do.

At school my nerves were constantly on edge. I was jittery and out of sorts. First of all, I kept looking for Ash even though I tried not to. I didn't see him in the parking lot when Aunt Brie dropped me off—it was the last day of the full moon, finally!—and he wasn't at his locker either. I

**A-207**

LF 109635

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 12/15/23 Page 96 of 104

had some silly hope that he would be waiting for me but he wasn't. And I had to confess that it was disappointing.

Second of all, the whole ex-communication thing with Taylor and Amanda was in full force.

And third of all, I still had the distinct feeling that someone was watching me, just like in my dreams. My paranoia was understandable and I could be forgiven for that. Everyone at school <u>was</u> watching me.

As I reached trig, I automatically scanned the room for Ash. He wasn't there. Taylor and Amanda were. I decided to be civil. What I really wanted to do was shake them both until their bobble heads rattled. They didn't look at me as I took my seat. "Hey guys," I said in as normal a tone of voice as I could.

Taylor nodded and muttered something that might have been hello without looking at me.

"Hi," Amanda said with a curt smile.

A good sign? I was probably grasping. Amanda wants everyone to see her as a "good girl" and it wouldn't do for anyone to see her act ungraciously toward me. She began talking animatedly to Taylor, effectively excluding me from the conversation.

Was it really over Ash? Taylor was still going out with Jake, or at least she was yesterday. Would she honestly begrudge me having a guy show some interest, one that I might like back? Probably. But still, that just seemed so petty. The truth of it was that I'd kind of had it. And I needed to get this done once and for all. Thinking about another confrontation, my stomach

A-208

LF 109636

Case 1:22-cv-02435-LLS-SN Document 174-10 Filed 11/22/23 Page 97 of 604

clenched.

Swallowing the urge to heave, I dove in. "Hey guys?" I looked pointedly at them and raised my voice a little. "Um look. We've been friends too long for me not to say something about what happened yesterday. Can we talk?" I searched both of their faces.

Unbelievably, Taylor still refused to look at me. Her gaze fell slightly to the left of my shoulder. She and Amanda exchanged glances. Taylor shook her head tersely just once and Amanda nodded. It was Amanda finally, who spoke.

"Annalise, there's nothing to talk about," she said, calling me by my full name. I hadn't allowed anyone to call me that since the accident. Except Amanda when we were kids. "We're just taking a little time off. We'll still hang out every now and then but right now it's best to have some space from each other," she said, her lips curved into a semblance of a smile.

"I don't understand." My voice sounded sad, even to me. And that was annoying. I didn't want to sound sad. I shouldn't even feel sad. Yet there was a part of me that was grieving—the loss of a friendship, the closing of a chapter in my life.

"I know you don't and that's why we need to do this. Things just aren't working out." Amanda said these words gently as if she were explaining The Rules to a five year old who didn't want to follow them.

Taylor's mouth formed that small down-turned moue that indicated her disapproval— always in the past at someone else—not me.  She held herself stiffly and turned away from me as much as she could in her desk, as if I'd farted or something.

A-209

Case 4:22-cv-03823-SHL-SAS Document 57-10 Filed 11/25/23 Page 98 of 604

Amanda sighed deeply as if she couldn't understand why she was bothering to explain something so simple. "You know, we went over this yesterday," she said slowly. "We're just going in very different directions right now. There's really nothing more to say."

She turned away, dismissing me.

Basically, I was persona non grata. Not worth their time. Fine.

I'd always felt like an outsider, different from everyone else, but with Taylor and Amanda I had been accepted. At least that's what I had always thought. Now I felt rejected, stabbed in the heart. And finally, angry about the whole business.

I wished they'd both get great big zits on their faces. I wished they'd get dumped by their boyfriends. Basically, I wished for something to happen that would just humiliate both of them— particularly Taylor. I blamed her more than I did Amanda because she was large and in charge of the whole situation.

<u>Ouch</u>! It felt like something bit me on the back of my neck. I pressed my fingers lightly over the spot and winced. The skin was raised. Rather than being round like a bite, it was two small lines. And then it tickled, like there was something <u>moving</u> under my skin. I shivered. Was there a bug on my neck? I patted the spot again. No bug.

The bell rang and Mr. Beebe began to drone. I sighed and opened my book. It was going to be a long day.

Ash never came to class.

\*\*\*

<span style="color:red">**A-210**</span>

CONFIDENTIAL

Case 1:22-cv-02435-LLS-SN Document 377-108 Filed 12/15/23 Page 99 of 604

The halls were buzzing with the news of my fall from grace. I glimpsed Taylor and Amanda between classes laughing and yukking it up with Sara and Dani, popular girls who had never been all that friendly. It was obvious that my former friends were now part of the Mean Girl Clique.

I didn't have to wonder for long if Sara and Dani and their group were in on my expulsion. As I walked to class, I had to pass by their lockers. All talking stopped suddenly and none of them would meet my eyes, let alone return my hello. As soon as I passed, they dissolved into peels of cruel laughter. I was feeling like an outcast after the first round of this treatment and it went on and on throughout the day, my anger simmering.

Ash was not at his locker. All day. I began to worry about whether something had happened to him. A mean little voice in the back of my head hinted that he might be avoiding me —that the connection I had felt with him was one-sided.

By lunchtime I just wanted to go home. There is nothing quite like being dumped by your friends. And worrying that you've been dumped before the first date. Suddenly, I was cast adrift in a sea of strangers unsure how to navigate. I felt as though I had no one to talk to, no safe harbor. I stood at my locker rummaging through my backpack for an apple. It was my snack but today it would be lunch. I couldn't face the cafeteria and more ridicule. I couldn't face being alone with nowhere to sit. The pack was following the censure of it's newest Alpha female, Taylor, and I had been cast out.

I heard someone clearing his throat. My heart raced in anticipation and relief. Finally!

**A-211**

LF 109639

Case 1:22-cv-02435-LLS-SN Document 327-13 Filed 11/15/24 Page 100 of 604

"Hey Anna," a pleasant male voice intoned. It was not the right pleasant male voice. It wasn't Ash.

"Oh, hi Brendan," I said ruefully. Brendan is our class president and we've been friends since the second grade. We'd grown up talking on the phone, arguing politics, religion and philosophy. We'd built tree houses and secret forts as children and knew quite a lot about each other.

"How ya holding up?" he asked as he leaned against the locker next to mine. Never one to beat around the bush, he had obviously heard about my recent social status. Or lack thereof.

I sighed heavily as I zipped up my pack. "I'm not. And before you ask, I have no idea what I did or didn't do. Do you?"

"Nooo." His eyebrows raised all the way up into his hairline as he answered. "Taylor and Amanda aren't talking about it with us. Last night we all met up for a movie and when you didn't show, people asked where you were."

He started laughing, giggling really and turning red, trying not to laugh. I knew he wasn't trying to be insulting. He just couldn't help himself.

"And?" I prompted.

"Well," he giggled again and shook his head, embarrassed. "They said you were on an extended trip. And when Carter asked where you were, Taylor said, 'who cares.' Harsh, huh?"

"Yeah," I said as I felt hot, angry tears threatening to spill. "Look Brendan, I'm just going to head to my next class and eat my apple in peace, 'k?" I closed my locker door and started to

**A-212**

Case 1:22-cv-02435-LLS-SN Document 377-13 Filed 11/16/24 Page 101 of 604

head off when he took me by the arm.

"Hey Anna, I didn't come over here to laugh at you. Really. It's just that Taylor is such a bitch. The things she says and does are funny in a twisted, mixed-up sort of way." He rolled his eyes. "You know I can't stand the chick but she is entertaining. I'm sorry it's at your expense this time." He placed my hand in the crook of his arm. "C'mon and have lunch with me." And without giving me time to respond, he marched me down the hall toward the cafeteria.

Brendan is my best guy friend. He and my former BFFs aren't close. Mostly because Brendan doesn't fawn all over Taylor—he's immune to her charms and it drives her crazy. What she and the rest of our classmates don't know is that Brendan's immunity is due to the fact that he's gay.

You'd never guess it if you're looking for the stereotype. He's athletic in a guy's guy kind of way for one thing, on the hockey team and all that. Like the stereotype though, it just so happens that Brendan is also beautiful. He has warm, café au lait skin and stunning sea-green eyes. His unusual coloring and exotic handsomeness is purely genetic. His mother is a former Danish model, his father a surgeon of multiracial descent. They're sort of the Heidi Klum and Seal in our town.

Brendon hangs with all the guys in a very masculine guy kind of way but it just so happens that all he wants for Christmas is a boyfriend.

And I don't see that happening any time soon.

Last year, when Brendan had been drinking a lot, I'd busted his chops for self-medicating

A-213

LF 109641

Case 1:22-cv-02435-LLS-SN Document 327-105 Filed 11/23/24 Page 122 of 604

with alcohol. That's when he started seeing a counselor and came clean with his parents. They were supportive of their only child but even so, he wasn't at the point of feeling that he could come "out." If anyone could understand a bit of how I was feeling it was Brendan. We had the whole universe of secrecy in common.

When we reached the cafeteria doors I balked. "Listen Brendan, I'm not up for this." My stomach was already performing the Olympic gymnastics routine. Definitely not hungry.

"Anna, you fall off a horse and what d'ya do?" he tapped me on the end of my nose.

"You don't ride that horse again." I crossed my arms over my chest and scowled at him.

"Wrong answer, sweetheart. We're going in," he said. And with that he looped my arm through his, locking it tight. "You will not look at them. They are invisible. You will talk to me and laugh. They are <u>invisible</u>. Got it?"

"That Jedi mind trick stuff doesn't fly with me," I replied.

He looked determined and I'm sure I looked panicked. I certainly felt that way.

"It's gotta be done, Anna. You can either spend the rest of this school year eating your apple for lunch—not a bad diet strategy—or you can stand your ground. Personally, I didn't have you pegged for a wimp."

He knew just what to say to get my back up. I have a stubborn streak and he always knows how to work it. "Fine!" I hissed.

"Fine." He smiled, patting my hand where it rested on his arm.

And through the doors we went. In a daze I wondered if Ash was around. I focused on

**A-214**

 LF 109642

Case 1:22-cv-02435-LHS-SN Document 327-13 Filed 11/18/24 Page 103 of 604

getting lunch (though nothing looked remotely appetizing considering the state of my nervous stomach so I settled on yogurt and the mystery soup of the day) and we headed toward the tables. I slapped on a smile that was so strained my face hurt. My stomach cramped painfully with nerves.

There were no empty tables. What now?

I could taste the sourness of my own defeat. It was either the leper table with the social misfits (of which I was now an honorary member), or the Chess Club's table. I figured either group would let us sit with them and since the two tables were right next to each other, I'd see who looked more friendly.

As we approached the two tables, I could feel the weight of everyone's eyes in the lunch room pressing down on me. No doubt Taylor had placed bets on where I'd end up. I decided that the Chess Club looked more promising. Who knew? Maybe I'd learn to play. A blond girl with glasses glanced up at our approach. Just before I opened my mouth to ask if the seats next to her were taken, Brendan steered me past both tables. Puzzled, I glanced back at the table as we passed by. "Um, where are we sitting?" I asked.

"With the guys."

"Will they mind?" I was worried. Brendan sat with his buddies, guys we had grown up with but his group happened to include Taylor and Amanda's current boyfriends, Jake and Carter.

"Nope. They know we're tight, Anna. Quit worrying." He flashed his charming political smile —the one that everyone at school found so friendly and reassuring. The effect was lost on me.

**A-215**

LF 109643

Case 1:22-cv-02435-LLS-SN Document 297-105 Filed 11/19/24 Page 104 of 604

I took a deep breath and concentrated on relaxing. Not an easy thing to do with the Mean Girls, a.k.a Taylor, Amanda, Sara and Dani throwing hate looks at me. "Won't they be weirded out that I'm suddenly at your table? I mean Jake and Carter are at that table," I protested.

He looked at me trying to offer reassurance. "Guys are Switzerland. Neutral territory, baby. We don't get involved in cat fights."

"Oooh!" I exclaimed. "I am not in a fight with them. They are in a fight with me. And I really resent the whole 'cat fight' thing!" I said. I was seriously peeved. I hate it when guys say that kind of stuff. While it's true that girls can be petty and yes, catty, with each other I really hate it when guys point it out. And it's demeaning when they call a fight a 'cat' fight anyway. Do we have some word we use for them when they have one of their testosterone-driven acts of random male aggression?

"Careful, sweetcheeks," he said with a laugh, as though I'd said something terribly witty. "They're looking this way and you're starting to smolder. Not in a good way."

Point taken, I snapped that awful grin back into place as we joined the guys at their table. Brendan made sure we were facing away from the Mean Girls. Good man. I didn't think I could keep this face up much longer.

Jake nodded in our direction, so did Carter and Mason. Jake and Carter are serious jocks in our class. Big and hunky if you like the overly brawny not-so-brainy type. Taylor and Amanda did. I'd always gotten along with them but never found either of them the least bit attractive. Mason was smaller, of average build and appearance but excelled in the brains department. He was quiet

A-216

Case 1:22-cv-02435-LLS-SN Document 37-13 Filed 11/28/24 Page 105 of 604
Case 1:22-cv-02435-LLS-SN Document 174-03 Entry 39 11/28/24 Page 155 f 604

for the most part but wicked funny when he had something to say. That they all hung out together as a group was a testament to their longstanding friendship.

"Brendan, Anna. What's doing?" Jake asked, chugging his third carton of milk judging by the stack of empties he had placed in front of him.

"Anna here's been telling me this hilarious story. Wanna fill the brothers in, peaches?" Brendan asked with a leer.

Brendan always calls me ridiculous pet names. We have this whole verbal repartee thing going on between us, ever mindful of not crossing the line. It's how we express affection for one another, strangely enough. I figured that Brendan was trying to help me save face by dishing it out the way he normally would.

"Yeah. It was a crack up. We were just reminiscing about the time Brendan wet his bed at Fine Arts Camp. Was that last summer, honey buns?"

"About the same time you got your training bra, sweetie pie."

"Lame Brendan." I snorted disdainfully and tossed my head.

"Give it up already and set the wedding date, puhleeze?" Mason rolled his eyes in disgust.

Brendan gave me a look—if only things were that simple. Being gay in high school, especially in Alaska, the manly-man's state, had to be rough. Brendan's dream was to go to college in California.

"So what's up with you and the girls?" Jake asked, nodding his head toward the Mean Girl table. "Did you hit on Taylor's boyfriend or what?" Jake laughed at his own joke, elbowing Carter

**A-217**

LF 109645

Case 1:22-cv-02435-LLS-SN Document 397-103 Filed 11/21/24 Page 106 of 604

for a few guffaws.

"That's funny all right. Thanks for telling her that I asked you to Prom," I replied.

