**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-1016                                          Caption [use short title]

Motion for: To accept Appendix volumes as filed

Lynne Freeman v. Tracy Deebs-Elkenaney; et al.,

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant filed her appendix volumes with cover pages featuring a shortened "et al" caption. The clerk advised that the cover pages should have full captions but that we could address the issue by filing a motion that the volumes be accepted as filed. We thus move accordingly.

MOVING PARTY: Lynne Freeman                          OPPOSING PARTY: Tracy Deebs-Elkenaney, et al.

☑ Plaintiff         ☐ Defendant

☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Stephen Doniger          OPPOSING ATTORNEY: Amy L. Nashon

[name of attorney, with firm, address, phone number and e-mail]

Doniger / Burroughs                                TroyGould PC

603 Rose Avenue, Venice California 90291           1801 Century Parl East, Suite 1600

stephen@donigerlawfirm; 310-590-1820              anashon@troygould.com; (310) 789-1245

Court- Judge/ Agency appealed from: Southern District of New York - Honorable Colleen McMahon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?      ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is the oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?       ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Stephen M. Doniger          Date: 07/29/2026      Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 26-1016

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Lynne Freeman, an individual,

*Plaintiff-Appellant*,

v.

Tracy Deebs-Elkenaney, an individual;
Emily Sylvan Kim, an individual;
Prospect Agency, LLC, a New Jersey limited liability company;
Entangled Publishing, LLC, a Delaware limited liability company;
Holtzbrinck Publishers, LLC d/b/a Macmillam, a New York limited liability
company

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK, CASE NO. 1:22-CV-02435-CM-SN,
HONORABLE COLLEEN MCMAHON

## MOTION TO ACCEPT APPENDIX VOLUMES AS FILED

DONIGER / BURROUGHS
Stephen M. Doniger, Esq.

stephen@donigerlawfirm.com
David M.S. Jenkins, Esq.
djenkins@donigerlawfirm.com
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820

REEDER LLP
Mark D. Passin
11766 Wilshire Boulevard
Los Angeles, CA 90025
310-861-2475

*Counsel for Plaintiff-Appellant*
*Lynne Freeman*

TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:

Plaintiff-Appellant Lynne Freeman hereby respectfully moves that this Court to accept her Appellate Appendix as filed.

On July 29, 2026, Freeman filed her Appendix volumes using cover pages that listed "Tracy Deebs-Elkenaney; et al.," as the Defendants-Appellees in lieu of listing all named Defendants-Appellees. Freeman used this same cover page on its previous motion to file an oversized brief and received no notice that this coverage was deficient. After filing the Appendix volumes, the Clerk of this Court contacted Freeman's counsel, advising us to either refile the Appendix volume with the full caption or make the present motion that they be accepted as already filed. Freeman thus makes this motion in accordance with the directions received from the Court and respectfully requests that the already filed Appendix be accepted in its current form.

Counsel for Freeman has notified counsel for Defendant-Appellees of this motion in accordance with Local Rule 27.1(b). Counsel for Defendant-Appellees advised that it does not object to this request.

Dated: July 29, 2026          Respectfully submitted,
New York, New York

                        By:   /s/ Stephen M. Doniger
                              Stephen M. Doniger, Esq.
                              DONIGER / BURROUGHS
                              247 Water Street, First Floor

1

New York, New York 10038
(310) 590 – 1820
stephen@donigerlawfirm.com
*Attorney for Plaintiff-Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief is proportionally spaced, has a typeface of 14 points, and contains 169 words, including footnotes, as calculated by the Microsoft Word word-processing software used to generate this brief.

Dated: July 29, 2026
New York, New York

Respectfully submitted,

By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
stephen@donigerlawfirm.com
*Attorney for Plaintiff-Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused this MOTION TO FILE OVERSIZED BRIEF to be electronically filed with the United States Court of Appeals for the Second Circuit via the Court's CM/ECF system on July 29, 2026, and that service will be made on counsel of record for all parties to this case through the Court's CM/ECF system.

Dated: July 29, 2026
New York, New York

Respectfully submitted,

By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
stephen@donigerlawfirm.com
*Attorney for Plaintiff-Appellant*

4