# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-six.

---

Lynne Freeman, an individual,

Plaintiff - Appellant,

v.

Tracy Deebs-Elkenaney, an individual, personally known as Tracy Wolff, Emily Sylvan Kim, an individual, Prospect Agency, LLC, a New Jersey limited liability company, Entangled Publishing, LLC, a Delaware limited liability company, Universal City Studios, LLC, a Delaware limited liability company, Holtzbrinck Publishers, LLC, DBA Macmillan, a New York limited liability company,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-1016

Appellees move for leave to file a late opposition to the The National Society of Entertainment and Arts Lawyers' motion for leave to file an amicus brief.

IT IS HEREBY ORDERED that the motion to file late opposition is REFERRED to the panel that will determine the merits of this appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court