Jake looked serious for a moment, his eyes going all soft and gooey on me. "It's not you," he said quietly. "Whatever's chomping her ass, she hasn't been herself lately." Just when I thought Jake wasn't the sharpest cheese in the drawer he'd reveal an emotional depth and empathy I hadn't suspected him of possessing. "Like yesterday for instance. Practice was canceled, coach is sick, so we go get a sundae at Cold Stone, right? Well, I bring her favorite ice cream to the table and she throws it on the floor. Says it's the wrong flavor! I mean, what's up with that?"

I couldn't believe Jake put up with her. Especially when she was always casting her gaze about for his replacement. He had to know because she wasn't exactly discreet about it.

Carter clapped him on the back. "Chicks, man. No offense, Anna," he said looking over at me to make sure I wasn't offended. I nodded to let him know I was fine.

Jake rubbed the back of his head. "Yeah. Whatever. Anyway, it'll blow over, Anna. Just tell her you screwed up and you're sorry. That's what I do," he offered.

"Thanks, Jake." He meant well. I knew he did but as bad as I felt being ostracized and cast out by my friends, there was no way I was going to apologize to Taylor. Not happening.

Ash wasn't at lunch. I noticed his sister, Lily, sitting at the popular senior table. She seemed right at home, laughing and tossing her head back flirtatiously, her blondie blond fairy-princess hair cascading down her back. The boys sitting around her had eyes for her and her only. They watched every move she made and I smiled to myself as I observed several different boys offer her

A-218

LF 109646

Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 11/22/24 Page 107 of 604

the choicest parts of their lunches: extra fries from one, a brownie from another, even sushi! She laughed, her whole body alight with amusement—shoulders shaking, eyes lit with humor, her smile contagious.

I had to admit I was intrigued. I'd never seen anyone so confidently full of life, except her brother, of course. She was nothing like Taylor's temptress, in spite of the fact that she was surrounded by boys. Her energy was friendly and she seemed to be laughing at herself as much as she was laughing at the antics of the boys around her. She looked my way once and winked, her eyes full of mischief and joie de vivre.

I wished I could be that free.

A-219

LF 109647

Case 1:22-cv-02435-LLS-SN Document 327-4 Filed 11/23/24 Page 108 of 604

**Chapter Eleven**


Nope. There was nothing there, not even so much as a scratch. After lunch, I made a quick trip to the bathroom to check out the painful whatever-it-was on my neck before heading to AGS—only it was gone. No raised lines, nothing at all. Shrugging, I grabbed my books and decided to head to class early. The Mean Girls were out in full force, giggling as I approached. Somebody stuck her foot out and I tripped as I passed them, their raucous laughter ringing in my ears. Humiliated, I wanted the ground to just open up and swallow me. My fists clenched and for a moment only, a very satisfying image flashed through my brain of me knocking one or more of them flat on their butts.

Not knowing what to do since nothing like this had ever happened to me, I gritted my teeth and prepared to plow through the crowd in silence. Maybe if I ignored them, they would lose interest. As I moved to pass by, Taylor started shrieking. "OMG! My chin! Does anyone have

**A-220**

LF 109648

Case 1:22-cv-02435-LLS-SN Document 174-105 Filed 11/24/24 Page 109 of 604
Case 1:22-cv-02435-LLS-SN Document 277-13 Filed 11/22/23 Page 109 of 604

concealer?" Her voice was panicked.

Taylor had a zit! It was so satisfying to experience karma in action. Smiling, even though the back of my neck was itching furiously, I walked into my AGS class supremely satisfied. Baen and Caitlin were across the room in conversation with one another as they flipped through our assigned reading, making notes. And surprise, surprise. Ash was at "our table." I felt an immense rush of relief and had to bite my lips to keep from grinning stupidly at the sight of him. I'd missed him today and we'd only just met.

His dark hair was mussed as if he'd been outside in the wind but rather than making him appear unkempt, it only accentuated his extraordinary, chiseled beauty. He looked like someone you'd see in a glossy magazine ad for some hip designer; artfully disheveled hair, gorgeous face and oh-so-rocker-chic man jewelry. His eyes lit up as they met mine. His lips curved in a slight smile as he patted the empty chair next to his.

I was surprised and pleased. I didn't know what to expect exactly but the open invitation to sit with him, especially since I hadn't seem all day, caught me off guard. Guys don't usually do that sort of thing around me. What I wanted to do was curl up right next to him and sigh. What I said was, "I'm not so sure I should sit next to you." I thought I said it coyly as I stood to the side of the table looking down my nose at him and fluttering my lashes.

"Did I miss something?" His brow creased. He seemed puzzled by my attempt at flirtation.

"Remember what happened the last time I sat next to you?" I prompted.

"I gave you a ride home?" he said as he looked at me funny.

A-221

LF 109649

Case 1:22-cv-02435-LLS-SN Document 327-13 Filed 11/25/24 Page 110 of 604

"In <u>here</u>. The last time I sat next to you <u>in here</u>. You offered me up as the student sacrifice?" I reminded him.

He drummed his fingers on the desktop as he regarded me, a slow smile tilting the corners of his mouth up. "I did you a favor, Anna."

"Please don't do me any more favors." I turned as if I was going to walk away, hoping he wouldn't call my bluff.

I felt the touch of his warm hand on my arm stopping me and my heart began to thump a little bit harder.

"Seriously. What were you thinking about when you realized you were going to have to go first and introduce yourself in front of the whole class?" he asked.

I turned back to face him and crossed my arms, resisting. "I didn't have time to think much other than 'kill him dead.'"

"Exactly," he said with great satisfaction.

"Exactly what?"

"It got your mind off what had just happened at your locker, right?" He was smug.

"Yes, but I don't know which was worse, the pain or the cure." I set my books on the table and sat down. The masculine perfection of him made it difficult to look away but I forced myself to open my notebook. It was probably a mistake sitting next to him. It was going to be hard for me to concentrate on the lecture.

I glanced up to find him staring at me, his expression thoughtful. "Those aren't quite the

**A-222**

Case 1:22-cv-02435-LLS-SN Document 397-15 Filed 11/26/24 Page 111 of 604

words I'd hoped you'd be using when you think about me," he mused in a quiet voice.

I could feel my eyes widen in surprise and didn't know what to say so I changed the subject. "Where were you today anyway? I noticed you weren't in trig," I asked as if I didn't care, just making idle conversation.

"I'm not in that class anymore. I had to change my schedule around so I have trig third hour now." He looked uncomfortable as if there was something more to the story. I wondered what it was.

I glanced down and noticed a dark wet spot on the front of his shirt, near his neck. "Hey, what's that on your shirt? Are you bleeding?" I blurted it out louder than I'd intended. When I'm nervous, I have a tendency not to think before I speak. It gets me in trouble from time to time.

His eyes darted down to his collarbone as he pressed his fingers against the wet spot. He looked utterly confused by the blood staining his fingertips and stared at them in disbelief.

"Are you okay?" I asked more quietly this time.

He nodded absently as he wiped his hand on his jeans. "Yeah. It's nothing. I got clipped with the business end of an artifact this morning. I was cataloguing for my parents and got a little careless," he said, turning away.

"This morning? But you're still bleeding," I said as I reached out and pulled his shirt back away from his neck. There was nothing but a small pink line as if he'd had a scab that had just fallen off.

So whose blood was on his shirt?

CONFIDENTIAL

LF 109651

Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 11/27/24 Page 112 of 604

Puzzled, I looked up at him and lost my train of thought entirely as our eyes met. I was still holding the neck of his shirt when he reached out and captured my wrist in his hand. "I'm fine," he said staring hard into my eyes, as if willing me to believe him. There was a long moment of intense silence between us, his fingers locked around my wrist and our eyes locked with one another.

A book dropped from across the room, slamming onto the floor with a loud whack. Startled, I glanced up and noticed Baen and Caitlin staring at us. And it wasn't friendly. Caitlin's lips were drawn tight and Baen looked worried, his brow furrowed. Noticing me noticing them, they looked away. I let the fabric of Ash's shirt slip through my fingers.

I made a show of getting out paper and pens, peeking at them furtively. Yep. They were still staring. How weird. I had the strangest feeling that they didn't like me sitting with Ash. "Can I borrow a pen?" he asked, interrupting the direction of my thoughts.

I handed him one and noticed that he had two small tattoos, one on each of his inner wrists stamped directly over his veins. He was wearing a tee shirt today and he had draped his leather jacket over the back of his chair so the black tattoos stood out against his skin. One was obviously Celtic in design, a type of knot with points to it enclosed in a circle. Crossing the other wrist was an Egyptian-looking eye enclosed in a circle of flames. I looked up to find him studying me. I'd been caught staring.

Before I could say anything, Caitlin took the podium as the bell rang. "Class, in order for us to get to know your names we're going to arrange your seats alphabetically." She glanced over at us.

**A-224**

LF 109652

Case 1:22-cv-02435-LLS-SN Document 397-105 Filed 11/28/24 Page 113 of 604

Everyone groaned. Books slammed shut and papers shuffled.

Caitlin and Baen exchanged looks, hers triumphant and his impressed. I'd bet this hadn't been planned. I looked over at Ash and saw that he was livid. His face was pinched, his eyes stone cold as he glared at his parents. I could feel the waves of hot anger rolling off of him. Baen caught Ash's gaze and nodded, his expression… sad? Baen was the first to look away.

When the seating chart was done, I was now partnered with Jenny Holland, a girl I didn't know all that well other than that she was the outspoken Rachel's cousin and best friend. We'd had some classes together over the years and as I recalled she was very active with social justice issues and politics, just like Rachel. Her sleek sable hair was tucked behind her ears, swinging jauntily as it touched her jawbones, her blunt cut bangs framing her dark brown eyes prettily.

Petite and graceful, she was dressed in an edgy, slightly Goth style, though her make-up was normal and the only body parts that bore piercings were her ears—unlike Rachel who had a pierced nose and tongue, which she playfully stuck out at me when I took her seat. Jenny smiled a friendly welcome as I moved to her table. I decided to use this opportunity to get to know her and make some new friends.

Ash was with his sister, Lily. Unfortunately for the MacKays, Ash and Lily's table was in the row ahead with them directly in front of us. They'd managed to separate us but not by much. Ash leaned back in his chair and crossed his arms, a mutinous expression on his face. He and his parents were deadlocked in eye-to-eye combat. Something was going on here. But did it really have to do with me?

**A-225**

LF 109653

The lecture was disjointed. Neither Baen nor Caitlin had much enthusiasm as they discussed the seafaring technology of the ancient Celts and Viking peoples. It was a fascinating topic really, the whole concept that the Celts had been in New Zealand pre-dating the native Maori, and there was a great deal of debate among scholars about it. They presented slides of the stone circles, like a small Stonehenge, the fort hills and ancient stone carvings with Celtic designs on them.

The fact that Cook had traded with the Maori, bringing some of these ancient Celtic and Maori artifacts to Alaska of all places, was incredible in and of itself. Told without zeal it didn't pack the punch it should have. The MacKays were here in Anchorage on an expedition to recover these items, which made me wonder if the particular artifact Ash had accidentally been wounded by was one of them. If that's what really happened. . .

After class was over, I watched Ash stalk out the door, deliberately not looking at or speaking to his parents. Or me. Caitlin called out to him but he either ignored her or didn't hear her in his haste to quit the room. Lily glanced back at me and shrugged as she turned to run after her brother, knocking Baen's coffee mug off of the podium with her backpack as she passed. I watched it arc through the air and gritted my teeth waiting for the inevitable crash.

And then a very strange thing happened. With a blur of movement, Caitlin caught the mug in one hand. She gave Baen a secretive smile as she placed it back on top of the podium, moving with what I could only think of as feral grace. He took her hand and kissed it, his eyes never leaving hers. The weird part: Caitlin had been standing by the chalkboard—a good ten feet away.

A-226

LF 109654

Case 1:22-cv-02435-LLS-SN Document 277-103 Filed 11/38/24 Page 115 of 604

Impossible. I looked around the classroom. Had anyone else noticed? In the flurry of gathering books and leaving, I was the only witness.

Did they realize I'd seen them?

The hairs on the back of my neck tickled, instinctively alerting me that I was in the presence of something unnatural. Something I couldn't understand. I gathered my things and awkwardly shuffled past the professors. If I had been a dog, my tail would have been between my legs. I couldn't help but wonder for the umpteenth time if there was some kind of planetary alignment that just didn't agree with me.

What was up with the MacKays? I glanced back as I was heading out the doorway and met Caitlin's gaze. Shrugging, I found myself dismissing what had happened, as if I'd imagined the whole thing.

**A-227**

CONFIDENTIAL

LF 109655

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/23/24 Page 116 of 604

**Chapter Twelve**

The next morning I felt groggy, out of sorts. My dreams were disturbing. Again. So disturbing in fact that I had the strongest sense I hadn't been dreaming at all.

In my dream, I awake to a pair of glowing yellow eyes staring into my own. I bolt upright in my bed clutching the blankets to my chest, adrenaline coursing through my body. A large black wolf simply sits beside my bed, his head tipped to one side regarding me, eyes alight with curiosity. Is he the same wolf from the Tarot reading? I wonder even though I'm dreaming.

Dreaming, I "awaken" repeatedly throughout the night with the wolf beside my bed only to realize that I'm still dreaming and repeat the cycle over and over again. During the last sequence the wolf grows hazy and transparent. As he dissolves into mist he whispers, "Danger surrounds you. Trust no one."

After delivering that cryptic message, the wolf was in my dreams almost constantly over

A-228

LF 109656

Case 1:22-cv-02435-LLS-SN Document 327-13 Filed 11/22/24 Page 117 of 604

the next several weeks.

And when he wasn't, Ash was.

Yet I couldn't hold onto the thread of any of the dreams. Only that the ones about Ash left me with a sense of yearning, a sense of something undone. He was ever present in my thoughts but when we saw one another he was distant. No more flirtatious banter between us, no more anything. It was as if those first few days had never been.

At times, I would catch him looking at me with an indiscernible expression on his face. Sometimes he would smile and nod. Other times, inexplicably, he looked angry. I wondered if I had done something wrong or not done something right. I didn't know.

Over the next few weeks, my life took on a predictable routine. I went to school. I came home or helped my aunt work in her veterinary clinic. I ate lunch with Brendan and when I'd invited Rachel and Jenny to join us, Rachel had said, "I thought you'd never ask!" They were now regulars at our table. My newfound friendships with the cousins made the distancing from Ash bearable. Last year, I would have been bothered or maybe even embarrassed by the way they dressed and how outspoken the two cousins were. Now, I found myself feeling a pull toward them as I realized that we were alike—I was in an active state of rebellion while they had already rebelled. They had found their voices and weren't afraid to use them. I was in the process of finding mine.

Taylor and Amanda were a problem I still didn't know how to handle. They made my life hell in every way they could—ignoring me as though we'd never been friends, talking about plans

A-229

CONFIDENTIAL

LF 109657

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/28/24 Page 118 of 604

that didn't include me where they were sure I could hear, and laughing with the mean girls whenever I passed by in the hallway. In return, I was constant in my feelings toward them. I wanted to make them pay.

My thoughts of vengeance were mostly a way to entertain myself—a whoopee cushion in Taylor's chair or maybe a photo of her without her make-up would "accidentally" make it's way to the school paper. But sometimes my thoughts were darker. I imagined both of them "accidentally" eating Ex-Lax brownies at the school bake sale or using Nair instead of shampoo. The look on their faces as their hair dissolved between their fingers brought a slow smile of satisfaction to my lips every time I pictured it. And that worried me.

What you send out into the world, be it positive or negative, comes back times three. If Aunt Brie was right about that, then Taylor, Amanda and I were in for trouble.

\*\*\*

Shivering, I banged my fist on my steering wheel. It was the end of October. Winter. The daylight, what little there was, amounted to just over six hours a day. Since most days are overcast, this translates into days and weeks of hazy sunlight and muted gray skies. Polar night, which fell on my birthday, was just around the corner—twenty-four hours of night unrelieved by any light at all. The bleakness of that thought fit my mood. I was sitting in my Land Crusier in the school parking lot and the engine wouldn't start. The ignition turned over and coughed pathetically, never quite catching.

It was steadily snowing big, fluffy flakes, the kind that add up to feet and feet of snow in a

**A-230**

Case 4:22-cv-00325-DN-SN Document 37-1 Entry 39-1 Filed 11/04/24 Page 119 of 604
Case 1:22-cv-09353-VSB Document 77-105 Filed 11/31/23 Page 119 of 604

very short time. The air was thick with it. Everything was muted and hazy, making it hard to see more than a hand's reach in front of me. I had stayed late, so the parking lot was fairly empty and my chances of finding a ride were slim. I rested my head on the steering wheel and closed my eyes, drawing a long breath and exhaling, puffing my cheeks out feeling frustrated. Mom wasn't at home and didn't have her cell on and Aunt Brie was in surgery.

When it snows like this, the fat and fluffy flakes, it's relatively warm compared to other kinds of snow. It wouldn't be the complete end of the world if I had to walk home—except that I didn't have a hat and I wasn't wearing boots. My mom is always on me about the fact that we live in Alaska and to "be prepared," but like most people my age, I don't like wearing winter hats that smash my hair and I can't always be bothered to wear boots either.

It probably doesn't make sense to outsiders that all of us, adults and teenagers alike, wear street shoes or fashion boots to school and around town, slipping and sliding rather than giving in to the grim reality of where we live. It's one of the ways you can tell who's an Alaskan and who's not. New people from the Lower Forty-Eight, "chechakos," wear moon boots or Sorrels at the first snow. They turn themselves out in heavy down parkas, wool hats and down gloves and act all tough like they're true Alaskans by ensuring that they're wearing the proper "labels" by popular outdoor companies. It's hilarious. We wear that stuff for outdoor activities, sure. But to go to school or to go downtown, we wouldn't be caught dead. Besides, if we did wear those things we would never have room in our lockers for our books.

Right about now though, I was wishing I had worn a warmer coat and real boots to school

**A-231**

CONFIDENTIAL

Case 4:22-cv-00035-BMM Document 37-15 Filed 11/35/24 Page 120 of 604

like a good chechako. I should probably keep those things in my cargo hold like my mom suggested. I blew out another breath.

A tapping sound on my window startled me from my cheek puffing. I looked up. Ash!

My heart tripped and fluttered in response to his nearness which annoyed me. I didn't want to have that kind of response to him. I noticed that he wasn't dressed like a newbie, even though it was his first winter here. Not at all. He was wearing a black ski coat and his combat boots. I was momentarily stunned by the absolute perfection of him; his straight, narrow nose, dark, tousled hair, tan skin, and brilliant white teeth. He smiled that smile of his, the one that touched his eyes and lit his entire face. I had to catch my breath. Maybe it was because I hadn't been so close to him in a while. Maybe it was. . . who was I trying to kid? It happened every time I saw him.

I rolled the window down, hoping I wouldn't say or do anything stupid. This time. Why is it when you're really attracted to someone you say and do all the wrong things?

"Sounds like you need a ride home," he said. He appeared perfectly friendly, as if everything was normal and right between us.

My feelings were conflicted; I couldn't decide whether I was happy he was paying attention to me—finally—or irritated with him for ignoring me these past weeks.

Happiness won.

"That would be great," I said. Breathless with anticipation, I grabbed my backpack, got out of the Land Cruiser and locked the door.

Kicking through the powdery, newly fallen snow, we walked a few paces to where he was

**A-232**

CONFIDENTIAL

LF 109660

Case 1:22-cv-02435-LMB-JFA Document 374-13 Filed 11/28/24 Page 121 of 604

parked. No motorcycle this time. He was driving a shiny, black Land Rover Defender. Interesting choice and definitely better suited to the terrain. I felt thrilled at the prospect of riding home with him. He walked around to the passenger side and opened the car door for me. I sat down and clonked my feet together, knocking the snow off my shoes before I let him close the door. He did the same thing when he got in on his side.

"Nice ride. Is it new?" I asked, when he closed his door.

"I got it the day we met." He winked.

Heat stained my cheeks. "Oh. I guess it's getting too cold for motorcycles now."

He regarded me for a long moment. It appeared as though he was trying to make up his mind about something. Finally, he shrugged. "You heard your mom, Anna. I have to have a safe car if I'm going to take you out."

Surely he wasn't saying what I thought he was saying? He couldn't have bought a new car on my account. That was just ridiculous. It was irritating that he could be such a flirt after practically ignoring me these past weeks.

"These things are pretty expensive, aren't they? Your parents are okay with buying a new car for you just like that?" I snapped my fingers at him. I really had no business asking such a personal question but I didn't know how to express the confused hope and anguish of what I was feeling.

"They didn't pay for it. I did."

"You're what? Sixteen? Seventeen? If you don't mind my asking, how did you do that?"

A-233

LF 109661

Case 1:22-cv-02435-LLS-SN Document 174-18 Filed 11/23/23 Page 122 of 604

"Seventeen," he said, "and I worked for it."

I blinked in surprise. "What kind of work pays so much money?"

"Well, you know my parents are field archaeologists, right? Their work is," and he paused searching for the right word, "consuming. Our family moves around a lot because there's always a project. Most of the time we're pretty remote. So, Lily and I are their assistants. My parents say we're better than the grad students, and we should be considering we've been in training since we were old enough to walk. We get paid a salary from the Foundation that funds my parents' grants. And I've invested. Carefully." A corner of his mouth quirked up. "Do you like it?" he asked.

"What's not to like? It's great!"

"Will your mom think so?" He actually looked worried.

"Why does it matter what she thinks?" I asked, a little edge to my voice. Maybe he had a crush on my mom like so many other guys at school did. I should be used to that.

"Because I can't take you out unless she does." He turned to look at me, his eyes soft.

I melted. I had no experience with boys saying such things to me and I supposed he was just flirting. But what if he wasn't? I was in way over my head. I flushed and smiled shyly, tongue-tied.

"So, I saw your aunt the other day. You look alike." He glanced over at me from behind the steering wheel.

"I know, right? We look more alike than my mom and I do. But how'd you know she was my aunt?"

A-234

LF 109662

Case 1:22-cv-02435-LLS-SN Document 374-105 Filed 11/28/24 Page 123 of 604

"She was at the town council meeting last night—Dr. St. Claire. She mentioned that her niece is a student at West, so—it wasn't too hard to piece it together. She gave a really good speech about aerial wolf kill." His lips curled into a frown.

I nodded. I hate the wolf kill. The Alaska Department of Fish and Game call it predator control. Every winter they chase the wolves into the deep snow by helicopter and when they're struggling, they gun them down. "I can't believe it's still going on in this day and age, you know?"

"Do you really feel that way, that it's wrong to hunt wolves?" He looked over at me again.

"Well, of course! People don't eat wolf meat. How can it be morally acceptable to kill a wolf just for the fun of it?" The wolf kill issue infuriates me. We live in this amazing outdoor state known for its incredible wildlife and yet it's run like any other business to maximize profit—it's all about hunting licenses and permits for Alaska and wealthy out of state hunters. Not only do they shoot the wolves so that the hunters will have plenty of caribou and moose, but at times, they allow hunters to hire private planes and shoot the wolves for the trophies to "help" Fish and Game "regulate" the wolf population.

He shook his head in disgust. "It's becoming a major problem. Maybe they'll do something about it now that rogue wolves are coming into the city."

He was referring to the fact that with the wolf kills, the alphas and strong pack members were being culled. That left young wolves, pups and elderly at the dens. The young wolves left without strong leaders and a pack were going rogue—coming into Anchorage looking for a meal— mostly dogs but there had been a few humans too. And attacking people is something that wolves

**A-235**

Case 1:22-cv-02435-LLS-SN Document 207-6 Filed 11/22/24 Page 124 of 604

in the wild almost never do.

"How come you weren't there?" He looked puzzled. "I mean, it's obvious you care and right now every voice counts."

"I was there," I gave him a look. "Who do you think was running the projector and the power point presentations?"

A slow smile stole across his face. "Seriously? You were behind the scenes?"

"Absolutely. Me, Jenny and Rachel. You'd think everyone would figure out by now that Mother Nature has done a pretty good job of regulating herself until humans decided to play God. We're seriously out of balance."

"Amen, sista."

"Are you making fun of me?" I mock punched his shoulder. "You're not a secret agent for the other side or anything, are you?"

"Nah. I'm an eat what you kill kind of guy. Do you like wolves in particular or is it all creatures, great and small?" he asked.

"I like animals in general. Better than people most of the time," I admitted. "I help my aunt at her practice a couple days a week. My mom doesn't like it but since they're sisters she can't really complain too much."

"Sisters? But you all have the same last name."

"My mom kept St. Claire when she married my dad. When we moved here, after he died, she thought it would be easier if I had the same last name."

A-236

Case 1:22-cv-02435-LLS-SN Document 297-13 Filed 11/18/24 Page 125 of 604

"Did you mind?" He cast a sideways glance my way.

I thought about that for a moment and shrugged. "At first I did, a little. I'd been Annalise de Winter until I was seven. And all of a sudden, literally days after the accident, we moved here and changed my name. We never even went back to our house after the accident because my mom was so freaked out, I guess."

"That must've been really hard, losing your dad, your home, your name." He blew out a long breath and shook his head. "Why'd your mom pick Alaska? Do you have family here?"

I shook my head. "We lived in San Diego. Talk about extremes!" I rolled my eyes. "My mom's well-known for her art. I think she wanted to hide out after the accident, escape that life, at least that's what I remember her and my aunt talking about." Hiding and escape. They had used those words. But was it really from Marcheline's fans—or from something else? I had always suspected there was more to my dad's accident than they'd been willing to tell me.

"Alaska's a good place to hide. Seven to eight months of dark winter and people really keep to themselves here compared to other places I've lived. I suppose that's largely due to the weather—it's hard to be social when you're holed up indoors so much of the time. Do you mind it, everything she did?"

I could feel my eyes widen at the question. I hadn't given it a lot of thought but the truth is that I had been angry with my mom for a lot of reasons for a long time. To the point that Marcheline didn't feel like my mom. "Maybe. A little." I gave him a wry smile.

"What about the rest of your family," he asked. "Do you have brothers and sisters?"

<span style="color:red">A-237</span>

CONFIDENTIAL

LF 109665

Case 1:22-cv-02435-LLS-SN Document 247-103 Filed 11/22/24 Page 126 of 604

I looked into his eyes and completely lost my train of thought. Again. "No. My dad and my grandparents were killed in the same accident when I was seven," I heard myself saying. "I live with my mom and my aunt. Just us." I said the last part quietly, almost in a whisper, it was so sad.

"And you miss them every day, don't you?" he said just as softly. "No matter how long it's been, that sense of loss doesn't ever go away."

"You sound as though you speak from experience." It was the pain in his eyes as he spoke that told me he'd lost someone close. I chewed my lip as I waited for his answer.

His brows drew together and then he let out a long breath, his shoulders dropping. "It happened three years ago. My brother, Dylan, was killed. He was nineteen." He kept his eyes steadily on the road as he spoke. "He was in the wrong place at the wrong time. So they say."

"I'm sorry, Ash."

"I'm sorry, too. I should have done something." He said the last part quietly, almost to himself as he stared off into the distance.

I understood his pain. He felt the same way I did about my dad and my grandparents. Responsible.

"Was there anything you could have done?" I ventured carefully. "You were what, fourteen at the time?"

After a long silence he turned and looked at me, his face full of anguish. And more than a hint of anger. "They said it was an accident but it wasn't. We were on an expedition in Peru. My mom and dad needed some tools from base camp and Dylan volunteered to hike back down the

**A-238**

LF 109666

Case 1:22-cv-02435-LLS-SN Document 177-103 Filed 11/12/24 Page 127 of 604

trail himself. He was always so eager to—to prove himself." It seemed as though he'd been about to say something else. His grip was tight on the steering wheel, his knuckles white.

"He wanted me to come but it was an hour through the jungle, it was hot and I couldn't be bothered. Hours passed and he never came back. I found him at the bottom of a ravine near the camp. An accident they said." His mouth was pressed into a thin line.

"You don't think it was an accident?" My brows drew together.

"Dylan knew the area like the back of his hand. He was an amazing tracker. There's no way he slipped. Plus, the artifacts we'd been collecting were missing. I'm guessing that Dylan came back and startled whoever was robbing our camp. If I'd gone, he might still be alive."

"Or you might be at the bottom of that ravine, too," I said carefully. I knew I was treading on dangerous ground.

"You sound like my parents." He shot me a dark look.

Sounding like somebody's parents is probably the kiss of death, especially when that somebody is a guy you're interested in. Not good. "Maybe that's because they're right?" I winced and wrinkled my nose.

"Maybe about that," he agreed. And then his eyes took on a far away look. "But they're wrong about not going after whoever did it. An eye for an eye." The way he said those words and the way he looked left no room for doubt as to his intentions. "I got some ink after Dylan's death. You were looking at these back in class that day." He turned his wrists up, flashing the black tattoos that crossed his veins.

**A-239**

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/18/24 Page 128 of 604

"What do they mean?"

"The one on the left here, is a Celtic arrow knot." He turned his left wrist up. The tattoo was an interlacing loop knot which ended in a point inside of a circle. "It was used by the ancient Celts to symbolize a brother. Mine represents Dylan. The circle symbolizes eternity, meaning that our bond is forever." His voice caught for a moment and he cleared his throat. "The one on the right is the all-seeing eye of Horus." He tipped his right wrist toward me revealing the Egyptian-looking eye with a tear drop engulfed by a circle of flames. "This one is for vengeance." His voice was bitter. "I won't stop looking until I find them, and when I do they'll wish I hadn't."

Vengeance. I could understand that but Ash's intensity and anger frightened me a little. I knew he was dangerous on some level yet I found him intriguing and maybe even exciting, at the same time. I realized that it was a bit twisted to feel that way about him, to be drawn to him even though he frightened me—maybe even to be drawn to him because he frightened me—but I was. Something inside of me responded to the dangerous edge in him and liked it.

Over the course of the drive home, I found myself feeling more and more connected to Ash. I understood him and I knew that he understood me. As if it was the most natural thing, I found myself opening up to him. I explained about the accident that had killed my dad and grandparents—something I'd never talked about with anyone. I told him about my mom's art show in New York and about the broken elevator that had crashed twenty-three floors to the ground, killing them all. I even confessed my guilt about insisting on a race with them—our elevator against theirs—and about my headaches and missing memories.

A-240

LF 109668

Case 1:22-cv-02435-LLS-SN Document 374-13 Filed 11/14/24 Page 129 of 604

"Have you tried to talk to your mom about it—about the details?" he asked.

It seemed like such a logical question. And I suppose in a normal family I would have done that long ago. But my family's not normal. We don't talk about anything to do with my dad or the accident by unspoken agreement—it might upset Marcheline. She had been depressed, practically comatose, a long time after the accident. Neither my aunt nor I wanted to take risks in that department.

"I haven't asked in a long time," I said slowly, trying to find the words to explain my conflicted feelings. "I've always felt really guilty about what happened. If I hadn't insisted on having my way, they'd still be alive." I took a deep breath and let it go. "And our lives would be different." My throat was so tight my words came out in a whisper. I could feel tears pricking my eyes.

"We have a lot in common, don't we?" Ash said, leaning over and gently wiping away my tears with his thumb. "You have to know that what happened wasn't your fault. You were seven years old. It could just as easily have been you in that car with them, you know?"

"The words sound right but I think there's always going to be a part of me that won't accept that."

"I totally understand," he said, his eyes solemn as they held mine.

And I knew he did. Because he felt the same way.

Responsible.

**A-241**

Case 1:22-cv-02435-LLS-SN Document 377-13 Filed 11/25/24 Page 130 of 604

## Chapter Thirteen

I didn't want Ash to take me home. I wanted to spend more time with him. Idling at a stop sign, I found myself automatically leaning in toward him. I noticed his scent, that wonderful woodsy smell and inhaled deeply, trying not to close my suddenly heavy eyelids. He leaned in closer toward me at the same time, our noses nearly touching as he reached out and rubbed a stray eyelash from my cheek. The air was suddenly charged between us, crackling with electricity.

The back of my neck stung and I swatted at it absently, ruining the moment. I wondered if whatever it was that caused the stinging sensation had to do with blood flow since it seemed to be triggered by intense feelings.

"Are you okay?" he asked as he moved the car forward.

I nodded. I pressed my fingers to the painful spot and found that it was definitely bigger

A-242

LF 109670

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/18/24 Page 131 of 604

than it had been—there were raised lines and swirls. I kept imagining ringworm on the back of my neck. I'd had several infections from strays before we had moved to Alaska. And although whatever it was on my neck didn't itch, it was creepy because it would come and go. I shuddered and decided to ignore it.

"So, are you and your sister twins?" I asked. I'd been wondering for awhile.

"Yeah. We're close but she can be a pain. She sees herself as some sort of Lara Croft from "Tomb Raider."' He rolled his eyes. "Which is great considering her skills—she's an amazing athlete and a natural at field archaeology, but she's a little too adventurous for her own good. She's impulsive and reckless. It drives my parents nuts." He sighed. "The funny part about it is her schemes have a way of working out. You'll have to meet her."

"I'd like that. Ash?" I paused for a moment, working up the courage to ask the question that was burning my tongue.

He looked at me.

I sucked in air and then decided to just get it over with. "Why have you been ignoring me at school? I mean it's obvious we get along and . . . did I say or do something wrong?"

His eyes widened, the strangest expression on his face. He reached out as though he wanted to take my hand and then thought better of it. "No! It's not you, please don't think that," he said, eyes back on the road.

Oh no. The "it's not you" speech. I looked out the window so I wouldn't have to look at him.

**A-243**

CONFIDENTIAL

Case 1:22-cv-02435-LLS-SN Document 217-05 Filed 11/17/23 Page 132 of 604
Case 1:22-cv-02435-LLS-SN Document 174-11 Filed 07/30/2026 Entry 39.1247/2429 Page 132 of 604

"Anna, please." His voice was so low, it was almost a whisper. He pulled the car over to the side of the road. "Look at me."

Reluctantly, I turned back around and looked at him, willing myself to keep a poker face.

He scrubbed one hand through his hair and blew out a long breath. "Things aren't what they seem. At least not with me." He sighed again as he glanced at me over the steering wheel. "I like you. A lot." He leaned in, closer. "You're smart, funny, and you care about what's going on around you. I can tell that. I think about you all the time." He paused and took my face in his hands. "And you're beautiful."

"Stop!" I put my hand out to cover his mouth.

"I don't want to stop," he said with a wolfish grin, tucking a strand of hair behind my ear. "There's something about you, Anna. Something different than everyone else and it draws me to you, even though. . . " He trailed off, his expression darkening. "My parents want me to stay focused and not date anyone. They say it's for my own good—and yours. I have a lot of stuff going on in my life that's—well—it's complicated."

"Don't be so good," I murmured.

"I don't _want_ to be. Believe me."

"Then don't."

"You don't know what you're saying." He started the car and pulled back onto the road. I wasn't going to give up though.

"Then enlighten me," I said. "You're a bad influence or something?"

**A-244**

Case 1:22-cv-02435-LLS-SN Document 327-18 Filed 11/28/24 Page 133 of 604

He gave a short laugh. "Not quite like that, no. But if I was? Then what?" He turned to look at me.

"Then I think I should have the chance to make up my own mind rather than having it made up for me." I gave him a pointed look.

"I wish it were that simple. I wish a lot of things." He kept his gaze on the road, peering into the darkness.

"How could it be bad for me to be with you? Do you lead a double life or something?" He flinched as if I'd struck him. "Ash! Seriously, do you have a drug problem? Abuse kittens?" There was probably nothing he could say that would convince me to stay away, not when I felt so alive when I was with him.

He let out a long breath. "No drugs, no kitten abuse."

"Okay. So does this mean you'll actually speak to me at school now?"

"Yes. Definitely. Friends?" he asked.

"Friends," I agreed. I wondered what darkness haunted him and why his family wouldn't want him to date. I figured we would get to that part eventually, after we got to know each other better.

He turned the corner to my house. I gave him the code to punch into the keypad on the gate.

"Do you like dancing?" he asked suddenly.

"What?" I said it like, are you nuts?

CONFIDENTIAL

LF 109673

Case 1:22-cv-02435-LLS-SN Document 327-103 Filed 11/12/24 Page 134 of 604

"Are you going to the Halloween dance tomorrow night?" A playful smile curled his lips.

My thoughts whirled as I searched for a safe answer. Did he mean was I going to the school dance with someone or was I planning to go?

"I don't know," I answered slowly, hedging my bets.

"What, you haven't come up with a costume yet?" he challenged.

"No, no. That part's fun." I waved my hand dismissively. "I love Halloween and I've got some ideas if I go."

"Well, do you want to go then?" he asked. He looked at me funny.

"Oh yes," I gushed as I smiled up into his eyes. "I-I would." I was so excited I could hardly believe it. Halloween is my very favorite holiday because it's mysterious, you get to wear costumes and there's candy—chocolate candy. Even as a kid I liked it better than Christmas. To go with Ash—

"Is it your mom?" He regarded me curiously.

"What?" I blurted.

"Is she the reason you don't know yet?" He looked as confused as I suddenly felt.

Huh? And then I understood. He wasn't asking me to go to the dance with him at all. Oh no. I felt my face grow so hot that I knew I was chili pepper red. My neck was on fire. About the same time that I understood what he was saying, he understood I'd thought he was asking.

I fixed a big smile on my face that stretched my mouth so tight it hurt. "Um, yeah. My mom. She's pretty strict you know but since I'd be going with a bunch of friends I'm sure it'll be

A-246

Case 1:22-cv-02435-LLS-SN Document 377-15 Filed 11/22/24 Page 135 of 604

fine. I just have to get a lot of things done around the house. First. You know." I wanted a big hole to just open up and swallow me. Now.

He paused for a moment, his eyes gentle and kind of sad. "I wish I could take you, Anna," he said. "I have to work tomorrow night, but I'll be there later. Save a dance for me?"

"You bet!" I beamed, my voice ringing falsely in my ears. I jumped out of his car so fast I didn't give him a chance to say anything else. Please just let me make it to the house without tripping.

"Anna?" he called out from his window. "Anna, wait!"

"Bye Ash. See you later!" I replied brightly and scooted into my house as fast as my feet could fly. I didn't think it was possible to feel any more humiliated than I'd felt with Ash in his car just now.

A-247

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/22/24 Page 136 of 604

**Chapter Fourteen**

At precisely seven o'clock the next evening, I found myself ready for the school dance, feeling as though I was heading to my execution. My feelings had everything to do with my costume.

**A-248**

Case 4:22-cv-00332-O-BSN Document 37-15 Filed 11/22/24 Page 137 of 604
Case 1:22-cv-09358-LTS Document 37 Entry No. 11/52/24 Page 137 of 604

Earlier that day, I'd found the costume of my dreams; the very thing to make Ash regret he wasn't my date (okay, maybe make me feel a little better about my humiliating blunder more likely) and at the same time hold my own with the Mean Girls, aka my former best friends.

Considering it was such short notice, my needing the costume that very night, I was thrilled when I had seen it on Dooley's Costumes website. Ecstatic, I reserved it for my mom to pick up. It was a full-moon day so no driving for me, plus I needed the time to get ready.

The costume was an exquisite black and blue lace gown with sheer belled sleeves cascading down from just below the elbow to the wrists. The skirt was split down the middle on both sides revealing a deep, blue silk under gown with black, criss-cross lacing up the bodice in the front and the back. There was even a black lace choker with a silver moon pendant. It was elegant yet Goth-chic. And with my glue-on fangs, I would be a perfect vampire.

I styled my hair in soft, disheveled curls with little sequins sprinkled throughout. I'd even dusted my face with a white powder, heightening the contrast between my sun-starved skin and dark hair. Aunt Brie was my make-up artist, imbuing me with dark, smoky eyes and rich, blood-red lips. I was happy with how I looked and knew my costume would give me the boost my wounded ego needed.

I stood in front of my mirror. Tonight I would shine. Tonight I would sparkle. Tonight would be mine. They would notice me, Taylor and the Mean Girls. I would make sure of it. And they would be envious. I would make sure of that, too.

That had been my mantra until my mom walked in the door at precisely six thirty p.m.

**A-249**

LF 109677

Case 1:22-cv-02435-LLS-SN Document 277-103 Filed 11/23/24 Page 138 of 604

Aunt Brie and I were ready to pounce when we heard the garage door open and close. Marcheline swept into the kitchen, a smug expression on her face, garment bag in hand. "Anna," she remarked, "you look so grown-up in that make-up. Was that your doing, Brienne?" There was a less than pleased note to her voice.

"I'm a talented artist myself. Of course, it's not hard when I have such a pleasing canvas to begin with." Aunt Brie winked at me.

"This dress is going to be so perfect!" I flew at the bag, my hands outstretched, eager to try on the gown. "What did you think when you saw it, Mom?" Marcheline has such good fashion sense I was sure she would be pleased to see some of that reflected in my choice.

Before she could answer, I had worked the zipper down to find a red dress in the bag. My eyes widened in horror. They'd given Marcheline the wrong dress and there wasn't time to return it!

"It's not the one you reserved Anna, it wouldn't have suited you. I think this one's better. When I saw it, I just couldn't resist! Isn't it great?" Marcheline raved. She reached out and shook the costume free of the garment bag with a flourish, revealing a simple red dress with short, puffed sleeves, a little girl sash and a little red cape. "Look honey, there's even a straw purse with red checked gingham that looks like a basket!"

My mouth hung open as I stood speechless with shock.

"Can't you guess?" she asked. "Either of you?" She gave a mock pout and shook her head. "It's Little Red Riding Hood, of course. Anna, you will be perfect with your dark hair and pale

A-250

LF 109678

Case 1:22-cv-02435-LLS-SN Document 277-03 Filed 11/24/23 Page 139 of 604

skin. The make-up could use a little adjusting though." She frowned. "Now hurry up and try it on. Brendan will be here soon and it may need some pinning." She thrust the dress at me and clapped her hands twice. "Chop, chop!"

My mouth gaped open and closed several times as I sputtered. I was literally rendered speechless by my mother's latest act of exquisite cruelty in the name of love. Why does she do these things?

"How dare you do this to me! You are ruining my life!" is what I wanted to scream at her. Badly. What I actually said was. . . nothing. My neck was burning like it was on fire but I wasn't going to touch it and give Marcheline an excuse to mother me.

My fists clenched and unclenched several times. I itched to wipe that smug look off of her face.

The lights flickered and dimmed. Once. Twice. A light bulb blew overhead, the tinkling of broken glass falling onto the stone floor, startling all three of us. My anger blew out with the bulb.

An uneasy look passed between my mother and my aunt. Aunt Brie wrapped her arms around me and silently guided me up the stairs to my room before I said and did something I might later regret. I was so horrified I didn't know whether to laugh at the absurdity of the situation, cry (which would ruin my make-up, my only saving grace at this point) or scream my frustration. In silence, I choked down my bile and changed into my costume, blinking back angry tears.

My neck itched painfully. Exploring the area with the pads of my fingers, I found that it hurt. Once, when I was first learning to use a curling iron, I had burned the side of my neck with

A-251

Case 1:22-cv-02435-LLS-SN Document 327-18 Filed 11/25/24 Page 440 of 604

the barrel. The pain was excruciating. I may as well have held a match to my neck, that's how bad it had felt. The skin puckered and blistered and the itching over the course of the next several days was nearly unbearable. And that's exactly how the back of my neck felt now.

Standing before my bathroom mirror, I lifted my hair up with one hand and tried to take a look at the nape of my neck, no easy feat. Squinting and holding the compact in the other hand, I was able to angle it in such a way that I could see the area but not very closely. It looked like a series of black swirls had been inked up into my hairline. The air whooshed out of my lungs like I'd been sucker punched. I doubled over and took several long, slow breaths.

Had I been marked? Was I one of the girls who had been taken?

Shaking my head in denial, I focused on breathing. It couldn't be! For one thing, I had never gone missing. And for another, my aunt and my mother would have told me if something had happened that I couldn't remember. I knew they were keeping things from me, keeping secrets, but I still trusted them—didn't I?

Straightening up, I angled in to get a better look—and whatever I thought I'd seen was gone. There were raised bumps, like a rash of some kind. I put the compact down and took a few more calming breaths. In psychology last year, we learned that certain forms of mental illness run in families. My mom sometimes sees and hears things that the rest of us don't, and not in a good way. While it isn't very PC of me to say it, I think she's certifiably nuts when that happens. At times, although I would never admit it to anyone, I worry that it will happen to me. Like now.

I blinked several times and moved in to look again. No inked designs. Just the raised

A-252

LF 109680

Case 1:22-cv-02435-LNS-SN Document 37-105 Filed 11/26/24 Page 441 of 604

bumps, for lack of a better word, that began at my hairline on the nape of my neck. They extended in a straight line of about three inches in a sort of pattern of swirls, dots and lines down the back of my neck to the top of my spine.

My aunt stepped in to check on me letting me know that it was almost seven. Seeing what I was doing, she snatched the compact out of my hand, examined the area and pronounced it a case of hives. "Nothing to worry about. If you'll quit picking and scratching, they'll go away," she scolded.

When I protested that they kept coming back she said, "Well, yes. And you only know that because you keep fussing and touching your neck. I'll make a salve for you in the morning." Relieved, I allowed her to whisk me out of the bathroom. "And Anna? It wouldn't be a good idea for you to be dating just now. If anyone touches your neck, well, these kinds of things are contagious. You understand?"

I stood there with my mouth hanging open, horrified. She knew I wasn't dating! Why on Earth would she say something like that to me? It was so embarrassing.

"I know you aren't seeing anyone dear. It's just that you're young and the blood flows hot at your age. We wouldn't want to see a rash going around the school you know. So embarrassing," she chided as the doorbell rang. She had a way of doing that sometimes and it was unnerving— speaking as though she'd read my mind. "I'll get it, hon," she said, patting me on the shoulder as she passed by.

Feeling weirded out but relieved that the conversation was over, I closed Hecubus in my

A-253

LF 109681

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/22/23 Page 442 of 604
Case 1:22-cv-02435-LLS-SN Document 174-11 Entry 39 11/22/24 Page 442 of 604

bedroom. I had to be sneaky about it so he wouldn't know what was going on. He has the uncanny ability to know when we're expecting guests and if he's not corralled he'll wait in hiding for an opportunity to attack. I made my way down the stairs to the foyer, no doubt looking as though I'd just swigged a mouthful of sour milk. Contagious hives and a costume I hated. Happy Halloween to me.

"Hey pumpkin," Brendan greeted me. A knowing look in his eyes, he grinned as he and the others stepped into the entryway. "Little Red Riding Hood in Goth. I dig it." He twirled me around the foyer, causing the shapeless sack I was wearing to flounce. A little. "And fangs? Now that's just naughty!" he teased.

Brendan was dressed all in black interrupted by a white line down the middle of his front and back with yellow dashes. A stuffed kitty taped to his chest with bits of the stuffing spilling out of the cat's middle completed the look.

I glared at him. "Brendan, what exactly are you?" I stepped back as he turned around in a circle for me. "Wait—are you road kill?! That's just—eew!" I wrinkled my nose in distaste.

"This, my pet, is first place in the costume contest," he said as he strutted down a mock runway, putting his hands on his hips and posing. Jenny and Mason rolled their eyes.

"Dude, if that's first place it's a lame contest," Mason said as he playfully punched Brendan in the arm and gave him a mock karate chop. Mason is of average height but gangly with straw-colored hair and otherwise nondescript looks. But his personality makes him seem much better looking than he is. He and Brendan are quite close and we get along pretty well, so he's our quiet

**A-254**

LF 109682

Case 1:22-cv-02435-LLS-SN Document 397-103 Filed 11/28/24 Page 143 of 604
Case 1:22-cv-02435-LLS-SN Document 277-13 Entry 39-1 (258 of 299)Page 143 of 604

third from time to time. Captain of the Debate Team, a member of the Chess Club, and Young Future Scientists, he would be marked as a dork of epic proportions but for the fact of his rapier-sharp wit. Just when you thought he wasn't paying attention, he'd zip in with a witty zinger.

"Hey, hands off! You'll mess it up!" Brendan scolded as he and Mason goofed around.

"You look so pretty, Anna," Jenny said as she complimented my hair and make-up. We both dutifully ignored the boys.

"My girl cleans up nice, don't she just?" Brendan said as he pulled me in for a bear hug.

"You look very pretty yourself," I said to Jenny as I gasped and tried to extricate myself from Brendan's arms. She, too, was dressed all in black with form-fitting leggings and a turtle neck, a black mask across her eyes, a head band with black cat ears and a black pillowcase in hand. "You're a cat burglar!" I exclaimed. "I love it!" Jenny pirouetted and then curtsied.

I noticed Mason's eyes following her every movement. He was wearing jeans and a sweatshirt with a red plastic litter box glued to the front of it. Shredded newspaper lined the box with what I guessed were Tootsie Rolls scattered throughout the mess. If he was trying to win Jenny over, this really wasn't a great costume idea. "Mason, wow. Are you what I think you are?" I laughed as I asked him.

"Yeah. When Jenny said she was going to be a cat burglar, I thought I would find a way to make myself useful."

Blushing, I was actually embarrassed for him. He looked over at Jenny with an uncharacteristically idiotic grin pasted to his face. Surprisingly, she grinned back. Hmm. So the

**A-255**

LF 109683

Case 1:22-cv-02435-LHS-SN Document 327-105 Filed 11/22/24 Page 144 of 604

wind was blowing that way, was it? This might be a promising evening for someone, at least.

Just as we were making noises about snapping some pictures for posterity, the doorbell rang. Wondering who it could possibly be and hoping just a little that it might be Ash (though why he would just show up I couldn't imagine), my heart was in my throat as I answered.

"Hey girl!" It was Rachel. She barreled through the door before I had a chance to say so much as a hello and won't you please come in. She wrapped her arms around me and pulled me in for a big hug and an air kiss. "Kisses! Oh goody, everybody's here. I was so sure I'd missed you." She craned her head around to look behind me, taking in the group.

"Come on in." I laughed as I closed the door. Though they're cousins, Rachel and Jenny are BFFs. They're both fantastically brilliant, into alternative music and social justice issues, but there the similarities between the cousins end. Rachel is quite simply a force to be reckoned with. She's outspoken to an almost comical degree, mother-hens everyone and is our school newspaper's editor. Everyone thinks she's also secretly the anonymous Madame Z, the gossip columnist. I'd go along with that theory.

"Rache, honey, gimme some sugar," Brendan said as he crossed the room and held his arms open for a hug.

Rachel swatted him on the rump. "Kisses!" she said as she kissed the space in the air next to his cheeks. "Road kill, huh? Not bad."

"Hey Cuz," Jenny greeted. They made a beeline for each other.

"Kisses!" Rachel barked. Mason slid his way along the wall trying to escape notice. "I see

**A-256**

CONFIDENTIAL

LF 109684

Case 1:22-cv-02435-LLS-SN Document 377-105 Filed 11/09/24 Page 145 of 604

you, Mason Garner. There's no escape, bwaa ha ha!" she laughed, a diabolical expression on her face as she ran over and planted a big, wet kiss on his cheek, much to Mason's embarrassment. "Hee, hee. That was fun!"

Of course my mother chose that moment to enter the room. She raised her eyebrows, turned on her heel and walked out, giving me "the Look." Ah Rachel. Thank you for that.

"Sorry I'm late kids. I had trouble with the costume," she said as she wriggled out of her coat.

"Uh, what exactly are you Rachel?" Mason blurted, asking the question we were all dying to ask ourselves but too polite to voice. Rachel was wearing a pink sparkly shirt that tied in a bow in the front, tight low-rise jeans, and white go-go boots. A matching pink sparkly purse was slung over one shoulder.

"Oh! Whoops! I almost forgot," she said as she trotted over to our entryway mirror. She pulled out pink sparkly lip gloss, stuck on false lashes and whipped out a golden blonde wig from her purse, all in under a minute. Pinning the wig in place, she turned with her hands on her hips, flounced and flipped her hair. Just like Taylor. "Can't you guess?" she said evilly as she waggled her brows. "Just in case you <u>still</u> don't get it," she reached inside her purse and pulled out a nametag, pinning it in place above her heart. "I'm Taylor Barbie," she said in a saccharine sweet voice.

And the thing was, she really did look like a mockery of Taylor. The hair was Taylor's hair <u>exactly</u> and everyone but everyone would "get it." This was going to be fun. I couldn't wait to see

A-257

LF 109685

Case 1:22-cv-02435-LLS-SN Document 327-13 Filed 11/22/24 Page 146 of 604

the look on Taylor's face.

"Oh no you didn't," Jenny scolded.

"Oh yes, I did. And why not?" Rachel straightened her shoulders back and stuck her chest out. She can't stand Taylor or any of the Barbie Girls for that matter (her word for my former friends). She has absolute disdain for people who are more concerned about their designer jeans than they are about social issues, the environment and politics—all of which consume Rachel and Jenny. By associating with Rachel, I had nailed the coffin lid shut on any association with my former friends. Oh well.

My mom and Aunt Brie snapped a few pictures and just when I thought it was safe to make our escape, my mom started to get a little loony, it being the full moon and all (her being uptight, over-protective and all).

"Brendan, I don't need to tell you to drive safely." She gave him her stern mom look. "And Anna, you need to be home by eleven o'clock sharp."

"Mom!" I protested. "The dance doesn't even end until eleven. And aren't you and Aunt Brie going to a party at the gallery tonight?"

"We are," she said. "Nothing good happens after midnight." She tipped her head to one side and raised her brows, waiting for my agreement to her terms.

"So how about I come home before midnight then?" I was pressing my luck arguing with her but if I didn't, Brendan would have to make an early trip home just for me.

"Eleven-thirty Anna, and that's it. I don't want to scare you kids but you know teens have

**A-258**

LF 109686

Case 1:22-cv-02435-LLS-SN Document 297-13 Filed 11/22/24 Page 447 of 604

gone missing every full moon for the past several months. There's no reason to be out late tonight. For any of you." She looked at us, each in turn.

"I guess we're lucky to have a dance at all," I said, my voice quietly defiant. I couldn't help but give her a little attitude. She made it so difficult for me. I wanted to fit in with my friends and her rules made my differences stand out just that much more.

I said my goodnights with less enthusiasm than I might have done a few minutes earlier and shuffled outside. Maybe I would come home when I wanted to, on my own terms for a change. What's the worst that could happen?

**A-259**

CONFIDENTIAL

LF 109687

Case 1:22-cv-02435-LLS-SN Document 174-13 Filed 11/03/23 Page 148 of 604

## Chapter Fifteen

"Hey Jake. How come you're out here?" I asked, perplexed. The front seat in Brendan's Yukon was left open for me; no doubt the others thought we were "finally" hooking up. I was surprised to see Taylor's boyfriend, Jake, in the backseat looking forlorn.

"Taylor's mad at me. I forgot our four month anniversary." His lips turned down. "Hey, sorry I didn't come in but I'm kinda depressed." The big lunk, er, I mean hunk was decked out in a toga with a plastic laurel wreath on his head. Not exactly original but the costume suited him.

"Are you Anthony or Caesar?" I inquired politely.

He beamed. "Anthony. How'd you know?"

"Oh, just a lucky guess." I bit my tongue from saying what I really thought. Taylor always has her men wear a couples costume designed to feature her as the starring attraction. The fact that he was wearing a toga made it obvious she would be Cleopatra. She'd done the same thing in the

**A-260**

CONFIDENTIAL

LF 109688

Case 1:22-cv-02435-LLS-SN Document 37-18 Filed 11/04/24 Page 149 of 604
Case 1:22-cv-02435-LLS-SN Document 327-18 Filed 11/24/23 Page 149 of 604

seventh grade.

"I hope she likes it. She said she'd meet me there before eight o'clock. She's got a dinner or something," he said, his shoulders slumping. This didn't bode well for Jake. Most likely Taylor was on to the next boy with more "bling." I didn't have the heart to tell him since he looked so glum. I had my own troubles.

I was worried that no one would dance with me. I worried I would be stuck standing around watching everyone else dance and feeling alone. Unwanted. A reject. The situation with Ash yesterday made it that much worse. Plus, I couldn't stand for Taylor and Amanda and the rest of the Mean Girls to see me standing on the sidelines when they would all be dancing every single dance. I couldn't stand to <u>feel</u> like that. At the same time though, I knew I couldn't stay home and let them win.

I loved Brendan for making me feel wanted and including me with his buddies. I knew he would dance with me. But as class president, he took his political position seriously and he made sure to work the room, dancing with as many girls and socializing with as many people as he could. While I could certainly pose as his First Lady since he was our class president (he'd even suggested it to make me feel more comfortable) it just didn't seem right. I needed to find my own place, wherever that would be.

I realized Brendan had gone the extra mile when Mason and Jake both asked me to dance. I was actually enjoying myself though there was still no sign of Ash (and come to think of it, no sign of my former BFFs). When the first song came on that I had no one to dance with, I headed to the

**A-261**

LF 109689

Case 1:22-cv-02435-LLS-SN Document 327-103 Filed 11/25/24 Page 150 of 604

bathroom to take a break. Pushing the doors open, I came face to face with the Mean Girls, formerly known as my best friends.

"Annalise, you look amazing!" Amanda cooed in her breathy Marilyn Monroe voice, all wide-eyed little girl sugar and spice. "It's so good to see you in new clothes. Ooh, and look at you! You're even wearing make up!" And just like that any compliment she might have intended disintegrated with her verbal backhanded slap.

"Right back at ya," I said with the barest tinge of sarcasm. It sailed right over her head.

Taylor and her crew were dressed in some sort of group costume though I couldn't discern the theme. Plaid micro mini skirts, white short-sleeved haltertops tied in the middle (revealing a lot of skin), white thigh-high stockings and stiletto heels with baby doll socks. They wore identical piggy tails tied on each side of their heads with ribbons. Taylor's skirt was the shortest, I noticed as I made my way to an open mirror, as it barely covered her rump. When she bent forward to apply her lipstick white ruffled panties peeped out from under her too-short skirt. Bleh!

"So, Taylor, you were telling us about your dinner with Ash," Dani nodded, inclining her head toward me. Idiot. I could see her in the mirror.

Wait a minute. Dinner with Ash? I felt a sudden, clutching sensation in my chest.

A sly, feline look crossed Taylor's face as she peeked back in the mirror at me, fully aware that I could see her. "Well," she said, raising one perfectly arched brow, "it was very . . . romantic. That boy knows how to wine and dine a girl, if you know what I mean." Her lips tipped up in a calculating smile. "He even gave me a red rose. I left it in the car so I wouldn't lose it. Can you

**A-262**

Case 1:22-cv-02435-LLS-SN Document 327-103 Filed 11/05/24 Page 151 of 604
Case 1:22-cv-02435-LLS-SN Document 174-13 Filed 11/38/23 Page 151 of 604

believe it, girls? He's sooo sweet." She ran her tongue along her top lip, making it obvious that her words had a double meaning.

Pain formed a tight knot in my stomach. "He told me he had to work tonight." The words fled my lips in a whisper of dismay.

"I'm sorry, was I speaking to you?" Taylor said, her lips drawn back in a sneer. A triumphant look crossed her face as her hard eyes locked with my tear-filled gaze in the mirror. Of course, I looked away first.

For one terrible moment, out of the corner of my eye, it seemed that her reflection turned the wrong way. Startled, I glanced back in the mirror only to find Taylor standing right in front of me. She draped an arm around my shoulders, as if to hug me, her nasty serpent ring catching the light.

"It was very sweet of him to let you down easy like that since he had plans with me though, wasn't it?" she said, her voice dripping saccharine.

When she touched me, I actually felt physically nauseous. Covering my hand with my mouth, I gagged. I guess she thought I was going to cry or something because she made a mock show of sympathy, pursing her lips together mouthing, "Aww, too bad," while the Mean Girls laughed.

Her grip on my arm turned tight as her ring bit into my skin. Just when I was about to yelp, she let go. Under her breath, she whispered for my ears only, "Be careful. I wouldn't want to see you get hurt."

**A-263**

Case 1:22-cv-02435-LLS-SN Document 377-13 Filed 11/07/24 Page 152 of 604

My neck stung fiercely. And this time, the heat spread down my spine, but it was a good kind of pain—something hot and vicious flooded my veins. I smiled, high on whatever it was. "Really? I think you're the one who's worried about getting hurt. "

Her mouth fell open in surprise. "Why would you think that?"

"Because of all the effort you're making to convince me he's into you." I took a step closer to her. "If he was that into you, you wouldn't bother with the little show, Taylor."

"Touche." She dipped her head and bent her knee in a curtsy. "But the fact remains, he brought me to the dance. Not you, dimbo." She reached out and pushed my shoulder back to shove me out of the way, her nasty ring catching my cloak. She flicked her wrist to unhook the ring and gave me a mean little smile. All of the hot anger I had felt ran right of me as suddenly as it had filled me only moments before.

And this time when I gagged there was action behind it. I barely made it into the stall. I could hear Taylor and her crew snickering and several mutters of "eew gross!" as I hurled into the toilet.

As soon as they left the nausea dissipated and I felt better, the way you always do after you throw up. I rinsed my mouth out and was grateful I had a piece of cinnamon gum in my basket-purse. I leaned against the sink, my chest heaving, betrayal squeezing my heart. Everything has a price. Taylor's actions were going to cost her and one way or another I'd make sure she paid it. For now though, I needed to go home.

Determined, I bolted out of the door and scanned the gym for Brendan to at least let him

A-264

Case 1:22-cv-02435-LLS-SN Document 274-13 Filed 11/28/24 Page 153 of 604

know I was taking a cab home. And there was Ash, leaning against a wall with Taylor and the Mean Girls, laughing. At me? I bit my lip and pushed open the nearest exit door. I had to get away. I couldn't bear the thought of any of them seeing me. What a joke it must have been for him to make me think he was going to ask me to go the dance when he'd had plans with Taylor all along! How could I have been so wrong about him?

I stood outside in the dark on the hard packed snow with my back pressed against the door, panting.  That had been a close call. Unfortunately, my mad dash put me in the smokers' court. Every school has one, that place where the smokers hang out during school breaks. Tonight the courtyard was empty which was good but there was no other way out. And that was bad. Not only because I was trapped but because it was so cold, definitely below freezing. It was the kind of cold that's potentially the most dangerous—a dry, numbing cold that creeps up on you so gradually that you don't realize you're in danger from exposure until it's too late.

I wondered how long I would have to wait for them to leave so I could sneak back in? Defeated and with no coat, I realized I would have to go back inside soon. Shivering, I wrapped my arms around myself and paced along the wall where the cement was free of snow. The full moon above cast an eerie glow, illumining the courtyard just enough that I could see everything around me through a hazy veil.

A distinct prickle of unease settled between my shoulder blades, the kind of feeling you get when you know someone is watching you in a creepy, voyeuristic sort of way. I could feel the press of someone's gaze on my back. Whirling around to catch my watcher, I came face to face

**A-265**

CONFIDENTIAL

LF 109693

Case 1:22-cv-02435-LLS-SN Document 377-103 Filed 11/22/24 Page 154 of 604
Case 1:22-cv-02435-LLS-SN Document 174 Entry 39.1 (269/283) Page 154 of 604

with dead air. Hearing a crunch of snow behind me, fear coiled in my belly. I was not alone. A thick mist wrapped itself around my ankles.

"Beware! Beware!" screamed a terrible voice. I jumped back, clutching my basket-purse in both hands, my only weapon to defend myself. An extraordinarily large raven perched on the railing beside me, regarding me with an almost human stare. And I knew that it was the same raven I'd seen in the school parking lot the day I'd met Ash. It had followed us home and now it was here.

I tried to laugh at myself for being ridiculous. Who gets stalked by a raven? Obviously, the raven was my voyeuristic spy and since it was Halloween night, it had scared me silly.

Ravens are large birds, most being about two feet long with a wing span about twice as long as their bodies. Up close as we were, this one seemed much, much larger. Its eyes glittered with a keen intelligence and in its gaze I felt the presence of something more—something beyond my experience. The fine hairs on my arms stood on end. "You scared me!" I scolded, trying to console myself.

It cocked its head to one side, curiously intent. It opened and closed its beak almost as though it had something to say. Or was making fun of me.

"Are you trying to tell me something you creepy bird?" I asked with a nervous laugh.

"Beware!" it cawed. "Beware!" A current of fear, cold and sharp ran through my veins. I felt my stomach clench and knew that something was very, very wrong. Taking a deep breath, I backed away slowly, my eyes steady on the bird's, my body pumped with adrenaline. I felt a light

A-266

Case 1:22-cv-02435-LLS-SN Document 297-13 Filed 11/28/24 Page 155 of 604
Case 1:22-cv-02435-LLS-SN Document 174-15 Entry 30.11 1278/24 299 155 of 64

tap on my shoulder and jumped, strangling a scream.

Ash!

"What are you doing out here?" he asked, his eyes troubled.

Numb with terror, I had no words. I pointed to the raven.

"Hey you! Get out of here!" Ash raised his arms and shooed the thing. For a long moment, the raven didn't move. It just looked at him.

Finally, it shook its wings as if to say that it wasn't frightened and would leave when it wanted. Ash strode right up to it and made as if to kick it. The raven watched his foot with a baleful glare and then hopped out of the way. "Beware!" it cawed as it lifted its wings and flew away, black feathers melting into the night.

"Did it scare you, Anna?"

I stood there for a moment wondering what to say and trembling so hard it was an effort to speak. I had never seen a raven act that way. It just wasn't normal. "Did it seem like it was saying something?"

"Nooo," he looked at me strangely. "It's Halloween so it's a little freaky seeing a raven out here I guess. And they do have strange voices." He reached out and pulled me in close to his chest, sheltering me in his arms. I allowed myself to lean into that embrace for a moment, breathing him in and welcoming the warmth of him. His eyes scanned the courtyard and then came back to rest on me. "I saw you head outside and when you didn't come back in, I got worried. C'mon. It's too cold to hang out here." Still holding me tight, he led me back into the gym, a gust of warm air

CONFIDENTIAL

**A-267**

LF 109695

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/21/24 Page 156 of 604

hitting us when he opened the door.

We walked along the farthest edge of the gym heading back toward the party. I was quiet. So was he.

My thoughts were jumbled. I recalled my Aunt Brie telling me when we'd first moved to Alaska and I'd been afraid of the big black birds, that ravens are symbols of transformation and change, the bearers of great magic. When I was older, she'd explained that they're also known to be messengers from the spirit world. Was this raven really trying to warn me?

I wondered if I'd imagined the whole thing with the raven. After what had happened with Taylor in the bathroom, maybe my imagination was running away with me. Or I was becoming like my mother who always gets a little paranoid and jumpy at the full moon. . .

But what if I hadn't imagined any of it? What if those girls' abductions and the strange things they'd seen and experienced were real? What if what I was seeing and experiencing was all real—and I was being warned? What then?

Halloween night can be a great time to give in to the grim and scare yourself. Maybe it was that, maybe it was something more. As if he sensed the direction of my thoughts, Ash tightened his grip on my arms and turned me toward him. "Dance, Anna?" His face was exquisite in its beauty; warm, molten honey eyes off-set by his ever tan skin and his full mouth, sweet and tempting.

And in that moment I hated him. Hot rage clouded my vision and burned away the last tinges of fear. How could he lead me on this way only to dash my hopes? How could he tell me he was working tonight when he was with Taylor? I could hardly speak I was so angry. "You know

A-268

Case 1:22-cv-02435-LLS-SN Document 277-13 Filed 11/12/24 Page 157 of 604

what? I've had enough of you toying with me. Why don't you save your dances for your date?" I felt tears pricking my eyes which just made me all the more angry. I stalked off, disgusted with him and myself and resisted the urge to touch my neck.

"Anna, wait!" He lunged after me and grabbed me by the hand. "Please?" he said, imploring me to stay.

"What could you possibly have to say to me?" I snarled, those dratted tears threatening to spill.

"Is that what Taylor said to you? That she's my date?" He looked incredulous and maybe even a little angry himself.

"Do you deny it?" I was hurt and furious and showed it.

"Yes! She's not my date, Anna. That would never happen," he said, passion charging his words with conviction.

I searched his face looking for something, I wasn't sure what. "She said you took her to dinner and that you drove her here. Doesn't that make you her date?" I looked down, surprised to realize he was still holding my hand and that I was letting him, so I snatched it back.

He sighed and ran his hands through his hair, a look of stunned disbelief crossing his perfect features. "It was nothing like that, Anna."

"Just how was it then?" My voice wobbled. "Don't cry," I pleaded silently with myself. "You know what? Don't bother. You don't owe me anything. In fact, I can't believe we're having this conversation."

A-269

Case 1:22-cv-02435-LLS-SN Document 277-10 Filed 11/22/24 Page 158 of 604

"Anna, listen to me." He clasped me by the shoulders this time, pinning me in place. "I told you the truth yesterday. I was working tonight. At the Museum. My parents were the keynote speakers about the Celtic artifacts. Taylor's mom is on the museum board. We were seated at the same table. There's nothing more to it than that." His eyes entreated me to believe him.

And I did. The conversation in the bathroom played itself through my head again and I realized Taylor was just mean enough to twist the truth around in order to wound me. "Did she come here with you like she's telling everybody?" I gazed up at him, questioning.

"Yes, but it's not what you think." He took me by the hand once more and this time I let him. He led me over to a bench where we sat down. "I don't want to flatter myself but I think she planned it all out." His lips twisted in a crooked grin. "She had her mother ask me if I would mind taking her to the dance in my car since it would save them a trip in the wrong direction. I could hardly tell her no."

"What about Lily? Was she there tonight?"

He nodded. "You should have seen the look on Taylor's face when she figured out that A, Lily and I were in the same car and B, that as a gentleman, I was riding in the back. It was priceless."

We both laughed at the image of an incensed Taylor not getting her way.

He squeezed my hand. "That girl is a piece of work. How could you ever be friends with her?" He gave me the sort of look you give a crazy person, as if what they're doing makes no sense at all but you don't want to offend them.

**A-270**

LF 109698

Case 1:22-cv-02435-LLS-SN Document 377-103 Filed 11/27/24 Page 159 of 604

"Well, she wasn't always like she is now." He looked at me like he thought I was full-on crazy this time. "Seriously. When we were kids, she was so much fun. She was always the pretty one but she never made a big deal of it back then. We played games, had sleepovers—the three of us were inseparable, Taylor, Amanda and me. This other Taylor, well, I think whatever happened it happened so slowly I didn't realize she was a monster." I shrugged. You always hear women say that about their abusive boyfriends. They were so nice in the beginning. And that's the way it had been with Taylor.

And yet, looking back there were little things that stood out that I hadn't paid close attention to at the time. Things that hadn't become apparent until we were about thirteen or fourteen. And all of those things revolved around boys and her need to have every single one of them—and us, her girlfriends—under her thumb.

"And Amanda? Was she ever your friend or just Taylor's minion?" he asked.

"That's a good word." I paused for a moment, gathering my words. "Amanda used to be kind of homely. And she was really sweet and genuinely nice to everyone. She still is in a way it's just that Taylor's given her a make-over and I think she likes all of the attention being with Taylor brings."

"Well, I'm glad you're not like them," he said, the intensity of his gaze hot. When he looked at me like that, I felt he could see me too clearly—that the way I felt about him was somehow revealed on my face.

I looked away first. It was only now that I turned toward him again that I realized he was in

A-271

LF 109699

Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 11/25/24 Page 160 of 604

costume. He was wearing faded jeans with ratty tears and black leather combat boots, a white t-shirt with a few rips and a black leather jacket. I looked closer and noticed that he had fur sticking out of his shirt and on the backs of his hands.

"What are you?" I asked, scrunching my nose and looking him over again.

"Why, whatever do you mean?" He put his hand on his heart and tilted his chin down to his chest, giving me a devilish look.

"Your costume. What are you?"

He smirked as he put his hands in his jeans pockets and looked at me sideways. "You can't guess, Little Red?"

"Oh no! You're not Teen Wolf or something, are you?" I asked with a laugh in my voice.

"Hmm. That was the idea but I think I'm going more for the Big Bad Wolf now. Interesting that our costumes go together, don't you think?" Under the glint of humor, his gaze was too intense. I squirmed.

"You're still not off the hook, buddy," I heard myself saying.

"No?"

"Taylor said you had a rose for her." I couldn't believe I wasn't letting this go. Taylor had gotten to me, just as she'd intended, plus my nerves were working against me.

He closed the distance between us and took my face in his hands, cupping my cheeks, his coppery gaze mesmerizing. I could feel the heat of him as we were only inches apart. "That rose is for <u>you</u>," he said, his voice husky.

**A-272**

Case 1:22-cv-02435-LLS-SN Document 377-13 Filed 11/28/24 Page 161 of 604
Case 1:22-cv-02435-LLS-SN Document 174-3 Entry 39-11 (276 of 299) Page 161 of 604

I felt a warm happiness blossom inside at his words. I smiled. And then I stopped smiling

because suddenly my smile was shaky and my lips were quivering. Did he notice? His sudden

nearness and my attraction to him overwhelmed me. Would it always be this way?

A-273

LF 109701

Case 1:22-cv-02435-LLS-SN Document 327-103 Filed 11/23/24 Page 162 of 604

**Chapter Sixteen**

"Can I have that dance now, Anna?" Ash asked. The sound of his voice, the look in his eyes and the way he moved was all temptation; chocolate, velvet and sass in just the right measure.

I nodded graciously, trying to act cool though I was anything but. My mouth was dry. Don't speak, I begged silently. The butterflies in my stomach were hopped up on caffeine.

He took me by the hand and led me to the middle of the dance floor. I tried to look like I belonged there with him, cool and confident, but I was just so nervous I felt stiff and awkward. His hand was warm and dry, not cold and clammy like mine. He put an arm around my waist and looped my hand around the back of his neck. The hint of a smile on his lips, he took my other hand in his own in a proper dance position.

Oh no. I was in trouble. I'd never danced this way—at least not with a boy—and I was

A-274

 LF 109702

Case 4:22-cv-02435-MWB Document 37-41 Filed 11/28/24 Page 163 of 604

definitely too nervous to even remotely try and follow his lead. Why couldn't he just do the hug sort of dance that everyone else was doing?

"Um, Ash." I hesitated. "I don't really know how to slow dance like this. Can we just do what they're doing?" I nodded toward the other couples around us.

He looked down at me, his gaze both serious and amused at the same time. "Just look into my eyes and feel the music. Don't think." His voice was desire and I felt it all the way down to my toes.

I looked away and blinked. Hard. He had to be kidding, right? I was so wound up I couldn't even <u>hear</u> the music, let alone feel it.

He took my chin and tilted my face up. "My eyes, Anna," he reminded, that slight grin twitching his lips.

I sighed. Easy for him to say. He couldn't possibly understand the effect he had on me, especially holding me in his arms. My hands were damp with perspiration and surely he could feel how cold they were. I glanced around and caught Taylor and Amanda standing on the sidelines watching. Rage contorted Taylor's pretty face. Disbelief registered on Amanda's.

Straightening my spine, I cowboyed up. They would never see me as weak again. I looked into Ash's eyes as the music washed over us. Just when I thought I couldn't possibly do this with everyone staring, it happened. A sense of peace settled over me like a warm blanket and I moved in time with the music and with Ash. I felt the music flow around and through me.

We were suspended in time, just the two of us and there was no one else. I felt his

**A-275**

LF 109703

Case 1:22-cv-02435-LLS-SN Document 277-13 Filed 11/12/24 Page 164 of 604
Case 1:22-cv-02435-LLS-SN Document 207 Entry 39 11/29/24 Page 164 of 604

heartbeat; a strong and steady pulse beneath my fingers resting at the nape of his neck. I felt his right hand holding mine, warm and dry. I felt the heat of his other hand gently and just barely touching my waist, guiding me as we danced.

We moved in perfect time as though we had been dancing together forever. I threw my head back and laughed for the pure joy of it, bubbles of mirth escaping my lips. I looked up at Ash and he began laughing too, his startlingly white teeth catching my attention and drawing it to the fullness of his lips. Lips I wanted to kiss.

We didn't speak for the rest of the song. We just moved in tandem with the music and smiled at one another as if we were sharing a private joke. When the last notes faded, he took my hand and just barely grazed my knuckles with his mouth, an enchanted prince from Once Upon a Time.

And then he gnashed his teeth and growled low in his throat, a perfect wolf. "You had me worried for a moment there. I thought you weren't going to make it."

"What?" Did he realize what a basket case I'd been just a few minutes ago?

He took my arm and linked it through his as he walked me over to the bleachers. "You promised to save a dance for me. I didn't see you when I got here tonight and I thought maybe your mom decided not to let you come out."

"Oh, no, nothing like that," I said, a silly smile stuck to my lips.

At that point, Brendan, Mason, Jenny and Rachel came up behind us. "Hey, Anna, Ash. That was some dance." Brendan gave me a little hug (and a look that told me he had my number)

**A-276**

Case 1:22-cv-02435-LLS-SN Document 317-05 Filed 11/38/24 Page 155 of 604

and gave Ash knuckles. Mason and Jenny nodded and said hello, Mason doing the guy knuckle thing too.

Rachel, of course, whacked Ash on the rump, bleating, "Kisses!" as she air kissed him on both cheeks. His eyes widened in shock leaving the rest of us coughing into our hands only pretending to hide our laughter.

"I'm Rachel, by the way. I don't believe we've officially met." She batted her lashes.

Ash looked at her for a long moment, taking in the Taylor Barbie costume. "Ash, but you already know that. Nice costume. Has Taylor seen you yet?"

"Hi Ash. Nice buns and yes, she has. The Barbie Girls tried to scare me with some glaring staring action but I just yelled 'boo' and they ran away." She gave a low, throaty laugh with more than a hint of naughtiness in it.

Taylor didn't want to mess with Rachel and Rachel knew it. As the editor of the school newspaper she had some serious clout. Plus, if she really was Madame Z, Taylor did not want to be within her radar any more than she already was.

"Hey, this party's winding down so we're gonna catch a bite somewhere. Whatcha feel like, toots?" Brendan asked me.

"I'm not really hungry so it doesn't matter," I replied.

Ash looked from Brendan to me and I swear I caught a look of irritation pass over his face. He gave Brendan a fixed stare, his gaze unwavering. Brendan looked away first. Ash glanced back over at me. "I didn't realize you were on a date," he said with a chill in his voice.

**A-277**

LF 109705

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/31/24 Page 166 of 604

"I'm not!" Smiling, I patted his arm. "Brendan's practically family. Plus the whole ex-communication thing has me stressing."

"Anna, I can't believe you would sell me out like that!" Brendan clasped his hands to his chest. Are you saying it's over, baby?" He looked over at Ash nervously to make sure he understood it was a joke.

I socked him in the shoulder. "Puhlease."

"Anna, you shouldn't let those girls get to you like that," Jenny scolded. "We totally would've gotten ready with you tonight if we'd known you were worried. Right Rache?"

"You said it, Cuz," Rachel enthused. "We're your peeps now. How a bright young thing like you was ever blind enough to hang with those Barbie Girls I will never understand." She shook her head in disgust.

"They weren't always like they are now," I said, feeling defensive.

Rachel looked at me funny. "Really? You coulda fooled me, girlfriend. I think you've been wearing some blinders. And now you aren't."

"Hey, don't pick on her, Cuz. Sometimes loyalty keeps you from seeing what's right underneath your nose." Jenny tweaked Rachel's blonde wig. "Let's go to the Lucky Wishbone. I would kill for a chocolate shake."

"You don't have to do that. I'll buy you one and keep you out of jail," Mason joked, his eyes never leaving her face. The boy was a goner for sure. He never but never made lame jokes.

"Okay kids, we're going to the Wishbone. You're welcome to join us, Ash. Anna?"

A-278

CONFIDENTIAL

LF 109706

Case 1:22-cv-02435-LLS-SN Document 397-13 Filed 11/22/24 Page 167 of 604

Brendan paused. "Or are you catching a ride with him?" Brendan waggled his brows at me, the brat. Talk about putting me on the spot. I didn't know if Ash wanted to take me with him or not.

"I'll give her a ride," Ash said, holding Brendan's gaze again. Brendan glanced down and Ash turned to me. "If that's okay with you, Anna?" he asked, touching me lightly on the arm. And when he looked at me the way he was looking at me now, I swear I just wanted to wrap myself up in him. Or run away. "Anna?"

"Oh, sure," I said, shrugging. I tried to act casual like I hadn't just forgotten I was supposed to say something.

"If we don't see you at the Wishbone, she has to be home before eleven-thirty," Brendan said. He winked at Ash and nudged him with his elbow.

"Brendan!" I scolded. "I can speak for myself, you know."

"Well," he replied, his tone defensive, "I don't want to be on your mom's bad side, Anna and you left with me. Marcheline puts the scare in scary. No offense, pumpkin."

"Later, Bren," I said it like get lost. We headed for our coats and the doors. Even though Ash hadn't asked me, it felt like a date. I smiled to myself about that. And then wondered if he would expect a goodnight kiss later when he took me home. My smile disappeared as another attack of nerves set in.

**A-279**

LF 109707

Case 1:22-cv-02435-LLS-SN Document 274-13 Filed 11/22/24 Page 168 of 604
Case 1:22-cv-02435-LLS-SN Document 277-05 Entry 39-11 (283 of 299) Page 168 of 604

## Chapter Seventeen

I did my best to hide the stupid grin that kept trying to spread itself across my face. He was holding my hand! His grip was firm and sure and his skin was pleasantly warm in the frigid night air as we walked to his car. The ground beneath our feet was blanketed in heavy, packed snow—the kind that's easy to walk on top of without getting your feet wet but slippery in street shoes like I was wearing. Ash slipped his arm around me, bracing some of my weight as I slid along in my red riding hood slippers. I noticed the hard muscles of his biceps and chest and the delicious scent of him as I leaned in against him, enjoying the warmth of his body.

It was unseasonably cold for Halloween this year but I didn't care—I barely felt it. When we reached his truck, he glanced up at the full moon and flinched. We'd decided to check out the northern lights and then meet up with the gang for a late night snack. I guessed that Ash was

A-280

LF 109708

Case 1:22-cv-02435-LLS-SN Document 277-103 Filed 11/24/24 Page 169 of 604

worried about the brightness of the moon since the conditions have to be just right to see them.

The northern lights, or Aurora Borealis as Galileo named them, are glimmering ribbons of color that flash across the sky in Alaska in the deep winter. The ideal viewing time is during the long, dark nights when it's cold and clear. Tonight was just such a night. It was only much, much later that I remembered it was I who suggested we drive to the Bluff where there were no street lights and no people.

"Hey, look!" I exclaimed in wonder, craning my head back. "We got lucky."

Ash pulled the car over to the side of the road. Flowing streamers of brilliant green and purple light swirled across a pitch-black sky crowned by a glowing, silver full moon. We sat in silence for a time.

Gesturing at the display Ash turned to look at me. "What do you think about when you see all this?" His voice was silky.

I turned to look at him as he glanced up, his profile chiseled perfection in the moonlight. "I guess I feel as though I'm being touched by some mystical force," I paused, thinking. "I know there's a scientific explanation for it but still, it feels magical. Do you know what I mean?" I wondered whether he spoke my language of mysticism, magic and enchantments.

He studied me for a moment before answering. "Yeah, I do. Do you believe in all that? Magic and the supernatural?" There was a sudden intensity about him, as if my answer was really important. I decided to be honest rather than hide any part of myself. If we were going to get to know each other, there was no time like now.

**A-281**

Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 11/25/24 Page 170 of 604

"Absolutely. And you?"

He nodded, his eyes sharp. "Do you speak from experience, Anna?" he asked.

"I might," I said cautiously.

He turned and glanced out the window, distracted. "Hey, do you want to step outside for a minute or two?" He looked excited, his pupils were dilated and all of a sudden he seemed animated. He reminded me of Hecubus when he sees a bird land on the windowsill and gets all jumpy, his teeth chattering.

"Um, sure but it's kind of cold out."

"Don't worry, I'll keep you warm," he offered. The way he said it I felt a flutter of heat curl through me.

Ash got out of his side of the car and came around to mine. I wanted him to kiss me and yet at the same time I was afraid that he might. I imagined him taking my hand when he opened my door and then somehow pulling me toward him. He would lean in and I would close my eyes, tilting my head back . . . but what if I messed up? My mouth was so dry and now that I was thinking about it, my lips started to tremble. And what if he did kiss me, what if he broke out in hives? Aunt Brie seemed to think they were contagious—like I had sickness or something. Why hadn't I asked her for details? When he did pull my car door open, a gust of frigid air blew in, pinching my cheeks and biting at the tender, exposed skin of my neck. Ash took my hand and helped me up, all thoughts of a kiss extinguished by the cold. I turned my coat collar up, folding it around my ears.

**A-282**

LF 109710

Case 1:22-cv-02435-LLS-SN Document 297-13 Filed 11/33/24 Page 171 of 604

We stood with our backs against the car, side by side, not quite touching each other. "Can you hear it, Anna?" His entire being was focused, still. "Close your eyes and listen," he said, pressing a warm finger across my lips.

The northern lights can sometimes make a humming or even a crackling sound. My focus was on the tingling sensation created by the touch of his smooth skin and the way he smelled. My senses were so keen in that moment that my knees almost buckled beneath me. Ash steadied me and gazed down into my star-struck eyes.

"Are you okay?"

Embarrassed, I nodded. He kept his arm around me making sure I was warm enough as we watched and listened to the spectral phenomena in the sky. After a time, he drew in a deep breath and sighed loudly, running his hands through his hair nervously.

"Look, I don't know where to begin or what to say here." His voice was so serious. "There's something I want to talk to you about but I'm not sure how to tell you." He was keyed up and I was surprised at the difference in his demeanor.

What on earth could Ash have to tell me that would make him so uncomfortable?

"I like you, Anna. I more than like you. It's crazy because we hardly know each other but I think about you all the time," he admitted, his eyes searching mine. My heart thrilled and it was all I could do not to grin like an idiot.

"I wanted to take you to the dance tonight. Heck, I wanted to ask you out that first week but my life is. . . complicated," he said with a bitter laugh.

**A-283**

LF 109711

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/33/24 Page 172 of 604

"Complicated?"

He sighed and ran his hands through his hair again, agitated. Finally, he reached out and grabbed my hand holding it tightly in his own, shaking his head as if he was frustrated with himself.

"I'm not saying this right. I'm not really supposed to date anyone, period. I tried to tell you yesterday when I took you home but. . ." He looked as though he wanted to say something more but thought better of it.

"You're seventeen. You can't be serious?"

He kicked at the snow and gave me a funny, bittersweet smile. "I am, unfortunately."

"Is it some weird religious thing?" I blurted.

"You might say that." He winced and looked up at the night sky. Once again, I was surprised by his agitation. It was so completely out of character. If he'd had a tail it would have swished back and forth. "My parents don't think I have enough, for lack of a better word, self-control," he growled. Literally.

He began pacing in small steps around me, circling in and then back out. His agitation made me feel uncomfortable.

"They want me to wait another six months or so before I ask you out on a date. I thought I could do it, that's part of why I tried to stay away, thinking that they might be right, but I can't." His voice cracked, he was so worked up.

My head was reeling. Six months! What kind of religion were they anyway? I wanted to

A-284

LF 109712

Case 1:22-cv-02435-LLS-SN  Document 397-13  Filed 11/28/23  Page 173 of 604

ask but it seemed rude. And then what he'd said fully registered. "Date me? You've talked to them about me?" Hope took wing and I smiled in spite of myself.

"Yeah. That's what the seating chart was all about." He was fidgety, not able to keep still. "They changed my schedule too, moving me out of your trig class."

"You've got to be kidding? I thought I was being paranoid." I laughed. Weird religion or not, I was in deep. I wanted to be with him, no matter the cost.

"Anna," he said, his face solemn. "I would never hurt you. You know that, right? I want you to feel safe with me." His hands were trembling, just barely.

"I do Ash, absolutely."

That seemed to make him happy. His parents might not trust him but I did. He gave me one of his dazzling smiles as he pulled me into his arms. "I'm glad we're having this talk, Anna. I've missed you these past few weeks," he said smirking that bad-boy smirk of his. "I wanted to tell you that the other day."

"Me too. I—I've missed you, too," I admitted awkwardly. I felt shy and uncertain. I still couldn't believe that Ash MacKay "more than liked" me and was holding me in his arms. I felt like a sixteen-year-old girl out on her first date. Oh yeah. That's exactly what I was. Sort of. Only I wasn't really out on a date since he hadn't asked me to the dance but that was a technicality.

He leaned in and turned my chin up, pressing his lips ever so gently, ever so softly over my own in a whisper of a first kiss. I sighed in delight, my voice humming in that sigh.

He pulled back, the huff of his warm breath delicious against my ear. His scent wrapped

**A-285**

CONFIDENTIAL

LF 109713

Case 1:22-cv-02435-LLS-SN Document 174-6 Filed 11/22/24 Page 174 of 604

itself around me, that male spiciness unique to Ash and intoxicating to my senses.

"Mmm," he purred against my throat, "you smell luscious."

My thoughts exactly! He looked down into my eyes, his own dilated so completely there was only the smallest rim of iris showing. Heat pumped through my veins, my heart racing out of control. I wanted nothing so much as to wrap my arms around him and pull him to me, closer, tighter. I wanted more!

He chuckled softly as if he knew what was going through my mind, through my very veins and pressed another soft kiss along my jaw. I trembled in anticipation and reached up to wrap my arms around the back of his neck. As our eyes met this time, his flashed in the moonlight, reflecting the light back.

A bolt of fear punched me in the stomach. Hard. Unable to believe what I was seeing, I paused and stared up at him, blinking in shock. It was still there. But it just couldn't be. His coppery eyes were gleaming, phosphorescent like an animal's eyes in the dark.

I gasped. Whatever he was, Ash wasn't normal. Not by a long shot.

Gleaming amber eyes rimmed in black. The eyes from my vision.

Inhuman eyes.

**A-286**

Case 1:22-cv-02435-LLS-SN Document 277-13 Filed 11/29/24 Page 175 of 604

**Chapter Eighteen**

Have you ever noticed in those psycho thriller movies that the girl always screams when

A-287

Case 4:22-cv-02435-JSW Document 37-13 Filed 11/21/24 Page 176 of 604

she comes face to face with the crazy guy? So many times I've watched those movies and thought she might have lived if she had just gone about the business of acting normally. And that was precisely what I needed to do right now.

The problem is that when you're afraid, truly terrified for your life, fear becomes the lens through which you see the world. My heart was racing double-time so fast and so hard I was dizzy; not with desire this time but with fear; paralyzing, mind-numbing fear. And it is next to impossible to act normally when you're that afraid.

Trapped in a waking vision with the lines blurring between the dream and reality I couldn't believe this was really happening to me.

"Anna? Are you okay?" Ash's gleaming eyes were concerned as he peered into my face. He pulled me close, sheltering me within his embrace from the cold night air. A gesture I would have found endearing only moments ago was now suffocating.

"Y-you know w-what?" I asked, my teeth chattering involuntarily. "I'm s-s-suddenly really c-cold and hungry." Would he allow me to leave? That was the test question.

He pulled back, holding me by the arms and trying to look at me tenderly, I think. Although it might be that he was sizing me up for his next meal. I couldn't tell. It was all I could do not to stomp on his toes and make a run for it. The problem is that we were in a deserted area out on the Bluff—no street lights, no people. Just forest. If I ran, he could probably catch me and if his eyes were any indication of his visual acuity, he could see in the dark. I couldn't.

And then it dawned on me, the reality of my situation. This was the very place of my vision

<span style="color:red">A-288</span>

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/22/24 Page 177 of 604

from the Tarot card all those weeks ago—my premonition, which had ended with me coming face to face with a pair of gleaming amber eyes rimmed in black.

Inhuman eyes.

Ash's eyes!

Had I been running from him? I didn't know. Probably.

I couldn't breathe. My stomach cramped in sharp pains as my body was suffused with a surge of intense heat starting from my neck and radiating all the way down my spine. I felt like I was on fire, lit from within by a thousand flames. Rather than feeling incapacitated by it, I felt strengthened by the raging fire consuming me. I needed to get out of here. Now. And I felt strong enough to do it—only that hadn't ended so well for me in my vision, had it? I'd ended up trapped out on the bluff with nowhere to go.

"C'mon. Let's get you into the warm car," he said, interrupting my escape plans as he rubbed my arms. "Sorry I kept you out here so long."

I ducked my head down and nodded as he opened the passenger side of the car door for me. Mind racing, I contemplated locking the doors but the keys weren't in the ignition which meant he had them. I just had to hold it together long enough to get out of here. If I could.

Breathe.

Inhale slowly. Exhale slowly.

Calm. Down.

He started the car and warm air instantly poured out of the heater vents. We hadn't been

**A-289**

Case 1:22-cv-02435-LLS-SN Document 297-18 Filed 11/28/24 Page 178 of 604

outside long enough for the engine to cool down. I made a show of warming my hands but I was shaking so badly I couldn't stop.

"Anna, look at me."

I couldn't. I just couldn't look at him. My eyes were fixed on the floor and it was all I could do to sit there in the car next to him and not give in to hysteria. In my vision, I had reacted to the threat in the woods, the threat that had been chasing me, physically. I had bared my teeth and challenged my pursuer, eager for the fight. Some part of me felt that way now. But just as I had in my vision, the inner voice from within cautioned that it wasn't yet my time.

Ash reached out and took my chin in his hand, tipping my face up to look into his eyes. I wanted to jerk out of his grasp. But I didn't. His eyes were almost entirely normal again, just a faint hint of phosphorescence around the outer rims of the pupils. I couldn't look away. It was like staring a snake in the face.

"You're nervous, aren't you?" His voice was meant to be calming but that was impossible for me right now.

Did he know that his eyes glowed under the light of the full moon? That I'd seen it? I had to play dumb and convince him I didn't know, hadn't seen anything.

"You've found me out," I said sheepishly, ducking my chin down to my chest again. "It's just that I'm not very experienced with this sort of thing, Ash. I—well, that was my first kiss." I looked up at him my lips trembling in fear of an entirely different sort this time, my eyes darting back down quickly. I felt as though I might throw up.

A-290

Case 1:22-cv-02435-LLS-SN Document 377-103 Filed 11/04/24 Page 179 of 604

"Anna." He gave me a gentle look, flashing a glimpse of canine teeth that looked disturbingly sharp. Was I imagining it?

Oh Grandmother, what great big teeth you have, I thought, hysteria rising.

"I can't believe someone as pretty as you are hasn't ever been kissed," he continued. "Are the guys around here blind?" He touched the tip of my nose with his index finger and then turned the car around to leave.

Relief washed through me in waves. I didn't know I'd been holding my breath until now. I really hadn't been sure he intended to take us out of here.

"You know I'm really hungry, Ash. How about we meet up with everybody at the Lucky Wishbone?" With great effort I spoke slowly, pitching my voice as normally as I could.

"No problem." He grinned a toothy grin. "A juicy burger sounds good to me too."

And I swear his teeth looked even longer with that grin. Not my imagination at all. The drive to the Lucky Wishbone felt like the longest drive of my life. In reality, it was probably about ten minutes. The problem was I just couldn't keep up the small talk. My mouth was dry and my fear was a living, breathing entity with a mind of its own. Ash seemed to take it all in stride, attributing my nervousness to our kisses and my relative inexperience. He held my hand clasped in his during our drive and was trying to be thoughtful about my comfort. I would have relished his attentiveness if I didn't suspect he was a—a what exactly?

I needed to reach inside myself with my senses but the trouble was I was just too frightened to understand what those senses were telling me.

A-291

LF 109719

Case 1:22-cv-02435-LLS-SN Document 174-13 Filed 11/25/24 Page 180 of 604

When we got to the diner and pulled into the parking lot I could barely restrain myself from throwing open the car door and screaming. By now, Ash appeared completely normal. Would anyone believe me? Did I believe myself?

Ash started to walk around to my side of the car to get my door. Ever the gentleman. I bolted out before he could touch me. "I'm starving!" I showed my teeth in what I hoped could pass for a smile as I sprinted for the front door. And before I realized it, before I could even figure out how, Ash was in front of me, opening the door. Didn't he realize he was giving himself away? His movements were definitely not normal.

"After you," he murmured, just as he had in class that first day.

The diner was packed, which was typical. The Wishbone has been around since the nineteen fifties, which is a long time for any eating establishment in Anchorage. It's also been the most popular high school hangout since its doors first opened to the public. The fried chicken, burgers and shakes are homemade the old-fashioned way. Everything on the menu that I'd ever tasted was mouth-wateringly good. Of course, I had no appetite right now.

There was one table open on the other side of the restaurant, away from Brendan and everyone we knew. Perfect. "Hey, there's Brendan and everybody. Would you mind ordering me a double double with fries, a chocolate malted, onion rings and a Coke?" I showed my teeth again in what I knew was a big, fat, fake smile. "I'm going to run to the restroom, say hi to the gang and then I'll be over to our table."

Ash cocked his head to one side curiously as he teased, "Are you sure that's going to be

**A-292**

Case 1:22-cv-02435-LLS-SN Document 397-13 Filed 11/26/24 Page 181 of 604

enough food for you?" And he gave me that smirky almost-smile that had melted my heart up until about fifteen minutes ago.

"I guess I worked up an appetite," I replied as I looked up at him. He leaned forward and kissed me on the forehead and then walked toward the one open table before someone else could come in and claim it.

Safe for the moment, I headed directly for Brendan who was sitting with Jenny, Mason and Rachel.

"Hey pumpkin, you made it!" Brendan grabbed me to pull me over but something in my face must have alerted him that I wasn't in the mood for fun and games because he stopped right there.

I leaned over near his ear and said quietly, "We need to talk. Now." I ran for the bathrooms and the back door. I didn't have time for the social niceties of greeting everybody and I didn't care what they thought.

Brendan was right behind me. The bathrooms and the back door were far away from prying eyes, thankfully. "Woo hoo, Anna, was that a kiss I saw that fine hunk of man-flesh plant on your person?" Brendan said as he smacked me on the rump. My face could have been set in stone. Suddenly, I didn't know what to say. I froze.

Brendan took me by the arms. "What's wrong? Did Ash make a move on you or something?" He searched my face carefully, taking in the tremors which had started up again.

"Brendan, I can't explain right now. I need to get out of here. Can I have your keys?"

A-293

LF 109721

Case 1:22-cv-02435-LLS-SN Document 374-103 Filed 11/22/23 Page 182 of 604

"If you're leaving and you don't want him to know about it, I'm driving. Hang on right here," Brendan squeezed my hand and zipped back to the table, apparently giving instructions to the gang. He was back in under fifteen seconds, his coat on. We dashed out the back door and around the side of the building to his truck in silence. I knew I could count on Brendan to drive me home, no questions asked. My eyes darted around nervously searching for Ash even though I knew I probably had a good five to ten minutes before he realized something was up.

"Brendan, thanks for this," I said, my lips pursed tight to hold back the words that wanted to escape. I wanted to tell him what had happened but I knew I couldn't. At least not yet. I needed time to think and work it out in my own mind first. He pulled us out of the parking lot and headed down the road toward my house.

"Do I need to beat this guy up for you?" Brendan asked, his voice deadly serious.

"No," I replied in a small voice.

"Well, that's a relief." He turned to look at me. "He's bigger than I am. But you know I'd do it, take one for the team for you?" And he would. I knew that about him. There was no way I wanted Brendan within a hundred feet of whatever Ash was.

"I know, Bren. I know." His physical presence was familiar, comforting. After a few minutes I realized that I was safe, that Ash was back at the Wishbone and I was almost home. My brain began to decelerate and I could think coherently again without adrenaline fueling my thought processes. "Bren, what did you tell them back there?"

He raised one brow and turned to the side to regard me for a moment as he was driving. "I

A-294

LF 109722

Case 1:22-cv-02435-LLS-SN Document 297-10 Filed 11/28/24 Page 183 of 604

told them that Mr. YumYum had gotten a little too fresh and your honor was offended."

"Ugh. How embarrassing!" I groaned.

"You didn't exactly leave me anything to work with, you know. I said if he asked they were to say I'd taken you home and he could call tomorrow. 'K?"

"You did just fine Bren, thanks." I sighed and looked out at the snow swirling around the car as we sped down my street. "Listen, I know this is going to sound weird but you need to keep your distance from Ash." I paused for a moment. "There's something not quite right about him." And that was an understatement.

"Anna, you're serious, aren't you?" Brendan looked worried. He should be. "I thought he was acting all territorial with me back at the dance because he thought we were on a date. You know, the penetrating stare, his dominant male mojo and all that. He's pretty intense." He rubbed my arm. "But he was so into you that I wasn't worried. I'm sorry sweets."

By now we'd come to my security gate. Brendan punched in the code and we drove through. I felt so much safer behind those large stone walls I wanted to kiss my mom on both cheeks for their existence. And I would once I walked through the front door.

Brendan pulled up to the front walk as close as the car could come to our porch so I wouldn't get my feet too snowy. I opened the car door and turned back to look at Brendan closely. "Please don't say anything to anyone about this, okay? I need some time to figure things out." I could almost hear Brendan's thoughts in my head wanting details.

"If it's that important to you, I won't. Are you gonna be alright?" he asked.

A-295

LF 109723

Case 1:22-cv-02435-LLS-SN Document 297-103 Filed 11/22/24 Page 184 of 604

"Probably not." I gave him a wobbly smile and hugged him before I got out of the car.

"Call me tomorrow," he yelled from his window.

I nodded and headed for the front door fumbling for my keys. Once I was inside, I flashed the porch lights on and off, signaling him to leave. Pulling the door closed behind me, I leaned back against it and took a deep breath. I exhaled slowly, blowing my cheeks out. Safe.

**A-296**